| | |
|---|---|
| Craig A. Hansen (SBN 209622)<br>  Email: craig@hansenlawfirm.net<br>Stephen C. Holmes (SBN 200727)<br>  Email: steve@hansenlawfirm.net<br>Sarah Wager (SBN 209277)<br>  Email: sarah@hansenlawfirm.net<br>Philip E. Yeager (SBN 265939)<br>  Email: phil@hansenlawfirm.net<br>Collin D. Greene (SBN 326548)<br>  Email: collin@hansenlawfirm.net<br>HANSEN LAW FIRM, P.C.<br>75 E. Santa Clara Street, Suite 1250<br>San Jose, CA 95113-1837<br>Telephone: (408) 715 7980<br>Facsimile: (408) 715 7001<br><br>Attorneys for Plaintiff<br>Yuting Chen | Katherine Eskovitz (CA Bar No. 255105)<br>Brianna Pierce (CA Bar No. 336906)<br>ROCHE FREEDMAN LLP<br>1158 26th Street, Suite 175<br>Santa Monica, CA 90403<br>Email: keskovitz@rochefreedman.com<br>bpierce@rochefreedman.com<br><br>Constantine P. Economides (pro hac vice)<br>(Florida Bar No. 118177)<br>ROCHE FREEDMAN LLP<br>1 SE 3rd Avenue, Suite 1240<br>Miami, FL 33131<br>Tel: (305) 971-5943<br>Email: ceconomides@rochefreedman.com<br><br>Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUTING CHEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARIEL ABITTAN, ABRAHAM ABITTAN, RACHEL ABITTAN, BRIAN ABITTAN, JACOB ABITTAN,  ALYSSA ABITTAN, ELIANA ABITTAN, ROY GRABER, TOVA GRABER, REALTIME NY LLC, a New York Limited Liability Company, and DOES 1-20, inclusive.<br><br>　　　　　Defendants. | Case No.:  21-cv-09393-YGR<br><br>**STIPULATION RE SERVICE AND JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER**<br><br>Judge:    Hon. Yvonne Gonzalez Rogers |

Pursuant to Fed. R. Civ. P. 16 & 26(f) and Civil Local Rules 6-1, 6-2, 16-2, 16-9 and 16-10, Plaintiff Yuting Chen ("Plaintiff") and Defendants Ariel Abittan, Abraham Abittan, Rachel Abittan, Brian Abittan, Jacob Abittan, Alyssa Abittan, Eliana Abittan, Roy Graber, Tova Graber, and Realtime NY LLC (collectively, "Defendants") by and through their respective counsel, stipulate and request as follows:

**RECITALS**

Plaintiff commenced this action on December 3, 2021.

On December 7, 2021 the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines [Dkt. 6].

On January 4, 2022, Plaintiff filed a Declination to Magistrate Judge Jurisdiction [Dkt. 8].

On January 10, 2022, the Court issued an Order Reassigning Case [Dkt. 10].

On January 11, 2022, the Court issued Clerk's Notice Setting Case Management Conference [Dkt. 11] setting a Case Management Conference for March 14, 2022 at 2:00 p.m., and ordering that that a joint case management conference statement be filed by March 7, 2022.

Plaintiff asserts that Defendants Abraham Abittan, Rachel Abittan, Brian Abittan, Jacob Abittan, Alyssa Abittan, Eliana Abittan, Roy Graber, and Tova Graber have all been served with the summons and complaint. Plaintiff has yet to serve Defendants Ariel Abittan, Eliana Abittan, and Realtime NY LLC.

On February 22, 2022, Constantine P. Economides, an attorney at the law firm Roche Freedman LLP ("Roche Freedman"), informed counsel for Plaintiff, Hansen Law Firm, P.C. ("HLF") that Roche Freedman is representing all presently named Defendants in this action. Hansen Decl. ¶ 3.

Plaintiff and Defendants (collectively, "the Parties"), through their counsel, subsequently agreed that Roche Freedman would accept service of the Summons and Complaint on behalf of all the unserved Defendants and, in exchange, all Defendants would have a uniform response deadline of April 25, 2022. Hansen Decl. ¶ 4.

The agreed-upon uniform response deadline of April 25, 2022 for all the Defendants is after the date scheduled for the Case Management Conference. The Parties therefore agreed (1) to

continue the Case Management Conference from March 14, 2022 at 2:00 pm to May 23, 2022 at 2:00 p.m., and (2) that the joint case management conference statement would be due by May 16, 2022. Hansen Decl. ¶ 5.

Due to the current case status, the Parties have not yet met and conferred regarding initial disclosures, early settlement, ADR process selection, or a discovery plan. Therefore, the Parties further agreed to a May 2, 2022 deadline to hold the Rule 26(f) conference and to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan. Hansen Decl. ¶ 6.

The Parties request that the Court enter an order confirming the terms of the stipulation between the Parties. The Parties assert that the instant request is made in accordance with Civil L.R. 6-1(b), 6-2(a)(1), 16-2(d) and 7-12. Counsel for the Parties believe that a uniform response deadline of April 25, 2022 for all the Defendants, a continuance of the Initial Case Management Conference, and a continuance of the other deadlines addressed above is an efficient use of judicial and party resources. Hansen Decl. ¶ 7.

Pursuant to Civil L.R. 6-2(a)(2), there have been no previous time modifications in the case (except as described herein).

Further, pursuant to Civil L.R. 6-2(a)(3), Plaintiff and Defendants do not believe the requested time modification would have a prejudicial effect on the schedule for the case. Trial has not been set in the case, and no discovery has been served in this action. There has not yet been a Case Management Conference. Hansen Decl. ¶ 8.

**STIPULATION**

The Parties therefore stipulate as follows:

1. Roche Freedman shall accept service of the Summons and Complaint on behalf of all the unserved Defendants. Service upon those Defendants shall be deemed complete upon the filing of this Stipulation (provided that the requested order is entered by the Court). Other than arguments and defenses as to the sufficiency of service, Defendants preserve all, and do not waive any, arguments and/or defenses.

2. The deadline for all presently named Defendants to respond to the Complaint shall be April 25, 2022.

3. The March 14, 2022 Case Management Conference shall be continued to May 23, 2022 at 2:00 p.m.; the joint case management conference statement shall be due by May 16, 2022.

4. The Parties shall hold the Rule 26(f) conference and meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan by May 2, 2022.

DATED: February 28, 2022         HANSEN LAW FIRM, P.C.

                                 By:   /s/ Craig A. Hansen
                                       Craig A. Hansen

DATED: February 28, 2022         ROCHE FREEDMAN PLLC

                                 By:   /s/ Constantine P. Economides
                                       Constantine P. Economides

I hereby attest that I obtained consent in the filing of this document from each of the other signatories on this e-filed document.

DATED: February 28, 2022         HANSEN LAW FIRM, P.C.

                                 By:   /s/ Craig A. Hansen
                                       Craig A. Hansen

### [PROPOSED] ORDER

Pursuant to the above stipulation, and good cause appearing, IT IS SO ORDERED.

DATED: March 2, 2022             Hon. Yvonne Gonzalez Rogers
                                 United States District Judge