Craig A. Hansen (SBN 209622)
  Email: craig@hansenlawfirm.net
Stephen C. Holmes (SBN 200727)
  Email: steve@hansenlawfirm.net
Sarah Wager (SBN 209277)
  Email: sarah@hansenlawfirm.net
Philip E. Yeager (SBN 265939)
  Email: phil@hansenlawfirm.net
Collin D. Greene (SBN 326548)
  Email: collin@hansenlawfirm.net
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1250
San Jose, CA 95113-1837
Telephone: (408) 715 7980
Facsimile: (408) 715 7001

Attorneys for Plaintiff
Yuting Chen

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUTING CHEN, <br><br> Plaintiff, <br><br> v. <br><br> ARIEL ABITTAN, ABRAHAM ABITTAN, RACHEL ABITTAN, BRIAN ABITTAN, JACOB ABITTAN, ALYSSA ABITTAN, ELIANA ABITTAN, ROY GRABER, TOVA GRABER, REALTIME NY LLC, a New York Limited Liability Company, and DOES 1-20, inclusive. <br><br> Defendants. | Case No.: 21-cv-09393-YGR <br><br> **OPPOSITION TO MOTION FOR ADMINISTRATIVE RELIEF REGARDING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT** <br><br> Judge: Hon. Yvonne Gonzalez Rogers |

Defendants' Motion for Administrative Relief Regarding Defendants' Time to Respond to the complaint lacks merit and should be denied.

All named defendants have already received a 5-week extension to respond to the complaint, some of them much longer.  Per stipulation and order dated February 28, 2022, the three unserved defendants accepted service and all ten defendants were granted an extension to the uniform date of April 25, 2022 to respond to the complaint. (Dkt. 26).  The reality is, however, that the earliest defendant was served a month earlier (*see* Dkt. 12, Tova Graber served on January 27, 2022) and all defendants are represented by the same counsel (Dkt 25, 26). That said, Defendants, have been aware of the allegations against them for nearly 3 months. Defendants have failed to explain why they waited so long to initiate the meet and confer concerning any purported discovery "necessary" to respond to the clear allegations set forth in Ms. Chen's complaint.  There is simply no need to grant yet another, and indefinite, extension under the guise of conducting early discovery concerning plaintiff's identity. Moreover, none is warranted here.

There is one plaintiff in this action.  Her name is Yuting Chen.  Any alleged lack of clarity about Ms. Chen's identity can be fleshed out during the course of traditional discovery – discovery permitted after the Rule 26(f) conference. As stated in the Joint Discovery Letter dated, April 13, 2022 (Dkt, 29), which plaintiff incorporates by reference, there is no need to conduct early discovery before Defendants respond to the complaint.  Defendants have failed to identify the specific questions that they would ask Ms. Chen if they deposed her concerning her identity and indeed such a deposition would undoubtedly snowball into the merits of her claims. If any such discovery is allowed, defendant Ariel Abittan should be ordered to sit for deposition instead of the plaintiff and/or any third party. Ms. Chen is not confused about any of the defendants' identities – she knows exactly who she sued.

Defendants' reliance on *Doe v. Penzato*, 2011 WL 1833007 (N.D. Cal., May 13, 2011), for the proposition that they have a right to conduct early discovery from and about Ms. Chen is completely misplaced. In *Penzato* the plaintiff used a pseudonym to protect her identity because the claims being litigated involved her safety.  When challenged by the defendants to publicly reveal her identity, the Court issued a protective order and allowed plaintiff to maintain her case as a Doe

plaintiff. In *Penzato* the defendants knew exactly who the plaintiff was, they just wanted everyone else to know too. Here, the plaintiff is Yuting Chen. The Defendants and the public know who is suing them. While discovery about plaintiff and her claims is expected, and plaintiff intends to conduct her own discovery as well of course, there is no reason to depart from the deadlines already set by this Court – with the Rule 26(f) conference set to occur after Defendants respond to the complaint (*see* Dkt. 26).

Accordingly, all Defendants should be required to respond to Ms. Chen's December 3, 2021 complaint on or before April 25, 2022 – which date was mutually agreed upon between the parties nearly two months ago per stipulation.

DATED:  April 18, 2022                                    HANSEN LAW FIRM, P.C.


By: _____/s/ Craig A. Hansen_____
             Craig A. Hansen

Attorneys for Plaintiff
Yuting Chen