# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YUTING CHEN,**<br><br>  Plaintiff,<br><br>vs.<br><br>**ARIEL ABITTAN, ET AL.,**<br><br>  Defendants. | Case No.: 20-CV-9393 YGR<br><br>**ORDER DENYING ADMINISTRATIVE MOTION REGARDING TIME TO RESPOND TO COMPLAINT AND TERMINATING DISCOVERY DISPUTE AS MOOT**<br><br>Re. Dkt. Nos. 28, 29 |

  Defendants filed an administrative motion for an extension of time to respond to the complaint until 30 days after the conclusion of an expedited deposition relating to plaintiff's identity. (Dkt. No. 28.) That deposition is the subject of a discovery dispute presented to the Court in a joint letter. (Dkt. No. 29.) In the letter, defendants request leave to conduct a pre-Rule 26(f) conference deposition of plaintiff "in order to properly respond to the complaint." (*Id.*) The Court notes that defendants have since filed their answer. (Dkt. No. 32.) Accordingly, the Court **DENIES** the motion and **TERMINATES** the discovery dispute as **MOOT**.

  This Order terminates Docket Number 28 and 29.

  **IT IS SO ORDERED.**

Date: April 29, 2022

                   _____
                   YVONNE GONZALEZ ROGERS
                   UNITED STATES DISTRICT COURT JUDGE