# Exhibit A

Constantine P. Economides (*pro hac vice forthcoming*)
(Florida Bar No. 118177)
Brianna K. Pierce (CA Bar No. 336906)
ROCHE FREEDMAN LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 851-5997
Email: ceconomides@rochefreedman.com
bpierce@rochefreedman.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| YUTING CHEN,<br><br>PLAINTIFF,<br><br>v.<br><br>ARIEL ABITTAN, ABRAHAM ABITTAN, RACHEL ABITTAN, BRIAN ABITTAN, JACOB ABITTAN, ALYSSA ABITTAN, ELIANA ABITTAN, ROY GRABER, TOVA GRABER, REALTIME NY LLC, a New York Limited Liability Company, and DOES 1-20, inclusive<br><br>DEFENDANTS. | Case No. 21-cv-09393-YGR |

# DECLARATION OF ARIEL ABITTAN ON BEHALF OF REALTIME NY, LLC

I, Ariel Abittan, on behalf of RealTime NY, LLC, declare as follows:

1. RealTime NY, LLC ("RealTime") is a limited liability company formed under the laws of New York.

2. RealTime's principal place of business is, and has always been, located in Lawrence, New York.

3. I am the sole member of RealTime.

4. Yuting Chen is not a member, officer, or employee of RealTime.

5. RealTime buys and sells ultra-luxury watches from and to people throughout the United States and the world. RealTime primarily uses dealers located outside of California and passive online platforms to conduct its business. RealTime does not purposefully direct its business into California over any other domestic or foreign jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2022

_____
Ariel Abittan