# Exhibit C

Constantine P. Economides (*pro hac vice forthcoming*)
(Florida Bar No. 118177)
Brianna K. Pierce (CA Bar No. 336906)
ROCHE FREEDMAN LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 851-5997
Email: ceconomides@rochefreedman.com
        bpierce@rochefreedman.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| YUTING CHEN,<br><br>PLAINTIFF,<br><br>v.<br><br>ARIEL ABITTAN, ABRAHAM ABITTAN, RACHEL ABITTAN, BRIAN ABITTAN, JACOB ABITTAN, ALYSSA ABITTAN, ELIANA ABITTAN, ROY GRABER, TOVA GRABER, REALTIME NY LLC, a New York Limited Liability Company, and DOES 1-20, inclusive<br><br>DEFENDANTS. | Case No. 21-cv-09393-YGR |

# DECLARATION OF RACHEL ABITTAN

I, Rachel Abittan, declare as follows:

1.     I am a resident of Lawrence, New York.

2.     I am Ariel Abittan's mother.

3.     I am an office manager in a dermatologist's office. I do not conduct any business or own any assets in California.

4.     I have never interacted with a woman who introduced herself to me as Yuting Chen. I did, however, meet a woman who was engaged in a watch business with my son, Ariel Abittan ("Ariel"). This woman introduced herself to me as Tiffany Chen ("Tiffany"). I eventually learned that Tiffany used the name Lily Chao, but I always referred to her as Tiffany.

5.     I first met Tiffany on December 10, 2017, at my son, Jacob Abittan's ("Jacob") wedding in Rye, New York. Tiffany's husband, who introduced himself to me as Damien, was the only person who accompanied Tiffany to the wedding.

6.     While at the wedding, Tiffany, Damien, and I spoke for a brief period. We introduced ourselves. Tiffany and Damien congratulated me on Jacob's wedding and spoke highly of Ariel. We did not engage in a substantive conversation about Ariel's business relationship with Tiffany and Damien. Nor did we discuss Tiffany's or Damien's finances or family backgrounds.

7.     After the wedding, Tiffany and I exchanged pleasantries via text message on rare occasions. For example, we would wish each other a happy birthday or say thank you for a gift.

8.     The second time I met Tiffany was in March of 2019 when Tiffany flew to New York for a meeting with Ariel and investors in a cryptocurrency business, known at the time as Eian Labs Inc. ("Eian"). My husband and I attended the meeting because the investors are family friends. At the meeting, Tiffany persuaded the investors to forego their rights to demand the return of their investments in Eian by presenting paperwork showing a huge incoming investment and a high valuation of Eian. At no point during the meeting did we discuss the watch business or luxury watches.

9.     The third and final time that I met Tiffany was on or about June 27, 2019, when I flew to California with my husband. At this meeting, we continued to discuss the return of Eian's

investors' funds. We also discussed a huge debt incurred by Tiffany, Damien, and their agents on Ariel's company, RealTime NY, LLC's credit card. My husband and I asked Tiffany to pay off her debt, which she incurred on items such as a piano, school tuition, and lavish family vacations. I did not promise to reimburse her for satisfying her own debt. Nor would there have been anything to reimburse, given that Tiffany never paid off the credit card debt. Aside from this meeting, which lasted approximately two hours, I have had no other contact with Tiffany within the state of California. It is my understanding that Ariel and Tiffany did not purchase any watches together after our meeting.

10.     I have never staged an elaborate scheme to deceive or impress Tiffany (or anyone else) into conducting business with Ariel. Indeed, Tiffany had been engaged in a business relationship with Ariel for over a year before we met at Jacob's wedding. And, by the time I met Tiffany in California, the business relationship between Ariel and Tiffany had already begun to deteriorate.

11.     Other than being Ariel's mother, I have no relationship to any luxury watch business, including the one related to Ariel, Tiffany, and Damien. I have never sold a luxury watch. I have never purchased a luxury watch. I have never received a luxury watch as a gift. I have never shared in the proceeds of a luxury watch sale or benefited from the sale of a luxury watch in any way.

12.     I did not make an anonymous call to Tiffany (or anyone else) on December 23, 2020. I have never threatened Tiffany, her family, or her children. I did not (anonymously or otherwise) instruct Tiffany to "pay $4.5 million [to Ariel] within a few hours or suffer grave consequences." Compl. ¶64. To the contrary, it is my understanding that Tiffany, through counsel, **offered** to pay Ariel $4.5 million to settle their dispute related to the luxury watch and cryptocurrency businesses.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2022

_Rachel Abittan_
Rachel Abittan