# Exhibit D

| | |
|---|---|
| 1  Constantine P. Economides (*pro hac vice forthcoming*) | |
|    (Florida Bar No. 118177) | |
| 2  Brianna K. Pierce (CA Bar No. 336906) | |
|    ROCHE FREEDMAN LLP | |
| 3  1 SE 3rd Avenue, Suite 1240 | |
|    Miami, FL 33131 | |
| 4  Tel: (305) 851-5997 | |
|    Email: ceconomides@rochefreedman.com | |
| 5         bpierce@rochefreedman.com | |

Counsel for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| YUTING CHEN, | Case No. 21-cv-09393-YGR |
| PLAINTIFF, | |
| v. | |
| ARIEL ABITTAN, ABRAHAM ABITTAN, RACHEL ABITTAN, BRIAN ABITTAN, JACOB ABITTAN, ALYSSA ABITTAN, ELIANA ABITTAN, ROY GRABER, TOVA GRABER, REALTIME NY LLC, a New York Limited Liability Company, and DOES 1-20, inclusive | |
| DEFENDANTS. | |

# DECLARATION OF BRIAN ABITTAN

I, Brian Abittan, declare as follows:

1. I am a resident of Lawrence, New York.

2. I am Ariel Abittan's brother.

3. I am a board-certified dermatologist licensed to practice in the state of New York. I do not conduct any business or own any assets in California.

4. I have only traveled to California twice in my life. In 2006 and 2008, I traveled to California for vacation. I have not been to California since 2008.

5. I have never interacted with a person known to me as Yuting Chen. I did, however, meet a woman who was engaged in a watch business with my brother, Ariel Abittan ("Ariel"). This woman introduced herself to me as Tiffany Chen ("Tiffany").

6. I met Tiffany on December 10, 2017 at my brother, Jacob Abittan's ("Jacob") wedding in New York. Tiffany's husband, who introduced himself to me as Damien, was the only person who accompanied Tiffany to the wedding. Jacob's wedding is the only time I ever met, spoke, saw, or interacted with Tiffany or Damien in any way.

7. While at the wedding, in New York, Tiffany, Damien, and I spoke for approximately five (5) minutes. I told Tiffany and Damien that I had recently graduated medical school and was entering my residency program. I never told Tiffany or Damien (or anyone else) that I was a famous, well-connected lawyer.

8. I have not spoken with Tiffany or Damien since Jacob's wedding. I have never called, emailed, or texted Tiffany or Damien. I have never traveled to California to meet with Tiffany or Damien. I have never spoken with Tiffany or Damien about their business with Ariel.

9. I do not own any luxury watches. I have never purchased, received, or sold a luxury watch. I have never shared in the proceeds of a luxury watch sale or benefited from the sale of a luxury watch in any way. Other than being Ariel's brother, I have no relationship to any luxury watch business.

10. I did not make an anonymous call to Tiffany (or anyone else) on December 23, 2020. I have never threatened Tiffany, her family, or her children. I did not (anonymously or otherwise)

- 2 -

instruct Tiffany to "pay $4.5 million [to Ariel] within a few hours or suffer grave consequences." Compl. ¶64. To the contrary, it is my understanding that Tiffany, through counsel, **offered** to pay Ariel $4.5 million to settle their dispute related to the luxury watch and cryptocurrency businesses.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2022

_____
Brian Abittan

DECLARATION OF BRIAN ABITTAN                                         CASE NO. 21-CV-09393-YGR