# Exhibit H

| | |
|---|---|
| 1 | Constantine P. Economides (*pro hac vice forthcoming*) |
| | (Florida Bar No. 118177) |
| 2 | Brianna K. Pierce (CA Bar No. 336906) |
| | ROCHE FREEDMAN LLP |
| 3 | 1 SE 3rd Avenue, Suite 1240 |
| | Miami, FL 33131 |
| 4 | Tel: (305) 851-5997 |
| | Email: ceconomides@rochefreedman.com |
| 5 | bpierce@rochefreedman.com |
| 6 | *Counsel for Defendants* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| YUTING CHEN, | Case No. 21-cv-09393-YGR |
| PLAINTIFF, | |
| v. | |
| ARIEL ABITTAN, ABRAHAM ABITTAN, RACHEL ABITTAN, BRIAN ABITTAN, JACOB ABITTAN, ALYSSA ABITTAN, ELIANA ABITTAN, ROY GRABER, TOVA GRABER, REALTIME NY LLC, a New York Limited Liability Company, and DOES 1-20, inclusive | |
| DEFENDANTS. | |

# DECLARATION OF ROY GRABER

I, Roy Graber, declare as follows:

1. I am a resident of Memphis, Tennessee.

2. Ariel Abittan is married to my daughter, Eliana Abittan.

3. I am the owner of GTS Technologies LLC, a computer support company formed under the laws of Tennessee with its principal place of business located in Memphis, Tennessee. I do not conduct any business or own any assets in California.

4. About twenty (20) years ago, I traveled to California for a family vacation. It was the first and only time I have ever been to California.

5. I have never interacted with a woman who introduced herself to me as Yuting Chen.

6. I have never interacted with a person (by any name or gender) engaged in a watch business with my son-in-law, Ariel Abittan ("Ariel").

7. I have never told anyone that I owned a big real-estate development business or that I had developed properties over billions of dollars. I have never told anyone that I owned numerous premier properties or that Saks Fifth Avenue was my tenant.

8. Other than being Ariel's father-in-law, I have no relationship to any luxury watch business. I have never sold a luxury watch. I have never purchased a luxury watch for resale. I have never received a luxury watch as a gift. I have never shared in the proceeds of a luxury watch sale or benefited from the sale of a luxury watch in any way.

9. I did not make an anonymous call to anyone on December 23, 2020. I have never (anonymously or otherwise) threatened or instructed anyone to "pay $4.5 million [to Ariel] within a few hours or suffer grave consequences." Compl. ¶64.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2022

_____
Roy Graber