# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 6/6/2022 | Time: 2:35 – 2:39 | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 21-cv-09393-YGR | Case Name: Chen v. Abittan | |

**Attorney for Plaintiff:** Craig Alan Hansen, Philip Eugene Yeager, Colin Green
**Attorney for Defendant:** Brianna K Pierce, Constantine Philip Economides

**Deputy Clerk:** Aris Garcia             **Court Reporter:** Raynee Mercado

## PROCEEDINGS
Initial Case Management Conference - HELD via Zoom

**Notes:**

**Parties shall meet and confer re: Declarations and Consent to Magistrate Judge Jurisdiction.**

**Parties shall meet and confer re: Resolution of motion to strike, Dkt. No. 40.**

**Case is continued to 6/13/2022 at 2:00 p.m. for case management conference via Zoom.**