1   Craig A. Hansen (SBN 209622)
      Email: craig@hansenlawfirm.net
2   Stephen C. Holmes (SBN 200727)
      Email: steve@hansenlawfirm.net
3   Sarah Wager (SBN 209277)
      Email: sarah@hansenlawfirm.net
4   Philip E. Yeager (SBN 265939)
      Email: phil@hansenlawfirm.net
5   Collin D. Greene (SBN 326548)
      Email: collin@hansenlawfirm.net
6   HANSEN LAW FIRM, P.C.
    75 E. Santa Clara Street, Suite 1150
7   San Jose, CA 95113-1837
    Telephone: (408) 715 7980
8   Facsimile: (408) 715 7001

9   Jingjing Ye (Admitted Pro Hac Vice)
      Email: yelaw@pm.me
10  YE & ASSOCIATES, PLLC
    3400 N Central Expy Suite 110-132
11  Richardson, TX 75080
    Telephone (469) 410-5232

12
    Attorneys for Plaintiff Yuting Chen
13

Constantine P. Economides (pro hac vice)
(Florida Bar No. 118177)
Brianna Pierce (CA Bar No. 336906)
ROCHE FREEDMAN LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 971-5943
Email: ceconomides@rochefreedman.com
          bpierce@rochefreedman.com

Attorneys for Defendants Ariel Abittan,
Abraham Abittan, Rachel Abittan, Brian
Abittan, Jacob Abittan, Alyssa Abittan, Eliana
Abittan, Roy Graber, Tova Graber, and
Realtime NY LLC

14

# UNITED STATES DISTRICT COURT

15

## NORTHERN DISTRICT OF CALIFORNIA

16

17

18  YUTING CHEN,

19              Plaintiff,

20        v.

21  ARIEL ABITTAN, ABRAHAM ABITTAN,
    RACHEL ABITTAN, BRIAN ABITTAN,
22  JACOB ABITTAN,  ALYSSA ABITTAN,
    ELIANA ABITTAN, ROY GRABER, TOVA
23  GRABER, REALTIME NY LLC, a New York
    Limited Liability Company, and DOES 1-20,
24  inclusive.

25              Defendants.

26

Case No.:  21-cv-09393-YGR

**STIPULATION CONSENTING TO
JUDGE NATHANAEL COUSINS
CONDUCTING ALL FURTHER
PROCEEDINGS IN THIS MATTER;
[PROPOSED] ORDER**

27

28

STIPULATION                                                                CASE NO.: 21-CV-09393-YGR

# STIPULATION

Plaintiff Yuting Chen, by and through her undersigned counsel, and Defendants Ariel Abittan, Abraham Abittan, Rachel Abittan, Brian Abittan, Jacob Abittan, Alyssa Abittan, Eliana Abittan, Roy Graber, Tova Graber, and Realtime NY LLC, by and through their undersigned counsel, (collectively the "Parties") hereby stipulate and agree as follows:

WHEREAS, counsel for the Parties attended the Initial Case Management Conference on Monday, June 6, 2022 at 2:30 PM;

WHEREAS, the Court ordered counsel for the Parties to confer with their respective clients regarding consent to transferring this action to Magistrate Judge Nathanael Cousins;

WHEREAS, the Court ordered the Parties to meet and confer regarding the declarations attached to the Amended Answer filed by Defendants and resolution of the related Motion to Strike filed by Plaintiff Yuting Chen, Dkt. No. 40.

NOW THEREFORE THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. All Parties in the above-referenced matter, Case No. 21-cv-09393, consent to have United States Magistrate Judge Nathanael Cousins conduct all further proceedings in this case, including trial and entry of final judgment. The Parties understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

2. The Motion to Strike filed by Plaintiff Yuting Chen, presently calendared for hearing on July 12, 2022 at 2:00 PM, is taken off calendar. The Motion to Strike may be re-noticed after the case is transferred to United States Magistrate Judge Nathanael Cousins, pending a meet and confer between the Parties regarding the Motion to Strike.

DATED: June 9, 2022        HANSEN LAW FIRM, P.C.


                           By:  _____/s/ Craig A. Hansen_____
                                      CRAIG A. HANSEN

                           Attorneys for Plaintiff Yuting Chen



DATED: June 9, 2022        ROCHE FREEDMAN LLP


                           By:  _____/s/ Constantine P. Economides_____
                                   CONSTANTINE P. ECONOMIDES

                           Attorneys for Defendants Ariel Abittan, Abraham Abittan,
                           Rachel Abittan, Brian Abittan, Jacob Abittan, Alyssa
                           Abittan, Eliana Abittan, Roy Graber, Tova Graber, and
                           Realtime NY LLC


## **[PROPOSED] ORDER**


Pursuant to the above stipulation, and good cause appearing, IT IS SO ORDERED.


Entered this ___ day of _____, 2022.


                           _____
                                Hon. Yvonne Gonzalez Rogers
                                United States District Court Judge