| | |
|---|---|
| Craig A. Hansen (SBN 209622)<br>　Email: craig@hansenlawfirm.net<br>Stephen C. Holmes (SBN 200727)<br>　Email: steve@hansenlawfirm.net<br>Sarah Wager (SBN 209277)<br>　Email: sarah@hansenlawfirm.net<br>Philip E. Yeager (SBN 265939)<br>　Email: phil@hansenlawfirm.net<br>Collin D. Greene (SBN 326548)<br>　Email: collin@hansenlawfirm.net<br>HANSEN LAW FIRM, P.C.<br>75 E. Santa Clara Street, Suite 1150<br>San Jose, CA 95113-1837<br>Telephone: (408) 715 7980<br>Facsimile: (408) 715 7001<br><br>Jingjing Ye (Admitted Pro Hac Vice)<br>　Email: yelaw@pm.me<br>YE & ASSOCIATES, PLLC<br>3400 N Central Expy Suite 110-132<br>Richardson, TX 75080<br>Telephone (469) 410-5232<br><br>Attorneys for Plaintiff Yuting Chen | Constantine P. Economides (pro hac vice)<br>(Florida Bar No. 118177)<br>Brianna Pierce (CA Bar No. 336906)<br>ROCHE FREEDMAN LLP<br>1 SE 3rd Avenue, Suite 1240<br>Miami, FL 33131<br>Tel: (305) 971-5943<br>Email: ceconomides@rochefreedman.com<br>　　　　bpierce@rochefreedman.com<br><br>Attorneys for Defendants Ariel Abittan, Abraham Abittan, Rachel Abittan, Brian Abittan, Jacob Abittan, Alyssa Abittan, Eliana Abittan, Roy Graber, Tova Graber, and Realtime NY LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUTING CHEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ARIEL ABITTAN, ABRAHAM ABITTAN, RACHEL ABITTAN, BRIAN ABITTAN, JACOB ABITTAN, ALYSSA ABITTAN, ELIANA ABITTAN, ROY GRABER, TOVA GRABER, REALTIME NY LLC, a New York Limited Liability Company, and DOES 1-20, inclusive.<br><br>　　　　　　Defendants. | Case No.: 21-cv-09393-YGR<br><br>**STIPULATION CONSENTING TO JUDGE NATHANAEL COUSINS CONDUCTING ALL FURTHER PROCEEDINGS IN THIS MATTER; [~~PROPOSED~~] ORDER** |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiff Yuting Chen, by and through her undersigned counsel, and Defendants Ariel |
| 3 | Abittan, Abraham Abittan, Rachel Abittan, Brian Abittan, Jacob Abittan, Alyssa Abittan, Eliana |
| 4 | Abittan, Roy Graber, Tova Graber, and Realtime NY LLC, by and through their undersigned |
| 5 | counsel, (collectively the "Parties") hereby stipulate and agree as follows: |
| 6 | WHEREAS, counsel for the Parties attended the Initial Case Management Conference on |
| 7 | Monday, June 6, 2022 at 2:30 PM; |
| 8 | WHEREAS, the Court ordered counsel for the Parties to confer with their respective clients |
| 9 | regarding consent to transferring this action to Magistrate Judge Nathanael Cousins; |
| 10 | WHEREAS, the Court ordered the Parties to meet and confer regarding the declarations |
| 11 | attached to the Amended Answer filed by Defendants and resolution of the related Motion to Strike |
| 12 | filed by Plaintiff Yuting Chen, Dkt. No. 40. |
| 13 | NOW THEREFORE THE PARTIES STIPULATE AND AGREE AS FOLLOWS: |

1. All Parties in the above-referenced matter, Case No. 21-cv-09393, consent to have United States Magistrate Judge Nathanael Cousins conduct all further proceedings in this case, including trial and entry of final judgment. The Parties understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
2. The Motion to Strike filed by Plaintiff Yuting Chen, presently calendared for hearing on July 12, 2022 at 2:00 PM, is taken off calendar. The Motion to Strike may be re-noticed after the case is transferred to United States Magistrate Judge Nathanael Cousins, pending a meet and confer between the Parties regarding the Motion to Strike.

| | | |
|---|---|---|
| DATED: June 9, 2022 | HANSEN LAW FIRM, P.C. | |
| | By: */s/ Craig A. Hansen* | |
| | CRAIG A. HANSEN | |
| | Attorneys for Plaintiff Yuting Chen | |
| DATED: June 9, 2022 | ROCHE FREEDMAN LLP | |
| | By: */s/ Constantine P. Economides* | |
| | CONSTANTINE P. ECONOMIDES | |
| | Attorneys for Defendants Ariel Abittan, Abraham Abittan, Rachel Abittan, Brian Abittan, Jacob Abittan, Alyssa Abittan, Eliana Abittan, Roy Graber, Tova Graber, and Realtime NY LLC | |

**[PROPOSED] ORDER**

Pursuant to the above stipulation, and good cause appearing, IT IS SO ORDERED.

Entered this 10 day of June, 2022.

Hon. Yvonne Gonzalez Rogers
United States District Court Judge