Craig A. Hansen (SBN 209622)
  Email: craig@hansenlawfirm.net
Stephen C. Holmes (SBN 200727)
  Email: steve@hansenlawfirm.net
Sarah Wager (SBN 209277)
  Email: sarah@hansenlawfirm.net
Philip E. Yeager (SBN 265939)
  Email: phil@hansenlawfirm.net
Collin D. Greene (SBN 326548)
  Email: collin@hansenlawfirm.net
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1150
San Jose, CA 95113-1837
Telephone: (408) 715 7980
Facsimile: (408) 715 7001

Jingjing Ye (Admitted Pro Hac Vice)
 Email: yelaw@pm.me
YE & ASSOCIATES, PLLC
3400 N Central Expy Suite 110-132
Richardson, TX 75080
Telephone (469) 410-5232

Attorneys for Plaintiff Yuting Chen

Constantine P. Economides (pro hac vice)
(Florida Bar No. 118177)
Brianna Pierce (CA Bar No. 336906)
ROCHE FREEDMAN LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 971-5943
Email: ceconomides@rochefreedman.com
       bpierce@rochefreedman.com

Attorneys for Defendants Ariel Abittan, Abraham Abittan, Rachel Abittan, Brian Abittan, Jacob Abittan, Alyssa Abittan, Eliana Abittan, Roy Graber, Tova Graber, and Realtime NY LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| YUTING CHEN,<br><br>                Plaintiff,<br><br>        v.<br><br>ARIEL ABITTAN, ABRAHAM ABITTAN, RACHEL ABITTAN, BRIAN ABITTAN, JACOB ABITTAN, ALYSSA ABITTAN, ELIANA ABITTAN, ROY GRABER, TOVA GRABER, REALTIME NY LLC, a New York Limited Liability Company, and DOES 1-20, inclusive.<br><br>                Defendants. | Case No.: 5:21-cv-09393-NC<br><br>**STIPULATION RE CASE MANAGEMENT CONFERENCE AND MOTION TO STRIKE; ORDER** *AS MODIFIED* |

Pursuant to Civil Local Rules 6-1, 6-2, 16-9 and 16-10, Plaintiff Yuting Chen, by and through her undersigned counsel, and Defendants Ariel Abittan, Abraham Abittan, Rachel Abittan, Brian Abittan, Jacob Abittan, Alyssa Abittan, Eliana Abittan, Roy Graber, Tova Graber, and Realtime NY LLC,[1] by and through their undersigned counsel, (collectively the "Parties") hereby stipulate and agree as follows:

**RECITALS**

Pursuant to the Stipulation Consenting to Judge Nathanael Cousins Conducting All Further Proceedings in This Matter; Order (Dkt. No. 43) (the "Consent Stipulation"), this case was reassigned to the Honorable Nathanael Cousins in the San Jose division for all further proceedings (Dkt. No. 44).

The Clerk set the Case Management Conference for August 24, 2022 at 10:00 a.m. by telephone and ordered the Joint Case Management Statement to be filed by August 17, 2022 (Dkt. No. 45).

Lead counsel for Yuting Chen is currently scheduled to be in trial on another matter in Santa Clara County Superior Court on August 24, 2022. Hansen Decl. ¶ 3.  Pursuant to Civil Local Rule 16-10(a), lead trial counsel for each party must attend the initial Case Management Conference.

As such, the Parties met and conferred and agreed: (1) to continue the Case Management Conference from August 24, 2022 at 10:00 a.m. to September 7, 2022 at 10:00 a.m., and (2) that the joint case management conference statement would be due by August 31, 2022. Hansen Decl. ¶ 4.

Additionally, pursuant to the Consent Stipulation, the hearing on the Motion to Strike (Dkt. No. 40) was taken off calendar.

Pursuant to the Consent Stipulation, the parties met and conferred regarding the Motion to Strike (Dkt. No. 40) and were unable to reach an agreement regarding resolution of that Motion.

