Craig A. Hansen (SBN 209622)
  Email: craig@hansenlawfirm.net
Stephen C. Holmes (SBN 200727)
  Email: steve@hansenlawfirm.net
Sarah Wager (SBN 209277)
  Email: sarah@hansenlawfirm.net
Philip E. Yeager (SBN 265939)
  Email: phil@hansenlawfirm.net
Collin D. Greene (SBN 326548)
  Email: collin@hansenlawfirm.net
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1150
San Jose, CA 95113-1837
Telephone: (408) 715 7980
Facsimile: (408) 715 7001

Jingjing Ye (Admitted Pro Hac Vice)
 Email: yelaw@pm.me
YE & ASSOCIATES, PLLC
3400 N Central Expy Suite 110-132
Richardson, TX 75080
Telephone (469) 410-5232

Attorneys for Plaintiff Yuting Chen

Constantine P. Economides (pro hac vice)
(Florida Bar No. 118177)
Brianna Pierce (CA Bar No. 336906)
ROCHE FREEDMAN LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 971-5943
Email: ceconomides@rochefreedman.com
       bpierce@rochefreedman.com

Attorneys for Defendants Ariel Abittan,
Abraham Abittan, Rachel Abittan, Brian
Abittan, Jacob Abittan, Alyssa Abittan, Eliana
Abittan, Roy Graber, Tova Graber, and
Realtime NY LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| YUTING CHEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARIEL ABITTAN, ABRAHAM ABITTAN, RACHEL ABITTAN, BRIAN ABITTAN, JACOB ABITTAN,  ALYSSA ABITTAN, ELIANA ABITTAN, ROY GRABER, TOVA GRABER, REALTIME NY LLC, a New York Limited Liability Company, and DOES 1-20, inclusive.<br><br>　　　　　Defendants. | Case No.:  5:21-cv-09393-NC<br><br>**STIPULATION RE CASE MANAGEMENT CONFERENCE; ORDER** |

Pursuant to Civil Local Rules 6-1, 6-2, 16-9 and 16-10, Plaintiff Yuting Chen, by and through her undersigned counsel, and Defendants Ariel Abittan, Abraham Abittan, Rachel Abittan, Brian Abittan, Jacob Abittan, Alyssa Abittan, Eliana Abittan, Roy Graber, Tova Graber, and Realtime NY LLC,[1] by and through their undersigned counsel, (collectively the "Parties") hereby stipulate and agree as follows:

## **RECITALS**

On August 29, 2022, the Clerk continued the Case Management Conference set for September 7, 2022 to September 14, 2022 at 11:00 a.m. by Zoom webinar and ordered the Joint Statement to be filed by September 7, 2022 (Dkt. No. 52).

Lead counsel for Yuting Chen is currently scheduled to be in a mandatory settlement conference on another matter in Santa Clara County Superior Court on September 14, 2022. Hansen Decl. ¶ 3. Additionally, lead counsel for Yuting Chen is also scheduled to be in trial on that same matter on September 21, 2022. Hansen Decl. ¶ 3. Pursuant to Civil Local Rule 16-10(a), lead trial counsel for each party must attend the initial Case Management Conference.

As such, the Parties met and conferred and agreed: (1) to continue the Case Management Conference from September 14, 2022 at 11:00 a.m. to September 28, 2022 at 10:00 a.m., and (2) that the joint case management conference statement would be due by September 21, 2022. Hansen Decl. ¶ 4.

The Parties request that the Court enter an order confirming the terms of the stipulation between the Parties. The instant request is made pursuant to Civil L.R. 6-1(b)[2] and 6-2(a).

Pursuant to Civil L.R. 6-2(a)(2), and aside from the time modifications described herein, the following previous time modifications have been made in this case:

(1) the Court issued an Order Reassigning Case [Dkt. 10] after Plaintiff filed a Declination to Magistrate Judge Jurisdiction [Dkt. 8] and on January 11, 2022, the Court issued Clerk's Notice Setting Case Management Conference [Dkt. 11] setting a Case Management

---

[1] Defendants continue to preserve and do not waive the rights and defenses under Rules 12(b)(2), 12(b)(3), 12(b)(6), and 12(b)(7). Defendants do not consent to personal jurisdiction by filing this stipulation.

[2] The Parties understand the request is made within 14 days of the rescheduled Case Management Conference and apologize for any inconvenience to the Court.

Conference for March 14, 2022 at 2:00 p.m., and ordering that a joint case management conference statement be filed by March 7, 2022;

(2) the Stipulation Re Service and Joint Request to Continue Case Management Conference and Related Deadlines; Order (Dkt. 26) continued the March 14, 2022 Case Management Conference to May 23, 2022 at 2:00 p.m. and ordered the joint case management conference statement to be filed by May 16, 2022;

(3) the Clerk's Notice Continuing Case Management Conference continued the Case Management Conference from May 23, 2022 to June 6, 2022 at 2:00 p.m. (Dkt. 39);

(4) the Clerk's Notice Setting Case Management Conference (Dkt. 45) set the Case Management Conference for August 24, 2022 at 10:00 a.m. and ordered the Joint Case Management Conference Statement to be filed by August 17, 2022; and

(5) the Stipulation Re Case Management Conference and Motion to Strike; Order as Modified (Dkt. 48) continued the August 24, 2022 Case Management Conference to September 7, 2022 at 1:00 p.m., ordered the joint case management conference statement to be filed by August 31, 2022, set the hearing on the Motion to Strike (Dkt. 40) to September 7, 2022 at 1:00 p.m., ordered the Opposition to the Motion to Strike to be filed by August 10, 2022, and ordered the Reply in support of the Motion to Strike to be filed by August 24, 2022.

Further, pursuant to Civil L.R. 6-2(a)(3), the requested time modification would not have a prejudicial effect on the schedule for the case. Trial has not been set in the case, and no discovery has been served in this action. Hansen Decl. ¶ 5.

## STIPULATION

The Parties therefore stipulate as follows:

1. The September 14, 2022 Case Management Conference shall be continued to September 28, 2022 at 11:00 a.m. via Zoom webinar and the joint case management conference statement shall be filed by September 21, 2022.

DATED: September 7, 2022            HANSEN LAW FIRM, P.C.

By:  */s/ Craig A. Hansen*
　　　　CRAIG A. HANSEN

Attorneys for Plaintiff Yuting Chen

DATED: September 7, 2022            ROCHE FREEDMAN LLP

By:  */s/ Constantine P. Economides*
　　　　CONSTANTINE P. ECONOMIDES

Attorneys for Defendants Ariel Abittan, Abraham Abittan, Rachel Abittan, Brian Abittan, Jacob Abittan, Alyssa Abittan, Eliana Abittan, Roy Graber, Tova Graber, and Realtime NY LLC

I hereby attest that I obtained consent in the filing of this document from each of the other signatories on this e-filed document.

DATED: September 7, 2022            HANSEN LAW FIRM, P.C.

By:  */s/ Craig A. Hansen*
　　　　CRAIG A. HANSEN

## ORDER

Pursuant to the above stipulation, and good cause appearing, IT IS SO ORDERED.

Entered this __7th__ day of __September__, 2022.

_____
Hon. Nathanael M. Cousins
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins