UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARIEL ABITTAN, | |
|---|---|
| Plaintiff, | Case No. 20-cv-9340 NC |
| v. | Case No. 21-cv-9393 NC |
| LILY CHAO, and others, | **ORDER STRIKING SEPARATELY FILED CASE MANAGEMENT STATEMENTS AND DIRECTING FILING OF JOINT STATEMENT** |
| Defendants. | |

In preparation for the Case Management Conferences scheduled for September 28, 2022, at 11:00 a.m., the parties have filed three separate statements rather than one consolidated and coordinated joint statement. The Court strikes the separate statements in Case No. 20-cv-9340 NC at Dkts. Nos. 157 and 158, and in Case No. 21-cv-9393 NC at Dkt. No. 53. The parties must confer further and file an updated joint statement by September 27 at noon. The updated statement: (1) must include a proposed coordinated case schedule; (2) address coordination of discovery among the many state and federal cases pending between the parties; (3) attach a copy of the state court motion to disqualify the Roche Freedman firm and any response that has been filed; (4) update the chart of pending motions, which was out of date in Abittan's CMC statement in Case No. 20-cv-9340 NC at Dkt. 157 p. 7; and (5) update the parties' proposal on ADR.

The CMC remains as scheduled, by Zoom video. The Court intends to set a case schedule.

**IT IS SO ORDERED.**

Dated: September 24, 2022

NATHANAEL M. COUSINS
United States Magistrate Judge