Craig A. Hansen (SBN 209622)
  Email: craig@hansenlawfirm.net
Stephen C. Holmes (SBN 200727)
  Email: steve@hansenlawfirm.net
Sarah Wager (SBN 209277)
  Email: sarah@hansenlawfirm.net
Philip E. Yeager (SBN 265939)
  Email: phil@hansenlawfirm.net
Collin D. Greene (SBN 326548)
  Email: collin@hansenlawfirm.net
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1150
San Jose, CA 95113-1837
Telephone: (408) 715 7980
Facsimile: (408) 715 7001

Attorneys for Plaintiff
Yuting Chen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUTING CHEN,<br><br>            Plaintiff,<br><br>     v.<br><br>ARIEL ABITTAN, ABRAHAM ABITTAN, RACHEL ABITTAN, BRIAN ABITTAN, JACOB ABITTAN, ALYSSA ABITTAN, ELIANA ABITTAN, ROY GRABER, TOVA GRABER, REALTIME NY LLC, a New York Limited Liability Company, and DOES 1-20, inclusive.<br><br>            Defendants. | Case No. 21-cv-09393-NC<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL; [PROPOSED ORDER]**<br><br>Courtroom: Courtroom 5 – 4th Floor<br>Judge: Hon. Nathanael Cousins<br><br>Complaint Filed: December 3, 2021 |

NOTICE OF WITHDRAWAL                                                                  CASE NO. 21-CV-09393-NC

PLEASE TAKE NOTICE that Hansen Law Firm, P.C. is withdrawing from representation of Plaintiff Yuting Chen ("Plaintiff") in the above-captioned matter. The signature of the Plaintiff consenting to the withdrawal is below.

Consent of Plaintiff Yuting Chen to Hansen Law Firm, P.C.'s withdrawal:

_____
Yuting Chen

DATED: November 18, 2022                    HANSEN LAW FIRM, P.C.

By: _____/s/ Craig A. Hansen_____
            Craig A. Hansen

Attorneys for Plaintiff Yuting Chen

### [PROPOSED] ORDER

Pursuant to Hansen Law Firm, P.C.'s Notice of Withdrawal of Counsel, and good cause appearing, the Court ORDERS that Hansen Law Firm, P.C. is no longer counsel of record for Plaintiff Yuting Chen in the above-referenced matter.

Entered this ___ day of _____, 2022.

_____
Hon. Nathanael Cousins
United States Magistrate Judge