Constantine P. Economides (*pro hac vice*)
(Florida Bar No. 118177)
Brianna K. Pierce (CA Bar No. 336906)
FREEDMAN NORMAND FRIEDLAND LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 851-5997
Email:  ceconomides@fnf.law
         bpierce@fnf.law

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| YUTING CHEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARIEL ABITTAN, ABRAHAM ABITTAN, RACHEL ABITTAN, BRIAN ABITTAN, JACOB ABITTAN, ALYSSA ABITTAN, ELIANA ABITTAN, ROY GRABER, TOVA GRABER, REALTIME NY LLC, a New York Limited Liability Company, and DOES 1-20, inclusive<br><br>　　　　　Defendants. | Case No. 21-cv-09393-NC<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS BY DEFENDANTS** |

**TO THE HONORABLE COURT, TO ALL PARTIES HEREIN, AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

   Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 18, 2023          **FREEDMAN NORMAND FRIEDLAND LLP**

                                 */s/ Constantine P. Economides*
                                 Constantine P. Economides (*pro hac vice*)
                                 Brianna Pierce (CA Bar No. 336906)

|     |                                                                                                                 |
| --- | --------------------------------------------------------------------------------------------------------------- |
| 1   |                                                                                                                 |
| 2   | 1 SE Third Avenue, Suite 250<br>Miami, Florida 33131<br>Tel: (305) 971-5943<br>Email: ceconomides@fnf.law        |
| 3   | bpierce@fnf.law                                                                                                 |
| 4   | *Counsel for Defendants*                                                                                        |

- 2 -

CERTIFICATE OF INTERESTED PARTIES                                       CASE NO. 21-CV-09393-NC