# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUTING CHEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARIEL ABITTAN, and others,<br><br>　　　　Defendants. | Case No. 21-cv-09393 NC<br><br>**ORDER DISMISSING CASE WITH CONDITIONS** |

At a hearing today in open court, counsel for Plaintiff Yuting Chen moved to voluntarily dismiss this case with prejudice under Fed. R. Civ. P. 41(a)(2). Under that provision, an action may be dismissed only by court order, on terms that the court considers proper. The Court GRANTS dismissal with prejudice, with conditions set forth in this order. The Court retains jurisdiction to address the following issues. Defendants may file a motion for award of fees, costs, and sanctions by May 11, 2023; opposition due May 24, 2023; hearing May 31, 2023, at 11:00 a.m. in courtroom 5.

The parties also have until May 3, 2023, to jointly or separately propose a protective order to regulate certain documents that were produced in the case.

Counsel for Chen additionally stated a request to withdraw from the case. Supporting information must be filed by May 11, 2023 (including whether client agrees or objects; new counsel; or if Chen will be self-represented), and notice provided to Chen; response by May 24, 2023; hearing May 31, 2023, at 11:00 a.m. in courtroom 5.

1  The Court denied the other discovery issues in ECF 90 as moot in light of the
2  dismissal.  The Court vacated the April 27 deposition of Chen.  The Clerk must terminate
3  ECF 75, 83 and 90 without prejudice and administratively close this case.

4  IT IS SO ORDERED.

5  Date: April 26, 2023    _____
                            Nathanael M. Cousins
6                           United States Magistrate Judge