Jingjing Ye (*Pro Hac Vice*)
YE & ASSOCIATES, PLLC
3400 N. Central Expy, Suite 500
Plano, TX 75074

*Attorney for Plaintiff Yuting Chen*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| YUTING CHEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ARIEL ABITTAN, et al.<br><br>　　　　　　Defendants. | Case No. 21-CV-09393-NC<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL; [PROPOSED ORDER]**<br><br>Courtroom: Courtroom 5 – 4th Floor<br>Judge:　Hon. Nathanael Cousins<br><br>Complaint Filed: December 3, 2021 |

PLEASE TAKE NOTICE that Ye & Associates, PLLC is withdrawing from the representation of Plaintiff Yuting Chen ("Plaintiff") in the above-captioned matter. The signature of the Plaintiff consenting to the withdrawal is below.

Consent of Plaintiff Yuting Chen to Ye & Associates, PLLC's withdrawal:

*Yuting Chen*
Yuting Chen (May 1, 2023 15:25 PDT)
Yuting Chen

DATED: May 1, 2023

Ye & Associates, PLLC

By: */s/* Jingjing Ye
Jingjing Ye

Attorney for Plaintiff Yuting Chen

### [PROPOSED] ORDER

Pursuant to Ye & Associates, PLLC's Notice of Withdrawal as Counsel, and good cause appearing, the Court ORDERS that Ye & Associates, PLLC is no longer counsel of record for Plaintiff Yuting Chen in the above-referenced matter.

Entered this ___ day of _____, 2023.

_____
Hon. Nathanael Cousins
United States Magistrate Judge