Constantine P. Economides (*pro hac vice*)
(Florida Bar No. 118177)
Brianna K. Pierce
(CA Bar No. 336906)
FREEDMAN NORMAND
FRIEDLAND LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 971-5943
Email: ceconomides@fnf.law
　　　　bpierce@fnf.law

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| YUTING CHEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARIEL ABITTAN, ABRAHAM ABITTAN, RACHEL ABITTAN, BRIAN ABITTAN, JACOB ABITTAN, ALYSSA ABITTAN, ELIANA ABITTAN, ROY GRABER, TOVA GRABER, REALTIME NY LLC, a New York Limited Liability Company, and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 21-CV-09393-NC<br><br>**DECLARATION OF CONSTANTINE ECONOMIDES IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS, FEES, AND COSTS**<br><br>Date:　May 31, 2023<br>Time:　1:00 p.m.<br>Judge:　Hon. Nathanael Cousins<br>Place:　Courtroom 5, 4th Floor |

I, Constantine Economides, declare as follows:

1. I am a partner with the law firm of Freedman Normand Friedland LLP and am lead counsel for Defendants Ariel Abittan, Abraham Abittan, Rachel Abittan, Brian Abittan, Jacob Abittan, Alyssa Abittan, Eliana Abittan, Roy Graber, Tova Graber, and Realtime NY LLC. I submit this declaration in support of Defendants' Motion for Sanctions, Fees, and Costs. I have personal knowledge of the matters set forth herein except as to those matters set forth on information and belief, and as to those, I am informed and believe them to be true and could and would competently testify thereto. In making this declaration, it is not my intention, nor the intention of Defendants, to waive the attorney-client privilege, the attorney-work product immunity, or any other applicable privilege.

2. I have reviewed Freedman Normand Friedland LLP's billing records to determine the amount of attorneys' fees and costs incurred by Defendants in connection with this frivolous action and which are the subject of Defendants' present motion for sanctions. To the best of my knowledge and after a reasonable investigation, the following attorneys and support staff performed legal work in connection with this action and their hourly billing rates for this matter are included in parentheses: Partner and lead counsel Constantine Economides ($756.50/hr); Associate Jessica Clark ($535.50/hr); Associate Brianna Pierce ($573.75/hr in 2022 and $603.75/hour in 2023); Associate Niraj Thakker ($603.50/hr in 2022 and $637.50/hr in 2023); Staff Associate Thomas Trabue ($382.50/hr); Paralegal Alysa Cannon ($187/hr); Paralegal Athanasia Karadjas ($233.75/hr); and, Paralegal Christina Larkin ($204/hr).

3. To the best of my knowledge and after a reasonable investigation, in order to defend against Plaintiff's action, Defendants' counsel performed the following categories of legal work: (1) Pre-Answer and Answer; (2) Amended Answer; (3) Post-Amended Answer; (4) Initial Disclosures; (5) Other Discovery; (6) Judgment on the Pleadings; (7) Voluntary Dismissal; and (8) Sanctions.

4. To the best of my knowledge and after a reasonable investigation, the attorneys' fees incurred by Defendants for each of the nine categories of legal work described above are as follows through May 14, 2023: (1) Pre-Answer and Answer: $22,300.60; (2) Amended Answer:

1  $9,493.65; (3) Post-Amended Answer: $14,946.83; (4) Initial Disclosures: $8,600.30; (5) Other
2  Discovery: $12,829.48; (6) Judgment on the Pleadings: $52,789.25; (7) Voluntary Dismissal:
3  $3,749.35; and (8) Sanctions: $7,846.78. Added together, Defendants incurred $132,556.24 in
4  attorneys' fees for this work for approximately 247.60 hours of legal work.

5       5.     Defendants also incurred $4,149.83 in costs associated with court hearings
6  regarding Plaintiff's repeatedly deficient initial disclosures.

7       6.     To the best of my knowledge and after a reasonable investigation, totaling the
8  attorneys' fees and costs described above through May 14, 2023, Defendants have incurred
9  approximately $136,706.07 in fees and costs in connection with this action and that are the subject
10 of Defendants' present motion for sanctions.

11      7.     The foregoing hours, fees, and costs were tracked separately from those incurred in
12 the related Abittan Action and Temujin Action.

13      8.     Based on my litigation experience and familiarity with this case, I estimate that the
14 total partner, associate, and paralegal time needed for finalizing and filing the motion and
15 supporting papers on May 15, 2023 will amount to approximately 30 hours and approximately
16 $16,000 in additional attorneys' fees incurred by Defendants.

17      9.     I further estimate that the total partner, associate, and paralegal time for preparing
18 and participating in a hearing on the motion will amount to approximately 20 hours of legal work
19 and approximately $10,700 in additional attorneys' fees incurred by Defendants. I also estimate
20 that the expenses associated with the hearing will be approximately $2,000.00 for travel and
21 lodging for me and Ms. Pierce.