As such, the Parties met and conferred regarding a briefing schedule on the Motion to Strike and agreed: (1) to have the hearing on the Motion to Strike set for September 7, 2022 at 1:00 p.m., (2) for the Opposition to the Motion to Strike to be filed by August 10, 2022, and (3) for the Reply to

---

[1] Defendants continue to preserve and do not waive the rights and defenses under Rules 12(b)(2), 12(b)(3), 12(b)(6), and 12(b)(7). Defendants do not consent to personal jurisdiction by filing this stipulation.

be filed by August 24, 2022.

The Parties request that the Court enter an order confirming the terms of the stipulation between the Parties. The Parties assert that the instant request is made in accordance with Civil L.R. 6-1(b) and 6-2(a).

Pursuant to Civil L.R. 6-2(a)(2), and aside from the time modifications described herein, the following previous time modifications have been made in this case:

(1) the Court issued an Order Reassigning Case [Dkt. 10] after Plaintiff filed a Declination to Magistrate Judge Jurisdiction [Dkt. 8] and on January 11, 2022, the Court issued Clerk's Notice Setting Case Management Conference [Dkt. 11] setting a Case Management Conference for March 14, 2022 at 2:00 p.m., and ordering that a joint case management conference statement be filed by March 7, 2022;

(2) the Stipulation Re Service and Joint Request to Continue Case Management Conference and Related Deadlines; Order (Dkt. 26) continued the March 14, 2022 Case Management Conference to May 23, 2022 at 2:00 p.m. and ordered the joint case management conference statement to be filed by May 16, 2022; and

(3) the Clerk's Notice Continuing Case Management Conference continued the Case Management Conference from May 23, 2022 to June 6, 2022 at 2:00 p.m. (Dkt. 39);

Further, pursuant to Civil L.R. 6-2(a)(3), the requested time modification would not have a prejudicial effect on the schedule for the case. Trial has not been set in the case, and no discovery has been served in this action. Hansen Decl. ¶ 6.

**STIPULATION**

The Parties therefore stipulate as follows:

1. The August 24, 2022 Case Management Conference shall be continued to September 7, 2022 at 10:00 a.m. and the Joint Case Management Statement shall be filed by August 31, 2022.
2. The hearing on the Motion to Strike (Dkt. No. 40) is set for September 7, 2022 at 1:00 p.m. The Opposition to the Motion to Strike shall be filed by August 10, 2022, and the Reply shall be filed by August 24, 2022.

| | | |
|---|---|---|
| DATED: July 11, 2022 | | HANSEN LAW FIRM, P.C. |

By: _____/s/ Craig A. Hansen_____
CRAIG A. HANSEN

Attorneys for Plaintiff Yuting Chen

DATED: July 11, 2022   ROCHE FREEDMAN LLP

By: _____/s/ Constantine P. Economides_____
CONSTANTINE P. ECONOMIDES

Attorneys for Defendants Ariel Abittan, Abraham Abittan, Rachel Abittan, Brian Abittan, Jacob Abittan, Alyssa Abittan, Eliana Abittan, Roy Graber, Tova Graber, and Realtime NY LLC

I hereby attest that I obtained consent in the filing of this document from each of the other signatories on this e-filed document.

DATED: July 11, 2022   HANSEN LAW FIRM, P.C.

By: _____/s/ Craig A. Hansen_____
CRAIG A. HANSEN

## *MODIFIED ORDER*

The August 24, 2022 Case Management Conference shall be continued to September 7, 2022, at 1:00 p.m. by Zoom and the Joint Case Management Statement shall be filed by August 31, 2022.

The hearing on the Motion to Strike (Dkt. No. 40) is also set for September 7, 2022, at 1:00 p.m. by Zoom. The Opposition to the Motion to Strike shall be filed by August 10, 2022, and the Reply shall be filed by August 24, 2022.

_____
Hon. Nathanael M. Cousins
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Nathanael M. Cousins