22     10.    Following the hearing on Defendants' motion for sanctions, Defendants are
23 prepared to provide a supplemental submission with the actual fees and costs incurred and with
24 any additional information required by the Court.

25     11.    I believe that the hourly rates and hours spent are reasonable for similar attorneys
26 performing complex litigation in the Bay Area, and to the extent required by the Court, I am
27 prepared to submit any further briefing or evidence in that regard.

28

1      12.      Attached hereto as **Exhibit A** is a true and correct copy of email correspondence between counsel regarding the identity of Yuting Chen and the need for an identity-tailored deposition, dated March 31, 2022 and April 1, 2022.

13. Attached hereto as **Exhibit B** is a true and correct copy of email correspondence between counsel regarding Plaintiff's alleged inability to be deposed due to her travel plans to China, dated April 30, 2022 through February 17, 2023.

14. Attached hereto as **Exhibit C** is a true and correct copy of email correspondence between counsel regarding Plaintiff's deposition on April 27, 2023 and need for a translator, dated February 17, 2023 through February 28, 2023.

15. Attached hereto as **Exhibit D** is a true and correct copy of the transcript of Lily Chao's deposition on March 30, 2023.

16. Attached hereto as **Exhibit E** is a true and correct copy of the transcript of Damien Ding's deposition on March 31, 2023.

17. Attached hereto as **Exhibit F** is a true and correct copy of the transcript of Ariel Abittan's deposition on March 30, 2023.

18. Attached hereto as **Exhibit G** is a true and correct copy of Plaintiff's sixth amended initial disclosures.

19. Attached hereto as **Exhibit H** is a true and correct copy of a stipulated and signed order concerning identity depositions, entered in the *Temujin Action*, on September 6, 2022.

20. Attached hereto as **Exhibit I** is a true and correct copy of Judge Kulkarni's tentative ruling denying Yuting Chen's motion to disqualify Abittan's counsel in the *Temujin Action*, issued on November 16, 2022.

21. Attached hereto as **Exhibit J** is a true and correct copy of a substitution of attorney, filed by the Hansen Law Firm, in the *Temujin Action*, on November 18, 2022.

22. Attached hereto as **Exhibit K** is a true and correct copy of Specially-Appearing Cross-Defendant Named in the Cross-Complaint as "Yuting Chen (a/k/a Tiffay Chen, a/k/a Lily Chao)"'s Motion to Quash Summons and Service of Process, dated March 2, 2023, filed in the *Temujin Action*.

DECLARATION OF CONSTANTINE ECONOMIDES IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS, FEES, AND COSTS     4     CASE NO. 21-CV-09393-NC

1  23. Attached hereto as **Exhibit L** is a true and correct copy of Order concerning (1) Defendant/Cross-Complainant Ariel Abittan's Motion to Compel Deposition of Cross-Defendant Yuting Chen and (2) Specially-Appearing Cross-Defendant Named in the Cross-Complaint as "Yuting Chen (a/k/a Tiffay Chen, a/k/a Lily Chao)"'s Motion to Quash Summons and Service of Process, dated April 14, 2023, entered in the *Temujin Action*.

24. Attached hereto as **Exhibit M** is a true and correct copy of an email from counsel for Ariel Abittan to counsel for Yuting Chen regarding acceptance of a subpoena in the *Abittan Action*.

25. Attached hereto as **Exhibit N** is a true and correct copy of an email regarding service on Yuting Chen at 69 Isabelle Avenue, Atherton, CA, dated May 9, 2023.

26. Attached hereto as **Exhibit O** is a true and correct copy of email correspondence between counsel for Plaintiff and counsel for Ariel Abittan, dated April 12 and 13, 2023, regarding the deposition of Yuting Chen on May 11, 2023, in the Temujin Action.

27. Attached hereto as **Exhibit P** is a true and correct copy of a substitution of attorney, filed by Ye & Associates, PLLC, in the *Temujin Action*, on May 1, 2023.

28. Attached hereto as **Exhibit Q** is a true and correct copy of a substitution of attorney, filed by SAC Attorneys LLP, in the *Temujin Action*, on May 1, 2023.

29. Attached hereto as **Exhibit R** is a true and correct copy of Ariel Abittan's ex parte application for order compelling Yuting Chen to appear at her deposition on May 11, 2023, filed in the *Temujin Action*, on May 2, 2023.

30. Attached hereto as **Exhibit S** is a true and correct copy of an opposition to Ariel Abittan's ex parte application for order compelling Yuting Chen to appear at her deposition on May 11, 2023, filed in the *Temujin Action*, by Ye & Associates, P.L.L.C., on May 4, 2023.

31. Attached hereto as **Exhibit T** is a true and correct copy of Judge Kulkarni's order concerning Ariel Abittan's ex parte application for order compelling Yuting Chen to appear at her deposition on May 11, 2023, filed in the *Temujin Action*, dated May 5, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of May, 2023, in Miami, Florida.

*/s/Constantine P. Economides*
Constantine P. Economides