# EXHIBIT D

1          SUPERIOR COURT OF THE STATE OF CALIFORNIA
2                    COUNTY OF SANTA CLARA
3
4    ────────────────────────────────
                                    )
5    TEMUJIN LABS INC., a Delaware   )
     corporation and TEMUJIN LABS INC.,)
6    a Cayman Islands corporation,   )
                                    )
7              Plaintiff,            )
                                    )
8    vs.                            ) No. 20CV372622
                                    ) [Abittan Case]
9    ARIEL ABITTAN, et al.,          )
                                    )
10             Defendants.           )
     ────────────────────────────────)
11                                   ) Coordinated with
     AND RELATED CROSS-ACTIONS.      ) No. 21CV375422
12   ────────────────────────────────) [Fu Case]
13
14
15          VIDEOTAPED DEPOSITION OF LILY CHAO
16                 Palo Alto, California
17               Thursday, March 30, 2023
18                      Volume I
19
20
21    Reported by:
      CATHERINE A. RYAN, RMR, CRR, B.S.
22    CSR No. 8239
23    Job No. 5841440
24
25    PAGES 1 - 183

1         SUPERIOR COURT OF THE STATE OF CALIFORNIA

2              COUNTY OF SANTA CLARA

3

4    _____

                               )

5    TEMUJIN LABS INC., a Delaware    )

   corporation and TEMUJIN LABS INC.,)

6    a Cayman Islands corporation,    )

                               )

7           Plaintiff,      )

                               )

8    vs.                      ) No. 20CV372622

                               ) [Abittan Case]

9    ARIEL ABITTAN, et al.,      )

                               )

10          Defendants.     ) Coordinated with

   _____) No. 21CV375422

11                              ) [Fu Case]

   ARIEL ABITTAN,             )

12                                )

         Cross-Complainant,    )

13                                )

   vs.                      )

14                                )

   YUTING CHEN (A/K/A TIFFANY CHEN, )

15    A/K/A LILY CHAO), TAO DING (A/K/A )

   DAMIEN DING A/K/A DAMIEN LEUNG),  )

16    et al.,                )

                               )

17          Cross-Defendants.    )

   _____)

18                                )

   BENJAMIN FISCH and CHARLES LU,   )

19                                )

         Cross-Complainant,    )

20                                )

   vs.                      )

21                                )

   YUTING CHEN (A/K/A TIFFANY CHEN, )

22    A/K/A LILY CHAO), TAO DING (A/K/A )

   DAMIEN DING A/K/A DAMIEN LEUNG),  )

23    et al.,                )

                               )

24          Cross-Defendants.    )

   _____)

25

                                                   Page 3

1              Videotaped deposition of LILY CHAO, Volume

2      I, taken on behalf of Defendant and

3      Cross-Complainants, with the Witness appearing at

4      PAUL HASTINGS, LLP, 1117 South California Avenue,

5      Palo Alto, California, beginning at 10:22 a.m. and

6      ending at 6:59 p.m., on Thursday, March 30, 2023,

7      before CATHERINE A. RYAN, Certified Shorthand

8      Reporter No. 8239.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1    APPEARANCES:

2

3    For Plaintiffs and Cross-Defendants TEMUJIN LABS
     INC., a Delaware corporation and TEMUJIN LABS INC.,
4    a Cayman Islands corporation, DAMIEN DING and the
     Witness:

5

         SAC ATTORNEYS LLP
6        BY:  RAYMOND G. HORA
              JACKSON D. MORGUS
7        Attorneys at Law
         1754 Technology Drive, Suite 122
8        San Jose, California  95110
         (408) 436-0789
9        (408) 436-0758 Fax
         rhora@sacattorneys.com
10       jmorgus@sacattorneys.com
11       YE & ASSOCIATES, PLLC
         BY:  JINGJING YE
12       Attorney at Law
         3400 North Central Expressway, Suite 500
13       Plano, Texas  75080

14

15   For Defendant and Cross-Complainant ARIEL ABITTAN:

16       FREEDMAN NORMAND FRIEDLAND LLP
         BY:  CONSTANTINE P. ECONOMIDES
17            BRIANNA K. PIERCE
         Attorneys at Law
18       1 SE 3rd Avenue, Suite 1240
         Miami, Florida  33131
19       (305) 851-5997
         ceconomides@fnf.law
20       bpierce@fnf.law

21

22

23

24

25   //

Page 5

1    APPEARANCES (Continued):

2

3    For Cross-Complainants BENJAMIN FISCH and CHARLES
     LU:

4

         PAUL HASTINGS, LLP
5        BY:  EDWARD HAN
         Attorney at Law
6        1117 South California Avenue
         Palo Alto, California  94304
7        (650) 320-1813
         (659) 320-1900 Fax
8        edwardhan@paulhastings.com

9

10   For Defendant and Cross-Complainant FRANK FU:

11       THE DURRANT LAW FIRM, APC
         BY:  JOHN DURRANT (appearing remotely)
12       Attorney at Law
         2337 Roscomare Road, Suite 2-180
13       Los Angeles, California  90077
         (424) 273-1962
14       john@durrantlawfirm.com

15

16

17   ALSO PRESENT:

18   ARIEL ABITTAN, Defendant and Cross-Complainant

19   GINGER WANG, Interpreter, No. 260301

20   SHAWNA V. HINES, Videographer, Veritext

21

22

23

24

25

Page 6

1                        INDEX

2      WITNESS                                    EXAMINATION

3      LILY CHAO

       Volume I

4                         BY MR. ECONOMIDES              16

5                         BY MR. HAN                    155

6                         BY MR. DURRANT                172

7

8

9                        EXHIBITS

10     NUMBER                 DESCRIPTION              PAGES

11     Exhibit 1   Photocopy of a passport "PEOPLE'S      80

12                 REPUBLIC OF CHINA, RONG, YANG"; Bates

13                 CHAO_0000002

14

15     Exhibit 2   "HONG KONG SPECIAL ADMINISTRATIVE      90

16                 REGION DRIVING LICENSE, RONG, YANG";

17                 Bates CHAO_0000001

18

19     Exhibit 3   Color photocopy of a picture; 1 page   154

20

21

22

23

24

25     //

```
                                              Page 7

 1                    EXHIBITS (Continued)

 2    NUMBER                DESCRIPTION                PAGES

 3    Exhibit 4   "CROSS-DEFENDANT NAMED IN THE        162

 4                CROSS-COMPLAINT AS LILY CHAO (A/K/A

 5                TIFFANY CHEN, A/K/A YUTING CHEN)'S

 6                SECOND SUPPLEMENTAL RESPONSES TO

 7                DEFNDANT [sic] AND CROSS-COMPLAINANT

 8                FRANK FU'S FIRST SET OF FORM

 9                INTERROGATORIES" and "VERIFICATION"; 4

10                pages

11

12    Exhibit 5   "COMPLAINT FOR UNLAWFUL DETAINER" and  167

13                attachments; 14 pages

14

15    Exhibit 6   "Findora's Mission"; 5 pages          171

16

17                       ---o0o---

18

19                 INSTRUCTIONS NOT TO ANSWER

20                                                 PAGE

21                "Q.  Well, have you ever signed any    46
                  name?  Let's start there."

22
                  "Q.  What is your ex-husband's first   53

23                and last name?"

24                "Q.  Is there a sponsoring company?"    74

25                "Q.  What is the sponsoring company?"   74
```

Page 8

1              INSTRUCTIONS NOT TO ANSWER (Continued)

2                                                          PAGE

3              "Q.  What company?"                          75

4              "Q.  What is his or her name?"               82

5              "Q.  What's that person's name?"             82

6              "Q.  And what was your mother's name?"      101

7              "Q.  When -- when did your mother pass      102
               away?"

8

               "Q.  TJ is Telegram, right?"                120
9

               "Q.  Okay.  Will you provide us with        121
10             Yuting Chen's phone number once you
               have it available?"

11

12                            ---o0o---

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 9

1          Palo Alto, California; Thursday, March 30, 2023

2                          10:22 a.m.

3

4                  THE VIDEOGRAPHER:  Good morning.  We are

5          going on the record at 10:22 a.m. on March 30th,

6          2023.

7                  Please note that the microphones are

8          sensitive and may pick up whispering and private

9          conversations.

10                  Please mute your phones at this time.

11                  Audio and video recording will continue to

12          take place unless all parties agree to go off the

13          record.

14                  This is Media Unit 1 of the video-recorded

15          deposition of Lily Chao, taken by counsel for

16          Defendant, Cross-Complainant in the matter of

17          Temujin Labs Inc., a Delaware corporation, et al.,

18          versus Ariel Abittan, et al., and related

19          cross-actions, filed in the Superior Court of the

20          State of California, County of Santa Clara, Case No.

21          20CV372622 and related case numbers.

22                  The location of the deposition is

23          1117 South California Avenue, Palo Alto, California

24          94304.

25                  My name is Shawna Hines, representing

```
                                          Page 10
 1    Veritext Legal Solutions, and I am the videographer.
 2              The court reporter is Catherine Ryan, from
 3    the firm Veritext Legal Solutions.
 4              I am not related to any party in this
 5    action, nor am I financially interested in the
 6    outcome.
 7              If there are any objections to proceeding,
 8    please state them at the time of your appearance.
 9              Counsel and all present, including
10    remotely, will now state their appearances and
11    affiliations for the record, beginning with the
12    noticing attorney.
13              MR. ECONOMIDES:  My name is Constantine
14    Economides, from Freedman, Normand, Friedland, on
15    behalf of Ariel Abittan.
16              MS. PIERCE:  Brianna Pierce, from
17    Freedman, Normand, Friedland, on behalf of Ariel
18    Abittan.
19              MR. ABITTAN:  Ariel Abittan.
20              MR. HAN:  Edward Han, from Paul Hastings,
21    on behalf of Benjamin Fisch and Charles Lu.
22              MR. DURRANT:  And I'm John Durrant.  I
23    represent Frank Fu in the related action, Temujin
24    Labs versus Frank Fu, in which Mr. Fu is a defendant
25    and cross-complainant.
```

1            The case number of the related case is

2    21CV375422.  That case is also pending in the

3    complex division of the Santa Clara Superior Court.

4            THE VIDEOGRAPHER:  Anyone else?

5            MR. MORGUS:  Jackson Morgus, on behalf --

6    excuse me.  Jackson Morgus, of SAC Attorneys, on

7    behalf of Lily Chao.

8            THE INTERPRETER:  What's the name of the

9    firm, please?

10            THE REPORTER:  S-A-C Attorneys.

11            MR. HORA:  Raymond Hora, with SAC

12    Attorneys, on behalf of Ms. Chao.

13            MS. YE:  Jingjing Ye, from Ye & Associates

14    PLLC, on behalf of Lily Chao.

15            THE VIDEOGRAPHER:  Okay.  If that's

16    everyone, will the court reporter please swear in

17    the witness, and then counsel may proceed.

18            (Whereupon, the Interpreter was sworn.)

19            THE REPORTER:  Would you state your number

20    please.

21            THE INTERPRETER:  260301.

22

23                    LILY CHAO,

24    having been administered an oath, was examined and

25    testified as follows:

Page 12

```
 1
 2                MR. HORA:  Before we proceed --
 3                MR. ECONOMIDES:  Yeah, I wanted to note:
 4       Who is taking lead in defending the witness?
 5                MR. HORA:  I am.
 6                Okay.  Good morning, all.  Raymond Hora,
 7       on behalf of Ms. Chao.
 8                Before we proceed, we'd like to put our
 9       objections on the record.
10                Our objections is as follows:  Ms. Chao
11       objects to the written notice, in that she is named
12       in that -- in the notice as Cross-Defendant Doe,
13       A/K/A Lily Chao.
14                Specifically, Ms. Chao objects to that
15       notice, in that she is named as the Cross-Defendant
16       and not as a defendant.
17                THE INTERPRETER:  Did you say -- can I
18       have a read back?  Thank you.
19                    (Record read by the reporter as follows:
20                    "MR. HORA:  Specifically, Ms. Chao
21                    objects to that notice, in that she is
22                    named as a cross-defendant and not as a
23                    defendant.")
24                MR. HORA:  Not as a Doe defendant.
25                Ms. Chao will appear at deposition
```

Page 13

1    pursuant to the court order as a party to the

2    action, the named Cross-Defendant.

3              Ms. Chao -- by appearing at deposition,

4    Ms. Chao is acting in good faith in accordance with

5    the court's order.  By her appearance, she does not

6    agree or assent to being named as a Doe defendant

7    but, rather, appears as a party to the action as the

8    individual named Cross- -- individual defendant

9    named in the Cross-Complaint.

10             Ms. Chao's appearance for the

11   court-ordered identity depositions shall have no

12   bearing or effect on their stated position in that

13   dispute regarding Ms. Chen and Lily Chao.

14             Thank you.  That is all.  Counsel may

15   proceed.

16             MR. ECONOMIDES:  In response to the

17   objections, we note that everything's been noticed

18   properly.  There's a court order for this deposition

19   to proceed.  The -- there's a named Defendant that

20   is named Yuting Chen, and then, with A/K/As, that

21   person has been ordered served and properly served.

22             There's a -- there are Does named in the

23   Complaint, and there is a witness here that we

24   understand goes by the name of Lily Chao, who has

25   filed a general appearance in the case and appeared

Page 14

1    multiple times, through counsel.

2            And to the extent that person would

3    challenge service or jurisdiction, there is no

4    meritorious challenge, given the general

5    appearances, and I believe those issues have been

6    briefed.

7            Oh, sorry.  And I apologize, Madam

8    Translator.  I'll break up what I say going forward.

9            THE INTERPRETER:  The witness is asking

10   for the name mentioned, Yuting Chen.

11           So interpreter will translate that part.

12           MR. HORA:  Just for the record, Madam --

13   Ms. Chao, if you have any questions for your

14   attorneys, please wait, or if you have an urgent

15   question, please ask the translator to translate it

16   in Chinese, but please try not to speak to your

17   attorney during the proceedings.

18           THE WITNESS:  So by asking the

19   interpreter, do you mean that I'm not allowed to

20   talk to my lawyers during the deposition?

21           MR. HORA:  Yes.  If you want to talk to

22   your lawyer, ask the interpreter to take a break and

23   to talk to your lawyers.

24           THE WITNESS:  I want to speak about the

25   interpretation now.

```
                                              Page 15

 1               MR. ECONOMIDES:  Okay.  I -- we're
 2     permitting this -- I'm not exactly sure what's going
 3     on, but I'm not going to let this prejudice our
 4     time, but you can continue.
 5               MR. HORA:  Ask the translator.  You have
 6     to translate back to us.
 7               MS. YE:  Go -- talk to the translator
 8     first.  I'll hear you.
 9               THE WITNESS:  I heard some name mentioned,
10     but I did not hear it in the translation; so it
11     confuses me a little.
12               MR. ECONOMIDES:  Okay.  When I was
13     responding to counsel's objection, I noted that in
14     this action we have sued Yuting Chen, A/K/A Tiffany
15     Chen, A/K/A Lily Chao.  That person has been validly
16     served pursuant to a court's order.
17               Separately, the witness here today is
18     testifying pursuant to a court order.
19               Unless counsel wants to state any other
20     objections on the record, I'm going to proceed.
21               MR. HORA:  Please.
22               THE WITNESS:  May I ask my attorney a
23     question?
24               MR. ECONOMIDES:  Okay.
25               MR. HORA:  No.
```

```
1              MR. ECONOMIDES:  It's up to them.

2              THE WITNESS:  Then let's continue.

3              MS. YE:  So you cannot talk -- you cannot

4     talk to me directly.  You cannot talk to any -- any

5     of the attorneys here unless you request a break,

6     and we'll talk to you.

7              THE WITNESS:  (Speaking in Mandarin.)

8              MS. YE:  No.  We're going to amend the

9     record.

10             We cannot talk to you during the break at

11    all.

12             THE WITNESS:  (Speaking in Mandarin.)

13                      EXAMINATION

14    BY MR. ECONOMIDES:

15       Q    Good morning.  Again, my name is

16    Constantine Economides, and I represent Ariel

17    Abittan.

18             Economides.

19             I'm going to go over a few rules and

20    aspects about the deposition process.

21             I will be asking questions and asking you

22    to provide the best answer you can.  If you do not

23    understand a question or need further clarification

24    as to a question, please tell or ask me, and I will

25    do my best to rephrase it.  Otherwise, I will
```

Page 17

```
 1    presume that you understand my question.
 2              We have an interpreter with us today.
 3    Even if you understand a question posed in English,
 4    please allow the interpreter to translate the
 5    question into Mandarin before answering.
 6              Please answer my questions only in
 7    Mandarin.
 8              You must answer audibly "yes" or "no" --
 9    strike that.
10              You must answer audibly, for example,
11    saying "yes" or "no."  Please don't answer by
12    shaking or nodding your head, or else the court
13    reporter cannot create an accurate transcript.
14              For the same reason, please allow me to
15    finish my question before you start answering it.
16    The court reporter can't transcribe when two people
17    are speaking at once or interrupting one another.
18              If you need a break, please ask, and we'll
19    take a break, except not while a question is
20    pending.
21              Remember, you are under oath as if in a
22    court before a judge.  You must answer truthfully to
23    the very best of your knowledge.
24              Do you understand these instructions?
25         A    Yes.
```

```
                                      Page 18
 1         Q    Okay.  Do you have any questions about any
 2    of these instructions?
 3         A    No.
 4         Q    Please state your full name for the
 5    record.
 6         A    Is he ask- -- is he asking for my name on
 7    my ID?
 8         Q    Well, is your name on your ID different
 9    than your name?
10              (Pause.)
11         Q    Would you like me to repeat the question?
12         A    I don't understand the question.
13         Q    Okay.  Please state your name for the
14    record.
15         A    Rong Yang.  My last name is Rong.
16         Q    And your first name is Yang?
17         A    Yes.
18         Q    And can you spell your full name for the
19    record?
20              I'll -- I'll rephrase it.
21              Can you spell it in English?
22         A    (In English):  Y-a-n-g.
23              (Through Interpreter):  Y-a-n-g.
24              (In English):  R-o-n-g.
25              (Through Interpreter):  R-o-n-g.
```

```
                                          Page 19
```

1          Q     Do you have a birth certificate?

2          A     I don't.

3          Q     Have you ever had a birth certificate?

4          A     Yes.

5          Q     What was your name as written on that

6     birth certificate?

7          A     It was the name I stated.

8          Q     Has that birth certificate ever been

9     amended?

10         A     (In English):  No.

11               (Through Interpreter):  No.

12         Q     Thank you.

13               Which country issued that birth

14    certificate?  Strike that.

15               In which country was that birth

16    certificate issued?

17         A     China.

18         Q     And were you born in China?

19         A     Yes.

20         Q     In what city were you born?

21         A     Do you mean city or what?

22         Q     City.

23         A     Beijing.

24         Q     What is your birthday?

25         A     September 17th.

1      Q    And what year?

2      A    I don't want to answer that.

3      Q    Well, unfortunately, not wanting to answer

4    a question is not a basis to not answer the

5    question; so I'll ask again.

6           In what year were you born?

7      A    Can I refuse to answer that question?

8      Q    You've been compelled to come here

9    provide -- to provide testimony.  There's a court

10   order.  There will likely be multiple questions that

11   you don't want to answer but that I believe I have a

12   right to ask pursuant to the court's order.

13          Beyond that -- strike that.

14          I'm not going to give you any legal

15   advice.  I'm not going to give you any legal advice,

16   and I'm going to seek the answers to my questions

17   under oath.

18          If I don't obtain answers to valid

19   questions, then I will seek a further order from the

20   court asking the court to order another deposition

21   that either -- strike that -- asking the court to

22   order additional deposition time as well as to order

23   the payment to my firm and my clients for the costs

24   and expenses of doing so.

25          So in what year were you born?

1      A     So on this court order, has the judge

2    ordered me to answer what year of my birth?

3      Q     So you're free to talk to your counsel

4    outside, when the deposition is over, about legal

5    questions.

6           But, right now, I'm asking you what year

7    you were born.

8      A     What I wanted to ask you is -- because

9    there's a court order demanding me to answer these

10   questions; so I want to ask:  Has the judge ordered

11   me to answer this?

12     Q     You can read the order with your client --

13   excuse me -- with your attorneys.

14          Right now, it's very simple.  I'm asking

15   you what year you were born in.  Please answer the

16   question.

17     A     What I saw in the court order from the

18   judge is to require me to answer questions about my

19   identity, not the year of my birth.

20          MR. ECONOMIDES:  Okay.  I'm going to note

21   for the record that the witness is refusing to

22   answer the question of her birth year; and, again,

23   that's -- a birth date and year, directly relevant

24   to confirming one's identity and directly within the

25   scope of the deposition.  And the refusal to answer

1    is improper.  There's no basis to refuse to answer.

2    There's no instruction from counsel to refuse to

3    answer.

4         Q    I'll ask you one more time:  What year

5    were you born?

6             (Pause.)

7             MR. ECONOMIDES:  Okay.  I'll again note

8    for the record that the witness has multiple times

9    refused to answer without a valid basis.

10            I'm going to move on.

11            MR. HAN:  Counsel, can I -- this is Edward

12   Han for Benjamin Fisch and Charles Lu.

13            I join in Mr. Economides' objections.  And

14   I note for the record that we will move to compel

15   and move for sanctions against you personally,

16   Ms. Chao, for refusing to answer a question, as well

17   as your counsel, and we'll seek fees as well as

18   another deposition.

19            MR. DURRANT:  This is John Durrant for

20   Mr. Fu.

21            I'll join in the objection, and I'll have

22   a standing indication on the record that I'll join

23   in all of the objections.  But this appears to be a

24   direct defiance of a court order.

25            MR. HAN:  I also note for the record that

```
                                             Page 23
 1    we will seek all other appropriate sanctions,
 2    including evidence and terminating sanctions.
 3              MR. ECONOMIDES:  And just --
 4              THE WITNESS:  I'd like to have a minute to
 5    think to decide if I want to answer this question.
 6              MR. ECONOMIDES:  Well, I'm going to move
 7    on.  You've refused to answer the question.  I don't
 8    think there's anything to think about.
 9              I'll ask the next question.
10              To be clear on the record, to the extent
11    Mr. Han's objections differed in any way from mine,
12    we join fully in what he stated and specifically
13    with respect to the sanctions that we'll seek.
14              THE WITNESS:  I will answer, then.
15    BY MR. ECONOMIDES:
16         Q    Okay.  What is -- in what year were you
17    born?
18         A    1985.
19         Q    What name should I call you during this
20    deposition?
21         A    Lily.
22         Q    And I prefer, to be respectful, to use
23    your last name.
24              So should I call you Ms. Chao?
25         A    Yes.
```

```
                                          Page 24
 1         Q    So, Ms. Chao, are you a citizen of the
 2    People's Republic of China?
 3         A    Yes.
 4         Q    Have you been a citizen of the People's
 5    Republic of China since you were born?
 6         A    Yes.
 7         Q    Have you ever been a citizen of any other
 8    country?
 9         A    No.
10         Q    Do you know what an alias is?
11              MR. HORA:  Objection.  Form.  Objection to
12    form.
13              Go ahead.
14              THE INTERPRETER:  Strike that.  Do you --
15              MS. YE:  Sorry.
16              MR. ECONOMIDES:  Let me add an instruction
17    that I failed to -- that I didn't state at the
18    beginning.
19         Q    From time to time, your counsel may object
20    to one of my questions.  After he objects, you can
21    answer the question, unless he instructs you not to
22    answer.
23              Do you understand?
24         A    Can you translate?  So after he objects --
25         Q    Then you can answer the question.
```

1          A    Can I ask a question?

2          Q    Okay.

3          A    He -- why do I have to answer when he

4     objects the question?

5          Q    Okay.  So you can ask your question.  I'm

6     not going to answer the question.  I'm going to

7     continue with my deposition.

8               MS. YE:  There's a mistranslation.  I

9     think that's why she's confused.

10              MR. ECONOMIDES:  Okay.  I don't want there

11    to be any --

12              MS. YE:  Can you -- right.  So can we --

13    can you restate it to give the interpreter another

14    chance to translate it?

15              MR. ECONOMIDES:  Okay.

16         Q    After your counsel says "objection," you

17    can then answer the question.

18              The reason he says "objection" is to make

19    sure it's in the record that he objected.

20              I'll ask my question again.

21              Do you know what an alias is?

22              MR. HORA:  Objection to form.

23              Go ahead.  Go ahead and answer.

24              THE WITNESS:  Yes, I do.

25    //

```
                                              Page 26

 1      BY MR. ECONOMIDES:
 2           Q     Have you ever used an alias?
 3           A     Yes.
 4           Q     What aliases have you used?
 5           A     Rong Yang is my real name, and Lily Chao,
 6      Tiffany Lily Chen.
 7           Q     Any -- any other aliases?
 8           A     (Shakes head.)
 9           A     I have nicknames.
10           Q     Okay.  What nicknames do you have?
11           A     Yanyan.
12           Q     And what do you understand an alias to be?
13                 MR. HORA:  Objection to form.
14                 Go ahead and answer.
15                 THE WITNESS:  It is -- it should not
16      include nicknames, is it?
17      BY MR. ECONOMIDES:
18           Q     Okay.  So just to be clear, I'd like to
19      know every name that you've used, other than Yang
20      Rong, whether it's an alias or a nickname.
21                 Do you understand?
22           A     Yanyan, Leilei.
23           Q     Any other ones?
24           A     And Nini.
25           Q     Okay.  Okay.  Can you spell those for me?
```

```
                                              Page 27
 1              Is the first one Yangyang [phonetic]?
 2      A    (In English):  Y-a-n --
 3           (Through Interpreter):  Y-a-n --
 4           (In English): -- y-a-n.
 5           (Through Interpreter): -- y-a-n.
 6      Q    Okay.   That's the first one, Yanyan.
 7           Okay.  And could you spell the second one
 8   for me?
 9      A    (In English):  L-e-i-l-e-i.
10           (Through Interpreter):  L-e-i-l-e-i.
11      Q    And to be clear, is it L or R?
12      A    Leilei.
13      Q    Leilei.
14      A    (Through Interpreter):  It's -- it's a
15   nickname, a Romanization from Chinese words.
16      Q    I understand.
17           Have you used any other names?
18      A    No.
19      Q    Why have you used names other than your
20   real name?
21      A    Almost every Chinese person has nicknames.
22   An alias, there's no specific reasons.  If you do
23   business, you use alias.
24      Q    So you believe that it's common for people
25   doing business to use aliases; is that right?
```

```
                                            Page 28
 1          A     Because the blockchain business is a
 2     little sensitive in China.
 3          Q     Have you -- have you ever used an alias
 4     when conducting business that is not a blockchain
 5     business?
 6          A     I don't quite remember.
 7          Q     When did you start using the name Tiffany
 8     Chen?
 9          A     I don't remember specifically.  Possibly
10     in 2017.
11          Q     And why did you start using that name?
12          A     I don't remember.
13          Q     Do you have any identification listing
14     your name as Tiffany Chen?
15          A     No.
16          Q     Do you remember to whom you first used the
17     name Tiffany Chen?
18          A     I don't remember.
19                MR. HORA:  Counsel, just for the record,
20     are you mentioning the word Tiffany Chen as a
21     shorthand for Tiffany Lily Chen?  Just for
22     clarification.
23                MR. ECONOMIDES:  Yes.  Thank you.
24          Q     Have you ever used the name Tiffany Chen
25     but not Tiffany Lily Chen?
```

```
                                        Page 29
 1          A     I don't remember specifically.
 2          Q     Do you still use the name Tiffany Lily
 3     Chen?
 4          A     What do you mean by this question?  Do you
 5     mean this year?
 6          Q     Right now, does anyone you know call you
 7     Tiffany?
 8          A     No.
 9          Q     To your knowledge, does anyone that you
10     know believe that your name is Tiffany?
11          A     I don't know.
12          Q     Has anyone called you Tiffany in the years
13     2021, 2022, or 2023?
14          A     I should say -- no, but I should -- I
15     don't remember clearly.
16          Q     Okay.  Do you remember when you stopped
17     using the name -- strike that.
18                When did you stop using the name Tiffany?
19          A     I don't know.
20          Q     Okay.  Do you know if it was after --
21     strike that.
22                Do you know if it was in 2018?
23          A     What's the entire question?
24          Q     So I asked if you know when you stopped
25     using the name Tiffany, and you --
```

```
                                              Page 30
 1              MR. ECONOMIDES:  Go ahead.
 2         Q    And then you said you didn't remember.
 3              So I'm asking:  Do you remember if it was
 4    in the year 2018?
 5         A    I don't remember.
 6         Q    So you can't remember when you started and
 7    stopped using the alias Tiffany, right?
 8         A    Yes.
 9         Q    And did you use that alias because you
10    didn't want people to know you were working in a
11    blockchain business?
12              MR. HORA:  Objection to form.  Objection
13    to form.
14              Go ahead and answer.
15              THE WITNESS:  I don't remember for what
16    reason.
17    BY MR. ECONOMIDES:
18         Q    Earlier you testified that you use aliases
19    because blockchain businesses are sensitive in
20    China, right?
21         A    Yes.
22         Q    But you don't remember if you used the
23    alias Tiffany because you were working in a
24    blockchain business, right?
25         A    I don't remember what happened; so I
```

Page 31

1    cannot answer what I don't remember.

2        Q    Did you ever use an alias with your luxury

3    watch business?

4        A    Now I don't quite remember what time and

5    purpose I used aliases for.

6        Q    Have you ever bought any property using

7    the name Tiffany?

8        A    No.

9        Q    So you remember definitively that you've

10   never used the name Tiffany when buying property,

11   right?

12       A    I don't remember.

13       Q    Have you ever used the name Tiffany on any

14   written document?

15       A    What do you mean by "written document"?

16       Q    Okay.  Let's get more specific.

17            Have you ever rented any properties in the

18   name Tiffany?

19       A    I don't remember.

20       Q    Have you ever bought or leased a vehicle

21   using the name Tiffany?

22       A    I don't remember.

23       Q    Was that because you've bought and leased

24   so many cars using so many different names?

25            MR. HORA:  Objection to form.  Objection

```
                                            Page 32
 1     to form.
 2               THE INTERPRETER:  It's already translated.
 3               MR. HORA:  Oh, go ahead.
 4               THE WITNESS:  I'm sorry.  I forgot the
 5     question.
 6     BY MR. ECONOMIDES:
 7          Q    So I asked if you've ever rented any
 8     properties in the name Tiffany.
 9               You said:  "I don't remember."
10               I asked:  "Have you ever" -- strike that.
11               I asked:  "Have you ever bought or leased
12     a vehicle using the name Tiffany?"
13               You said:  "I don't remember."
14               And my question is:  Is the reason that
15     you don't remember -- strike that.
16               Is the reason that you don't remember
17     because you've bought and leased cars using various
18     names?
19          A    No.
20          Q    But you can't remember whether you've ever
21     bought or leased a car using the name Tiffany,
22     right?
23          A    It is true that I don't remember.  I don't
24     think so.
25          Q    Have you ever bought a car?
```

```
                                                    Page 33
 1          A     Not by myself.  I never bought a car.
 2          Q     Have you bought a car jointly with someone
 3     else?
 4          A     No.
 5          Q     Have you ever leased a car?
 6          A     No.
 7          Q     Have you ever used the name Tiffany when
 8     opening a bank account?
 9          A     No.
10          Q     Have you ever transacted business using
11     the name Tiffany?
12          A     What do you mean by "transact business"?
13          Q     Have you ever told a business partner that
14     your name's Tiffany?
15          A     Yes.
16          Q     Which business partner?
17          A     I don't quite remember.
18          Q     Do you know what type of business it was?
19          A     I don't recall.
20          Q     Have you told many business partners that
21     your name was Tiffany?
22          A     I don't really remember specifically.
23          Q     Do you remember generally?
24                MR. HORA:  Objection to form.
25                Go ahead and answer.
```

```
                                              Page 34
 1                THE WITNESS:  I don't remember.
 2      BY MR. ECONOMIDES:
 3           Q    And you don't remember the last time you
 4      used -- strike that.
 5                You don't remember the last time you used
 6      the name Tiffany, correct?
 7           A    Yes.
 8           Q    When did you start using the name Lily
 9      Chao?
10           A    I don't remember clearly.  Probably 2017
11      or 2018.
12           Q    Do you have any form of identification in
13      the name of Lily Chao?
14           A    No.
15           Q    Why did you start using the name Lily
16      Chao?
17                MR. HORA:  Objection to form.
18                Please go ahead and answer.
19                THE WITNESS:  It's for business.
20      BY MR. ECONOMIDES:
21           Q    Which business?
22           A    Blockchain.
23           Q    What's the name of that business?
24                THE INTERPRETER:  Interpreter does not
25      quite get the name of the business.
```

```
                                               Page 35
 1              THE WITNESS:  One of them is called Eian.
 2     The other is called Temujin.
 3     BY MR. ECONOMIDES:
 4        Q    Eian and Temujin; is that right?
 5        A    Yes.
 6        Q    Where does the name Temujin come from?
 7        A    I don't know who named it.
 8        Q    Are you an owner of this blockchain
 9     business?
10              MR. HORA:  Objection to form.
11              Please go ahead and answer.
12              THE WITNESS:  No.
13     BY MR. ECONOMIDES:
14        Q    What is your role in the blockchain
15     business?
16        A    Before, I was a general contributor.
17        Q    Before what?
18        A    Now I'm not playing that role, but before
19     that, I was a general contributor.
20        Q    When did you begin being a general
21     contributor?
22        A    I don't recall.
23        Q    When did you stop being a general
24     contributor?
25        A    I don't remember clearly.  Probably been a
```

```
                                        Page 36
 1    year.
 2         Q    Were you an employee of the blockchain
 3    business?
 4         A    No.
 5         Q    Did you get paid by the blockchain
 6    business?
 7         A    No.
 8         Q    So you were a general contributor for
 9    free?
10         A    I have not received a penny 'til now -- up
11    until now.
12         Q    Do you expect to receive money for your
13    services as a general contributor?
14         A    Before, I did.  Not now.
15         Q    So before, you expected to receive money,
16    but did not receive money, right?
17         A    That's correct.
18         Q    And now you no longer expect to receive
19    money?
20         A    That's correct.
21         Q    Is Temujin the same cryptocurrency
22    business as Discreet Labs?
23              MR. HORA:  Objection.  Outside the scope.
24              You may answer.
25    //
```

```
                                                Page 37
 1    BY MR. ECONOMIDES:
 2         Q    You can answer.
 3              He objected -- it's on the record -- and
 4    now you can answer.
 5         A    Do I answer, or do I not answer?
 6              MR. HORA:  Please go ahead and answer.
 7              THE WITNESS:  No.
 8    BY MR. ECONOMIDES:
 9         Q    Do you know what Discreet Labs is?
10         A    I've heard of it, but I don't know what it
11    really is.
12         Q    Okay.  Is Temujin the same cryptocurrency
13    or blockchain business as Findora?
14              Fin- -- I don't know if you -- Findora,
15    with an F.
16              MR. HORA:  Objection.  Objection to form.
17    Objection.  Scope.
18              Go ahead.  Please answer.
19              THE WITNESS:  I forgot -- I forgot what
20    question you asked.
21    BY MR. ECONOMIDES:
22         Q    Is Temujin the same blockchain or
23    cryptocurrency business as Findora?
24         A    No.
25         Q    Do you know what Findora is?
```

```
                                                Page 38
 1          A    Findora is a blockchain company.
 2          Q    Do you have any affiliation with that
 3     blockchain company?
 4          A    I was the contributor.
 5          Q    As a contributor for any of these
 6     businesses, did you sign any contracts?
 7          A    No.
 8          Q    What did you contribute?
 9          A    I recruit people.  No, not kind of
10     recruit.  I recommend or refer people to them.
11          Q    In exchange for a referral fee?
12          A    No.
13          Q    When doing that work, what name did you
14     use?
15          A    I think it was Lily.  I don't remember
16     clearly.
17          Q    Did you use different names when speaking
18     to different people while you were acting as a
19     general contributor to Temujin and Findora?
20          A    Ever since Ariel started this litigation,
21     nobody has asked my name.
22          Q    You were acting as a general contributor
23     to Temujin and Findora before this litigation
24     started, right?
25          A    Yes.
```

1        Q     Did you use different names when -- strike
2    that.
3              When speaking to different people, did
4    you -- strike that.
5              When acting as a general contributor and
6    speaking to different people, did you use different
7    names?
8        A     I think I had used "Lily," but I don't
9    remember specifically.  Basically, I would tell
10   people Lily is an alias.
11       Q     Who did you tell that Lily is an alias?
12       A     Basically, people in the blockchain
13   business know that Lily is an alias of mine.
14       Q     Do people in the blockchain business know
15   you by any name other than Lily?
16       A     I don't quite remember, but everybody knew
17   that it was an alias.
18              Oh, no.  It's not everybody, but I think
19   that most people.
20       Q     Are there people that, to your knowledge,
21   did not know that Lily Chao was an alias?
22       A     I think your client knew.
23       Q     Are there people that, to your knowledge,
24   did not know that Lily Chao was an alias?
25       A     I -- I don't know what other people think.

```
                                          Page 40
 1          Q    Did you ever sign any documents in
 2     relation to Temujin, Eian, Discreet Labs, or
 3     Findora?
 4               MR. HORA:  Objection to form.  Objection
 5     to form.
 6               THE INTERPRETER:  Already translated.
 7               MR. HORA:  Go ahead.
 8               THE WITNESS:  I don't know what you mean.
 9     BY MR. ECONOMIDES:
10          Q    You were a general contributor for
11     Temujin, right?
12          A    (Witness nods head.)
13          Q    And you were a general contributor for
14     Findora, right?
15          A    (Witness nods head.)
16          Q    Okay.  When people work for companies or
17     with companies, they often sign contracts or other
18     documents.
19               Are you aware of that?
20          A    You mean I have signed or they have
21     signed?
22          Q    I'm asking if you have signed any
23     documents, either a contract or some other document
24     requiring your signature, in relation to Temujin,
25     Findora, Eian, or Discreet Labs.
```

1        A    I don't think I have, but I don't recall.

2        Q    Okay.  So you don't recall any contracts

3   whatsoever involving you and any of those entities,

4   right?

5              MR. HORA:  Objection.

6   Mischaracterization.

7              Go ahead.  Please answer.

8              THE WITNESS:  I did not sign anything in

9   relation to Discreet Labs because I had nothing to

10  do with them, but I don't remember the other two.

11             MR. ECONOMIDES:  Okay.

12       Q    And you've never received any money from

13  Temujin, Eian, or Findora, right?

14       A    I have not said that.

15       Q    Have you received any --

16       A    I have not --

17             THE INTERPRETER:  Strike that.

18  Interpreter is making a correction.

19             THE WITNESS:  I have -- I have not

20  received.

21             MR. ECONOMIDES:  Okay.  I want to make

22  sure I understand.

23       Q    You've never received money from Temujin,

24  Eian, or Findora, correct?

25       A    Yes.

```
                                       Page 42
 1        Q    Have you paid money to any of those
 2   entities?
 3        A    What are the companies?
 4        Q    Temujin Labs Inc.
 5             Have you ever paid any money to Temujin
 6   Labs Inc.?
 7        A    I think so.
 8        Q    How much money?
 9        A    I don't remember.
10        Q    When did you pay the money?
11        A    I don't remember.  I didn't know that I
12   would be asked about that today; so I -- I didn't
13   come prepared.
14        Q    There's nothing to prepare.  I'm just
15   asking for you to testify based on what you
16   remember, sitting here.
17             So you don't remember?
18        A    I really don't remember.
19        Q    Okay.  Was it more than $10 million?
20        A    I don't think so.
21        Q    Was it more than $1 million?
22        A    Possibly more than that.
23        Q    Okay.  Was it more than $2 million?
24        A    I don't recall specifically.
25        Q    How did you transmit that money to
```

```
                                              Page 43
 1     Temujin?
 2               MR. HORA:  Objection.  Outside the scope.
 3               Go ahead and answer.
 4               THE WITNESS:  It's -- it was via a digital
 5     currency.  I don't remember specifically how.
 6     BY MR. ECONOMIDES:
 7          Q    Was it from a -- an account where you hold
 8     cryptocurrency?
 9               MR. HORA:  Objection.  Outside scope.
10               Go ahead and answer.
11               THE WITNESS:  I'm sorry.  I didn't quite
12     understand the meaning of the question.
13     BY MR. ECONOMIDES:
14          Q    You said:  "It was via a digital
15     currency."
16               Was that digital currency in an account in
17     your name?
18          A    Digital currency is -- is not with a real
19     name.  It doesn't go by a name.
20          Q    Was the digital currency in a wallet?
21               MR. HORA:  Objection.  Outside the scope.
22               Go ahead and answer.
23               THE WITNESS:  I think so.
24     BY MR. ECONOMIDES:
25          Q    What name was used when creating that
```

```
                                          Page 44

 1    wallet?

 2              MR. HORA:  Objection.  Objection.  Outside

 3    the scope.

 4              Go ahead and answer.

 5              THE WITNESS:  Other people handled it for

 6    me.  I don't know how to do that.

 7    BY MR. ECONOMIDES:

 8         Q    Okay.  Who -- strike that.

 9              What are the names of those people?

10              MR. HORA:  Objection.  Outside scope.

11              Go ahead.  Answer.

12              THE WITNESS:  I don't remember

13    specifically who.

14    BY MR. ECONOMIDES:

15         Q    You don't remember specifically who sent

16    somewhere between 1 and $2 million worth of digital

17    assets to Temujin; is that right?

18         A    Yes.

19         Q    Do you -- strike that.

20              When asking people to send that money to

21    Temujin on your behalf, what name were you using?

22         A    I think it was Lily.

23         Q    Lily Chao?

24         A    People won't ask what my last name was.

25         Q    Was it Tiffany Lily Chen?
```

1          A    When I was asked, I was -- I would just

2     say "Lily."  I don't recall specifically.

3          Q    Okay.  You don't have any IDs with the

4     name -- strike that.

5               You don't have any ID -- identification

6     where your name is Lily, correct?

7               MR. HORA:  Objection to form.

8               Please answer.

9               THE WITNESS:  No.

10    BY MR. ECONOMIDES:

11         Q    "No," you don't have that identification?

12         A    I don't have any identifications that says

13    "Lily" on it.

14         Q    Thank you.

15              Have you ever bought property as Lily

16    Chao?

17         A    I don't think so.

18         Q    Have you ever signed any contracts using

19    the name Lily Chao?

20         A    I don't think I have, but I don't remember

21    clearly.

22         Q    Do you recall a contract that you signed

23    in the last month -- any contract?

24         A    What contract?

25         Q    Okay.  I'll ask a different question.

Page 46

```
1              You've signed a contract using your
2       signature as written by you with a pen or pencil,
3       right?
4            A    I'm sorry.  What -- do you mean that --
5       what -- well, what name I signed with a pen or a
6       pencil, Leilei or what name?
7            Q    Well, have you ever signed any name?
8       Let's start there.
9            A    When?
10           Q    Ever in your life.
11           A    Can I ask my counselor a question?
12           Q    Unfortunately, you can't.
13                Do -- do you not understand something
14      about what I'm asking?
15           A    I -- I don't understand.  According to the
16      law, my -- there's protection for my name.
17                Please carry on with your question.
18           Q    Okay.  Have you ever signed -- generally,
19      in your entire life, have you ever signed a
20      document?
21           A    Definitely, yes.
22           Q    So you understand the concept of signing a
23      document with your signature, right?
24           A    Yes.
25           Q    Okay.  And when you've done so, have --
```

```
                                              Page 47
 1    have you used the name Yang Rong?
 2         A    Yes.
 3         Q    Okay.  Have you ever signed a document
 4    using the signature for Tiffany Lily Chen?
 5         A    I don't think I have, but I don't remember
 6    specifically.
 7         Q    How about Tiffany Chen, not Tiffany Lily
 8    Chen?
 9         A    I don't remember I have, but I don't
10    remember clearly.
11         Q    You don't remember if you have?
12         A    I don't remember.
13         Q    Okay.  Have you ever signed a signature as
14    Lily Chao?
15         A    Possibly yes; possibly no.  I really don't
16    recall.
17         Q    Do you now use the name Yang Rong?
18              THE INTERPRETER:  Interpreter needs to ask
19    a clarifying question.
20              THE WITNESS:  I don't meet people
21    nowadays.
22    BY MR. ECONOMIDES:
23         Q    What do you mean, you don't meet people
24    nowadays?
25         A    Because -- I mean, I don't need to
```

```
                                              Page 48
1      interact with people and introduce myself.
2           Q     Other than the people in this room, who is
3      the last person that you spoke with?
4           A     Damien.
5           Q     Who's Damien?
6           A     It's a -- it's a person.
7                 What do you mean by that?
8           Q     What's Damien's full name?
9           A     You have to ask him.
10          Q     Right now, I'm asking you what you know.
11                Do you know Damien's last name?
12          A     Yes.
13          Q     What is it?
14          A     Ding.
15          Q     So his name is Damien Ding?
16          A     (Witness nods head.)
17          Q     Are you related to Damien Ding?
18                I'm going to rephrase that because I don't
19     know how the word "related" translates.
20                Do you have any family relation with
21     Damien Ding?
22          A     No.
23          Q     How long have you known Damien Ding?
24          A     A long time.  I don't quite recall.
25          Q     Longer than 30 years?
```

```
                                            Page 49

  1          A     Definitely not.

  2          Q     Longer than 20 years?

  3          A     Definitely not.

  4          Q     Longer than ten years?

  5          A     I don't know.  I don't quite recall.

  6     Possibly a ten -- around ten years.

  7          Q     Where did you and Damien meet?

  8          A     China.

  9          Q     And I want to be clear about family

 10     relationships.

 11                Do you have any family relationship with

 12     Damien Ding, whether by blood or marriage or

 13     adoption?

 14          A     No.

 15          Q     How would you describe your relationship

 16     with Damien Ding?

 17          A     Good friends.

 18          Q     Are you business partners?

 19          A     Yes.

 20          Q     Have you ever been -- strike that.

 21                In what business are you business

 22     partners?

 23          A     Blockchain.

 24          Q     How many luxury watches have you bought

 25     with Damien Ding?
```

```
                                                   Page 50
 1               MR. HORA:  Objection.  Outside scope.
 2               Go ahead.  Answer.
 3               THE WITNESS:  Can you repeat the question?
 4               MR. ECONOMIDES:  Yes.
 5         Q    How many luxury watches have you bought
 6    with Damien Ding?
 7         A    Me, I am talking to myself, not answering
 8    the question yet.
 9               I don't remember.
10         Q    Are you married?
11         A    No.
12         Q    Have you ever been married?
13         A    Back in China, yes.  I'm not married now.
14         Q    How did your marriage end?
15               MR. HORA:  Objection.  Outside scope.
16               Go ahead.  Answer.
17               THE WITNESS:  I'm sorry.  Repeat the
18    question, please.
19    BY MR. ECONOMIDES:
20         Q    You said you used to be married, but
21    you're not married now; is that right?
22               Was there an answer, Madam Translator?
23         A    Yes.
24               THE INTERPRETER:  I'm sorry.  The
25    interpreter cannot -- cannot interpret nonverbal
```

```
                                        Page 51
 1    answer.
 2              MR. ECONOMIDES:  Oh, I -- I thought I
 3    heard an oral answer.
 4              THE INTERPRETER:  The first is "hmm."
 5              MR. ECONOMIDES:  Oh, that was just a
 6    noise.
 7              THE WITNESS:  In English.  Sorry.
 8              MR. ECONOMIDES:  Got it.  I thought --
 9    yeah, I understand.
10         Q    Are you divorced?
11         A    Yes.
12         Q    And so you've only ever been married one
13    time; is that right?
14              You need to answer with a word.
15         A    I'm sorry.
16              Yes.
17         Q    Do you have any children?
18         A    I've never given birth to any.
19         Q    Have you ever adopted a child?
20         A    No.
21         Q    Other than having given birth to a child
22    or adopting a child, do you have any children?
23              MR. HORA:  Objection to form.
24              THE WITNESS:  Not now.
25              THE INTERPRETER:  I'm sorry, Counsel.  Did
```

```
                                                Page 52
 1    you --
 2                MR. HORA:  Objection to form.
 3                Go ahead.
 4                THE WITNESS:  Not now.
 5    BY MR. ECONOMIDES:
 6         Q    Have you ever had children?
 7         A    You mean given birth by me?  Born of me?
 8         Q    Okay.  Yeah.  Have you ever given birth to
 9    a child?
10         A    No.
11         Q    Do you have any -- strike that.
12              Have you ever had any children that are
13    your biological children, even though you did not
14    give birth to the child?
15                MR. HORA:  Objection to form.
16                Go ahead.
17    BY MR. ECONOMIDES:
18         Q    You can answer.
19         A    No.
20         Q    Well, I asked you if you had any children,
21    and you asked me if I meant giving birth.
22              Why did you ask that?
23         A    Because I don't have any now.
24         Q    When you say "now," what do you mean?
25         A    My ex-husband has a child or children, not
```

```
                                              Page 53
 1     born of me, but do they count?
 2          Q     I see.
 3          A     I don't have any relationship with them.
 4          Q     Okay.  So you used to have stepchildren;
 5     is that right?
 6          A     Yes.
 7          Q     And they're not your stepchildren anymore
 8     because you're divorced from their father?
 9          A     That's correct.
10          Q     Okay.  What is -- thank you.
11                I'm going to ask a couple more questions,
12     and then I think we can break for lunch.
13                What is your hus- -- strike that.
14                What is your ex-husband's first and last
15     name?
16          A     This is -- this is -- this has something
17     to do with his privacy.  I can't answer that.
18          Q     So you're refusing to answer the question?
19          A     Yes.
20                MR. ECONOMIDES:  Okay.  I'm going to lodge
21     the same objections as before and reserve all
22     rights, including, but not limited to, the right to
23     re-call you and to seek appropriate sanctions.
24          Q     Is Damien Ding your ex-husband?
25          A     No.
```

```
                                             Page 54
 1        Q    Have you ever had a romantic relationship
 2   with Damien Ding?
 3        A    I don't remember.  Possibly yes; possibly
 4   no.  It was like this:  When I was single and I did
 5   not want to be harassed or courted, I would tell
 6   people that he's my boyfriend or something.
 7             I don't know if that counts.
 8        Q    Was he ever, in your eyes, a real
 9   boyfriend?
10        A    No.
11        Q    Have you ever lived together?
12        A    No.
13        Q    Does he have any kids?
14        A    He has children.
15        Q    How many?
16        A    I'm not sure what I know is all -- is the
17   correct number of kids.
18        Q    How many kids -- strike that.
19             How many kids do you know of that Damien
20   Ding has?
21        A    Three.
22        Q    How old are they?
23        A    I don't know of the first one, but the
24   second should be ten, and the third should be 11.
25        Q    Is the other one older or younger?
```

```
                                              Page 55
  1         A    I've never seen that child before.
  2         Q    Do you know if the child is older or
  3   younger?
  4         A    I have no idea.
  5         Q    Have you ever stayed in a house with
  6   Damien and any of his children?
  7         A    Yes.
  8         Q    Where?
  9         A    Before, it was Atherton and Palo Alto.
 10         Q    Was that your house or Damien's house?
 11         A    I don't know who -- whose house is that.
 12         Q    You don't know if it was your house?
 13         A    Definitely not my house.
 14         Q    You don't know if it was Damien's house?
 15         A    That's correct.
 16         Q    Have you ever told anyone that you were
 17   married to Damien?
 18         A    Possibly.
 19         Q    Well, sitting here under oath, do you have
 20   a recollection of telling anyone specific that you
 21   and Damien were married?
 22         A    Yes, I have.
 23         Q    To whom did you say that you and Damien
 24   were married?
 25         A    I don't remember to whom specifically, but
```

1     I have also told people that I was married to
2     Charles Lu and this Raleigh [phonetic].
3           Q     Who is the last person?
4           A     Robbie [sic].
5           Q     R-a-v-i, Ravi?
6           A     (In English):  Yeah.
7           Q     R-a-v-i?
8                 THE INTERPRETER:  R-a-v-i.
9     BY MR. ECONOMIDES:
10          Q     Do you know Ravi's last name?
11          A     I don't remember.
12          Q     Why did you tell people that you were
13    married to Charles Lu?
14          A     I don't want other people to harass me,
15    and it was, like, for a rental -- rental house or
16    with the company.
17          Q     So you were renting a house?
18          A     Not -- my company had rented a house --
19    not my company.  Back then, when Charles Lu was the
20    CEO.
21          Q     What company are we talking about?
22          A     The blockchain company.
23          Q     What's it called?
24          A     Temujin.
25          Q     Okay.  So Charles Lu is the CEO of

```
                                              Page 57
 1      Temujin; is that right?
 2           A     Yes, yes.
 3           Q     And while he was the CEO, you told someone
 4      that you were married to him; is that right?
 5           A     I don't remember if I said a boyfriend,
 6      girlfriend, or I'm married to him.
 7           Q     Okay.  But to whom did you say that you
 8      were boyfriend, girlfriend, or married?
 9           A     I don't remember specifically.  It's
10      probably the real estate broker or agent.
11           Q     Was this for you to get a place to live?
12           A     No.
13           Q     Okay.  So a real estate broker for whom?
14           A     I don't know if they are a real estate
15      broker or the owner of the house.
16           Q     Okay.  But why were you speaking with this
17      person?
18           A     Back then, Charles and I went to rent a
19      house for the company.
20           Q     Okay.  So you and Charles were renting a
21      house for Temujin; is that right?
22           A     I think so.
23           Q     And what -- what year was this at --
24      strike that.
25                 In what year was this happening?
```

```
                                            Page 58

 1          A    I don't -- I don't recall.

 2          Q    Did you rent the house?

 3          A    I did not.

 4          Q    Did Temujin rent the house?

 5          A    Yes, I think so.

 6          Q    Why were you involved with renting the

 7    house for Temujin?

 8          A    They wanted me to go and try to bargain.

 9          Q    Who is "they"?

10          A    Possibly people from the company.

11          Q    From Temujin?

12          A    Yes.

13               THE WITNESS:  Can I go to the bathroom?

14               MR. ECONOMIDES:  Yes.  We'll stop now.

15               THE VIDEOGRAPHER:  This marks the end of

16    Media No. 1.  Off the record at 12:20.

17               (Lunch Recess.)

18               THE VIDEOGRAPHER:  This marks the

19    beginning of Media No. 2 in the deposition of Lily

20    Chao.  Back on the record.  The time is 1:45.

21    BY MR. ECONOMIDES:

22          Q    Ms. Chao, before the break, you had

23    testified that you were involved with bargaining for

24    a house that Temujin was renting, correct?

25          A    Yes.
```

```
                                              Page 59
 1        Q    What was the address of that house?
 2        A    What I remember, it is in Atherton, but I
 3    don't remember the specific address.
 4        Q    And did you sign any documents in
 5    connection with renting that house?
 6        A    No, I did not.
 7        Q    Okay.  And do you remember the broker's
 8    name?
 9        A    No.
10        Q    Do you remember the broker's company?
11        A    No, I don't remember.
12        Q    Do you remember what name you gave to the
13    broker for you?
14        A    No, I don't remember.
15        Q    Have you ever done -- strike that.
16             What -- are your parents still alive?
17        A    Half of them is alive; half is not.
18        Q    Okay.  Is it your mother or father who is
19    still alive?
20        A    My father is still alive.
21        Q    Okay.  Does your father live in China?
22        A    Yes.
23        Q    What name does your father call you?
24        A    Sometimes he calls me Yanyan, sometimes
25    Leilei, sometimes Nini.
```

```
                                                Page 60
 1          Q    Has he ever called you Tiffany?
 2          A    No.
 3          Q    Has he ever called you Lily?
 4          A    No.
 5          Q    Do you have any business associates who
 6     call you Yang Rong?
 7          A    I think so.
 8          Q    Who?
 9          A    There are many people.  I don't remember
10     specifically who they are.
11          Q    Does anyone in -- connected with Ariel
12     Abittan's watch business call you Yang Rong?
13          A    I don't know.  You have to ask Ariel.
14          Q    Does anyone in the blockchain business
15     that you testified about call you Yang Rong?
16          A    I don't think so, but I'm not sure.
17          Q    Did you ever tell Ariel Abittan that your
18     name was Yang Rong?
19          A    I don't remember.
20          Q    Do you know -- do you own any real estate?
21          A    Before -- do you mean now or before?
22          Q    Now.  Do you own any real estate?
23          A    (In English):  No.
24               (Through Interpreter):  Now, no.
25          Q    When was the last date that you owned real
```

```
                                        Page 61
 1    estate?
 2         A    Can you rephrase the question, please?
 3         Q    Sure.
 4              You said that you don't own real estate
 5    now.
 6              Did you used to own real estate?
 7         A    Yes.
 8         Q    Okay.  So I want to talk about the pieces
 9    of real estate that you owned.
10              How many pieces of real estate have you
11    owned?
12         A    I don't remember.
13         Q    Did you own any real estate in 2023?
14         A    No.
15         Q    Did you own any real estate in 2022?
16         A    No.
17         Q    Did you own any real estate in 2021?
18         A    I don't remember specifically what year.
19    It was probably during 20- -- 2020 and 2021.  That
20    was the last time I owned real estate.
21         Q    Okay.  In that time period, what real
22    estate did you own?
23         A    What do you mean, what real estate did I
24    own?
25         Q    Did you own a house?
```

```
                                            Page 62
 1          A     Yes.
 2          Q     Okay.  How many houses did you own?
 3          A     Not one.  I don't own anything now.
 4          Q     In 2020 -- the time period of 2020 to
 5     2021, how many houses did you own?
 6          A     Possibly one or two.  I don't remember
 7     specifically.
 8          Q     So you don't remember if you owned one
 9     house or two houses in the years 2020 and 2021?
10          A     (Witness shakes head.)
11          Q     But you do remember that you owned at
12     least one house, right?
13          A     (Witness nods head.)
14          Q     What was the address of that house?
15          A     It's in China.
16          Q     And under what name was the deed for that
17     house?
18          A     I don't remember what exactly the name
19     that was on the deed, be it a person's name or the
20     name of a company.
21          Q     Have you ever owned real estate in the
22     United States?
23          A     I don't think so.
24          Q     But you don't know for sure?
25          A     No.
```

```
                                                Page 63
 1          Q     Have you ever rented a property in the
 2     United States?
 3          A     No.
 4          Q     How long have you lived in the United
 5     States?
 6          A     I travel between the two countries, here
 7     and China and other countries.
 8                I don't quite understand his question.  I
 9     don't quite understand what he mean by "live."
10          Q     So you don't understand the question --
11     well, strike that.
12                Do you have a home?
13          A     Do you mean the place I live?
14          Q     Yes.
15          A     Yes.
16          Q     Where is that?
17          A     It's in Los Angeles.
18          Q     How long have you lived there?
19          A     I have lived there -- I don't remember
20     specifically.  Probably a couple months.
21          Q     What's the address?
22                And to be clear, the question is:  What is
23     the address of the place where you live now, your
24     home?
25          A     I'm still thinking, trying to remember the
```

```
                                        Page 64
 1     address.  I can't remember the -- the whole address.
 2     It's a little too long for me.
 3          Q    Well, what part of the address do you
 4     remember?
 5          A    All I remember is the street.
 6          Q    What's the street name?
 7          A    Golden Street [sic].
 8          Q    Do you know the city?
 9          A    Los Angeles.
10          Q    Do you know the zip code?
11          A    I can't remember that.
12          Q    Do you receive mail?
13          A    I don't think so.
14          Q    Who owns the house that you live in on
15     Golden Street [sic]?
16          A    I don't know.  There's this friend of mine
17     who went back to my home country, and he -- he or
18     she lets me stay there.
19          Q    Do you pay rent?
20          A    No.
21          Q    So your friend lets you stay at their
22     house for free?
23          A    Yes.
24          Q    And that's your primary residence now?
25          A    Yes.
```

```
                                              Page 65

 1          Q     What's your friend's name?

 2          A     Hao Wang.

 3                THE INTERPRETER:   Spells H-a-o W-a-n-g.

 4     BY MR. ECONOMIDES:

 5          Q     Are you related?

 6          A     No.

 7          Q     What does Hao Wang call you?  Strike that.

 8                By what name does Hao Wang call you?

 9          A     Lily.

10          Q     And what last name does Hao Wang use for

11     you?

12          A     He never address me by my last name.

13                MR. ECONOMIDES:   I'm sorry.  Madam

14     Translator, can you repeat that?

15                THE INTERPRETER:   "He never call me by my

16     last name."

17     BY MR. ECONOMIDES:

18          Q     Does he know your real name?

19                MR. HORA:   Objection to form.

20                Go ahead.

21                THE WITNESS:   He never asked.

22                I also had told him that Lily is a

23     nickname of mine.

24     BY MR. ECONOMIDES:

25          Q     And he never asked for your real name?
```

```
                                               Page 66
 1          A     That's correct.

 2          Q     And he never asked for a last name?

 3          A     That's correct.

 4          Q     So he doesn't know your real first or last

 5     name, he doesn't know a alias last name, but he lets

 6     you stay at his house for free; is that right?

 7          A     Yes.

 8          Q     Why don't you tell him your real name?

 9          A     He never asked me for that.

10          Q     Where did you live before the Golden

11     Street house?

12          A     I lived in an apartment in Palo Alto.

13          Q     What was the address?

14          A     I don't quite recall.

15          Q     Do you remember the street name?

16          A     I think it's called Forest.

17          Q     How long did you live there?

18          A     I think I have lived there one year or two

19     years.

20          Q     And that was where you lived before the

21     current place that you've been in for a couple of

22     months, right?

23          A     Yes.

24          Q     But you've forgotten the addressed where

25     you lived for one to two years up until two months
```

```
                                                    Page 67
 1     ago; is that right?
 2          A    Can I have a read-back?
 3          Q    Sure.
 4               But you've forgotten the addressed where
 5     you lived for one to two years up until two months
 6     ago; is that right?
 7          A    What do you mean by "up until two months
 8     ago"?
 9          Q    Well, you've lived in your current address
10     on Golden Street for how long?
11          A    A couple of months -- I don't remember how
12     many months specifically.
13          Q    Okay.  But you said "a couple of months"?
14          A    Yes.
15          Q    Okay.  You don't know that address?
16          A    That's correct.  I don't know.
17          Q    And before you lived there, you lived in
18     Palo Alto on Forest Street [sic], right?
19          A    (In English):  Forest.
20               (Through Interpreter):  Yes.
21          Q    And you lived at that Forest Street
22     address for one to two years, right?
23          A    Yes.
24          Q    Did you live there in January of 2023?
25          A    I don't think so.  I don't remember.
```

```
                                           Page 68

 1         Q    Okay.  Do you know if you lived there in
 2    December of 2022?
 3         A    Possibly -- that's possible, but I don't
 4    remember.
 5         Q    Okay.  So you don't remember when you left
 6    there, and you don't remember the address, right?
 7         A    Yes, all I -- all I remember is the name
 8    of the apartment complex.  I don't know the address.
 9         Q    Okay.  What's the name of the apartment
10    complex?
11         A    (In English):  The Marc.
12              (Through Interpreter):  The Marc.
13         Q    And that's in Palo Alto?
14         A    Yes.
15         Q    Okay.  And what was your apartment number?
16         A    201.
17         Q    Did you rent or own Apartment 201 at The
18    Marc?
19         A    Neither.
20         Q    Were you illegally staying there?
21              MR. HORA:  Objection to form.
22              Go ahead.
23              THE WITNESS:  No.
24    BY MR. ECONOMIDES:
25         Q    Okay.  If you were legally staying there
```

```
                                            Page 69
 1     and you didn't own or rent, what was the basis for
 2     your ability to stay there?
 3          A     My friend let me live there.
 4          Q     What's your friend's name?
 5          A     Maggie Wang.
 6          Q     What does Maggie Wang think that your name
 7     is?
 8          A     Maggie knew Lily is an alias of mine.
 9          Q     Okay.  And did she -- strike that.
10                Did you ever tell her a last name for you?
11          A     No.
12          Q     So as far as you know, Maggie does not
13     know any last name for you, right?
14          A     That's correct.
15          Q     Have you ever told Maggie any name for you
16     other than Lily?
17          A     No.
18          Q     Does Maggie still live at that apartment?
19          A     No.
20          Q     So you lived with Maggie for over one
21     year, and she never asked you once for a last name;
22     is that right?
23          A     That's correct.
24                No.  The first part is not correct.
25                She or he had not lived with me for that
```

```
                                                    Page 70
 1      long.  He or she went to China.
 2           Q    Is Maggie a -- is Maggie a male or a
 3      female?
 4           A    A female.
 5           Q    Does Maggie own that apartment?
 6           A    I don't think so.
 7           Q    Was Maggie renting that apartment?
 8           A    Yes.
 9           Q    What does Maggie do for a living?
10                MR. HORA:  Objection.  Outside the scope.
11                Go ahead.
12                THE WITNESS:  I think she did something
13      like business.
14      BY MR. ECONOMIDES:
15           Q    Did you pay Maggie rent?
16           A    I gave her gifts.
17           Q    What types of gifts?
18           A    Like clothes and bags.
19           Q    How long did you and Maggie live at that
20      apartment together?
21           A    Two months, I think.
22           Q    How did you pay for the gifts that you
23      bought?
24           A    What do you mean by that?
25           Q    Did you use a credit card?
```

```
                                              Page 71
 1          A     Yes, I used credit card.
 2          Q     What was the issuing bank?  Strike that.
 3                Was it an American Express, Visa, a
 4     MasterCard, or a Discover card?
 5          A     There are Visa and Master, both.
 6          Q     On the Visa, what was the name on the
 7     account?
 8          A     Lily.
 9          Q     What was the last name on the account?
10          A     Lily Chao.
11          Q     So you had a Visa -- excuse me.  I'm going
12     to restart.
13                So you had a Visa card in the name of Lily
14     Chao, correct?
15          A     Yes.
16          Q     When you applied for that card, did you
17     give a Social Security number?
18          A     No.
19          Q     What information did you give in order to
20     obtain that card?
21          A     That's the -- that's the -- that's a side
22     card of my father's.
23                MR. ECONOMIDES:  Could you repeat that,
24     Madam Translator?  I just missed one word.  A what
25     card?
```

```
                                                        Page 72
 1              THE INTERPRETER:  This affiliate, a card
 2     I -- I can't recall the name of it all of a sudden.
 3     It's a --
 4              MS. YE:  It's a concept that I don't know
 5     how to translate.
 6              THE INTERPRETER:  Okay.  It's a -- when
 7     you have an account, you have the owner, and then
 8     the owner can attach their family, and the -- it's
 9     a --
10              MR. ECONOMIDES:  Got it.
11        Q    Was it a -- were you an authorized user of
12     your father's credit card account?
13        A    Yes.
14        Q    Why did your father put an alias as your
15     name on his credit card account?
16        A    Because I wanted a card like that.
17        Q    Because you wanted a card with a fake name
18     on it?
19              MR. HORA:  Objection to form.
20              Go ahead.
21              THE WITNESS:  Isn't that an alias?  Why do
22     you call it "a fake name"?
23     BY MR. ECONOMIDES:
24        Q    Well, the way this works, I'm asking
25     questions.  I'm not answering questions, but I will
```

```
                                      Page 73
 1     answer that question because my definition of
 2     "alias" is a fake name, not the real name, but we
 3     can continue.
 4              Does your father have a Social Security
 5     number?
 6          A    I don't know.
 7          Q    Is your father a US citizen?
 8          A    No.
 9          Q    How long have you been in the United
10     States during your current stay in the United
11     States?
12          A    I went back last year.
13          Q    You went back to China last year?
14          A    Yes.
15          Q    When?
16          A    I don't remember the specific date, yet I
17     think it was around summer.
18          Q    So you've been in the United States since
19     around the end of summer of 2022; is that right?
20          A    Can you be a little specific?
21          Q    Well, you said you went back to China last
22     year.  You don't remember the specific date, but you
23     think it was around summer.
24              So when do you think you got back from
25     China to the United States?
```

```
                                              Page 74
 1           A    I think it's around summer too.
 2           Q    Okay.  And you've testified that you're
 3     not a United States citizen.
 4                Do you have a visa?
 5           A    Yes.
 6           Q    Are you a permanent resident alien?
 7           A    No.
 8           Q    Do you know what type of visa you have?
 9           A    I think it is a company executive.
10           Q    Is there a sponsoring company?
11           A    This is regarding my immigration status.
12     I don't want to answer that.
13           Q    What is the sponsoring company?
14           A    I don't wish to answer that.
15           Q    Okay.  For all questions that you're not
16     answering, we reserve all rights, as we said before,
17     and we're going to re-call you and have a court
18     order to answer these questions, and we're going to
19     seek fees and sanctions for doing that.
20                What name is on your visa?
21           A    Rong Yang.
22           Q    What is your current employment?
23           A    Yang Rong.  Reverse the two characters.
24     R-o- --
25                THE INTERPRETER:  The witness wants to
```

```
                                              Page 75
 1      reiterate that when she say her Chinese name, her
 2      surname goes in front of the first name.
 3              MR. ECONOMIDES:  Understood.
 4      Q    What is your current employment?
 5      A    Can you be a little straightforward so I
 6      can understand the question?
 7      Q    Do you have a job?
 8      A    I don't have one now.
 9      Q    But you have a visa sponsored by a
10      corporation; is that right?
11      A    I haven't done any working or jobs for the
12      past several -- a couple months.  For the last two
13      months, I haven't been working.
14      Q    What job did you have before the last two
15      months?
16      A    I manage a company for other people.
17      Q    What company?
18      A    I don't wish to answer any question
19      pertaining to my immigration status.
20      Q    Is that because you lied to the US
21      government in order to obtain your visa?
22      A    No.
23              MR. HORA:  Objection to form.
24              Go ahead.
25      //
```

1    BY MR. ECONOMIDES:

2        Q    So to be clear, you're here on a visa

3    sponsored by a corporation, although you're

4    unemployed, and you refuse to state the name of the

5    corporation, right?

6        A    I'm not unemployed; I'm taking a break.

7        Q    So for whom do you currently work, but

8    you're -- strike that.

9             So you're currently employed, but you're

10   on vacation?

11       A    I'm not on vacation.

12       Q    Do you receive a W-2?

13       A    Currently, I don't have a W-2, since two

14   months ago.

15       Q    What address did you give to the United

16   States -- strike that.

17            When obtaining your current visa, what

18   address did you give to the United States for where

19   you would be staying in the United States?

20       A    I will not answer any questions pertaining

21   my immigration status.

22            MR. HAN:  Counsel, for the record, can I

23   just join in all of Mr. Economides' statements about

24   seeking to re-call Ms. Chao, seeking sanctions --

25            THE REPORTER:  Can you speak up, please.

1          MR. HAN:  I'm just joining Mr. Economides'
2     statements about re-calling Ms. Chao as a witness
3     and seeking sanctions, issues of terminating
4     evidence and fees, to the extent Ms. Chao refuses to
5     answer any questions.
6          Counsel, is that okay with you, or do I
7     need to con- --
8          MR. HORA:  It's on the record.
9          MR. HAN:  -- do I need to say it louder?
10          MR. HORA:  It's on the record.
11          MR. DURRANT:  Yes, and I'll reiterate for
12     the record that we join in all of the indications
13     regarding what we will -- what steps we'll take for
14     noncompliance.
15     BY MR. ECONOMIDES:
16          Q    So, Ms. Chao, instead of all of us coming
17     back here again at enormous cost, I'm going to ask
18     you again:  What company sponsored your visa to be
19     here?
20          A    I refuse to answer.
21          Q    The home where you stayed in Los Angeles,
22     was it Golden Street or Gordon Street?
23          A    I don't understand the difference.
24          Q    Fair enough.
25          One is G-o-l-d-e-n.  The other is

```
                                              Page 78
 1      G-o-r-d-o-n.
 2            A     G-o-r-d-o-n.  Yes, it's the second one.
 3            Q     Okay.
 4                  Did you -- strike that.
 5                  How did you get from LA to the Bay Area
 6      for this deposition?
 7            A     I rode a vehicle.  I did not drive.
 8            Q     Did you fly?
 9            A     A person drove me here.
10            Q     From Los Angeles?
11            A     Yes.
12            Q     Who?
13            A     Yuting.
14            Q     What is Yuting's last name?
15            A     Chen.
16            Q     What is your relationship with Yuting
17      Chen?
18            A     She's a good friend of mine.
19            Q     Have you flown domestically within the
20      United States in the last five years?
21            A     Yes.
22            Q     How many times?
23            A     I don't remember.
24            Q     More than a hundred?
25            A     I really don't recall.
```

```
                                              Page 79
 1         Q     More than 10,000?

 2         A     Definitely not.

 3         Q     Okay.  So we're able to estimate, aren't

 4    we?

 5               So please give me a range.

 6         A     I think within a hundred times.

 7         Q     What name have you used for those plane

 8    tickets?

 9         A     Rong Yang.

10               THE INTERPRETER:  The interpreter is

11    asking clarifying question.

12               THE WITNESS:  So it's Rong Yang, Rong

13    being the surname.

14               THE INTERPRETER:  The witness is

15    discussing the use of English and the use of the

16    word with the interpreter.

17               MR. ECONOMIDES:  I understand.

18         Q     Rong is your family name, right?

19         A     Yes.

20         Q     Okay.  And, in English, we sometimes call

21    that a surname.

22         A     Okay.  I know.

23         Q     Okay.  Have you ever flown in the United

24    States domestically using a name other than Yang

25    Rong?
```

```
                                                 Page 80
 1          A     No.

 2          Q     How many passports do you have?

 3          A     What do you mean?  Do you -- does it

 4     include expired ones?

 5          Q     That's a -- okay.

 6                How many current valid passports do you

 7     have?

 8          A     One.

 9          Q     And from what country?

10          A     China.

11                MR. ECONOMIDES:  Okay.  I'm going to

12     introduce Exhibit 1.

13                Is the court reporter marking?  Yeah.

14     Thank you.

15                Copies to the -- okay.  Can you all share

16     a little?

17                MR. HORA:  That's fine.

18                (Exhibit 1 was marked for identification

19                by the court reporter.)

20                MR. ECONOMIDES:  Okay.  For the record,

21     I'm introducing Exhibit 1, a document Bates-stamped

22     as CHAO-0000002.

23                I'll also state for the record that

24     although it's designated "Attorneys' Eyes Only," the

25     court has issued an order removing that designation.
```

```
                                            Page 81
 1                Counsel, do you agree?
 2                MR. HORA:  Yeah.
 3                MR. ECONOMIDES:  Okay.
 4        Q    Ms. Chao, have you seen this document
 5    before?
 6        A    Yes.
 7        Q    What is it?
 8        A    Passport.
 9        Q    Okay.  Is that your picture?
10        A    Yes.
11        Q    When was that picture taken?
12        A    I don't recall when specifically.
13        Q    Okay.  Is this passport valid or expired?
14        A    Valid.
15        Q    Do you know what a redaction is?
16                MR. HORA:  Objection.  Outside the scope.
17                Go ahead.
18                THE WITNESS:  I don't understand.  Sorry.
19                MR. ECONOMIDES:  Okay.
20        Q    Do you see these black boxes?
21        A    Yes, sir.
22        Q    Okay.  Did you put those boxes on this
23    document?
24        A    I have another person do it.
25        Q    Okay.  So did you provide this document to
```

1   your attorneys like this, or did you provide it with

2   all this information to be seen, and then your

3   attorneys put the black boxes on?

4       A    When attorney -- produced this to my

5   attorneys, it looked like this already.

6       Q    Who put these boxes on it?

7       A    I had -- friends from China did it for me.

8       Q    One friend or multiple friends?

9       A    One.

10      Q    What is his or her name?

11      A    I don't want to involve other people in

12  this.

13      Q    Well, you already have.  You produced a

14  document and had this person change the document

15  that you produced in this litigation.

16           What's that person's name?

17      A    I refuse to answer this question.

18           MR. ECONOMIDES:  Okay.  Same statements

19  and objections that we've stated on the record

20  before and that I understand Mr. Durrant and Mr. Han

21  join in.

22      Q    On your actual passport, does it say your

23  name exactly like this, or did your friend type your

24  name on top of this?

25      A    What do you mean?

```
                                              Page 83
 1          Q    If I look at your pass- -- where is your
 2     passport?  In real life, where is your actual
 3     passport?
 4          A    I don't have it with me right now.
 5          Q    Where is it?
 6          A    It's in China.
 7          Q    How did you -- how long has your passport
 8     been in China?
 9          A    I think it's since January of this year.
10          Q    How did your passport get to China?
11          A    My friend took it back for me.
12          Q    Why?
13          A    Because I wanted to shop over there, buy
14     real estate.
15          Q    Did you buy real estate?
16          A    Not -- not yet.  I'm in the middle of the
17     process.
18          Q    So you're in the United States right now
19     on a visa but have no valid passport in your
20     possession; is that right?
21               MR. HORA:  Objection to form.
22               Go ahead.
23               THE WITNESS:  I only have my passport
24     brought back to purchase, and then after the
25     purchase, it will come back to me.
```

                                        Page 84

1    BY MR. ECONOMIDES:

2        Q    But right now you're in the United States

3    on a visa, and you have no passport with you, right?

4        A    That's correct.

5        Q    Do you have any identification?

6        A    Not now.

7        Q    Where is your visa?

8        A    It's in my passport.

9        Q    So you're in the United States with no

10   visa, no passport, and no other identification, and

11   you're not a US citizen; is that right?

12       A    Yes.

13       Q    Did you send your visa and passport to

14   China so that you could try to avoid producing it in

15   litigation?

16            MR. HORA:   Objection to form.

17            Go ahead.

18            THE WITNESS:   Can you rephrase the

19   question?

20            MR. ECONOMIDES:   Sure.

21       Q    Did you send your passport away because

22   you were afraid that it would have to be produced in

23   this litigation?

24       A    No.

25       Q    Here, if I look at your real passport, is

Page 85

```
 1    this writing on your passport in this exact font and
 2    size and style, or did your friend take a copy of
 3    your passport and then type "Rong Yang" here?
 4         A    My friend did not change any information
 5    on this document.  All he or she did is to make a
 6    copy of it and blocked -- and made the black boxes
 7    on it.  So all they did is to make copy and print
 8    and then scan.
 9         Q    How do you know?
10         A    They told me.
11         Q    So the friend who you can't name, who has
12    your passport and visa in China, told you this?
13         A    Yes.
14         Q    So your passport just has these characters
15    and the name "Rong Yang" in very clear, black font,
16    but nothing here that says name -- nothing here that
17    says what this is?  That's how your passport looks?
18         A    I think it -- it's -- this unclearness may
19    have happened during the process of cop- --
20    Xerox- -- being Xeroxed and scanned.
21         Q    Okay.  So will you provide us a clear copy
22    of your passport?
23         A    What do you mean by "a clear copy"?
24         Q    Well, what is this [indicating]?  What is
25    all this fuzziness here?  That's how your passport
```

Page 86

1    looks?

2          A    Do you mean a copy with a more

3    intelligible font?

4          Q    Yes.

5          A    Yes, I can.

6          Q    Will you provide us a copy without these

7    redactions?

8          A    No.

9          Q    Why?

10          A    This has been answered by my attorney

11    during the motion --

12          Q    Okay.

13          A    -- when they filed the motion.

14          Q    But your attorney is not under oath.

15    You're under oath.  I'm asking you.  You're now

16    under oath.

17                Why -- I'm sorry.

18                Why won't you just provide us a copy of

19    your full passport?

20          A    Because I feel insecure doing it.

21          Q    Because you want to hide your identity

22    from us and our client?

23          A    No.

24          Q    Then why don't you give us the documents

25    that are clear to confirm your identity?

```
                                               Page 87

 1        A     Because I worry that you would take this

 2     document and report to the Chinese government that I

 3     am doing blockchain.

 4        Q     But I could do that with this document,

 5     right?

 6        A     All I could do is to do my best to protect

 7     myself.

 8        Q     Okay.  But you've given this document.

 9              And so the Chinese government can find you

10     if they have this document, right?

11        A     I don't know how would the government

12     conduct this.  I don't know how they would operate

13     on this.

14        Q     Okay.  So this document is a way of

15     concealing your identity so that no one could give

16     this to the Chinese government and let them find out

17     who you are, right?

18              MR. HORA:  Objection to form.

19              Go ahead.

20              THE WITNESS:  I don't know.

21     BY MR. ECONOMIDES:

22        Q     Do you want Ariel Abittan to know your

23     true identity?

24        A     This is my name.

25        Q     How many Yang Rongs are there in China?
```

```
                                        Page 88

 1              MR. HORA:  Objection.  Form.  And
 2      speculative.
 3              THE REPORTER:  "Form.  And" ...?  "Form.
 4      And" ...?
 5              MR. HORA:  Speculative.
 6              Go ahead.
 7              THE WITNESS:  I don't know.
 8      BY MR. ECONOMIDES:
 9          Q    Are you the only one?
10          A    How would I know that?
11          Q    Well, I know that I'm not the only
12      Constantine Economides in the United States.
13              You're saying that you have no idea if
14      there's any other person in the People's Republic of
15      China named Yang Rong; is that right?
16              MR. HORA:  Objection.  Calls for
17      speculation.
18              Go ahead.
19              THE WITNESS:  I don't know how many people
20      in China go by the same -- same name as mine.
21      BY MR. ECONOMIDES:
22          Q    Did you put your picture on the Findora
23      website?
24          A    I don't remember.
25          Q    You don't remember if you put your picture
```

```
                                            Page 89
 1     on the Findora website?
 2          A    I don't recall clearly.
 3          Q    Do you recall if your picture was ever on
 4     the Findora website, regardless of who put it there?
 5          A    I don't remember.  All I -- all I remember
 6     is they asked for my picture.
 7          Q    Did you give them your picture?
 8          A    Yes.
 9          Q    Who is "they"?
10          A    I don't recall.
11          Q    So someone that worked for Findora, whose
12     name you don't recall, asked you for your picture,
13     and you gave it to them?
14          A    I forgot who exactly asked for my picture.
15     It's not that I don't remember the name of the
16     person.
17          Q    Were you worried that once they put your
18     picture on the website, the Chinese government would
19     know that you're involved in a blockchain business?
20          A    I worried a lot.
21          Q    So did you -- strike that.
22               So why did you give them your picture?
23          A    I've given a profile of my picture.  It's
24     not really recognizable.
25          Q    Do you have any driver's license?
```

```
                                              Page 90
1          A     No.  I have a Hong Kong driver's license.
2          Q     Is it valid?
3          A     No, not valid now.
4          Q     So it expired?
5          A     Yes.
6          Q     When did it expire?
7          A     I don't remember.
8                MR. ECONOMIDES:  I'm going to mark
9     Exhibit 2.  Thanks.
10               (Exhibit 2 was marked for identification
11               by the court reporter.)
12               MR. ECONOMIDES:  You gave me three total.
13    This is mine.
14               So I'm marking as Exhibit 2 a --
15               MS. PIERCE:  I gave you one too many.
16    It's an extra one.
17    BY MR. ECONOMIDES:
18         Q     Marking as Exhibit 2 a document
19    Bates-stamped CHAO-000001 [sic].
20               Ms. Chao, do you recognize this document?
21         A     Yes.
22         Q     Is this your Hong Kong driver's license?
23         A     Yes.
24         Q     Why do you have a driver's license in Hong
25    Kong and not in -- well, strike that.
```

```
                                                Page 91
 1              Is Hong Kong part of China?
 2       A      Yes.
 3       Q      Okay.  Does this allow you to drive in
 4   China?
 5       A      I don't know.
 6       Q      Okay.  When did you obtain this?
 7       A      I don't recall.
 8       Q      Okay.  It says "Valid to."
 9              Do you see that?
10       A      Yes, I see it.
11       Q      What did you redact there?
12       A      I did not redact anything.  I merely
13   covered it.
14       Q      Who did that?  You or your friends?
15       A      My friend.
16       Q      Did they cover your birthday?
17       A      I don't recall.
18       Q      Where is this ID right now?
19       A      I don't possess it anymore.  I only have
20   the copy, the scanned copy.
21       Q      Where is it?
22       A      In the computer.
23       Q      Where is the actual ID?
24       A      I don't have it now.
25       Q      I know --
```

```
                                        Page 92
 1          A    I've lost it.

 2          Q    You've lost it?

 3          A    Yes.

 4          Q    When did you lose it?

 5          A    I don't remember.

 6          Q    Okay.  Have you ever received mail in the

 7     United States?

 8          A    I think so.

 9          Q    At what address?

10          A    When?

11          Q    Can you name any address in the United

12     States where you've received mail?

13          A    Before, I received mail from the Palo Alto

14     address.

15          Q    That's the Forest?

16          A    No, not Forest.

17          Q    Okay.  Which address?

18          A    The company address.

19          Q    Which company?

20          A    Temujin.

21          Q    You received mail at Temujin's company

22     address?

23          A    Yes.

24          Q    What is that address?

25          A    It's an address on High Street.
```

```
                                                    Page 93
 1          Q     Is it 444 High Street, Suite 300?
 2                THE REPORTER:  Suite ...?
 3                MR. ECONOMIDES:  300.
 4                THE WITNESS:  I think so.
 5     BY MR. ECONOMIDES:
 6          Q     Is Temujin still at that address?
 7          A     I've heard they have recently moved.
 8          Q     Who did you hear that from?
 9          A     Damien told me that.
10          Q     Why does Damien know -- strike that.
11                When did Damien tell you that?
12          A     Last week.
13          Q     And what specifically did he tell you?
14          A     He told me that the company was moving.
15          Q     Did he tell you why?
16          A     They couldn't afford the rent.
17          Q     What's Temu- -- strike that.
18                What's Damien's role at Temujin?
19          A     Contributor.
20          Q     His title is contributor?
21          A     He is a contributor now.
22          Q     Does he have an official title?
23          A     He is a contributor now.
24          Q     Who is the CEO?
25          A     There's no CEO.
```

Page 94

1        Q    Who is in charge of Temujin?

2        A    Nobody in charge.

3        Q    Did Damien tell you whether Temujin has

4    already left the High Street address?

5        A    He told me that they were in the middle of

6    moving.

7        Q    And that was last week?

8        A    Yes.

9             Can I go to the bathroom?

10            MR. ECONOMIDES:  Yes, we can take a break.

11            MS. PIERCE:  Did she answer?

12            MR. ECONOMIDES:  Yeah.

13            "And that was last week?"

14            And the answer was:  "Yes."

15            MS. PIERCE:  Okay.  Sorry.  I didn't hear.

16            MR. ECONOMIDES:  We can take a break.  We

17    can go off the record.

18            THE VIDEOGRAPHER:  This marks the end of

19    Media No. 2.  Off the record at 3:10 p.m.

20            (Recess.)

21            THE VIDEOGRAPHER:  This marks the

22    beginning of Media No. 3 in the deposition of Lily

23    Chao.  Back on the record.  The time is 3:19.

24    BY MR. ECONOMIDES:

25        Q    Okay.  So last week, Damien told you that

```
                                              Page 95
 1        Temujin was in the middle of moving.
 2                  What day last week did he tell you that?
 3         A    I don't recall.
 4         Q    How many times did you and Damien see each
 5     other last week -- strike that.
 6                  Did he tell you this in person or
 7     electronically?
 8         A    We met in person.
 9         Q    Where did you meet?
10         A    In a restaurant.
11         Q    Which restaurant?
12         A    All I remember, it was a -- it's a hot pot
13     store.
14         Q    In which city?
15         A    San Mateo.
16         Q    How long have you been in the Bay Area on
17     this trip?
18         A    Two or three weeks.  I don't quite
19     remember specifically.
20         Q    Where have you been staying?
21         A    In Atherton.
22         Q    At what address?
23         A    69 Isabell.
24         Q    It's okay.
25                  Is it 69 Isabella Avenue?
```

```
                                            Page 96

 1          A      (In English):  Yeah.

 2                 (Through Interpreter):  Yes.  69 Isabella

 3      Avenue.

 4          Q      Whose house is that?

 5          A      I don't know.

 6          Q      Who lives there?

 7          A      No one.

 8          Q      You've been staying there for two or three

 9      weeks, right?

10          A      Can you repeat the question?

11          Q      Yes.

12                 Currently, you've been staying there for

13      the last two or three weeks, correct?

14          A      Yes.

15          Q      Is anyone else staying there?

16          A      By "staying," what do you mean?

17          Q      You said no one lives there, right?

18          A      Yes.

19          Q      Okay.  Is anyone temporarily staying there

20      other than you?

21          A      Yes.

22          Q      Who?

23          A      Yuting.

24          Q      Yuting who?

25          A      Yuting Chen.
```

```
                                          Page 97

 1          Q     Is anyone else temporarily staying there?
 2          A     No.
 3          Q     Where does Yuting Chen live?
 4          A     I don't know.
 5          Q     What kind of car does Yuting Chen drive?
 6          A     A Suzuki.
 7                THE INTERPRETER:  Interpreter needs to
 8     check the Japanese word.  It's a Japanese make.
 9                MS. YE:  I think it's Honda.
10                THE INTERPRETER:  Honda.
11     BY MR. ECONOMIDES:
12          Q     Is it an SUV or a sedan?
13          A     It's a business vehicle.
14          Q     What type of vehicle is it?
15          A     It's a business vehicle for multiple
16     people.
17          Q     Is it --
18          A     I don't know.
19          Q     Is it a van?
20          A     It's a vehicle that fit seven, eight
21     people.
22          Q     Does Yuting Chen live at 69 Isabella
23     Avenue?
24          A     No, she doesn't.
25          Q     In what city does she live?
```

```
                                                    Page 98
 1              A     I don't know.
 2              Q     Does she live in Northern California?
 3              A     I don't know.
 4              Q     Does she live in Los Angeles?
 5              A     I don't know.
 6              Q     Has she ever been to Los Angeles?
 7              A     She went over to pick me up.
 8              Q     When?
 9              A     Two, three weeks back.
10              Q     And then she picked you up from
11      Los Angeles and drove you to Atherton?
12              A     Yes.
13              Q     What name does she know you by?
14              A     Name on my ID.
15              Q     Yang Rong?
16              A     Yes.
17              Q     Why does she know your real name?
18                    THE INTERPRETER:  I'm sorry.
19                    MR. ECONOMIDES:  Okay.
20              Q     Why does she know your real name, but
21      you've given aliases to many other people?
22              A     I don't understand the question.
23              Q     You've testified that you've used aliases
24      when talking to lots of people, right?
25              A     What -- what are you -- I still don't
```

```
                                             Page 99
 1    understand.
 2               What do you mean by "lots of people"?
 3         Q    Okay.  Well, you used aliases for the
 4    owners that let you stay at their homes for free,
 5    right?
 6         A    Oh, I understand now.
 7         Q    But you don't use an alias with Yuting
 8    Chen.
 9               Why?
10         A    She calls me Lily now.
11         Q    What last name does she use for you?
12         A    Lily Chao.
13         Q    Are you good friends?
14         A    Yes.
15         Q    But you don't know if she lives in
16    Northern California or Southern California?
17         A    I don't want to know these.
18         Q    You don't want to know where she lives so
19    that if you're asked, you won't be able to tell
20    someone, right?
21               MR. HORA:  Objection to form.
22               Go ahead.
23               THE WITNESS:  No.
24    BY MR. ECONOMIDES:
25         Q    So why don't you want to know where she
```

Page 100

1    lives?

2         A    I don't want to know anything right now.

3         Q    What do you mean?

4         A    Well, anything that has nothing to do with

5    me, I don't wish to know.

6         Q    Are you staying at 69 Isabella Avenue with

7    the consent of the person that owns or rents that

8    property?

9         A    I don't know who the owner or the renter

10   is.  All I knew is that Yuting told me that I could

11   stay there.

12        Q    Is there furniture there?

13        A    Yes.

14        Q    Are Yuting Chen's clothes in the closet

15   there?

16        A    I didn't go check what closet.

17        Q    Okay.  So to be clear, Yuting Chen is your

18   good friend; you don't know where in California she

19   lives; she drove to LA to pick you up, drove you to

20   Atherton, and put you in a house where you don't

21   know whose house it is?

22             Is that -- all that correct?

23        A    Yes.

24        Q    And sometimes she calls you Yang Rong, and

25   sometimes she calls you Lily, right?

Page 101

1      A    She now only calls me Lily.

2      Q    Since when?

3      A    I don't remember.

4      Q    Now, what's your mother's name?

5           Do you want to take a break?

6           Let's go off the record, take a break.

7           THE VIDEOGRAPHER:  Going off the record.

8   The time is 3:34.

9           (Recess.)

10          THE VIDEOGRAPHER:  This marks the

11  beginning of Media No. 4 in the deposition of Lily

12  Chao.  Back on the record.  The time is 3:57.

13  BY MR. ECONOMIDES:

14      Q    Okay.  Ms. Chao, I'm going to ask you some

15  questions about your family.

16          I know you testified earlier that -- that

17  your mother's deceased and your father's alive.

18          I'll start with your father.

19          What's your father's name?

20      A    Rong Wei.

21          THE INTERPRETER:  R-o-n-g W-e-i.

22  BY MR. ECONOMIDES:

23      Q    And he still lives in Beijing, right?

24      A    I think so.

25      Q    And what was your mother's name?

Page 102

1          A    Can I not answer that question right now?

2               I don't want to stop the -- this

3     deposition.

4          Q    I understand.  I need to ask more

5     questions.  We can circle back to the name if --

6     if -- if you want.

7               When -- when did your mother pass away?

8               MR. HORA:  Objection.  Outside scope.

9     Objection to form.

10               Go ahead.

11               THE WITNESS:  Can you not ask these

12     questions now?

13     BY MR. ECONOMIDES:

14          Q    There's not going to be another -- another

15     time.  We're finishing your deposition today, and

16     then Mr. Abittan is going to be deposed.

17               And what I want to understand is your

18     recent trips to China in 2022.

19               Were you visiting your parents in the

20     summer of 2022?

21          A    I visit- -- I visited my parents.  I

22     visited the parents of my parents.

23          Q    So last summer you visited your

24     grandparents?

25          A    Yes.

1          Q    Did you also see your father?

2          A    We all met together.

3          Q    Okay.  And I think it would be easier if

4     you could tell me:  When did your mother pass away?

5               MR. HORA:  Objection.  Outside the scope.

6     Objection.  Form.

7               Go ahead.

8               THE WITNESS:  I don't remember

9     specifically.

10    BY MR. ECONOMIDES:

11         Q    Okay.  Did your mother pass away in 2022?

12              MR. HORA:  Objection.  Outside scope.

13    Objection.  Form.

14              Go ahead.

15              THE WITNESS:  I don't remember.  It's

16    possible.

17    BY MR. ECONOMIDES:

18         Q    Ms. Chao, you're under oath.

19              Do you understand that if you say that you

20    don't remember something but you do remember, that's

21    a lie under oath?

22              Do you understand that?

23         A    I really, really don't remember.  I can't

24    recall anything at this moment.

25         Q    Okay.  Okay.  So I'm taking your testimony

1    that you don't remember if your mother passed away

2    last year, under oath.  I'm going to move on.

3              Have you ever told anyone that your name

4    is Yuting Chen?

5              THE INTERPRETER:  Is that a -- the

6    interpreter cannot hear the witness.

7              THE WITNESS:  No.

8    BY MR. ECONOMIDES:

9        Q    When did you first meet Yuting Chen?

10       A    About ten years ago.

11       Q    Where did you meet?

12       A    China.

13       Q    How did you meet?

14       A    How did we meet.

15            I don't remember.

16       Q    Is Yuting Chen a citizen of China?

17       A    I think so.

18       Q    Is Yuting Chen a citizen of the United

19   States?

20       A    I don't think so.

21       Q    Does Yuting Chen live at 69 Isabella

22   Avenue?

23       A    I don't think so.

24       Q    Has Yuting Chen ever lived at 69 Isabella

25   Avenue?

1        A    Possibly.

2        Q    You don't know?

3        A    I'm not sure.

4        Q    What does Yuting Chen do for work?

5        A    She does business.

6        Q    What type of business?

7        A    She does all kinds of things.

8        Q    Please name some of those things.

9        A    That has nothing to do with me.

10       Q    You just testified that she does all kinds

11   of things.

12            To your knowledge, what are those things?

13       A    I don't know specifically.

14       Q    Okay.  You have no idea what type of

15   business she's in?

16       A    She was involved in high tech and

17   investment and buying and selling of products.

18       Q    What was her role at Temujin?

19            MR. HORA:  Objection.  Outside of scope.

20   Objection to form.

21            Go ahead.

22            THE WITNESS:  What role -- there's no role

23   of -- of her now.

24   BY MR. ECONOMIDES:

25       Q    What was her role previously at Temujin?

Page 106

```
 1            A     Assistant.
 2            Q     She was an assistant to another person?
 3            A     Assistant to the company; so everyone can
 4      get help from her.
 5            Q     Okay.  Was she an employee?
 6            A     No.
 7            Q     Was she an independent contractor?
 8            A     She was an assistant.
 9            Q     Okay.  Was she paid to be an assistant?
10            A     No.
11            Q     So she was an assistant to everyone at the
12      company for free?
13            A     She is now.
14            Q     She is now what?
15            A     Nobody pays her.
16            Q     Has -- is your testimony that Yuting Chen
17      was an assistant at the blockchain company for free
18      and was never paid?
19            A     That's correct.
20            Q     Do you know why she worked at the
21      blockchain company for free?
22            A     She was a investor.
23            Q     She was an investor in the blockchain
24      company?
25            A     Yes.
```

1        Q    So she was an investor in the blockchain
2    company and an assistant; is that right?
3        A    Yes.
4        Q    How much did she invest?
5        A    I don't remember.
6        Q    Was it more than $1 billion?
7        A    No.
8        Q    Okay.  I think you can provide an
9    estimate.
10            Can you give me a range of how much she
11    invested?
12       A    Possibly a couple million.
13       Q    Okay.  Did you ever use Yuting Chen to
14    work as an assistant for you?
15            MR. HORA:  Objection to form.
16            Go ahead.
17            THE WITNESS:  She was the assistant of the
18    company.
19    BY MR. ECONOMIDES:
20       Q    Right.  So different people at the company
21    could ask her to help them, right?
22       A    Yes.
23       Q    Were you one of the people that asked
24    Yuting Chen to perform tasks at the blockchain
25    company?

```
                                        Page 108
 1        A    Can you repeat the question?
 2        Q    Yes.
 3             Different people at the company could ask
 4   Yuting Chen to help them.  I asked that.
 5             You said:  "Yes."
 6             My next question is:  Were you one of the
 7   people that asked Yuting Chen to perform tasks at
 8   the company?
 9        A    Yes.
10        Q    What type of tasks did you ask Yuting Chen
11   to do?
12        A    Booking tickets, hotels for the employees.
13        Q    So you asked Yuting Chen to book tickets
14   and hotels for other employees; is that right?
15        A    Yes.
16        Q    And that was for the blockchain business,
17   right?
18        A    Yes.
19        Q    How much money did you invest in the
20   blockchain business?
21             MR. HORA:  Objection.  Outside the scope.
22   Objection to form.
23             THE WITNESS:  Well, I don't -- I don't
24   quite recall.
25   //
```

```
                                             Page 109
 1    BY MR. ECONOMIDES:
 2         Q    Did you invest more than a million
 3    dollars?
 4         A    I think so.
 5         Q    Did you invest more than $2 million?
 6         A    I don't recall.
 7         Q    Do you have any records showing the amount
 8    of the investment?
 9              MS. YE:  Objection.  Outside the scope and
10    form.
11              Go ahead.
12              THE WITNESS:  I think so.
13    BY MR. ECONOMIDES:
14         Q    Where are those documents?
15              MR. HORA:  Objection.  Outside the scope.
16    Objection to form.
17              Go ahead.
18              THE WITNESS:  I don't know.  I don't have
19    them right now.
20    BY MR. ECONOMIDES:
21         Q    What type of documents were they?  Was it
22    a sale of future tokens?
23              MR. HORA:  Objection to scope.  Objection
24    to form.
25              Go ahead.
```

1          THE WITNESS:  I don't remember.  Possibly,
2     yes.
3     BY MR. ECONOMIDES:
4          Q     Okay.  Do you believe that you signed an
5     agreement for the sale of future tokens?
6          A     I don't remember if I signed any.
7          Q     Okay.  But you invested an amount that you
8     think is more over -- strike that.
9                You invested an amount that you think is
10    over $1 million, but you don't know if -- if --
11    strike that.
12               You invested an amount that you think is
13    over a million dollars; you have documents somewhere
14    memorializing the investment.
15               In those documents, what is your name?
16               MR. HORA:  Objection.  Mischaracterization
17    and form.
18               Go ahead.
19               THE WITNESS:  I did not sign, myself, in
20    person.
21    BY MR. ECONOMIDES:
22         Q     Okay.  So you invested over $1 million and
23    never signed a single document?
24         A     Me personally, no.
25         Q     Did someone sign on your behalf?

```
                                            Page 111
1          A    Yes.
2          Q    Okay.  What name did that person sign on
3     your behalf?
4          A    Chen Peng.
5          Q    I'm sorry.  Is that --
6               THE INTERPRETER:  C-h-e-n P-e-n-g.
7     BY MR. ECONOMIDES:
8          Q    Is that two words or one word?
9          A    Two words.
10         Q    First name Chen, last name Peng?
11         A    Chen is surname.
12         Q    So it's Peng Chen?
13         A    (No response.)
14         Q    Ms. Chao, are you taking any medications
15    that would affect your ability to provide testimony
16    today?
17         A    No.  But I have serious depression.
18         Q    So is Peng -- Peng Chen another alias that
19    you use?
20         A    This is a real person, not my alias.
21         Q    Who is Peng Chen?
22         A    My assistant.
23         Q    And is it a man or a woman?
24         A    A man.
25         Q    Okay.  Did he sign documents on your
```

1     behalf for your investment into the blockchain

2     company?

3                 MR. HORA:  Objection.  Outside of scope.

4     Objection to form.

5                 Go ahead.

6                 THE WITNESS:  I'm sorry.  I got

7     distracted.

8                 Can you repeat the question?

9                 MR. ECONOMIDES:  Yes.

10        Q    Did he sign documents on your behalf for

11    your investment into the blockchain company?

12        A    Yes.

13        Q    What name did he sign for you?

14                MR. HORA:  Objection to form.

15                Go ahead.

16                THE WITNESS:  He signed his own name.

17    BY MR. ECONOMIDES:

18        Q    Okay.  Did the documents that you're

19    referring to, other than the signature, list your

20    name as an investor?

21        A    No.

22        Q    Okay.  So you've invested over a million

23    dollars in the blockchain company, and the only

24    document showing that you've made that investment is

25    a document that doesn't have any of your alias names

```
                                         Page 113
 1      or legal names and that you didn't sign but that a
 2      person named Peng Chen signed; is that right?
 3           A    Can you break this down to several
 4      questions?  I can't quite follow.
 5           Q    Okay.  You invested over a million dollars
 6      in the blockchain company, right?
 7           A    Yes.
 8           Q    And there's a document that reflects that
 9      you made that investment, right?
10           A    Yes.
11           Q    And that document nowhere in print has the
12      name Yang Rong, Lily Chao, Tiffany Chen, or any
13      other alias that you've used, right?
14           A    That's correct.
15           Q    And the place where you were supposed to
16      sign that document, you did not sign it, right?
17                MR. HORA:  Objection to form.
18                Go ahead.
19                THE WITNESS:  Why -- why was I supposed to
20      sign?
21      BY MR. ECONOMIDES:
22           Q    So you don't think you need to sign any
23      documents when investing a million dollars; is that
24      right?
25           A    No.
```

Page 114

1        Q    "No," that's not right?  Strike that.

2             Do you think that when you invest a

3    million dollars, you need to sign any documents

4    showing that you've invested a million dollars?

5             MR. HORA:  Objection.  Speculation and

6    form.

7             Go ahead.

8             THE WITNESS:  Somebody signed it.

9    BY MR. ECONOMIDES:

10       Q    Right.

11            But you didn't sign it, and they didn't

12   even sign your name; they signed their name, right?

13       A    Yes.

14       Q    Okay.  And you have that document in your

15   possession?

16            MR. HORA:  Objection.  Outside the scope.

17            THE WITNESS:  I don't have it now.

18   BY MR. ECONOMIDES:

19       Q    Where is it?

20       A    I don't know.

21       Q    So you've lost it?

22       A    I just don't remember where I put it, but

23   I could probably find it.

24       Q    Well, where would you look?

25            MR. HORA:  Objection.  Outside the scope.

```
                                                Page 115
 1              Go ahead.
 2              THE WITNESS:  Where would I go?
 3              I would ask the people in Temujin to see
 4    if they have a copy.
 5    BY MR. ECONOMIDES:
 6         Q    Is there someone specific at Temujin that
 7    you would ask?
 8         A    I -- I don't know who would I ask at this
 9    moment.
10         Q    Okay.  Does Peng Chen use any aliases?
11         A    Does English name count?
12         Q    What names does Peng Chen use, as far as
13    you know?
14         A    Does English name count?
15         Q    Yes.
16         A    Tom.
17         Q    Does he use a last name?
18         A    Chen.
19         Q    Okay.  So he goes by Peng Chen and Tom
20    Chen.
21              Are you aware of any other names that he
22    uses?
23         A    I don't know any more.
24         Q    Is Tom -- is -- excuse me.  Strike that.
25              Is Peng Chen related to Yuting Chen?
```

```
                                              Page 116
 1          A     No.
 2          Q     And it's just a coincidence that they have
 3     the same last name, right?
 4          A     Yes.
 5          Q     Okay.  How long has Peng Chen been your
 6     assistant?
 7          A     I don't -- I don't remember.
 8          Q     Okay.  Is it more than five years?
 9          A     Probably, but I don't quite recall.
10          Q     Is he still your assistant now?
11          A     No.
12          Q     When did he stop being your assistant?
13          A     Possibly a year ago.  I don't quite
14     recall.
15          Q     Where does he live?
16          A     China.
17          Q     Did he ever live in the United States?
18          A     Has he ever lived in the US?
19                He travels back and forth.  Does that
20     count for living?
21          Q     Who invested more in the blockchain
22     company, you or Yuting Chen?
23                MR. HORA:  Objection.  Outside of scope.
24     Form.
25                Go ahead.
```

```
 1              THE WITNESS:  I don't remember.  Probably
 2    Yuting Chen.
 3    BY MR. ECONOMIDES:
 4        Q    Okay.  So she invested millions of dollars
 5    in the blockchain business and then chose to act as
 6    an assistant, booking travel for other people, and
 7    to do so for free; is that correct?
 8        A    Yes.
 9        Q    Okay.  If I tell you that Yuting Chen has
10    never had anything to do with the blockchain
11    business, that's a false statement, right?
12              MR. HORA:  Objection to form.
13              Go ahead.
14              THE WITNESS:  I cannot make judgment of
15    that.
16    BY MR. ECONOMIDES:
17        Q    Well, is your testimony true?
18              MR. HORA:  Objection to form.
19              MR. ECONOMIDES:  I believe she gave --
20              THE WITNESS:  Yes.
21    BY MR. ECONOMIDES:
22        Q    Okay.  So she was an investor of millions
23    of dollars, invested more than you, and she was an
24    assistant for various people at the company.
25              So she was involved with the blockchain
```

```
                                            Page 118
 1    business, right?
 2               MR. HORA:  Objection.  Calls for a legal
 3    conclusion.  Form.
 4               Go ahead.
 5               THE WITNESS:  Can you illustrate a little
 6    on this?
 7               MR. ECONOMIDES:  That's okay.  We can move
 8    on.
 9         Q    When is the last time you spoke with
10    Ms. Chen?
11         A    Probably last night or this morning.
12         Q    Because you're staying together at
13    69 Isabella Avenue, right?
14         A    Yes.
15         Q    Okay.  When you asked her to come to LA to
16    pick you up, did you call her or text her?
17         A    Both, I think.
18         Q    Okay.  And is that using your cell phone?
19         A    I used TJ.
20         Q    Do you have a cell phone?
21         A    Yes.
22         Q    Okay.  What's -- what's TJ?
23         A    Telegram.
24         Q    Ah.
25               Okay.  So you communicated with Ms. Chen
```

1    via Telegram?

2          A     Yes.

3          Q     Is that through -- strike that.

4                Do you use Telegram on your cell phone?

5          A     Yes.

6          Q     Okay.  How long have you been

7    communicating to Ms. Chen using your cell phone

8    either through text, Telegram, or any other service?

9          A     I don't remember.

10         Q     How long have you had your current cell

11   phone number?

12         A     I don't remember.

13         Q     Have you had it longer than five years?

14         A     No.

15         Q     Have you had it longer than four years?

16         A     No.

17         Q     Have you had it longer than three years?

18         A     Probably not.

19         Q     Have you had it longer than two years?

20         A     I don't recall.

21         Q     What's your cell phone number?

22         A     507-8542.

23         Q     What's the area code?

24         A     650.

25         Q     And is that the number that you used to

Page 120

1     communicate with Ms. Yuting Chen to organize her
2     picking you up from LA to bring you here?
3          A    I used TJ.
4          Q    Did you use TJ on your cell phone with
5     that number?
6          A    I don't understand the question.
7          Q    Well -- okay.
8               TJ is Telegram, right?
9          A    (No response.)
10         Q    In order to use Telegram, do you need to
11    use an electronic device, like a phone or a
12    computer?
13         A    Yes.
14         Q    Okay.  Did you use your cell phone with
15    the number that you just gave us in order to
16    communicate with Ms. Chen via Telegram?
17         A    I used Telegram on my cell phone to
18    communicate with her.
19         Q    Okay.  What's Yuting Chen's phone number?
20         A    I don't know.
21         Q    Okay.  Where is your cell phone?
22         A    At home.
23         Q    Okay.  So you don't have your cell phone
24    with you, right?
25         A    No.

```
                                                Page 121
 1        Q    Okay.  How are you getting home?
 2             THE INTERPRETER:  Can I have a read-back?
 3             (Record read by the reporter as follows:
 4                "QUESTION:  How are you getting
 5             home?")
 6             THE WITNESS:  My attorney will give me a
 7     ride.
 8     BY MR. ECONOMIDES:
 9        Q    Okay.  Will you provide us with Yuting
10     Chen's phone number once you have it available?
11             MR. HORA:  Objection to form.  Outside the
12     scope.
13             Go ahead.
14             THE WITNESS:  I have to ask for her
15     permission.
16     BY MR. ECONOMIDES:
17        Q    Okay.  So you refuse to provide us Yuting
18     Chen's phone number unless she tells you that you
19     can provide us with her phone number; is that right?
20             MR. HORA:  Objection.  Mischaracterizes.
21     Objection to form.
22             Go ahead.
23             THE WITNESS:  Yes.
24     BY MR. ECONOMIDES:
25        Q    Do you have any phone with you right now?
```

```
                                            Page 122
 1        A     No.
 2        Q     And you don't have a phone somewhere in
 3    this building, right?
 4        A     No.
 5        Q     Have you ever told anyone that your name
 6    is Yuting?
 7             MR. HORA:  Objection.  Asked and answered.
 8             Go ahead.
 9             THE INTERPRETER:  I'm sorry.  Did you say,
10    "Go ahead"?
11             THE WITNESS:  I don't remember.  I don't
12    think so.
13    BY MR. ECONOMIDES:
14        Q     But you might have?
15        A     I don't think I have.
16        Q     Have you ever told anyone that your last
17    name is Chen?
18        A     Possible.
19        Q     What do you mean, "possible"?
20        A     That means possible because isn't that in
21    one of my alias with the surname Chen.
22        Q     Which alias?
23        A     Tiffany Lily Chen.
24        Q     Have you ever lived at 133rd -- strike
25    that.
```

Page 123

1          Have you ever lived at 133 Burns Avenue,
2     Atherton, California 94027?
3          A    I don't remember.  Probably no.
4          Q    Have you ever visited that address?
5          A    Yes, I have.
6          Q    So who lived at that house when you
7     visited it?
8          A    Well, for a period of time, the office of
9     our company is there.
10         Q    Did anyone live there?
11         A    I think when Ariel came to California to
12    visit, he had stayed there.
13         Q    Was it Ariel's house?
14         A    I don't think so.
15              MR. ECONOMIDES:  Madam Videographer or
16    Court Reporter, how much time are we on the record?
17              THE VIDEOGRAPHER:  Since we're -- running
18    time now, give or take a minute or two, it's four
19    hours and 29 minutes.
20              MR. ECONOMIDES:  Okay.  Thank you.
21              Let's go off the record for just a minute.
22              THE VIDEOGRAPHER:  Off the record.  The
23    time is 4:48.
24              (Recess.)
25              THE VIDEOGRAPHER:  This marks the

```
                                               Page 124
 1      beginning of Media No. 5 in the deposition of Lily
 2      Chao.  Back on the record.  The time is 4:57.
 3      BY MR. ECONOMIDES:
 4           Q    Ms. Chao, do you recognize the -- the
 5      phone number (650) 284-6996?
 6           A    I don't remember.
 7           Q    Do you know the area code 650?
 8           A    Yes.
 9           Q    Okay.  But you don't know if you ever had
10      the phone number (650) 284-6996?
11           A    I really don't remember.
12           Q    How many times have you changed phone
13      numbers in the last five years?
14           A    I don't remember.
15           Q    Okay.  Do you remember any of your old
16      phone numbers?
17                We need an answer.
18           A    I don't remember.
19           Q    Okay.  Do you use email?
20           A    Yes.
21           Q    Okay.  What's your email address?
22           A    Rongy996@gmail.com.
23           Q    Okay.  How long have you been using that
24      email address?
25           A    I don't remember.
```

```
                                           Page 125

 1          Q    Have you ever used the email address

 2     lilychao96@gmail.com?

 3          A    I don't remember.

 4          Q    Have you ever used the email address

 5     lily@eian.io?  Lily@eian.io.

 6          A    Probably.

 7          Q    Do you remember that one?

 8          A    I probably have.

 9          Q    Okay.  What did you use that email address

10     for?

11          A    I handle the company matters.

12          Q    For which company?

13          A    Eian.

14          Q    Was this when you were a general

15     contributor to the blockchain company?

16          A    I don't remember what role I played back

17     then.

18          Q    Oh, so you've had a role other than being

19     general contributor?

20          A    I don't remember.

21          Q    You don't remember if you had a role,

22     other than being a general contributor, at the

23     blockchain business?

24          A    That's right.

25          Q    Have you ever used the email address
```

```
                                        Page 126
 1      lily@junipervc.com?
 2           A     I don't remember.
 3           Q     The last email address, lily@eian, was --
 4      is Eian the same thing as Temujin?
 5                 MR. HORA:  Objection to scope.  Objection
 6      to form.
 7                 Go ahead.
 8                 THE WITNESS:  I'm sorry.  I don't
 9      understand the question.
10      BY MR. ECONOMIDES:
11           Q     Well, you -- you were working on the
12      blockchain company with an email address
13      lily@eian.io, right?
14           A     Yes.
15           Q     Okay.  And that was the blockchain
16      business, right?
17           A     Yes.
18           Q     Okay.  And today you've called that
19      blockchain business Temujin sometimes, right?
20           A     They're not the same company.
21           Q     Okay.  So what's the difference between
22      Eian and Temujin?
23                 MR. HORA:  Objection.  Scope.  Objection.
24      Form.
25                 Go ahead.
```

1           THE WITNESS:  This has nothing to do with

2    my ID.  I refuse to answer.  I know why you want --

3    I'll finish the sentence -- that.

4           THE INTERPRETER:  I'm sorry.  The

5    interpreter is not understanding the witness.

6           THE WITNESS:  Okay.  I know that -- what's

7    going to happen next, which is that when I refuse to

8    answer the question, you're going to re- --

9    reiterate the action you're going to take, jointly

10   with other parties.

11          MR. ECONOMIDES:  Yes.  I understand.

12          Yes, the record is the -- I incorporate

13   now what we said before.  We are going to take those

14   actions when you refuse to answer.

15     Q    You said it's not related to your

16   identity.

17          I'm asking you about an email address that

18   you had and how it compares to the job that you said

19   that you had.

20          So, again, what is the relationship

21   between Eian, which is your email address, and

22   Temujin?

23          MR. HORA:  Objection.  Outside the scope

24   and form again.

25          Go ahead.

```
                                            Page 128
 1               THE WITNESS:  I've already answered the
 2      question regarding the email.
 3      BY MR. ECONOMIDES:
 4          Q     Yeah.  My question is:  What does that
 5      company, for which you had an email address, have to
 6      do with Temujin?
 7          A     That email had nothing to do with Temujin.
 8          Q     Okay.  So what was your job when you had
 9      the email address lily@eian.io?
10          A     I don't quite recall.  I did everything
11      that's required of me to do.
12          Q     Required by whom?
13          A     When everybody ask me to do something, I
14      do it.
15          Q     Okay.  So who was at Eian asking you to do
16      things?
17          A     I don't remember what happened back then.
18          Q     Back when?
19          A     When I was using that email.
20          Q     Okay.  But when were you using that email?
21      What years?
22          A     Sorry.  I don't recall.
23          Q     Okay.  But did you forget working back
24      then?
25               MR. HORA:  Objection to form.
```

```
                                        Page 129
 1              Go ahead.
 2              THE WITNESS:  I'm sorry.  I really don't
 3      understand.  What answer do you want me to ...?
 4              MR. ECONOMIDES:  I want the truth.
 5         Q    You had an email address at a job.
 6              You say that you don't remember what you
 7      did at the job or who worked there or when it was
 8      or --
 9              Where did you live when you worked at
10      Eian?
11         A    I don't remember.
12         Q    Okay.  So you don't remember your current
13      address, you don't remember your last address, you
14      don't remember where you worked when you were at
15      Eian, and you don't remember who else worked there;
16      is that all correct?
17              MR. HORA:  Objection.
18      Mischaracterization.  Objection to form.
19              Go ahead.
20              THE WITNESS:  That's correct.
21      BY MR. ECONOMIDES:
22         Q    Did Yuting Chen work at Eian?
23         A    She probably worked as a assistant.
24         Q    Yuting Chen probably worked as an
25      assistant at Eian.
```

1           Was she also an investor at Eian?

2       A       Probably.

3           It was like this:  Ever since I got

4       depression, my memory has declined.  I don't even

5       remember what did I have for lunch for how much.

6       Q    When did you start having that depression

7       that affects your memory?

8       A    Since 2021.  It's probably from then, but

9       I don't quite recall.

10      Q    Okay.  Do you take any medication for your

11      depression?

12          The reason I ask is to, again, ask if that

13      medication might affect your memory.

14      A    I think the medication would affect my

15      memory, but it would not affect my ability to answer

16      questions.

17      Q    Okay.  So your testimony is that -- strike

18      that.

19          The medication that you were just

20      testifying about, are you on that medication right

21      now?

22      A    Yes.

23      Q    And is it your testimony that that

24      medication is affecting your memory?

25      A    What do you mean by "is it your testimony

1    that" ...?

2         Q    Do you believe that right -- strike that.

3              Do you believe that while you've been here

4    at this deposition, the medication that you're

5    taking for depression has affected your memory?

6         A    For this deposition, I have stopped taking

7    medication for about a week.

8         Q    Okay.  So for the past week, you haven't

9    taken your medication for depression; is that right?

10        A    Yes.

11        Q    Have you ever used the email lily@ --

12   strike that.

13             Okay.  Given that testimony, I'm going to

14   ask:  What -- what's the name of the medication?

15             THE INTERPRETER:  Okay.  Interpreter needs

16   to check the Chinese translation for the name of the

17   medication.

18             Would the counselor know, by any chance?

19             MS. YE:  I'll double-check.

20             MR. HAN:  Was she saying that in Mandarin,

21   or was that in English?

22             THE INTERPRETER:  Mandarin.  Mandarin.

23   It's always different.  It's always different.

24   Mandarin has its own brand.

25             MR. HAN:  No, no.  I know.  I wasn't sure

1    if she said it in English.

2              THE INTERPRETER:  Mirtazapine.

3              MR. ECONOMIDES:  Could you -- could we

4    just spell it into the record?

5              THE INTERPRETER:  M-i-r-t-a-z-a-p-i-n-e.

6              "If I remember correctly," the witness

7    says.

8              MR. ECONOMIDES:  Okay.

9         Q    And it's a prescription medication?

10        A    Yes.

11        Q    And whose name is the prescription under?

12        A    Rong Yang.

13        Q    Have you ever used the email address

14   lily@junipervc.com?

15        A    Probably yes; probably no.  I don't quite

16   recall.

17        Q    How could it be probably yes and probably

18   no?

19        A    Because I truly don't remember.  I told

20   you everything I remembered.

21        Q    Okay.  Have you ever heard of Juniper

22   Venture Capital -- strike that.

23             Have you ever heard of Juniper Ventures

24   Incorporated?

25        A    I know Juniper, but what comes after that,

```
                                        Page 133
 1     I don't remember.
 2          Q     Okay.  What's Juniper?
 3          A     Of all the companies, all I remember,
 4     Juniper, but I don't know what words follow Juniper.
 5          Q     Okay.  But you've -- you remember there's
 6     a company with the word Juniper in its name, right?
 7          A     Yes.
 8          Q     Okay.  What kind of company is this
 9     Juniper company?
10                MR. HORA:  Objection.  Outside the scope.
11                Go ahead.
12                THE WITNESS:  I don't remember
13     specifically.
14     BY MR. ECONOMIDES:
15          Q     Is that a blockchain company?
16                MR. HORA:  Objection.  Outside the scope.
17                Go ahead.
18                THE WITNESS:  I really don't remember.
19     BY MR. ECONOMIDES:
20          Q     Did you work for that company?
21          A     What do you mean, "work for the company"?
22          Q     Were you ever an employee of that company?
23          A     No.
24          Q     Were you an independent contractor for
25     that company?
```

Page 134

```
 1        A     What do you mean by "independent
 2   contractor"?
 3        Q     Have you ever heard the term "independent
 4   contractor" before?
 5        A     I've heard of it, but I don't understand
 6   what it means.
 7        Q     Okay.  So as a general contributor for
 8   this blockchain business, you've never learned what
 9   the word "independent contractor" means, right?
10        A     My English is not good.
11        Q     Well, I'm not asking you about the English
12   word.  I'm asking you about the word that's being
13   translated into Mandarin.
14        A     In Chinese, there's no such word as
15   "independent contractor"; so I don't understand the
16   idea behind it.
17        Q     Okay.  Have you ever used the email
18   address lily@findora.org?
19        A     Yes, I have.
20        Q     Okay.  What did you use that email for?
21        A     To -- to do a general contributor.
22        Q     For what?
23        A     I don't understand this question.
24        Q     You were a general contributor for what
25   when you were using the lily@findora.org email
```

Page 135

1    address?

2        A    Findora.

3        Q    Okay.  Is Findora different than Juniper?

4        A    It's not the same thing.

5        Q    Okay.  What's the relationship between

6    Eian, Juniper, Findora, and Temujin?

7             MR. HORA:  Objection.  Outside the scope.

8    Also form.

9             Go ahead.

10            THE WITNESS:  Can you say that again?

11            MR. ECONOMIDES:  Sure.

12       Q    What's the relationship between Eian,

13   Juniper, Findora, and Temujin?

14       A    I don't know.

15       Q    When doing work with these email addresses

16   in relation to these entities, what first and last

17   name were you using?

18       A    Lily.

19       Q    And what last name did you use?

20       A    Chao.

21       Q    Did you tell anyone your real name?

22       A    I don't understand the meaning of this

23   question.

24       Q    Did you tell anyone that your name was

25   Yang Rong?

```
                                              Page 136
 1        A    Of course I have.
 2        Q    Okay.  Who related to Eian, Juniper,
 3   Findora, or Temujin did you tell that your name was
 4   Yang Rong?
 5        A    I don't recall.  I only remember telling
 6   them Lily is an alias.
 7        Q    Did you use that alias so that if you were
 8   sued, it would be difficult for people to collect
 9   money from you?
10             MR. HORA:  Objection.  Outside of scope
11   and form.
12             THE WITNESS:  No.
13   BY MR. ECONOMIDES:
14        Q    When did you first meet Ariel Abittan?
15        A    I don't remember.
16        Q    How did you first meet?
17        A    Don't remember.
18        Q    You don't remember how you first met Ariel
19   Abittan, the person that's adverse to you in this
20   litigation?
21        A    That's correct.
22        Q    Are you aware that Temujin has sued Ariel
23   Abittan?
24             MR. HORA:  Objection.  Outside the scope.
25             Go ahead.
```

1            THE WITNESS:  I'm sorry.  Can you repeat

2    the question?

3    BY MR. ECONOMIDES:

4        Q    Are you aware that Temujin has sued Ariel

5    Abittan?

6        A    I know that.

7        Q    Who told you that?

8        A    Many people have told me that.

9        Q    Who at Temujin made the decision to sue

10   Ariel Abittan?

11           MR. HORA:  Objection.  Outside the scope.

12   Objection to form.

13           THE WITNESS:  I don't remember.

14   BY MR. ECONOMIDES:

15       Q    So you knew at one point, but you forgot?

16       A    I think so.

17       Q    Okay.  So it's not that you've never

18   known; you believe that you knew, but that now you

19   no longer remember; is that correct?

20       A    Yes.

21       Q    Were you involved in the decision for

22   Temujin to sue Ariel Abittan?

23           MR. HORA:  Objection.  Outside of scope

24   and form.

25           Go ahead.

```
 1              THE WITNESS:  Can you -- can you explain
 2      your previous question?  I don't quite follow.
 3      BY MR. ECONOMIDES:
 4          Q    Okay.  So Temujin is not a person; it's an
 5      entity.
 6              Do you understand that?
 7          A    Yes.
 8          Q    And it can only act if people that work
 9      for it or control it make decisions for it to act.
10              Do you understand that?
11              MR. HORA:  Objection.  Calls for a legal
12      conclusion.
13              Go ahead.
14              THE WITNESS:  All I remember is, back
15      then, I think we should sue Ariel Abittan, but I
16      don't know how did they come up with the final
17      decision.
18      BY MR. ECONOMIDES:
19          Q    So you were involved in the discussion
20      about suing Ariel Abittan; is that right?
21          A    Yes.
22          Q    And you were involved because you're a
23      general contributor?
24          A    Yes.
25          Q    And who else was part of that decision?
```

Page 139

1          A     Damien and some other company engineers
2     and employees that remained at the company back
3     then.
4          Q     Was Yuting Chen involved?
5          A     I don't think so.
6          Q     But she's a bigger investor than you.
7                Why wouldn't she be involved?
8          A     You should go ask her.
9          Q     Okay.  So you believe that we should take
10    testimony from Yuting Chen to get relevant
11    information about this action; is that right?
12               MR. HORA:  Objection.  Calls for a legal
13    conclusion.
14               Go ahead.
15               THE WITNESS:  All I think is that I have
16    nothing to do with this question.
17    BY MR. ECONOMIDES:
18         Q     Okay.  But you told me to go ask Yuting
19    Chen to get relevant information, right?
20         A     What I meant by that is I don't know what
21    other people are thinking.
22         Q     Does Yuting Chen use any other names other
23    than Yuting Chen?
24         A     She probably has.
25         Q     What names?

```
                                            Page 140
 1          A     Selena, Tiffany, also Amay.
 2          Q     What was the last one?
 3          A     Amay.
 4          Q     Like A-m-a-y?
 5          A     It is Chinese.
 6          Q     Okay.  Fair enough.
 7                Selen- -- so she -- strike that.
 8                So Yuting Chen has used the names Selena
 9    Chen and Tiffany Chen and Amay Chen; is that right?
10          A     Yes.
11          Q     Has she ever used a last name other than
12    Chen?
13          A     I don't know.
14          Q     But you've heard her use the names Selena
15    and Tiffany and Amay, right?
16          A     Yes.
17          Q     Have you ever heard her -- strike that.
18                Have -- strike that.
19                Do you know if Ariel Abittan has met
20    Yuting Chen?
21          A     I think they have met.
22          Q     Have you ever been together with both
23    Ariel Abittan and Yuting Chen?
24          A     Yes.
25          Q     When?
```

Page 141

1          A     I don't remember.

2          Q     Where?

3          A     I don't remember.

4          Q     Why?

5                MR. HORA:  Objection to form.

6                MR. ECONOMIDES:  I'll rephrase that.

7          Q     Why were the three of you together?

8          A     I don't recall.

9          Q     Was it to discuss the blockchain business?

10          A     I really don't recall anything.

11          Q     Okay.  Was it in conjunction with you and

12    Ariel selling luxury watches?

13          A     I don't understand the question.

14          Q     When you, Ariel, and Yuting Chen were

15    together, did you and Ariel ever discuss selling

16    luxury watches?

17          A     I'm sorry.  I don't understand the

18    question.

19          Q     You don't understand whether you had a

20    discussion with Ariel Abittan about luxury watches

21    at a time that you were with Yuting Chen and Ariel

22    Abittan?

23          A     First of all, I don't understand the

24    question.  Second of all, I don't quite remember.

25          Q     Okay.  Well, how many watches have you and

Page 142

1    Ariel sold together?

2        A    First of all, I don't understand the

3    question.  Second of all, this has nothing to do

4    with my ID.

5        Q    You don't understand the question:  How

6    many watches have you and Ariel Abittan sold

7    together?

8        A    I don't understand.

9        Q    What --

10       A    I think I only want to answer questions

11   regarding my ID.

12       Q    Oh.  Well, unfortunately, you were part of

13   the decision for Temujin to sue Ariel Abittan.  And

14   he's countersued you.  And we're all here for a

15   deposition where you're under oath.  And it's not

16   about what you want to answer; it's about getting

17   relevant evidence.

18       A    If the judge of the court mandate me to

19   answer these questions, I will answer them.

20       Q    Okay.  So you don't believe you need to

21   answer questions about your watch business with

22   Ariel Abittan, right?

23            MR. HORA:  Objection.

24   Mischaracterization.  Form and outside scope.

25            Go ahead.

Page 143

1                THE WITNESS:  First of all, I don't

2     understand the question.  Second, this is outside of

3     the scope that judge mandated me for answering

4     question regarding my ID.

5                MR. ECONOMIDES:  Okay.  Same reservation

6     of rights as we put on the record before.

7          Q    What names did you -- what name did you

8     use with Ariel Abittan when you were selling luxury

9     watches together?

10         A    I only knew one name I went by when Ariel

11    and I were dating, but I don't understand the

12    meaning of this question.

13               THE INTERPRETER:  The interpreter is

14    clarifying.

15               Okay.  Witness had said that:  "I only

16    knew that the -- what name or names did I go by the

17    entire process when I interact with Ariel, but I

18    don't understand the meaning of this question."

19    BY MR. ECONOMIDES:

20         Q    Is the word "interact" and "dating" the

21    same in Mandarin?

22         A    I only meant that ever since I met him,

23    but I did not mean to use the word "dating."

24         Q    Got it.  Okay.

25               And what name was that?  Was it Lily Chao?

```
                                                    Page 144
 1      I'll rephrase.
 2              The name that you used when interacting
 3      with Ariel Abittan was always Lily Chao; is that
 4      right?
 5           A    Lily or Tiffany.
 6           Q    And what last name?
 7           A    Chao or Chen, I think.
 8           Q    Have you ever shared a phone with anyone?
 9           A    I don't understand this question.
10           Q    Have you ever let another person use your
11      phone to communicate with someone?
12           A    Can you be a little more specific?
13           Q    Sure.  This is my phone [indicating].
14      Sometimes I text people.  It's possible that I could
15      give it to someone and say, "Here, you can use it,
16      and now you can text someone from my phone."
17              Have you ever done that with your phone?
18           A    I think so.
19           Q    Okay.  Can you give me --
20           A    Other people have the pass- -- password
21      of -- for my email too.
22           Q    Okay.  So other people have used your
23      emails?
24           A    Yes.
25           Q    Without your consent?
```

1          A    I have given consent by giving them the

2     password.

3          Q    Did you ever give Yuting Chen the password

4     to your email -- of any of your emails?

5          A    I have given many people the password of

6     my email, and I even told other people at the

7     company about it, because my English is not good

8     enough.

9          Q    Okay.  And you've let other people use

10     your phone to send texts, right?

11          A    I always put my cellphone at the same

12     place when I'm at the office or when I put my phone

13     in other places.

14               But it was like this:  I let everybody use

15     my phone or email.

16          Q    So did you let other people use your phone

17     to send texts from your phone number?

18          A    Well, it's like this:  I never actually

19     tell anybody that they can use my phone to send --

20               MR. ECONOMIDES:  Wait.  I'd like to hear

21     the full answer that she already gave and then what

22     she just said.

23               THE INTERPRETER:  I can only remember the

24     second answer because everybody is talking.

25               The second is:  "I can only -- I never

1     asked anybody to send anything to anybody from my

2     phone."

3                 MR. ECONOMIDES:  Okay.

4                 THE INTERPRETER:  "I never ordered

5     anybody."

6     BY MR. ECONOMIDES:

7          Q    But are you aware of anyone taking your

8     phone and then sending texts from your phone?

9          A    I know that.

10         Q    Okay.  Who has done that?

11         A    Yuting.

12         Q    Did she have your consent to do that?

13         A    Well, it was like this:  Not -- that

14    particular number actually belongs to her.  When I

15    came to the US, she let me use the number because

16    she used that -- she doesn't use that number

17    frequently.

18         Q    Which number?

19         A    I don't remember, but there is one

20    cellphone number.

21         Q    Did you use that cellphone number at the

22    same time?

23         A    I don't remember.

24              It is her number, and I was merely using

25    it.  And sometimes people try to contact her by that

```
1    number, and so she would take it over and use it.
2         Q    Okay.  So it was her phone number.
3              And how many phones were connected to that
4    number?  One phone or more than one phone?
5         A    Only one.
6         Q    Okay.  And while you were -- strike that.
7              So did you have your own phone connected
8    to that number that Yuting Chen let you use --
9    strike that.
10             Yuting Chen let you use a phone number.
11             But did you have your own phone device
12   connected to that number?
13             THE INTERPRETER:  Interpreter needs to ask
14   clarifying question.
15             THE WITNESS:  Okay.  So Yuting simply gave
16   me the actual phone device that carries that number,
17   because when I first came here, I only have my
18   Chinese phone with a Chinese number.
19   BY MR. ECONOMIDES:
20        Q    When was that?
21        A    I don't remember.
22        Q    Can you estimate?
23        A    I really don't recall.
24        Q    Was it before 2015?
25        A    I really truly don't remember.
```

1      Q    Okay.  So you're not able to provide any

2    estimated date whatsoever?

3      A    I really don't recall.

4      Q    Okay.  So you don't know if it was in the

5    year 2005 or in the year 2022?

6      A    I really don't remember.

7      Q    Okay.  Did Mr. Abittan ever visit you in

8    California?

9      A    He came over to California a few times.

10     Q    I'm going to take a step back.

11          When you were using the phone that Yuting

12   Chen gave you and the phone number that Yuting Chen

13   gave you, and sometimes she also used that phone to

14   contact people, did you or she tell the other people

15   that there were two people using this phone and

16   phone number?

17     A    I don't understand the question.

18     Q    Okay.  So you testified that you had a

19   phone that Yuting Chen gave you, right?

20     A    Yes.

21     Q    And that phone was connected to a phone

22   number that was Yuting Chen's phone number at one

23   point?

24     A    Phone number.  Yes.

25     Q    And sometimes when you were with Yuting,

Page 149

1    she would take that phone back and use it to text
2    people, right?
3        A    Yes.
4        Q    When that happened, did Yuting tell the
5    person she was -- strike that.
6            When that happened, did you tell the
7    person that was receiving the texts that it was
8    Yuting and not you?
9        A    I didn't see what she texted to other
10   people.  You were asking me about that, but I didn't
11   see what she -- what texts she sent to other people.
12       Q    But she would give you the phone back,
13   right?
14       A    Yes.
15       Q    But you never looked at any of the texts
16   on your own phone that you were using?
17       A    Well, after she send the text messages,
18   she would delete it; so I don't get to see them.
19       Q    So she always deleted the text messages
20   after she sent them?
21       A    I don't remember.
22       Q    Well, you just said that she always
23   deleted them, right?
24       A    I don't -- well, all I said is that she
25   often deleted the text messages.

1        Q    Okay.  Often, not always?

2        A    I think so.

3        Q    Okay.  So your testimony is -- strike

4    that.

5             You and Yuting Chen both used the alias

6    Tiffany Chen sometimes, right?

7        A    Yes.

8        Q    And you and Yuting Chen both used the same

9    phone and phone number sometimes?

10       A    That number belongs to Yuting Chen.

11       Q    Right.  But you -- she let you use the

12   phone with the phone number, but sometimes she also

13   used it?

14       A    Yes.

15       Q    Okay.  And you're not aware of ever

16   telling anyone who you contacted with that phone

17   that sometimes another person was using that phone

18   and phone number, right?

19       A    I don't remember.

20       Q    Okay.  And you're not aware of Yuting Chen

21   ever telling anyone that she contacted through that

22   phone that sometimes you used that phone, right?

23       A    I only used that phone to contact whoever

24   I needed to contact.  I don't know how she used that

25   phone.

1        Q    Did you ever contact Ariel Abittan on that

2    phone?

3        A    I think so.

4        Q    Did you ever tell Ariel Abittan that

5    Yuting Chen also used that phone?

6        A    I think I have told him that that is not

7    my number.

8        Q    After Ariel Abittan sued you, did you make

9    up this story that it's really Yuting Chen because

10    you knew that the phone account was in Yuting Chen's

11    name?

12            MR. HORA:  Objection.  Outside the scope.

13    Calls for a legal conclusion.  Assumes facts not in

14    evidence and form.

15            But go ahead.

16            THE WITNESS:  I did not make up any

17    stories.

18    BY MR. ECONOMIDES:

19        Q    Did Ariel Abittan stay with you at

20    69 Isabella Avenue?

21        A    I don't remember.

22        Q    Okay.  Do you remember Ariel Abittan

23    coming with his wife and children and staying with

24    you at 69 Isabella Avenue?

25            MR. HORA:  Objection to form.

```
                                              Page 152
 1              Go ahead.
 2              THE WITNESS:  Yes.
 3      BY MR. ECONOMIDES:
 4         Q    When he stayed with you, did you tell him
 5      that you were married to Damien?
 6         A    I don't remember when I told him that.
 7         Q    So you did tell him that, but you don't
 8      remember when?
 9         A    Yes.
10         Q    Why did you tell him that you were married
11      to Damien?
12         A    I've already answered that question this
13      morning.
14         Q    What -- what was the answer?
15         A    I basically tell everybody that I'm
16      married.
17         Q    Okay.  So while Ariel and his wife and his
18      kids came to visit you at 69 Isabella Avenue, you
19      were, what, worried that Ariel was going to hit on
20      you, and so you wanted him to think you were
21      married?
22         A    No, it's not that.
23         Q    I thought the reason is so people don't
24      bother you.
25         A    I've said I don't remember exactly when I
```

Page 153

1   told Ariel that I -- that I'm married.

2        Q    Did you and Damien sleep in the same room

3   while Ariel was visiting you at 69 Isabella Avenue?

4        A    No.

5        Q    Were there any children there other than

6   Ariel's children?

7        A    Yes.

8        Q    Whose children were they?

9        A    They're children of Damien.

10            MR. ECONOMIDES:  Madam Videographer, do

11   you have an estimate of the time?

12            THE VIDEOGRAPHER:  Five hours and 38

13   minutes.

14   BY MR. ECONOMIDES:

15        Q    Okay.  Did you tell Ariel that those were

16   your children?

17        A    Yes.

18        Q    Why?

19        A    I've told many people that I have

20   children.

21        Q    Okay.  So you lied to Ariel and his wife

22   about being married to Damien and about the kids at

23   the house being your kids, right?

24            You can answer.

25        A    I did not intentionally lie to Ariel and

```
1    his wife, but it was my -- it was my attitude that I
2    always tell everybody that I am married and have
3    children.
4         Q    Okay.  So you accidentally told the people
5    you're in business with and staying with you that
6    you were married and they were your kids, but not
7    intentionally, right?  Strike that.  You don't have
8    to answer it.
9              I'm marking as Exhibit 3 --
10             (Exhibit 3 was marked for identification
11             by the court reporter.)
12   BY MR. ECONOMIDES:
13        Q    Ms. Chao, do you recognize these people in
14   this picture?
15        A    Yes.
16        Q    Who are they, one by one?
17        A    Yuting.
18        Q    And who are the children?
19        A    The children of Damien.
20        Q    All three?
21        A    Well, one of them -- no, at least the one
22   on the far right, I don't -- I can't even tell if
23   that's a boy or a girl, but I think these children
24   are -- belong to Damien and Ariel.
25             MR. ECONOMIDES:  All right.  No more
```

Page 155

1    questions for me at this time.

2                    MR. HAN:  Would you like to take a break

3    before we start?

4                    MR. HORA:  We only have 20 more minutes

5    left?

6                    MR. HAN:  Yeah, but does Ms. Chao have to

7    use the restroom?

8                    MS. YE:  She can -- she wants to continue.

9    She wants to go back home as soon as possible.

10                         EXAMINATION

11   BY MR. HAN:

12       Q    Ms. Chao, we met earlier.  For the record,

13   my name is Edward Han.  I'm an attorney at Paul

14   Hastings, and we represent Benjamin Fisch and

15   Charles Lu in this action.

16                    I just a few questions.  I know we're

17   running out of time.

18                    Earlier this afternoon, you testified that

19   you and Mr. Damien Ding were involved in making the

20   decision to sue Ariel Abittan in this action; is

21   that correct?

22       A    Both -- both of us were involved in this

23   process.

24       Q    Were you both involved in the decision to

25   sue my clients, Benjamin Fisch and Charles Lu, in

Page 156

1    this action?

2         A    We did not make the decision.  We were

3    only involved in the process.

4         Q    Who made the decision to sue Mr. Fisch and

5    Mr. Lu in this action?

6         A    I don't remember.  It's probably Yang

7    Yang.

8         Q    Can you please spell that?

9         A    (In English):  Y-a-n-g Y-a-n-g.

10        Q    And is Yang Yang a male or female?

11        A    It's a man.

12        Q    And what is Yang Yang's position at

13   Temujin?

14        A    He is a investor.

15        Q    So an investor of Temujin made the

16   decision to sue two individuals and former employees

17   of Temujin; is that correct?

18        A    Yes.

19        Q    Does Mr. Yang have any other role at

20   Temujin other than being an investor?

21        A    I don't remember.  Probably not.

22        Q    And you testified earlier, Ms. Chao, that

23   your role at Temujin is as a, quote/unquote, general

24   contributor; is that correct?

25        A    Yes.

Page 157

1          Q     And you also testified that Mr. Damien
2     Ding's role at Temujin is also as a general
3     contributor; is that correct?
4          A     I said he is a contributor.
5          Q     Is there any difference between a general
6     contributor or a contributor?
7          A     I don't know.  That's the title they gave
8     me, general contributor.
9          Q     Who gave you that title, Ms. Chao?
10         A     Probably as a result of their -- of their
11    discussion -- decision.  So they discussed that.
12         Q     Who discussed that, Ms. Chao?
13         A     Employees back then and Yang Yang.
14         Q     Can you please name me those employees.
15         A     I don't remember how many employees were
16    there back then.
17         Q     Can you name me which employees that you
18    do remember who were involved in the decision?
19         A     I know Damien doesn't count as an
20    employee.
21               There's also a person by the name Qian
22    Bin.
23         Q     Can you please spell that?
24         A     Surname is Qian, Q-i-a-n.  His name is
25    B-i-n.

1     Q     Anybody else that you can remember?

2     A     I don't remember specifically.

3     Q     Can you remember any of the other

4     employees who were involved in the decision to sue

5     Mr. Fisch and Mr. Lu in this action, other than

6     yourself, Mr. Ding, and Mr. Yang?

7     A     Yang Yang, but he was not an employee.

8     Q     Anybody else involved in that decision?

9     A     I don't remember specifically.

10    Q     Ms. Chao, in your role as general

11    contributor at Temujin, do you have any managerial

12    or supervisory roles of Temujin employees?

13    A     Well, I was a cofounder.

14    Q     As a cofounder, do you have any managerial

15    or supervisory duties at Temujin?

16    A     Can you illustrate on this?

17    Q     Yes.

18          If I issued a notice of deposition to

19    Temujin right now for all of the employees to come

20    to a deposition, would they testify that you are one

21    of their bosses?

22    A     I don't know.

23    Q     You also testified earlier that Temujin

24    and Findora are different companies; is that

25    correct?

```
                                              Page 159
```

1          A    Yes.

2          Q    Has Temujin ever done business as Findora?

3          A    Can you be a little detailed in this

4     question?

5          Q    Yes.

6               Has Temujin ever conducted any business

7     using the name Findora?

8          A    Temujin is the tech contributor of

9     Findora.

10         Q    Are the employees the same between Temujin

11    and Findora?

12         A    No.

13         Q    Are you an employee of Findora?

14         A    I am not an employee.

15         Q    So if there were any court filings made in

16    this action that stated Temujin did business as

17    Findora, those would be incorrect?

18              MR. HORA:  Objection.  Calls for a legal

19    conclusion.

20              Go ahead.

21              THE WITNESS:  I don't know about this.

22    BY MR. HAN:

23         Q    I'm asking for your lay opinion, your

24    nonlegal opinion, if there was any court filings

25    made in this action that stated that Temujin did

Page 160

1    business at -- as Findora, if that would be

2    incorrect.

3         A    I don't understand.

4         Q    Ms. Chao, earlier you testified that you

5    used several different names, including Yang Rong,

6    Lily Chao, Tiffany Chen, and Yanyan; is that

7    correct?

8         A    It is Yanyan.

9         Q    So -- so earlier you testified that you

10   use Yang Rong as one of your names; is that correct?

11        A    Yes.

12        Q    And you also testified that you used Lily

13   Chao as one of your names; is that correct?

14        A    Yes.

15        Q    And you also testified that you used

16   Tiffany Chen as one of your names; is that correct?

17        A    Yes.

18        Q    And you also testified that you used

19   Yanyan as one of your names; is that correct?

20        A    That's my nickname.  That's used by my

21   relatives to call me.

22        Q    In -- in your opinion, is there a

23   difference between a name that's used versus a

24   nickname?

25        A    It is a nickname that's used to call me,

Page 161

1    but other people I did not provide the initial

2    nickname.

3         Q    But it is a name that you have used or

4    have been called; is that correct?

5         A    Yes.

6         Q    And Leilei is another name that has been

7    used to refer to you; is that correct?

8         A    It is a nickname used by my relatives to

9    call me.

10        Q    And Nini is another name that has been

11   used to refer to you; is that correct?

12        A    It is used by my relatives to call me as a

13   nickname.  It is kind of the equivalent of

14   "darling," "sweetheart," or "handsome" or "my

15   beautiful" in Chinese.

16        Q    Are there any other names that either you

17   have used or have been used to refer to you?

18        A    I don't think so.

19             MR. HAN:  I'm going to pass out what will

20   be marked as Exhibit 4.

21             THE VIDEOGRAPHER:  Four.

22             MR. HAN:  And for the record, Exhibit 4 is

23   "CROSS-DEFENDANT NAMED IN THE CROSS-COMPLAINT AS

24   LILY CHAO'S SECOND SUPPLEMENTAL RESPONSES TO FRANK

25   FU'S FIRST SET OF FORM INTERROGATORIES."

```
 1              (Exhibit 4 was marked for identification
 2              by the court reporter.)
 3              THE WITNESS:  What is your question for
 4      this?
 5      BY MR. HAN:
 6          Q    Ms. Chao, do you recognize this document?
 7          A    I think I have seen it.
 8          Q    Did you help prepare this document?
 9          A    When they ask, I provided names.
10          Q    If you look at the last page of this
11      Exhibit 4, there's something called a verification.
12              Do you see that?
13              It's the last page, Ms. Chao.  Flip that
14      page over, please.
15              Do you see that page?
16          A    Yes.
17          Q    And is that your e-signature on the bottom
18      of that page?
19          A    I think so.
20          Q    Do you think so, or it is?
21          A    Yes.  Yes, it is.
22          Q    And do you see that it says that you
23      declare under penalty of perjury under the laws of
24      the State of California that the foregoing is true
25      and correct?  Is that correct?
```

```
                                        Page 163

  1              Is that correct?

  2         A    Yes.

  3         Q    And now if you flip to page 1 of this

  4    document, on the bottom, it says (as read):

  5    "Supplemental Response to Form Interrogatory No.

  6    2.1, Second."

  7              Do you see that?  And do you see that,

  8    Ms. Chao?

  9         A    Yes.

 10         Q    And do you see you provided certain names

 11    there:  Yang Rong, Lily Chao, Tiffany Lily Chen, and

 12    the Chinese character?

 13              Do you see that?

 14         A    Yes.

 15         Q    And that Chinese character -- are those

 16    the Chinese characters for Yang Rong?

 17         A    Yes.

 18         Q    Do you see that there's nowhere listed on

 19    here Yanyan, Leilei, or Nini?

 20         A    I -- I have not used all those names.

 21         Q    But people have referred to you with those

 22    names; is that correct?

 23         A    I've said it.  Those nicknames are kind of

 24    the Chinese equivalent for "darling" or

 25    "sweetheart."
```

Page 164

1        Q    But they are not listed on this response;
2    is that correct?
3        A    How would any- -- nobody would list the
4    nicknames used by other people on the paper.
5    Would -- would anybody list a nicknames -- the
6    aforementioned nicknames, such as "sweetie" and
7    "darling," on a paper like this?
8        Q    Ms. Chao, my question is very simple.  I'm
9    just asking if those names are listed on this
10    document, "yes" or "no."
11        A    No.
12            MR. HORA:  Counsel, is that -- are we
13    on -- are we at six hours?
14            THE VIDEOGRAPHER:  Six hours and
15    two minutes.
16            MR. HAN:  Okay.  I have a handful more
17    questions, or we could all come back, because there
18    were a lot of pauses here.  It's up to you.
19            MR. HORA:  How long do you think you need,
20    Counsel?
21            MR. HAN:  Ten minutes.
22            MR. HORA:  That's fair.
23    BY MR. HAN:
24        Q    Ms. Chao, you testified you never used the
25    name Yuting Chen; is that correct?

1          A    Correct.

2          Q    And Ms. Yuting Chen is an assistant at

3     Temujin; is that correct?

4          A    Yes.

5          Q    And you were a cofounder of Temujin; is

6     that correct?

7          A    Yes.

8          Q    Would Ms. Yuting Chen have any authority

9     to sign any agreements on behalf of Temujin?

10         A    I don't remember.

11         Q    I'm asking if she could sign any documents

12    on behalf of Temujin, not if you remember.

13              MR. HORA:  Objection.  Calls for

14    speculation.

15              Go ahead.

16              THE WITNESS:  I don't know.

17    BY MR. HAN:

18         Q    Have you ever used the name Alex Wang as

19    a -- have you ever used the name Alex Wang?

20         A    No.

21         Q    Who is Alex Wang?

22         A    Assistant of mine.

23         Q    He is another assistant of yours?

24         A    Yes.

25         Q    Have you ever used the name Jian Rong

```
                                           Page 166
 1    Wang?
 2              And I'll spell that for the record.  It's
 3    J-i-a-n, R-o-n-g, last name Wang, W-a-n-g.
 4         A    I never used any other names outside of
 5    what's already listed on the paper.
 6         Q    Who is Jian Rong Wang?
 7         A    He has nothing to do with my
 8    identification -- identity.
 9         Q    Ms. Chao, your identity is linked to
10    Temujin.  So I am asking you again:  Who is Jian
11    Rong Wang?
12         A    All I know is that this person is not me.
13         Q    Does that mean you're refusing to answer?
14         A    I think that he has nothing to do with my
15    identity.
16         Q    My question was:  Do you know who Jian
17    Rong Wang is?
18         A    Yes.
19         Q    And is he associated with Temujin?
20         A    Yes.
21         Q    And what is his role?
22         A    He has nothing to do with my identity.
23              MR. HAN:  I'm going to pass out what will
24    be marked as Exhibit 5.  And for the record, this is
25    a Complaint for Unlawful Detainer that was filed in
```

Page 167

1    the Santa Clara County Superior Court on

2    January 12th, 2023, captioned (as read):  "101

3    University Limited Partnership versus Temujin Labs

4    Inc. doing business as Findora, Yuting Chen, and

5    Does 1 through 5."

6                (Exhibit 5 was marked for identification

7                by the court reporter.)

8    BY MR. HAN:

9        Q    Have you seen this document before?

10       A    No.

11       Q    If you look at the bottom of the first

12   page of the document, it says that the plaintiff is

13   seeking possession of a property located at 444 High

14   Street, Suite 300, Palo Alto.

15                Do you see that?

16       A    Yes.

17       Q    And earlier you testified that 444 High

18   Street, Suite 300, was the office of Temujin; is

19   that correct?

20       A    Yes.

21       Q    If you turn to page 7, which is the first

22   page of Exhibit A, it attaches the actual lease

23   agreement.

24                And, Counsel, if you could help Ms. Chao

25   find this page, please, since you're closer to her

Page 168

```
 1     and I'm on the far side.
 2                Yes.  That page.
 3                And do you see on the top of that page, it
 4     says:  "This lease, including Exhibit A, Exhibit B,
 5     Exhibit C, and Addendum A, is made this 12th day of
 6     November 2020 between 101 University and Temujin
 7     Labs Inc. and Yuting Chen"?
 8                Do you see that?
 9          A    Yes.
10          Q    And do you see that somebody handwrote
11     in -- after "Temujin Labs Inc., a Delaware
12     corporation" -- "dba Findora"?
13          A    Yes.
14          Q    And if you'd flip to the fourth page of
15     that lease agreement, where the signatures are,
16     please.
17          A    Is the fourth page --
18          Q    Yes, right there.
19                Do you see that on behalf of Temujin Inc.,
20     Alex Wang signed the document, and then Yuting Chen
21     signed the document?
22                Do you see that?
23          A    Yes.
24          Q    So are you telling me that two assistants
25     at Temujin Lab signed a lease agreement with a
```

```
                                        Page 169
 1     property owner for your -- for Temujin's office
 2     space?
 3          A    I'm sorry.  I've never seen this lease
 4     before.  I didn't know how did it come to this.
 5          Q    So I'm not asking if you've necessarily
 6     seen this lease before.
 7               I appreciate that response, but I'm asking
 8     you if you see that Alex Wang and Yuting Chen signed
 9     this lease.
10          A    Yes.
11          Q    And you see Alex Wang's signature says:
12     "Secretary of the board of Temujin Labs Inc."?
13               Do you see that?
14          A    Yes.
15          Q    So are you testifying right now under oath
16     that as a cofounder of Temujin, that this lease was
17     incorrectly and improperly signed by two assistants?
18               MR. HORA:  Objection.  Mischaracterization
19     and calls for a legal conclusion.
20               Go ahead.
21               THE WITNESS:  All I'm saying is I've never
22     seen this document; so I cannot come to any
23     conclusions.
24     BY MR. HAN:
25          Q    Ms. Chao, you also testified that Selena
```

1    Chen was an alias used by Yuting Chen; is that

2    correct?

3         A    Yes.

4         Q    And would Selena Chen, as the alias of

5    Yuting Chen, be allowed to sign any documents on

6    behalf of Temujin?

7         A    I'm sorry.  What do you mean?

8         Q    You're a cofounder of Temujin; is that

9    correct?

10        A    Yes.

11        Q    Do you know when Temujin was incorporated?

12        A    I don't remember.

13             MR. HORA:  Counsel, how much longer do you

14    anticipate?

15             MR. HAN:  This is the last set of

16    questions.

17        Q    Is -- was Temujin incorporated in

18    Delaware; do you know?

19        A    I think so.

20        Q    Were you involved in that process?

21        A    No.

22             MR. HAN:  I'm going to mark as

23    Exhibit 6 -- for the record, this is a printout of

24    the Findora web page that provides information about

25    Findora team members.

```
                                            Page 171

 1                (Exhibit 6 was marked for identification

 2                by the court reporter.)

 3      BY MR. HAN:

 4           Q    Ms. Chao, does this web page look familiar

 5      to you?

 6           A    I've never seen this.

 7           Q    Do you recognize any of the individuals in

 8      this document?

 9           A    Yes.

10           Q    Which individuals do you recognize?

11           A    I know them all.

12           Q    And if I called each of them for a

13      deposition, would they testify that Findora and

14      Temujin are the same entity?

15                MR. HORA:  Objection.  Calls for

16      speculation.

17                Go ahead.

18                THE WITNESS:  Can you repeat the question,

19      please?

20      BY MR. HAN:

21           Q    If I called the three individuals depicted

22      on this exhibit, would they testify that Temujin and

23      Findora are the same entity or related corporations?

24           A    I don't know, but Temujin and Findora are

25      not the same entity.
```

Page 172

1        Q    If I called the three individuals listed
2    on Exhibit 6 for deposition, would they testify that
3    you are one of their bosses?
4              MR. HORA:  Objection.  Calls for
5    speculation.
6              Go ahead.
7              THE WITNESS:  I don't know.  I am a
8    cofounder.
9              MR. HAN:  So, Ms. Chao, under a
10   reservation that I will seek to re-call you for the
11   questions that you did not answer, I will be
12   concluding my questions for now.
13             MR. ECONOMIDES:  Just to be clear, same
14   reservation on behalf of Ariel Abittan.
15             MR. DURRANT:  I have just five minutes of
16   questions, if that's okay.
17             MR. HORA:  Make it quick, Counsel.
18                      EXAMINATION
19   BY MR. DURRANT:
20       Q    Ms. Chao, I represent Frank Fu.
21            Do you know who Frank Fu is?
22       A    Can I see what you look like?  I don't
23   want to talk to a machine.
24       Q    I'm on the screen -- at least on my
25   screen.

```
                                        Page 173
 1              THE VIDEOGRAPHER:  I can --
 2              THE WITNESS:  I can't see you.
 3              MR. ECONOMIDES:  Yeah, John.  She can't
 4     see you.
 5              Can we put it there?
 6              MR. DURRANT:  Is there a way to switch it
 7     to speaker view?
 8              MR. HAN:  It was there before.
 9              MR. ECONOMIDES:  It was there before?
10     How?  Is this connected to that?
11              THE VIDEOGRAPHER:  That's not, actually.
12              If we could go off the record for one
13     second, I could give her another -- something to
14     view.
15              THE WITNESS:  Or I could have a picture of
16     him.
17              THE VIDEOGRAPHER:  I could do it while
18     we're on the record too.
19              MR. ECONOMIDES:  It's up to --
20              MS. YE:  She just wanted a picture.
21              MR. ECONOMIDES:  She just wants a picture?
22              MS. YE:  Otherwise, I would think that's
23     AI, you know, GPT.
24              MR. DURRANT:  I'm not computer-generated,
25     I can assure you.
```

Page 174

```
 1              MR. ECONOMIDES:  He's not GPT.
 2              MS. YE:  You can prove that.  They passed
 3      the Turing test already.
 4              She asked me to grab a water for her.
 5              MR. ECONOMIDES:  Thank you for
 6      translating.
 7              (Pause.)
 8              THE WITNESS:  What's that sound?
 9              MS. PIERCE:  I think she just connected
10      the -- like a Zoom link to put the video.
11              THE WITNESS:  (In English):  Hi.
12              MR. DURRANT:  You can see me now?
13              THE INTERPRETER:  Yes.  You look young.
14              MR. DURRANT:  I'm not.
15              THE WITNESS:  Well, the questions you have
16      asked before were very sophisticated, and so I
17      thought you must be older.
18              MR. DURRANT:  Well, then, I've been
19      practicing for 22 years, so I'm in my late forties.
20      But anyway ...
21         Q    I -- I represent Frank Fu.
22              You know who Frank Fu is, right?
23         A    Yes.
24         Q    Who is Frank Fu?  How do you know him?
25         A    I don't remember.
```

```
                                          Page 175
 1         Q    Okay.  Do you recall having someone work
 2    at Temujin named Frank Fu?
 3         A    Yes.
 4         Q    Okay.  Do you recall what names you used
 5    while dealing with Mr. Fu?
 6         A    Lily.
 7         Q    Lily Chao?
 8         A    Yes.
 9         Q    Did you use the name Yang Rong with
10    Mr. Fu?
11         A    I don't remember.
12         Q    Okay.  Do you remember using the name
13    Tiffany Chen with Mr. Fu?
14         A    I don't remember.
15              Okay.  All I remember is him telling me
16    that China has been -- has check- -- has been
17    checking blockchain seriously, going full force on
18    investigating blockchain.  He told me to be careful.
19         Q    Okay.  So my question is about names,
20    though, and that's going to be my focus here.
21              Do you remember using any other names with
22    Mr. Fu?
23         A    I don't remember.
24         Q    Okay.  Do you recall telling Mr. Fu that
25    Lily Chao was not your real name, but an alias?
```

1      A    Yes, I -- I have told him that.

2      Q    Your memory is clear around that -- on

3   that fact?

4      A    Well, if you -- I don't recall

5   specifically if you ask me that way.

6      Q    Okay.  So you think you might have, but

7   you're not sure?

8      A    I think I have told him that Lily is an

9   alias of mine, because he told me that to be careful

10  not to reveal my real name because the Chinese

11  government may go after me.

12            So there was an AMA happened in China.

13            MR. DURRANT:  Yeah, I'm going to move to

14  strike as nonresponsive.

15     Q    I -- I -- when did this conversation

16  occur, where Mr. Fu, you say, told you to be careful

17  about China?

18     A    He has said that more than once.

19     Q    Yes.  My question was when.

20     A    I don't remember.

21     Q    What exactly did he say?

22     A    Well, he has told me multiple times; so I

23  don't remember exactly what words did he use each

24  time.

25     Q    Did he tell you to run around using fake

1    names?

2              MR. HORA:  Objection to form.

3              Go ahead.

4              THE WITNESS:  No.

5    BY MR. DURRANT:

6         Q    Did he ever ask you what your real name

7    was?

8         A    I don't remember if he had.

9         Q    Did you tell Mr. Fu that you were a US

10   citizen?

11        A    I don't remember.

12        Q    Did you tell Mr. Fu that you were married

13   to Damien Tao Ding?

14        A    I don't remember.

15        Q    All right.  Now, Mr. Fu has been sued by

16   Temujin Delaware.

17             Was that Yang Yang Rong who made that

18   decision to sue Mr. Fu?

19        A    Who is Yang Yang Rong?

20        Q    Do I have the name wrong?

21             I thought there was a person name Yang

22   Yang associated with Temujin.

23        A    That's the investor Yang Yang.

24        Q    Okay.  So Yang Yang made the decision to

25   sue Mr. Fu; is that right?

Page 178

1           A    I don't remember.

2           Q    But you didn't make the decision to sue

3      Mr. Fu?

4           A    I've had depression.  I could not come up

5      with this decision.

6           Q    You seem to remember some things better

7      than others, but -- all right.

8                That's all the questions I have.  Thank

9      you for your time today.  I know it's been a long

10     day.  I think I speak for all of counsel to say that

11     we appreciate you sitting for this deposition.

12                THE WITNESS:  I have a question.

13                It's not that I remember something better

14     than others --

15                MR. HORA:  Ms. Chao, please stop.

16                Are we concluding our --

17                MR. DURRANT:  Yeah.  I would just -- just

18     one more thing for the record.

19                I have the same reservation as other

20     counsel.

21                THE WITNESS:  I know that.

22                THE VIDEOGRAPHER:  Okay.  That's it?

23                MR. DURRANT:  Thank you very much.

24                THE VIDEOGRAPHER:  We are off the record

25     at 6:59 p.m., and this concludes today's testimony

Page 179

1    given by Lily Chao.   The total number of media used

2    was five and will be retained by Veritext Legal

3    Solutions.

4              (TIME NOTED:  6:59 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 180

1        I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby

3    certify:

4        That the foregoing proceedings were taken

5    before me at the time and place herein set forth;

6    that any witnesses in the foregoing proceedings,

7    prior to testifying, were administered an oath; that

8    a record of the proceedings was made by me using

9    machine shorthand which was thereafter transcribed

10    under my direction; that the foregoing is a true

11    record of the testimony given.

12        Further, that if the foregoing pertains to the

13    original transcript of a deposition in a Federal

14    Case, before completion of the proceedings, review

15    of the transcript [ X ] was [  ] was not requested.

16            I further certify that I am neither

17    financially interested in the action nor a relative

18    or employee of any attorney or any party to this

19    action.

20        IN WITNESS WHEREOF, I have this date

21    subscribed my name.

22    Dated:    04/04/2023

23

24    _____

        Catherine A. Ryan, RMR, CRR, B.S.

25        CSR No. 8239

```
                                        Page 181
1    RAYMOND G. HORA

2    rhora@sacattorneys.com

3                        April 4, 2023

4    RE:    Temujin Labs Inc. v. Abittan, Ariel, Et Al.

5         3/30/2023, Lily Chao (#5841440)

6         The above-referenced transcript is available for

7    review.

8         Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12        The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-ny@veritext.com.

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19     If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                    Yours,

23                    Veritext Legal Solutions

24

25
```

Page 182

1　　　　　　ACKNOWLEDGMENT OF DEPONENT

2　　　　　I, LILY CHAO, do hereby certify

3　　that I have read the foregoing transcript of my

4　　testimony, and further certify that it is a true

5　　and accurate record of my testimony (with the

6　　exception of the corrections listed below):

7　　Page　　Line　　　　　　　　Correction

8　　____|_____|_____|_____

9　　____|_____|_____|_____

10　____|_____|_____|_____

11　____|_____|_____|_____

12　____|_____|_____|_____

13　____|_____|_____|_____

14　____|_____|_____|_____

15　____|_____|_____|_____

16　____|_____|_____|_____

17　____|_____|_____|_____

18　____|_____|_____|_____

19　____|_____|_____|_____

20　____|_____|_____|_____

21

22　　Signed under the pains and penalties of perjury

23　　this _____ day of _____, 20___.

24

　　　　　　　　　　　　　_____

25

Page 183

1          I, LILY CHAO, do hereby declare under

2     penalty of perjury that I have read the foregoing

3     transcript; that I have made any corrections as

4     appear noted, in ink, initialed by me, or attached

5     hereto; that my testimony as contained herein, as

6     corrected, is true and correct.

7          EXECUTED this _____ day of _____,

8     2023, at _____, _____.
                  (City)                (State)

9

10                        _____

                              LILY CHAO

11                            VOLUME I

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[& - 5841440]                                                                Page 1

| & | 133  123:1 | 2021  29:13 | 305  4:19 |
|---|---|---|---|

**&**   4:11 11:13

**0**

**0000001**   6:17
**0000002**   6:13
  80:22
**000001**   90:19
**04/04/2023**
  180:22

**1**

**1**  1:25 4:18
  6:11,19 9:14
  42:21 44:16
  58:16 80:12,18
  80:21 107:6
  110:10,22
  163:3 167:5
**10**   42:19
**10,000**   79:1
**101**   8:6 167:2
  168:6
**102**   8:7
**10:22**   3:5 9:2,5
**11**   54:24
**1117**   3:4 5:6
  9:23
**120**   8:8
**121**   8:9
**122**   4:7
**1240**   4:18
**12:20**   58:16
**12th**   167:2
  168:5

**133**  123:1
**133rd**   122:24
**14**   7:13
**154**   6:19
**155**   6:5
**16**   6:4
**162**   7:3
**167**   7:12
**171**   7:15
**172**   6:6
**1754**   4:7
**17th**   19:25
**183**   1:25
**1985**   23:18
**1:45**   58:20

**2**

**2**   6:15 42:23
  44:16 58:19
  76:12,13 90:9
  90:10,14,18
  94:19 109:5
**2-180**   5:12
**2.1**   163:6
**20**   49:2 61:19
  155:4 182:23
**2005**   148:5
**201**   68:16,17
**2015**   147:24
**2017**   28:10
  34:10
**2018**   29:22
  30:4 34:11
**2020**   61:19
  62:4,4,9 168:6

**2021**   29:13
  61:17,19 62:5
  62:9 130:8
**2022**   29:13
  61:15 68:2
  73:19 102:18
  102:20 103:11
  148:5
**2023**   1:17 3:6
  9:1,6 29:13
  61:13 67:24
  167:2 181:3
  183:8
**20cv372622**   1:8
  2:8 9:21
**21cv375422**
  1:11 2:10 11:2
**22**   174:19
**2337**   5:12
**260301**   5:19
  11:21
**273-1962**   5:13
**284-6996**   124:5
  124:10
**29**   123:19

**3**

**3**   6:19 94:22
  154:9,10
**3/30/2023**
  181:5
**30**   1:17 3:6 9:1
  48:25 181:17
**300**   93:1,3
  167:14,18

**305**   4:19
**30th**   9:5
**320-1813**   5:7
**320-1900**   5:7
**33131**   4:18
**3400**   4:12
**38**   153:12
**3:10**   94:19
**3:19**   94:23
**3:34**   101:8
**3:57**   101:12
**3rd**   4:18

**4**

**4**   7:3,9 101:11
  161:20,22
  162:1,11 181:3
**408**   4:8,9
**424**   5:13
**436-0758**   4:9
**436-0789**   4:8
**444**   93:1
  167:13,17
**46**   7:21
**4:48**   123:23
**4:57**   124:2

**5**

**5**   7:12,15 124:1
  166:24 167:5,6
**500**   4:12
**507-8542**
  119:22
**53**   7:22
**5841440**   1:23
  181:5

| 6 | a | accurate | 93:6 94:4 |
|---|---|---|---|

**6**  7:15 170:23 171:1 172:2
**650**  5:7 119:24 124:5,7,10
**659**  5:7
**69**  95:23,25 96:2 97:22 100:6 104:21 104:24 118:13 151:20,24 152:18 153:3
**6:59**  3:6 178:25 179:4

**7**
**7**  167:21
**74**  7:24,25
**7484**  180:24
**75**  8:3
**75080**  4:13

**8**
**80**  6:11
**82**  8:4,5
**8239**  1:22 3:8 180:25
**851-5997**  4:19

**9**
**90**  6:15
**90077**  5:13
**94027**  123:2
**94304**  5:6 9:24
**95110**  4:8

**a.m.**  3:5 9:2,5
**ability**  69:2 111:15 130:15
**abittan**  1:8,9 2:8,9,11 4:15 5:18 9:18 10:15,18,19,19 16:17 60:17 87:22 102:16 136:14,19,23 137:5,10,22 138:15,20 140:19,23 141:20,22 142:6,13,22 143:8 144:3 148:7 151:1,4 151:8,19,22 155:20 172:14 181:4
**abittan's**  60:12
**able**  79:3 99:19 148:1
**above**  181:6
**accidentally**  154:4
**accordance**  13:4
**account**  33:8 43:7,16 71:7,9 72:7,12,15 151:10
**accuracy**  181:9

**accurate**  17:13 182:5
**acknowledg...**  181:12 182:1
**act**  117:5 138:8 138:9
**acting**  13:4 38:18,22 39:5
**action**  10:5,23 13:2,7 15:14 127:9 139:11 155:15,20 156:1,5 158:5 159:16,25 180:17,19
**actions**  1:11 9:19 127:14
**actual**  82:22 83:2 91:23 147:16 167:22
**actually**  145:18 146:14 173:11
**add**  24:16
**addendum**  168:5
**additional**  20:22
**address**  59:1,3 62:14 63:21,23 64:1,1,3 65:12 66:13 67:9,15 67:22 68:6,8 76:15,18 92:9 92:11,14,17,18 92:22,24,25

93:6 94:4 95:22 123:4 124:21,24 125:1,4,9,25 126:3,12 127:17,21 128:5,9 129:5 129:13,13 132:13 134:18 135:1
**addressed**  66:24 67:4
**addresses**  135:15
**administered**  11:24 180:7
**administrative**  6:15
**adopted**  51:19
**adopting**  51:22
**adoption**  49:13
**adverse**  136:19
**advice**  20:15,15
**affect**  111:15 130:13,14,15
**affected**  131:5
**affecting**  130:24
**affects**  130:7
**affiliate**  72:1
**affiliation**  38:2
**affiliations**  10:11
**afford**  93:16

**[aforementioned - answering]**                                    Page 3

| | | | |
|---|---|---|---|
| **aforemention...** | 110:18 112:5 | 170:1,4 175:25 | 20:2,3,4,7,11 |
| 164:6 | 112:15 113:18 | 176:9 | 21:2,9,11,15,18 |
| **afraid** 84:22 | 114:7 115:1 | **aliases** 26:4,7 | 21:22,25 22:1 |
| **afternoon** | 116:25 117:13 | 27:25 30:18 | 22:3,9,16 23:5 |
| 155:18 | 118:4 121:13 | 31:5 98:21,23 | 23:7,14 24:21 |
| **agent** 57:10 | 121:22 122:8 | 99:3 115:10 | 24:22,25 25:3 |
| **ago** 67:1,6,8 | 122:10 126:7 | **alien** 74:6 | 25:6,17,23 |
| 76:14 104:10 | 126:25 127:25 | **alive** 59:16,17 | 26:14 30:14 |
| 116:13 | 129:1,19 | 59:19,20 | 31:1 33:25 |
| **agree** 9:12 13:6 | 133:11,17 | 101:17 | 34:18 35:11 |
| 81:1 | 135:9 136:25 | **allotted** 181:20 | 36:24 37:2,4,5 |
| **agreement** | 137:25 138:13 | **allow** 17:4,14 | 37:5,6,18 41:7 |
| 110:5 167:23 | 139:14 142:25 | 91:3 | 43:3,10,22 |
| 168:15,25 | 151:15 152:1 | **allowed** 14:19 | 44:4,11 45:8 |
| **agreements** | 159:20 165:15 | 170:5 | 50:2,16,22 |
| 165:9 | 169:20 171:17 | **alto** 1:16 3:5 | 51:1,3,14 |
| **ah** 118:24 | 172:6 177:3 | 5:6 9:1,23 55:9 | 52:18 53:17,18 |
| **ahead** 24:13 | **ai** 173:23 | 66:12 67:18 | 73:1 74:12,14 |
| 25:23,23 26:14 | **al** 1:9 2:9,16,23 | 68:13 92:13 | 74:18 75:18 |
| 30:1,14 32:3 | 9:17,18 181:4 | 167:14 | 76:20 77:5,20 |
| 33:25 34:18 | **alex** 165:18,19 | **ama** 176:12 | 82:17 94:11,14 |
| 35:11 37:6,18 | 165:21 168:20 | **amay** 140:1,3,9 | 102:1 124:17 |
| 40:7 41:7 43:3 | 169:8,11 | 140:15 | 127:2,8,14 |
| 43:10,22 44:4 | **alias** 24:10 | **amend** 16:8 | 129:3 130:15 |
| 44:11 50:2,16 | 25:21 26:2,12 | **amended** 19:9 | 142:10,16,19 |
| 52:3,16 65:20 | 26:20 27:22,23 | **american** 71:3 | 142:19,21 |
| 68:22 70:11 | 28:3 30:7,9,23 | **amount** 109:7 | 145:21,24 |
| 72:20 75:24 | 31:2 39:10,11 | 110:7,9,12 | 152:14 153:24 |
| 81:17 83:22 | 39:13,17,21,24 | **angeles** 5:13 | 154:8 166:13 |
| 84:17 87:19 | 66:5 69:8 | 63:17 64:9 | 172:11 |
| 88:6,18 99:22 | 72:14,21 73:2 | 77:21 78:10 | **answered** |
| 102:10 103:7 | 99:7 111:18,20 | 98:4,6,11 | 86:10 122:7 |
| 103:14 105:21 | 112:25 113:13 | **answer** 7:19 | 128:1 152:12 |
| 107:16 109:11 | 122:21,22 | 8:1 16:22 17:6 | **answering** 17:5 |
| 109:17,25 | 136:6,7 150:5 | 17:8,10,11,22 | 17:15 50:7 |

[answering - available]                                        Page 4

72:25 74:16
143:3
**answers**  20:16
20:18
**anticipate**
170:14
**anybody**
145:19 146:1,1
146:5 158:1,8
164:5
**anymore**  53:7
91:19
**anyway**  174:20
**apartment**
66:12 68:8,9
68:15,17 69:18
70:5,7,20
**apc**  5:11
**apologize**  14:7
**appear**  12:25
183:4
**appearance**
10:8 13:5,10
13:25
**appearances**
4:1 5:1 10:10
14:5
**appeared**  13:25
**appearing**  3:3
5:11 13:3
**appears**  13:7
22:23
**applicable**
181:8

**applied**  71:16
**appreciate**
169:7 178:11
**appropriate**
23:1 53:23
**april**  181:3
**area**  78:5 95:16
119:23 124:7
**ariel**  1:9 2:9,11
4:15 5:18 9:18
10:15,17,19
16:16 38:20
60:11,13,17
87:22 123:11
136:14,18,22
137:4,10,22
138:15,20
140:19,23
141:12,14,15
141:20,21
142:1,6,13,22
143:8,10,17
144:3 151:1,4
151:8,19,22
152:17,19
153:1,3,15,21
153:25 154:24
155:20 172:14
181:4
**ariel's**  123:13
153:6
**asked**  29:24
32:7,10,11
37:20 38:21
42:12 45:1

52:20,21 65:21
65:25 66:2,9
69:21 89:6,12
89:14 99:19
107:23 108:4,7
108:13 118:15
122:7 146:1
174:4,16
**asking**  14:9,18
16:21,21 18:6
20:20,21 21:6
21:14 30:3
40:22 42:15
44:20 46:14
48:10 72:24
79:11 86:15
127:17 128:15
134:11,12
149:10 159:23
164:9 165:11
166:10 169:5,7
**aspects**  16:20
**assent**  13:6
**assets**  44:17
**assistant**  106:1
106:2,3,8,9,11
106:17 107:2
107:14,17
111:22 116:6
116:10,12
117:6,24
129:23,25
165:2,22,23
**assistants**
168:24 169:17

**associated**
166:19 177:22
**associates**  4:11
11:13 60:5
**assumes**  151:13
**assure**  173:25
**atherton**  55:9
59:2 95:21
98:11 100:20
123:2
**attach**  72:8
**attached**
181:11 183:4
**attaches**  167:22
**attachments**
7:13
**attitude**  154:1
**attorney**  4:12
5:5,12 10:12
14:17 15:22
82:4 86:10,14
121:6 155:13
180:18 181:13
**attorneys**  4:5,7
4:17 11:6,10
11:12 14:14
16:5 21:13
80:24 82:1,3,5
**audibly**  17:8,10
**audio**  9:11
**authority**  165:8
**authorized**
72:11
**available**  8:10
121:10 181:6

**avenue**   3:4 4:18
5:6 9:23 95:25
96:3 97:23
100:6 104:22
104:25 118:13
123:1 151:20
151:24 152:18
153:3
**avoid**   84:14
**aware**   40:19
115:21 136:22
137:4 146:7
150:15,20

**b**

**b**   157:25 168:4
**b.s.**   1:21 180:24
**back**   12:18
15:6 50:13
56:19 57:18
58:20 64:17
67:2 73:12,13
73:21,24 77:17
83:11,24,25
94:23 98:9
101:12 102:5
116:19 121:2
124:2 125:16
128:17,18,23
138:14 139:2
148:10 149:1
149:12 155:9
157:13,16
164:17
**bags**   70:18

**bank**   33:8 71:2
**bargain**   58:8
**bargaining**
58:23
**based**   42:15
**basically**   39:9
39:12 152:15
**basis**   20:4 22:1
22:9 69:1
**bates**   6:12,17
80:21 90:19
**bathroom**
58:13 94:9
**bay**   78:5 95:16
**bearing**   13:12
**beautiful**
161:15
**beginning**   3:5
10:11 24:18
58:19 94:22
101:11 124:1
**behalf**   3:2
10:15,17,21
11:5,7,12,14
12:7 44:21
110:25 111:3
112:1,10 165:9
165:12 168:19
170:6 172:14
**beijing**   19:23
101:23
**believe**   14:5
20:11 27:24
29:10 110:4
117:19 131:2,3

137:18 139:9
142:20
**belong**   154:24
**belongs**   146:14
150:10
**benjamin**   2:18
5:3 10:21
22:12 155:14
155:25
**best**   16:22,25
17:23 87:6
**better**   178:6,13
**beyond**   20:13
**bigger**   139:6
**billion**   107:6
**bin**   157:22
**biological**
52:13
**birth**   19:1,3,6,8
19:13,15 21:2
21:19,22,23
51:18,21 52:7
52:8,14,21
**birthday**   19:24
91:16
**black**   81:20
82:3 85:6,15
**blockchain**
28:1,4 30:11
30:19,24 34:22
35:8,14 36:2,5
37:13,22 38:1
38:3 39:12,14
49:23 56:22
60:14 87:3

89:19 106:17
106:21,23
107:1,24
108:16,20
112:1,11,23
113:6 116:21
117:5,10,25
125:15,23
126:12,15,19
133:15 134:8
141:9 175:17
175:18
**blocked**   85:6
**blood**   49:12
**board**   169:12
**book**   108:13
**booking**   108:12
117:6
**born**   19:18,20
20:6,25 21:7
21:15 22:5
23:17 24:5
52:7 53:1
**bosses**   158:21
172:3
**bother**   152:24
**bottom**   162:17
163:4 167:11
**bought**   31:6,20
31:23 32:11,17
32:21,25 33:1
33:2 45:15
49:24 50:5
70:23

**boxes** 81:20,22
  82:3,6 85:6
**boy** 154:23
**boyfriend** 54:6
  54:9 57:5,8
**bpierce** 4:20
**brand** 131:24
**break** 14:8,22
  16:5,10 17:18
  17:19 53:12
  58:22 76:6
  94:10,16 101:5
  101:6 113:3
  155:2
**brianna** 4:17
  10:16
**briefed** 14:6
**bring** 120:2
**broker** 57:10
  57:13,15 59:13
**broker's** 59:7
  59:10
**brought** 83:24
**building** 122:3
**burns** 123:1
**business** 27:23
  27:25 28:1,4,5
  30:11,24 31:3
  33:10,12,13,16
  33:18,20 34:19
  34:21,23,25
  35:9,15 36:3,6
  36:22 37:13,23
  39:13,14 49:18
  49:21,21 60:5

60:12,14 70:13
89:19 97:13,15
105:5,6,15
108:16,20
117:5,11 118:1
125:23 126:16
126:19 134:8
141:9 142:21
154:5 159:2,6
159:16 160:1
167:4
**businesses**
  30:19 38:6
**buy** 83:13,15
**buying** 31:10
  105:17

**c**

**c** 11:10 111:6
  168:5
**california** 1:1
  1:16 2:1 3:4,5
  4:8 5:6,6,13
  9:1,20,23,23
  98:2 99:16,16
  100:18 123:2
  123:11 148:8,9
  162:24 180:2
**call** 23:19,24
  29:6 53:23
  59:23 60:6,12
  60:15 65:7,8
  65:15 72:22
  74:17 76:24
  79:20 118:16
  160:21,25

161:9,12
172:10
**called** 29:12
  35:1,2 56:23
  60:1,3 66:16
  126:18 161:4
  162:11 171:12
  171:21 172:1
**calling** 77:2
**calls** 59:24
  88:16 99:10
  100:24,25
  101:1 118:2
  138:11 139:12
  151:13 159:18
  165:13 169:19
  171:15 172:4
**capital** 132:22
**captioned**
  167:2
**car** 32:21,25
  33:1,2,5 97:5
**card** 70:25 71:1
  71:4,13,16,20
  71:22,25 72:1
  72:12,15,16,17
**careful** 175:18
  176:9,16
**carries** 147:16
**carry** 46:17
**cars** 31:24
  32:17
**case** 1:8,12 2:8
  2:11 9:20,21
  11:1,1,2 13:25

180:14
**catherine** 1:21
  3:7 10:2
  180:24
**cayman** 1:6 2:6
  4:4
**ceconomides**
  4:19
**cell** 118:18,20
  119:4,7,10,21
  120:4,14,17,21
  120:23
**cellphone**
  145:11 146:20
  146:21
**central** 4:12
**ceo** 56:20,25
  57:3 93:24,25
**certain** 163:10
**certificate** 19:1
  19:3,6,8,14,16
**certified** 3:7
  180:1
**certify** 180:3,16
  182:2,4
**challenge** 14:3
  14:4
**chance** 25:14
  131:18
**change** 82:14
  85:4
**changed**
  124:12
**changes** 181:10

**[chao - citizen]**

| | | | |
|---|---|---|---|
| **chao** 1:15 2:15 | 181:5 182:2 | 107:24 108:4,7 | **children** 51:17 |
| 2:22 3:1 6:3,13 | 183:1,10 | 108:10,13 | 51:22 52:6,12 |
| 6:17 7:4 9:15 | **chao's** 13:10 | 111:4,10,11,12 | 52:13,20,25 |
| 11:7,12,14,23 | 161:24 | 111:18,21 | 54:14 55:6 |
| 12:7,10,13,14 | **character** | 113:2,12 | 151:23 153:5,6 |
| 12:20,25 13:3 | 163:12,15 | 115:10,12,18 | 153:8,9,16,20 |
| 13:4,13,24 | **characters** | 115:19,20,25 | 154:3,18,19,23 |
| 14:13 15:15 | 74:23 85:14 | 115:25 116:5 | **china** 6:12 |
| 22:16 23:24 | 163:16 | 116:22 117:2,9 | 19:17,18 24:2 |
| 24:1 26:5 34:9 | **charge** 94:1,2 | 118:10,25 | 24:5 28:2 |
| 34:13,16 39:21 | **charles** 2:18 | 119:7 120:1,16 | 30:20 49:8 |
| 39:24 44:23 | 5:3 10:21 | 122:17,21,23 | 50:13 59:21 |
| 45:16,19 47:14 | 22:12 56:2,13 | 129:22,24 | 62:15 63:7 |
| 58:20,22 71:10 | 56:19,25 57:18 | 139:4,10,19,22 | 70:1 73:13,21 |
| 71:14 76:24 | 57:20 155:15 | 139:23 140:8,9 | 73:25 80:10 |
| 77:2,4,16 | 155:25 | 140:9,9,12,20 | 82:7 83:6,8,10 |
| 80:22 81:4 | **check** 97:8 | 140:23 141:14 | 84:14 85:12 |
| 90:19,20 94:23 | 100:16 131:16 | 141:21 144:7 | 87:25 88:15,20 |
| 99:12 101:12 | 131:19 175:16 | 145:3 147:8,10 | 91:1,4 102:18 |
| 101:14 103:18 | **checking** | 148:12,12,19 | 104:12,16 |
| 111:14 113:12 | 175:17 | 150:5,6,8,10,20 | 116:16 175:16 |
| 124:2,4 135:20 | **chen** 2:14,14,21 | 151:5,9 160:6 | 176:12,17 |
| 143:25 144:3,7 | 2:21 7:5,5 | 160:16 163:11 | **chinese** 14:16 |
| 154:13 155:6 | 13:13,20 14:10 | 164:25 165:2,8 | 27:15,21 75:1 |
| 155:12 156:22 | 15:14,15 26:6 | 167:4 168:7,20 | 87:2,9,16 |
| 157:9,12 | 28:8,14,17,20 | 169:8 170:1,1 | 89:18 131:16 |
| 158:10 160:4,6 | 28:21,24,25 | 170:4,5 175:13 | 134:14 140:5 |
| 160:13 162:6 | 29:3 44:25 | **chen's** 8:10 | 147:18,18 |
| 162:13 163:8 | 47:4,7,8 78:15 | 100:14 120:19 | 161:15 163:12 |
| 163:11 164:8 | 78:17 96:25 | 121:10,18 | 163:15,16,24 |
| 164:24 166:9 | 97:3,5,22 99:8 | 148:22 151:10 | 176:10 |
| 167:24 169:25 | 100:17 104:4,9 | **child** 51:19,21 | **chose** 117:5 |
| 171:4 172:9,20 | 104:16,18,21 | 51:22 52:9,14 | **circle** 102:5 |
| 175:7,25 | 104:24 105:4 | 52:25 55:1,2 | **citizen** 24:1,4,7 |
| 178:15 179:1 | 106:16 107:13 | | 73:7 74:3 |

**[citizen - connected]**

84:11 104:16
104:18 177:10
**city**   19:20,21
19:22 64:8
95:14 97:25
183:8
**clara**   1:2 2:2
9:20 11:3
167:1
**clarification**
16:23 28:22
**clarifying**
47:19 79:11
143:14 147:14
**clear**   23:10
26:18 27:11
49:9 63:22
76:2 85:15,21
85:23 86:25
100:17 172:13
176:2
**clearly**   29:15
34:10 35:25
38:16 45:21
47:10 89:2
**client**   21:12
39:22 86:22
**clients**   20:23
155:25
**closer**   167:25
**closet**   100:14
100:16
**clothes**   70:18
100:14

**code**   64:10
119:23 124:7
**cofounder**
158:13,14
165:5 169:16
170:8 172:8
**coincidence**
116:2
**collect**   136:8
**color**   6:19
**come**   20:8 35:6
42:13 83:25
118:15 138:16
158:19 164:17
169:4,22 178:4
**comes**   132:25
**coming**   77:16
151:23
**common**   27:24
**communicate**
120:1,16,18
144:11
**communicated**
118:25
**communicating**
119:7
**companies**
40:16,17 42:3
133:3 158:24
**company**   7:24
7:25 8:3 38:1,3
56:16,18,19,21
56:22 57:19
58:10 59:10
62:20 74:9,10

74:13 75:16,17
77:18 92:18,19
92:21 93:14
106:3,12,17,21
106:24 107:2
107:18,20,25
108:3,8 112:2
112:11,23
113:6 116:22
117:24 123:9
125:11,12,15
126:12,20
128:5 133:6,8
133:9,15,20,21
133:22,25
139:1,2 145:7
**compares**
127:18
**compel**   22:14
**compelled**   20:8
**complainant**
2:12,19 4:15
5:10,18 7:7
9:16 10:25
**complainants**
3:3 5:3
**complaint**   7:4
7:12 13:9,23
161:23 166:25
**completed**
181:17
**completion**
180:14
**complex**   11:3
68:8,10

**computer**
91:22 120:12
173:24
**con**   77:7
**concealing**
87:15
**concept**   46:22
72:4
**concludes**
178:25
**concluding**
172:12 178:16
**conclusion**
118:3 138:12
139:13 151:13
159:19 169:19
**conclusions**
169:23
**conduct**   87:12
**conducted**
159:6
**conducting**
28:4
**confirm**   86:25
**confirming**
21:24
**confused**   25:9
**confuses**   15:11
**conjunction**
141:11
**connected**
60:11 147:3,7
147:12 148:21
173:10 174:9

**connection**
  59:5
**consent**  100:7
  144:25 145:1
  146:12
**constantine**
  4:16 10:13
  16:16 88:12
**contact**  146:25
  148:14 150:23
  150:24 151:1
**contacted**
  150:16,21
**contained**
  183:5
**continue**  9:11
  15:4 16:2 25:7
  73:3 155:8
**continued**  5:1
  7:1 8:1
**contract**  40:23
  45:22,23,24
  46:1
**contractor**
  106:7 133:24
  134:2,4,9,15
**contracts**  38:6
  40:17 41:2
  45:18
**contribute**  38:8
**contributor**
  35:16,19,21,24
  36:8,13 38:4,5
  38:19,22 39:5
  40:10,13 93:19

93:20,21,23
125:15,19,22
134:7,21,24
138:23 156:24
157:3,4,6,6,8
158:11 159:8
**control**  138:9
**conversation**
  176:15
**conversations**
  9:9
**coordinated**
  1:11 2:10
**cop**  85:19
**copies**  80:15
  181:14
**copy**  85:2,6,7
  85:21,23 86:2
  86:6,18 91:20
  91:20 115:4
**corporation**
  1:5,6 2:5,6 4:3
  4:4 9:17 75:10
  76:3,5 168:12
**corporations**
  171:23
**correct**  34:6
  36:17,20 41:24
  45:6 53:9
  54:17 55:15
  58:24 66:1,3
  67:16 69:14,23
  69:24 71:14
  84:4 96:13
  100:22 106:19

113:14 117:7
129:16,20
136:21 137:19
155:21 156:17
156:24 157:3
158:25 160:7
160:10,13,16
160:19 161:4,7
161:11 162:25
162:25 163:1
163:22 164:2
164:25 165:1,3
165:6 167:19
170:2,9 183:6
**corrected**  183:6
**correction**
  41:18 182:7
**corrections**
  182:6 183:3
**correctly**  132:6
**cost**  77:17
**costs**  20:23
**counsel**  9:15
  10:9 11:17
  13:14 14:1
  15:19 21:3
  22:2,11,17
  24:19 25:16
  28:19 51:25
  76:22 77:6
  81:1 164:12,20
  167:24 170:13
  172:17 178:10
  178:20 181:14

**counsel's**  15:13
**counselor**
  46:11 131:18
**count**  53:1
  115:11,14
  116:20 157:19
**countersued**
  142:14
**countries**  63:6
  63:7
**country**  19:13
  19:15 24:8
  64:17 80:9
**counts**  54:7
**county**  1:2 2:2
  9:20 167:1
**couple**  53:11
  63:20 66:21
  67:11,13 75:12
  107:12
**course**  136:1
**court**  1:1 2:1
  9:19 10:2 11:3
  11:16 13:1,11
  13:18 15:18
  17:12,16,22
  20:9,20,20,21
  21:1,9,17
  22:24 74:17
  80:13,19,25
  90:11 123:16
  142:18 154:11
  159:15,24
  162:2 167:1,7
  171:2

**[court's - depression]**                                                Page 10

| court's 13:5 | **d** | deceased | defndant 7:7 |
|---|---|---|---|

court's 13:5
15:16 20:12
courted 54:5
cover 91:16
covered 91:13
create 17:13
creating 43:25
credit 70:25
71:1 72:12,15
cross 1:11 2:12
2:17,19,24 3:3
4:3,15 5:3,10
5:18 7:3,4,7
9:16,19 10:25
12:12,15,22
13:2,8,9
161:23,23
crr 1:21 180:24
cryptocurrency
36:21 37:12,23
43:8
cs 181:15
csr 1:22 180:25
currency 43:5
43:15,16,18,20
current 66:21
67:9 73:10
74:22 75:4
76:17 80:6
119:10 129:12
currently 76:7
76:9,13 96:12

**d**

d 4:6 77:25
78:1,2
damien 2:15,15
2:22,22 4:4
48:4,5,15,17,21
48:23 49:7,12
49:16,25 50:6
53:24 54:2,19
55:6,17,21,23
93:9,10,11
94:3,25 95:4
139:1 152:5,11
153:2,9,22
154:19,24
155:19 157:1
157:19 177:13
damien's 48:8
48:11 55:10,14
93:18
darling 161:14
163:24 164:7
date 21:23
60:25 73:16,22
148:2 180:20
dated 180:22
dating 143:11
143:20,23
day 95:2 168:5
178:10 182:23
183:7
days 181:17
dba 168:12
dealing 175:5

deceased
101:17
december 68:2
decide 23:5
decision 137:9
137:21 138:17
138:25 142:13
155:20,24
156:2,4,16
157:11,18
158:4,8 177:18
177:24 178:2,5
decisions 138:9
declare 162:23
183:1
declined 130:4
deed 62:16,19
defendant 3:2
4:15 5:10,18
7:3 9:16 10:24
12:12,15,16,22
12:23,24 13:2
13:6,8,19
161:23
defendants
1:10 2:10,17
2:24 4:3
defending 12:4
defiance 22:24
definitely 46:21
49:1,3 55:13
79:2
definition 73:1
definitively
31:9

defndant 7:7
delaware 1:5
2:5 4:3 9:17
168:11 170:18
177:16
delete 149:18
deleted 149:19
149:23,25
demanding
21:9
depicted
171:21
deponent
181:13 182:1
deposed 102:16
deposing
181:13
deposition 1:15
3:1 9:15,22
12:25 13:3,18
14:20 16:20
20:20,22 21:4
21:25 22:18
23:20 25:7
58:19 78:6
94:22 101:11
102:3,15 124:1
131:4,6 142:15
158:18,20
171:13 172:2
178:11 180:13
depositions
13:11
depression
111:17 130:4,6

130:11 131:5,9
178:4
**describe** 49:15
**description**
6:10 7:2
**designated**
80:24
**designation**
80:25
**detailed** 159:3
**detainer** 7:12
166:25
**device** 120:11
147:11,16
**differed** 23:11
**difference**
77:23 126:21
157:5 160:23
**different** 18:8
31:24 38:17,18
39:1,3,6,6
45:25 107:20
108:3 131:23
131:23 135:3
158:24 160:5
**difficult** 136:8
**digital** 43:4,14
43:16,18,20
44:16
**ding** 2:15,15,22
2:22 4:4 48:14
48:15,17,21,23
49:12,16,25
50:6 53:24
54:2,20 155:19

158:6 177:13
**ding's** 157:2
**direct** 22:24
**direction**
180:10
**directly** 16:4
21:23,24
**discover** 71:4
**discreet** 36:22
37:9 40:2,25
41:9
**discuss** 141:9
141:15
**discussed**
157:11,12
**discussing**
79:15
**discussion**
138:19 141:20
157:11
**dispute** 13:13
**distracted**
112:7
**division** 11:3
**divorced** 51:10
53:8
**document**
31:14,15 40:23
46:20,23 47:3
80:21 81:4,23
81:25 82:14,14
85:5 87:2,4,8
87:10,14 90:18
90:20 110:23
112:24,25

113:8,11,16
114:14 162:6,8
163:4 164:10
167:9,12
168:20,21
169:22 171:8
**documents**
40:1,18,23
59:4 86:24
109:14,21
110:13,15
111:25 112:10
112:18 113:23
114:3 165:11
170:5
**doe** 12:12,24
13:6
**doing** 20:24
27:25 38:13
74:19 86:20
87:3 135:15
167:4
**dollars** 109:3
110:13 112:23
113:5,23 114:3
114:4 117:4,23
**domestically**
78:19 79:24
**double** 131:19
**drive** 4:7 78:7
91:3 97:5
**driver's** 89:25
90:1,22,24
**driving** 6:16

**drove** 78:9
98:11 100:19
100:19
**durrant** 5:11
5:11 6:6 10:22
10:22 22:19,19
77:11 82:20
172:15,19
173:6,24
174:12,14,18
176:13 177:5
178:17,23
**durrantlawfir...**
5:14
**duties** 158:15

**e**

**e** 27:9,9,10,10
77:25 101:21
111:6,6 132:5
162:17
**earlier** 30:18
101:16 155:12
155:18 156:22
158:23 160:4,9
167:17
**easier** 103:3
**economides**
4:16 6:4 10:13
10:14 12:3
13:16 15:1,12
15:24 16:1,14
16:16,18 21:20
22:7,13 23:3,6
23:15 24:16
25:10,15 26:1

26:17 28:23
30:1,17 32:6
34:2,20 35:3
35:13 37:1,8
37:21 40:9
41:11,21 43:6
43:13,24 44:7
44:14 45:10
47:22 50:4,19
51:2,5,8 52:5
52:17 53:20
56:9 58:14,21
65:4,13,17,24
68:24 70:14
71:23 72:10,23
75:3 76:1,23
77:1,15 79:17
80:11,20 81:3
81:19 82:18
84:1,20 87:21
88:8,12,21
90:8,12,17
93:3,5 94:10
94:12,16,24
97:11 98:19
99:24 101:13
101:22 102:13
103:10,17
104:8 105:24
107:19 109:1
109:13,20
110:3,21 111:7
112:9,17
113:21 114:9
114:18 115:5

117:3,16,19,21
118:7 121:8,16
121:24 122:13
123:15,20
124:3 126:10
127:11 128:3
129:4,21 132:3
132:8 133:14
133:19 135:11
136:13 137:3
137:14 138:3
138:18 139:17
141:6 143:5,19
145:20 146:3,6
147:19 151:18
152:3 153:10
153:14 154:12
154:25 172:13
173:3,9,19,21
174:1,5
**edward** 5:5
10:20 22:11
155:13
**edwardhan** 5:8
**effect** 13:12
**eian** 35:1,4
40:2,25 41:13
41:24 125:13
126:3,4,22
127:21 128:15
129:10,15,22
129:25 130:1
135:6,12 136:2
**eian.io** 125:5
126:13 128:9

**eian.io.** 125:5
**eight** 97:20
**either** 20:21
40:23 119:8
161:16
**electronic**
120:11
**electronically**
95:7
**email** 124:19
124:21,24
125:1,4,9,25
126:3,12
127:17,21
128:2,5,7,9,19
128:20 129:5
131:11 132:13
134:17,20,25
135:15 144:21
145:4,6,15
**emails** 144:23
145:4
**employed** 76:9
**employee** 36:2
106:5 133:22
157:20 158:7
159:13,14
180:18
**employees**
108:12,14
139:2 156:16
157:13,14,15
157:17 158:4
158:12,19
159:10

**employment**
74:22 75:4
**engineers**
139:1
**english** 17:3
18:21,22,24
19:10 27:2,4,9
51:7 56:6
60:23 67:19
68:11 79:15,20
96:1 115:11,14
131:21 132:1
134:10,11
145:7 156:9
174:11
**enormous**
77:17
**entire** 29:23
46:19 143:17
**entities** 41:3
42:2 135:16
**entity** 138:5
171:14,23,25
**equivalent**
161:13 163:24
**errata** 181:11
181:13,17
**estate** 57:10,13
57:14 60:20,22
61:1,4,6,9,10
61:13,15,17,20
61:22,23 62:21
83:14,15
**estimate** 79:3
107:9 147:22

[estimate - first]                                                    Page 13

153:11
**estimated**
148:2
**et** 1:9 2:9,16,23
9:17,18 181:4
**everybody**
39:16,18
128:13 145:14
145:24 152:15
154:2
**everything's**
13:17
**evidence** 23:2
77:4 142:17
151:14
**ex** 7:22 52:25
53:14,24
**exact** 85:1
**exactly** 15:2
62:18 82:23
89:14 152:25
176:21,23
**examination**
6:2 16:13
155:10 172:18
**examined**
11:24
**example** 17:10
**except** 17:19
**exception**
182:6
**exchange** 38:11
**excuse** 11:6
21:13 71:11
115:24

**executed** 183:7
**executive** 74:9
**exhibit** 6:11,15
6:19 7:3,12,15
80:12,18,21
90:9,10,14,18
154:9,10
161:20,22
162:1,11
166:24 167:6
167:22 168:4,4
168:5 170:23
171:1,22 172:2
**exhibits** 6:9 7:1
**expect** 36:12,18
**expected** 36:15
**expenses** 20:24
**expire** 90:6
**expired** 80:4
81:13 90:4
**explain** 138:1
**express** 71:3
**expressway**
4:12
**extent** 14:2
23:10 77:4
**extra** 90:16
**eyes** 54:8 80:24

**f**

**f** 37:15
**fact** 176:3
**facts** 151:13
**failed** 24:17
**fails** 181:19

**fair** 77:24
140:6 164:22
**faith** 13:4
**fake** 72:17,22
73:2 176:25
**false** 117:11
**familiar** 171:4
**family** 48:20
49:9,11 72:8
79:18 101:15
**far** 69:12
115:12 154:22
168:1
**father** 53:8
59:18,20,21,23
72:14 73:4,7
101:18 103:1
**father's** 71:22
72:12 101:17
101:19
**fax** 4:9 5:7
**federal** 180:13
**fee** 38:11
**feel** 86:20
**fees** 22:17
74:19 77:4
**female** 70:3,4
156:10
**filed** 9:19 13:25
86:13 166:25
**filings** 159:15
159:24
**fin** 37:14
**final** 138:16

**financially** 10:5
180:17
**find** 87:9,16
114:23 167:25
**findora** 37:13
37:14,23,25
38:1,19,23
40:3,14,25
41:13,24 88:22
89:1,4,11
135:2,3,6,13
136:3 158:24
159:2,7,9,11,13
159:17 160:1
167:4 168:12
170:24,25
171:13,23,24
**findora's** 7:15
**findora.org**
134:18,25
**fine** 80:17
**finish** 17:15
127:3
**finishing**
102:15
**firm** 5:11 10:3
11:9 20:23
**first** 7:8,22
15:8 18:16
27:1,6 28:16
51:4 53:14
54:23 66:4
69:24 75:2
104:9 111:10
135:16 136:14

136:16,18
141:23 142:2
143:1 147:17
161:25 167:11
167:21
**fisch**   2:18 5:3
10:21 22:12
155:14,25
156:4 158:5
**fit**   97:20
**five**   78:20
116:8 119:13
124:13 153:12
172:15 179:2
**flip**   162:13
163:3 168:14
**florida**   4:18
**flown**   78:19
79:23
**fly**   78:8
**fnf.law**   4:19,20
**focus**   175:20
**follow**   113:4
133:4 138:2
**follows**   11:25
12:10,19 121:3
**font**   85:1,15
86:3
**force**   175:17
**foregoing**
162:24 180:4,6
180:10,12
182:3 183:2
**forest**   66:16
67:18,19,21

92:15,16
**forget**   128:23
**forgot**   32:4
37:19,19 89:14
137:15
**forgotten**   66:24
67:4
**form**   7:8 24:11
24:12 25:22
26:13 30:12,13
31:25 32:1
33:24 34:12,17
35:10 37:16
40:4,5 45:7
51:23 52:2,15
65:19 68:21
72:19 75:23
83:21 84:16
87:18 88:1,3,3
99:21 102:9
103:6,13
105:20 107:15
108:22 109:10
109:16,24
110:17 112:4
112:14 113:17
114:6 116:24
117:12,18
118:3 121:11
121:21 126:6
126:24 127:24
128:25 129:18
135:8 136:11
137:12,24
141:5 142:24

151:14,25
161:25 163:5
177:2
**former**   156:16
**forth**   116:19
180:5
**forties**   174:19
**forward**   14:8
**four**   119:15
123:18 161:21
**fourth**   168:14
168:17
**frank**   5:10 7:8
10:23,24
161:24 172:20
172:21 174:21
174:22,24
175:2
**free**   21:3 36:9
64:22 66:6
99:4 106:12,17
106:21 117:7
**freedman**   4:16
10:14,17
**frequently**
146:17
**friedland**   4:16
10:14,17
**friend**   64:16,21
69:3 78:18
82:8,23 83:11
85:2,4,11
91:15 100:18
**friend's**   65:1
69:4

**friends**   49:17
82:7,8 91:14
99:13
**front**   75:2
**fu**   1:12 2:11
5:10 10:23,24
10:24 22:20
172:20,21
174:21,22,24
175:2,5,10,13
175:22,24
176:16 177:9
177:12,15,18
177:25 178:3
**fu's**   7:8 161:25
**full**   18:4,18
48:8 86:19
145:21 175:17
**fully**   23:12
**furniture**
100:12
**further**   16:23
20:19 180:12
180:16 182:4
**future**   109:22
110:5
**fuzziness**   85:25

| g |
|---|

**g**   4:6 18:22,23
18:24,25 65:3
77:25 78:1,2
101:21 111:6
156:9,9 166:3
166:3 181:1

**general** 13:25
14:4 35:16,19
35:20,23 36:8
36:13 38:19,22
39:5 40:10,13
125:14,19,22
134:7,21,24
138:23 156:23
157:2,5,8
158:10
**generally** 33:23
46:18
**generated**
173:24
**getting** 121:1,4
142:16
**gifts** 70:16,17
70:22
**ginger** 5:19
**girl** 154:23
**girlfriend** 57:6
57:8
**give** 20:14,15
25:13 52:14
71:17,19 76:15
76:18 79:5
86:24 87:15
89:7,22 107:10
121:6 123:18
144:15,19
145:3 149:12
173:13
**given** 14:4
51:18,21 52:7
52:8 87:8

89:23 98:21
131:13 145:1,5
179:1 180:11
**giving** 52:21
145:1
**gmail.com**
125:2
**gmail.com.**
124:22
**go** 9:12 15:7
16:19 24:13
25:23,23 26:14
30:1,14 32:3
33:25 34:18
35:11 37:6,18
40:7 41:7 43:3
43:10,19,22
44:4,11 50:2
50:16 52:3,16
58:8,13 65:20
68:22 70:11
72:20 75:24
81:17 83:22
84:17 87:19
88:6,18,20
94:9,17 99:22
100:16 101:6
102:10 103:7
103:14 105:21
107:16 109:11
109:17,25
110:18 112:5
112:15 113:18
114:7 115:1,2
116:25 117:13

118:4 121:13
121:22 122:8
122:10 123:21
126:7,25
127:25 129:1
129:19 133:11
133:17 135:9
136:25 137:25
138:13 139:8
139:14,18
142:25 143:16
151:15 152:1
155:9 159:20
165:15 169:20
171:17 172:6
173:12 176:11
177:3
**goes** 13:24 75:2
115:19
**going** 9:5 14:8
15:2,3,20 16:8
16:19 20:14,15
20:16 21:20
22:10 23:6
25:6,6 48:18
53:11,20 71:11
74:17,18 77:17
80:11 90:8
101:7,14
102:14,16
104:2 127:7,8
127:9,13
131:13 148:10
152:19 161:19
166:23 170:22

175:17,20
176:13
**golden** 64:7,15
66:10 67:10
77:22
**good** 9:4 12:6
13:4 16:15
49:17 78:18
99:13 100:18
134:10 145:7
**gordon** 77:22
**government**
75:21 87:2,9
87:11,16 89:18
176:11
**gpt** 173:23
174:1
**grab** 174:4
**grandparents**
102:24

## h

**h** 65:3 111:6
**half** 59:17,17
**han** 5:5 6:5
10:20,20 22:11
22:12,25 76:22
77:1,9 82:20
131:20,25
155:2,6,11,13
159:22 161:19
161:22 162:5
164:16,21,23
165:17 166:23
167:8 169:24
170:15,22

171:3,20 172:9
173:8
**han's**  23:11
**handful**  164:16
**handle**  125:11
**handled**  44:5
**handsome**
161:14
**handwrote**
168:10
**hao**  65:2,7,8,10
**happen**  127:7
**happened**
30:25 85:19
128:17 149:4,6
176:12
**happening**
57:25
**harass**  56:14
**harassed**  54:5
**hastings**  3:4
5:4 10:20
155:14
**head**  17:12
26:8 40:12,15
48:16 62:10,13
**hear**  15:8,10
93:8 94:15
104:6 145:20
**heard**  15:9
37:10 51:3
93:7 132:21,23
134:3,5 140:14
140:17

**help**  106:4
107:21 108:4
162:8 167:24
**hereto**  183:5
**hi**  174:11
**hide**  86:21
**high**  92:25 93:1
94:4 105:16
167:13,17
**hines**  5:20 9:25
**hit**  152:19
**hmm**  51:4
**hold**  43:7
**home**  63:12,24
64:17 77:21
120:22 121:1,5
155:9
**homes**  99:4
**honda**  97:9,10
**hong**  6:15 90:1
90:22,24 91:1
**hora**  4:6 11:11
11:11 12:2,5,6
12:20,24 14:12
14:21 15:5,21
15:25 24:11
25:22 26:13
28:19 30:12
31:25 32:3
33:24 34:17
35:10 36:23
37:6,16 40:4,7
41:5 43:2,9,21
44:2,10 45:7
50:1,15 51:23

52:2,15 65:19
68:21 70:10
72:19 75:23
77:8,10 80:17
81:2,16 83:21
84:16 87:18
88:1,5,16
99:21 102:8
103:5,12
105:19 107:15
108:21 109:15
109:23 110:16
112:3,14
113:17 114:5
114:16,25
116:23 117:12
117:18 118:2
121:11,20
122:7 126:5,23
127:23 128:25
129:17 133:10
133:16 135:7
136:10,24
137:11,23
138:11 139:12
141:5 142:23
151:12,25
155:4 159:18
164:12,19,22
165:13 169:18
170:13 171:15
172:4,17 177:2
178:15 181:1
**hot**  95:12

**hotels**  108:12
108:14
**hours**  123:19
153:12 164:13
164:14
**house**  55:5,10
55:10,11,12,13
55:14 56:15,17
56:18 57:15,19
57:21 58:2,4,7
58:24 59:1,5
61:25 62:9,12
62:14,17 64:14
64:22 66:6,11
96:4 100:20,21
123:6,13
153:23
**houses**  62:2,5,9
**hundred**  78:24
79:6
**hus**  53:13
**husband**  52:25
53:24
**husband's**  7:22
53:14

**i**

**idea**  55:4 88:13
105:14 134:16
**identification**
28:13 34:12
45:5,11 80:18
84:5,10 90:10
154:10 162:1
166:8 167:6
171:1

identifications
45:12
identity 13:11
21:19,24 86:21
86:25 87:15,23
127:16 166:8,9
166:15,22
ids 45:3
illegally 68:20
illustrate 118:5
158:16
immigration
74:11 75:19
76:21
improper 22:1
improperly
169:17
include 26:16
80:4
including 10:9
23:2 53:22
160:5 168:4
incorporate
127:12
incorporated
132:24 170:11
170:17
incorrect
159:17 160:2
incorrectly
169:17
independent
106:7 133:24
134:1,3,9,15

index 6:1
indicating
85:24 144:13
indication
22:22
indications
77:12
individual 13:8
13:8
individuals
156:16 171:7
171:10,21
172:1
information
71:19 82:2
85:4 139:11,19
170:24
initial 161:1
initialed 183:4
ink 183:4
insecure 86:20
instruction
22:2 24:16
instructions
7:19 8:1 17:24
18:2
instructs 24:21
intelligible 86:3
intentionally
153:25 154:7
interact 48:1
143:17,20
interacting
144:2

interested 10:5
180:17
interpret 50:25
interpretation
14:25
interpreter
5:19 11:8,18
11:21 12:17
14:9,11,19,22
17:2,4 18:23
18:25 19:11
24:14 25:13
27:3,5,10,14
32:2 34:24,24
40:6 41:17,18
47:18,18 50:24
50:25 51:4,25
56:8 60:24
65:3,15 67:20
68:12 72:1,6
74:25 79:10,10
79:14,16 96:2
97:7,7,10
98:18 101:21
104:5,6 111:6
121:2 122:9
127:4,5 131:15
131:15,22
132:2,5 143:13
143:13 145:23
146:4 147:13
147:13 174:13
interrogatories
7:9 161:25

interrogatory
163:5
interrupting
17:17
introduce 48:1
80:12
introducing
80:21
invest 107:4
108:19 109:2,5
114:2
invested 107:11
110:7,9,12,22
112:22 113:5
114:4 116:21
117:4,23
investigating
175:18
investing
113:23
investment
105:17 109:8
110:14 112:1
112:11,24
113:9
investor 106:22
106:23 107:1
112:20 117:22
130:1 139:6
156:14,15,20
177:23
involve 82:11
involved 58:6
58:23 89:19
105:16 117:25

**[involved - known]** Page 18

137:21 138:19
138:22 139:4,7
155:19,22,24
156:3 157:18
158:4,8 170:20
**involving** 41:3
**isabell** 95:23
**isabella** 95:25
96:2 97:22
100:6 104:21
104:24 118:13
151:20,24
152:18 153:3
**islands** 1:6 2:6
4:4
**issued** 19:13,16
80:25 158:18
**issues** 14:5 77:3
**issuing** 71:2

**j**

**j** 166:3
**jackson** 4:6
11:5,6
**january** 67:24
83:9 167:2
**japanese** 97:8,8
**jian** 165:25
166:6,10,16
**jingjing** 4:11
11:13
**jmorgus** 4:10
**job** 1:23 75:7
75:14 127:18
128:8 129:5,7

**jobs** 75:11
**john** 5:11,14
10:22 22:19
173:3
**join** 22:13,21
22:22 23:12
76:23 77:12
82:21
**joining** 77:1
**jointly** 33:2
127:9
**jose** 4:8
**judge** 17:22
21:1,10,18
142:18 143:3
**judgment**
117:14
**juniper** 132:21
132:23,25
133:2,4,4,6,9
135:3,6,13
136:2
**junipervc.com**
126:1 132:14
**jurisdiction**
14:3

**k**

**k** 2:14,15,15,15
2:21,22,22,22
4:17 7:4,5
12:13 13:20
15:14,15
**kids** 54:13,17
54:18,19
152:18 153:22

153:23 154:6
**kind** 38:9 97:5
133:8 161:13
163:23
**kinds** 105:7,10
**knew** 39:16,22
69:8 100:10
137:15,18
143:10,16
151:10
**know** 24:10
25:21 26:19
29:6,10,11,19
29:20,22,24
30:10 33:18
35:7 37:9,10
37:14,25 39:13
39:14,21,24,25
40:8 42:11
44:6 48:10,11
48:19 49:5
54:7,16,19,23
55:2,11,12,14
56:10 57:14
60:13,20 62:24
64:8,10,16
65:18 66:4,5
67:15,16 68:1
68:8 69:12,13
72:4 73:6 74:8
79:22 81:15
85:9 87:11,12
87:20,22 88:7
88:10,11,19
89:19 91:5,25

93:10 96:5
97:4,18 98:1,3
98:5,13,17,20
99:15,17,18,25
100:2,5,9,18,21
101:16 105:2
105:13 106:20
109:18 110:10
114:20 115:8
115:13,23
120:20 124:7,9
127:2,6 131:18
131:25 132:25
133:4 135:14
137:6 138:16
139:20 140:13
140:19 146:9
148:4 150:24
155:16 157:7
157:19 158:22
159:21 165:16
166:12,16
169:4 170:11
170:18 171:11
171:24 172:7
172:21 173:23
174:22,24
178:9,21
**knowledge**
17:23 29:9
39:20,23
105:12
**known** 48:23
137:18

**[kong - located]**

**kong** 6:15 90:1
  90:22,25 91:1

**l**

**l** 27:9,9,10,10
  27:11 77:25
**la** 78:5 100:19
  118:15 120:2
**lab** 168:25
**labs** 1:5,5 2:5,5
  4:3,3 9:17
  10:24 36:22
  37:9 40:2,25
  41:9 42:4,6
  167:3 168:7,11
  169:12 181:4
**late** 174:19
**law** 4:7,12,17
  5:5,11,12
  46:16
**laws** 162:23
**lawyer** 14:22
**lawyers** 14:20
  14:23
**lay** 159:23
**lead** 12:4
**learned** 134:8
**lease** 167:22
  168:4,15,25
  169:3,6,9,16
**leased** 31:20,23
  32:11,17,21
  33:5
**left** 68:5 94:4
  155:5

**legal** 10:1,3
  20:14,15 21:4
  113:1 118:2
  138:11 139:12
  151:13 159:18
  169:19 179:2
  181:23
**legally** 68:25
**leilei** 26:22
  27:12,13 46:6
  59:25 161:6
  163:19
**leung** 2:15,22
**license** 6:16
  89:25 90:1,22
  90:24
**lie** 103:21
  153:25
**lied** 75:20
  153:21
**life** 46:10,19
  83:2
**likely** 20:10
**lily** 1:15 2:15
  2:22 3:1 6:3
  7:4 9:15 11:7
  11:14,23 12:13
  13:13,24 15:15
  23:21 26:5,6
  28:21,25 29:2
  34:8,13,15
  38:15 39:8,10
  39:11,13,15,21
  39:24 44:22,23
  44:25 45:2,6

45:13,15,19
  47:4,7,14
  58:19 60:3
  65:9,22 69:8
  69:16 71:8,10
  71:13 94:22
  99:10,12
  100:25 101:1
  101:11 113:12
  122:23 124:1
  125:5,5 126:1
  126:3,13 128:9
  131:11 132:14
  134:18,25
  135:18 136:6
  143:25 144:3,5
  160:6,12
  161:24 163:11
  163:11 175:6,7
  175:25 176:8
  179:1 181:5
  182:2 183:1,10
**lilychao96**
  125:2
**limited** 53:22
  167:3
**line** 182:7
**link** 174:10
**linked** 166:9
**list** 112:19
  164:3,5
**listed** 163:18
  164:1,9 166:5
  172:1 182:6

**listing** 28:13
**litigation** 38:20
  38:23 82:15
  84:15,23
  136:20
**little** 15:11 28:2
  64:2 73:20
  75:5 80:16
  118:5 144:12
  159:3
**live** 57:11
  59:21 63:9,13
  63:23 64:14
  66:10,17 67:24
  69:3,18 70:19
  97:3,22,25
  98:2,4 104:21
  116:15,17
  123:10 129:9
**lived** 54:11
  63:4,18,19
  66:12,18,20,25
  67:5,9,17,17,21
  68:1 69:20,25
  104:24 116:18
  122:24 123:1,6
**lives** 96:6,17
  99:15,18 100:1
  100:19 101:23
**living** 70:9
  116:20
**llp** 3:4 4:5,16
  5:4
**located** 167:13

**location** 9:22
**lodge** 53:20
**long** 48:23,24
  63:4,18 64:2
  66:17 67:10
  70:1,19 73:9
  83:7 95:16
  116:5 119:6,10
  124:23 164:19
  178:9
**longer** 36:18
  48:25 49:2,4
  119:13,15,17
  119:19 137:19
  170:13
**look** 83:1 84:25
  114:24 162:10
  167:11 171:4
  172:22 174:13
**looked** 82:5
  149:15
**looks** 85:17
  86:1
**los** 5:13 63:17
  64:9 77:21
  78:10 98:4,6
  98:11
**lose** 92:4
**lost** 92:1,2
  114:21
**lot** 89:20
  164:18
**lots** 98:24 99:2
**louder** 77:9

**lu** 2:18 5:3
  10:21 22:12
  56:2,13,19,25
  155:15,25
  156:5 158:5
**lunch** 53:12
  58:17 130:5
**luxury** 31:2
  49:24 50:5
  141:12,16,20
  143:8

**m**

**m** 132:5 140:4
**machine**
  172:23 180:9
**madam** 14:7,12
  50:22 65:13
  71:24 123:15
  153:10
**made** 85:6
  112:24 113:9
  137:9 156:4,15
  159:15,25
  168:5 177:17
  177:24 180:8
  183:3
**maggie** 69:5,6
  69:8,12,15,18
  69:20 70:2,2,5
  70:7,9,15,19
**mail** 64:12 92:6
  92:12,13,21
**make** 25:18
  41:21 85:5,7
  97:8 117:14

138:9 151:8,16
  156:2 172:17
  178:2
**making** 41:18
  155:19
**male** 70:2
  156:10
**man** 111:23,24
  156:11
**manage** 75:16
**managerial**
  158:11,14
**mandarin** 16:7
  16:12 17:5,7
  131:20,22,22
  131:24 134:13
  143:21
**mandate**
  142:18
**mandated**
  143:3
**marc** 68:11,12
  68:18
**march** 1:17 3:6
  9:1,5
**mark** 90:8
  170:22
**marked** 80:18
  90:10 154:10
  161:20 162:1
  166:24 167:6
  171:1
**marking** 80:13
  90:14,18 154:9

**marks** 58:15,18
  94:18,21
  101:10 123:25
**marriage** 49:12
  50:14
**married** 50:10
  50:12,13,20,21
  51:12 55:17,21
  55:24 56:1,13
  57:4,6,8 152:5
  152:10,16,21
  153:1,22 154:2
  154:6 177:12
**master** 71:5
**mastercard**
  71:4
**mateo** 95:15
**matter** 9:16
**matters** 125:11
**mean** 14:19
  19:21 29:4,5
  31:15 33:12
  40:8,20 46:4
  47:23,25 48:7
  52:7,24 60:21
  61:23 63:9,13
  67:7 70:24
  80:3 82:25
  85:23 86:2
  96:16 99:2
  100:3 122:19
  130:25 133:21
  134:1 143:23
  166:13 170:7

**meaning** 43:12
135:22 143:12
143:18
**means** 122:20
134:6,9
**meant** 52:21
139:20 143:22
**media** 9:14
58:16,19 94:19
94:22 101:11
124:1 179:1
**medication**
130:10,13,14
130:19,20,24
131:4,7,9,14,17
132:9
**medications**
111:14
**meet** 47:20,23
49:7 95:9
104:9,11,13,14
136:14,16
**members**
170:25
**memorializing**
110:14
**memory** 130:4
130:7,13,15,24
131:5 176:2
**mentioned**
14:10 15:9
**mentioning**
28:20
**merely** 91:12
146:24

**meritorious**
14:4
**messages**
149:17,19,25
**met** 95:8 103:2
136:18 140:19
140:21 143:22
155:12
**miami** 4:18
**microphones**
9:7
**middle** 83:16
94:5 95:1
**million** 42:19
42:21,23 44:16
107:12 109:2,5
110:10,13,22
112:22 113:5
113:23 114:3,4
**millions** 117:4
117:22
**mine** 23:11
39:13 64:16
65:23 69:8
78:18 88:20
90:13 165:22
176:9
**minute** 23:4
123:18,21
**minutes** 123:19
153:13 155:4
164:15,21
172:15
**mirtazapine**
132:2

**mischaracteri...**
41:6 110:16
129:18 142:24
169:18
**mischaracteri...**
121:20
**missed** 71:24
**mission** 7:15
**mistranslation**
25:8
**moment** 103:24
115:9
**money** 36:12
36:15,16,19
41:12,23 42:1
42:5,8,10,25
44:20 108:19
136:9
**month** 45:23
**months** 63:20
66:22,25 67:5
67:7,11,12,13
70:21 75:12,13
75:15 76:14
**morgus** 4:6
11:5,5,6
**morning** 9:4
12:6 16:15
118:11 152:13
**mother** 8:7
59:18 102:7
103:4,11 104:1
**mother's** 8:6
101:4,17,25

**motion** 86:11
86:13
**move** 22:10,14
22:15 23:6
104:2 118:7
176:13
**moved** 93:7
**moving** 93:14
94:6 95:1
**multiple** 14:1
20:10 22:8
82:8 97:15
176:22
**mute** 9:10

**n**

**n** 18:22,23,24
18:25 27:2,3,4
27:5 65:3
77:25 78:1,2
101:21 111:6,6
132:5 156:9,9
157:24,25
166:3,3,3
**name** 7:21,23
8:4,5,6 9:25
10:13 11:8
13:24 14:10
15:9 16:15
18:4,6,8,9,13
18:15,16,18
19:5,7 23:19
23:23 26:5,19
27:20 28:7,11
28:14,17,24
29:2,10,17,18

**[name - note]**                                                    Page 22

29:25 31:7,10
31:13,18,21
32:8,12,21
33:7,11,21
34:6,8,13,15,23
34:25 35:6
38:13,21 39:15
43:17,19,19,25
44:21,24 45:4
45:6,19 46:5,6
46:7,16 47:1
47:17 48:8,11
48:15 53:15
56:10 59:8,12
59:23 60:18
62:16,18,19,20
64:6 65:1,8,10
65:12,16,18,25
66:2,5,5,8,15
68:7,9 69:4,6
69:10,13,15,21
71:6,9,13 72:2
72:15,17,22
73:2,2 74:20
75:1,2 76:4
78:14 79:7,18
79:24 82:10,16
82:23,24 85:11
85:15,16 87:24
88:20 89:12,15
92:11 98:13,14
98:17,20 99:11
101:4,19,25
102:5 104:3
105:8 110:15

111:2,10,10
112:13,16,20
113:12 114:12
114:12 115:11
115:14,17
116:3 122:5,17
131:14,16
132:11 133:6
135:17,19,21
135:24 136:3
140:11 143:7
143:10,16,25
144:2,6 151:11
155:13 157:14
157:17,21,24
159:7 160:23
161:3,6,10
164:25 165:18
165:19,25
166:3 175:9,12
175:25 176:10
177:6,20,21
180:21
**name's**  33:14
**named**  7:3
12:11,15,22
13:2,6,8,9,19
13:20,22 35:7
88:15 113:2
161:23 175:2
**names**  27:17,19
31:24 32:18
38:17 39:1,7
44:9 112:25
113:1 115:12

115:21 139:22
139:25 140:8
140:14 143:7
143:16 160:5
160:10,13,16
160:19 161:16
162:9 163:10
163:20,22
164:9 166:4
175:4,19,21
177:1
**necessarily**
169:5
**need**  16:23
17:18 47:25
51:14 77:7,9
102:4 113:22
114:3 120:10
124:17 142:20
164:19
**needed**  150:24
**needs**  47:18
97:7 131:15
147:13
**neither**  68:19
180:16
**never**  31:10
33:1 41:12,23
51:18 55:1
65:12,15,21,25
66:2,9 69:21
106:18 110:23
117:10 134:8
137:17 145:18
145:25 146:4

149:15 164:24
166:4 169:3,21
171:6
**nickname**
26:20 27:15
65:23 160:20
160:24,25
161:2,8,13
**nicknames**  26:9
26:10,16 27:21
163:23 164:4,5
164:6
**night**  118:11
**nini**  26:24
59:25 161:10
163:19
**nodding**  17:12
**nods**  40:12,15
48:16 62:13
**noise**  51:6
**noncompliance**
77:14
**nonlegal**
159:24
**nonresponsive**
176:14
**nonverbal**
50:25
**normand**  4:16
10:14,17
**north**  4:12
**northern**  98:2
99:16
**note**  9:7 12:3
13:17 21:20

**[note - okay]**                                             Page 23

22:7,14,25
181:10
**noted**   15:13
179:4 183:4
**notice**   12:11,12
12:15,21
158:18
**noticed**   13:17
**noticing**   10:12
**november**
168:6
**nowadays**
47:21,24
**number**   6:10
7:2 8:10 11:1
11:19 54:17
68:15 71:17
73:5 119:11,21
119:25 120:5
120:15,19
121:10,18,19
124:5,10
145:17 146:14
146:15,16,18
146:20,21,24
147:1,2,4,8,10
147:12,16,18
148:12,16,22
148:22,24
150:9,10,12,18
151:7 179:1
**numbers**   9:21
124:13,16
**ny**   181:15

**o**

**o**   18:24,25 65:3
74:24 77:25
78:1,1,2,2
101:21 166:3
**o0o**   7:17 8:12
**oath**   11:24
17:21 20:17
55:19 86:14,15
86:16 103:18
103:21 104:2
142:15 169:15
180:7
**object**   24:19
**objected**   25:19
37:3
**objection**   15:13
22:21 24:11,11
25:16,18,22
26:13 30:12,12
31:25,25 33:24
34:17 35:10
36:23 37:16,16
37:17 40:4,4
41:5 43:2,9,21
44:2,2,10 45:7
50:1,15 51:23
52:2,15 65:19
68:21 70:10
72:19 75:23
81:16 83:21
84:16 87:18
88:1,16 99:21
102:8,9 103:5
103:6,12,13

105:19,20
107:15 108:21
108:22 109:9
109:15,16,23
109:23 110:16
112:3,4,14
113:17 114:5
114:16,25
116:23 117:12
117:18 118:2
121:11,20,21
122:7 126:5,5
126:23,23
127:23 128:25
129:17,18
133:10,16
135:7 136:10
136:24 137:11
137:12,23
138:11 139:12
141:5 142:23
151:12,25
159:18 165:13
169:18 171:15
172:4 177:2
**objections**   10:7
12:9,10 13:17
15:20 22:13,23
23:11 53:21
82:19
**objects**   12:11
12:14,21 24:20
24:24 25:4
**obtain**   20:18
71:20 75:21

91:6
**obtaining**
76:17
**occur**   176:16
**office**   123:8
145:12 167:18
169:1
**official**   93:22
**oh**   14:7 32:3
39:18 51:2,5
99:6 125:18
142:12
**okay**   8:9 11:15
12:6 15:1,12
15:24 18:1,13
21:20 22:7
23:16 25:2,5
25:10,15 26:10
26:18,25,25
27:6,7 29:16
29:20 31:16
37:12 40:16
41:2,11,21
42:19,23 44:8
45:3,25 46:18
46:25 47:3,13
52:8 53:4,10
53:20 56:25
57:7,13,16,20
59:7,18,21
61:8,21 62:2
67:13,15 68:1
68:5,9,15,25
69:9 72:6 74:2
74:15 77:6

**[okay - palo]**

Page 24

78:3 79:3,20
79:22,23 80:5
80:11,15,20
81:3,9,13,19,22
81:25 82:18
85:21 86:12
87:8,14 91:3,6
91:8 92:6,17
94:15,25 95:24
96:19 98:19
99:3 100:17
101:14 103:3
103:11,25,25
105:14 106:5,9
107:8,13 110:4
110:7,22 111:2
111:25 112:18
112:22 113:5
114:14 115:10
115:19 116:5,8
117:4,9,22
118:7,15,18,22
118:25 119:6
120:7,14,19,21
120:23 121:1,9
121:17 123:20
124:9,15,19,21
124:23 125:9
126:15,18,21
127:6 128:8,15
128:20,23
129:12 130:10
130:17 131:8
131:13,15
132:8,21 133:2

133:5,8 134:7
134:17,20
135:3,5 136:2
137:17 138:4
139:9,18 140:6
141:11,25
142:20 143:5
143:15,24
144:19,22
145:9 146:3,10
147:2,6,15
148:1,4,7,18
150:1,3,15,20
151:22 152:17
153:15,21
154:4 164:16
172:16 175:1,4
175:12,15,19
175:24 176:6
177:24 178:22
**old** 54:22
124:15
**older** 54:25
55:2 174:17
**once** 8:10 17:17
69:21 89:17
121:10 176:18
**one's** 21:24
**ones** 26:23 80:4
**opening** 33:8
**operate** 87:12
**opinion** 159:23
159:24 160:22
**oral** 51:3

**order** 13:1,5,18
15:16,18 20:10
20:12,19,20,22
20:22 21:1,9
21:12,17 22:24
71:19 74:18
75:21 80:25
120:10,15
**ordered** 13:11
13:21 21:2,10
146:4
**organize** 120:1
**original** 180:13
**outcome** 10:6
**outside** 21:4
36:23 43:2,9
43:21 44:2,10
50:1,15 70:10
81:16 102:8
103:5,12
105:19 108:21
109:9,15 112:3
114:16,25
116:23 121:11
127:23 133:10
133:16 135:7
136:10,24
137:11,23
142:24 143:2
151:12 166:4
**own** 60:20,22
61:4,6,13,15,17
61:22,24,25
62:2,3,5 68:17
69:1 70:5

112:16 131:24
147:7,11
149:16
**owned** 60:25
61:9,11,20
62:8,11,21
**owner** 35:8
57:15 72:7,8
100:9 169:1
**owners** 99:4
**owns** 64:14
100:7

**p**

**p** 4:16 111:6
132:5
**p.m.** 3:6 94:19
178:25 179:4
**page** 6:19 7:20
8:2 162:10,13
162:14,15,18
163:3 167:12
167:21,22,25
168:2,3,14,17
170:24 171:4
182:7
**pages** 1:25 6:10
7:2,10,13,15
**paid** 36:5 42:1
42:5 106:9,18
**pains** 182:22
**palo** 1:16 3:5
5:6 9:1,23 55:9
66:12 67:18
68:13 92:13
167:14

**paper** 164:4,7
  166:5
**parents** 59:16
  102:19,21,22
  102:22
**part** 14:11 64:3
  69:24 91:1
  138:25 142:12
**particular**
  146:14
**parties** 9:12
  127:10
**partner** 33:13
  33:16
**partners** 33:20
  49:18,22
**partnership**
  167:3
**party** 10:4 13:1
  13:7 180:18
**pass** 8:7 83:1
  102:7 103:4,11
  144:20 161:19
  166:23
**passed** 104:1
  174:2
**passport** 6:11
  81:8,13 82:22
  83:2,3,7,10,19
  83:23 84:3,8
  84:10,13,21,25
  85:1,3,12,14,17
  85:22,25 86:19
**passports** 80:2
  80:6

**password**
  144:20 145:2,3
  145:5
**past** 75:12
  131:8
**paul** 3:4 5:4
  10:20 155:13
**paulhastings....**
  5:8
**pause** 18:10
  22:6 174:7
**pauses** 164:18
**pay** 42:10
  64:19 70:15,22
**payment** 20:23
**pays** 106:15
**pen** 46:2,5
**penalties**
  182:22
**penalty** 162:23
  183:2
**pencil** 46:2,6
**pending** 11:2
  17:20
**peng** 111:4,10
  111:12,18,18
  111:21 113:2
  115:10,12,19
  115:25 116:5
**penny** 36:10
**people** 17:16
  27:24 30:10
  38:9,10,18
  39:3,6,10,12,14
  39:19,20,23,25

40:16 44:5,9
44:20,24 47:20
47:23 48:1,2
54:6 56:1,12
56:14 58:10
60:9 75:16
82:11 88:19
97:16,21 98:21
98:24 99:2
107:20,23
108:3,7 115:3
117:6,24 136:8
137:8 138:8
139:21 144:14
144:20,22
145:5,6,9,16
146:25 148:14
148:14,15
149:2,10,11
152:23 153:19
154:4,13 161:1
163:21 164:4
**people's** 6:11
  24:2,4 88:14
**perform** 107:24
  108:7
**period** 61:21
  62:4 123:8
**perjury** 162:23
  182:22 183:2
**permanent**
  74:6
**permission**
  121:15

**permitting**
  15:2
**person** 13:21
  14:2 15:15
  27:21 48:3,6
  56:3 57:17
  78:9 81:24
  82:14 88:14
  89:16 95:6,8
  100:7 106:2
  110:20 111:2
  111:20 113:2
  136:19 138:4
  144:10 149:5,7
  150:17 157:21
  166:12 177:21
**person's** 8:5
  62:19 82:16
**personally**
  22:15 110:24
**pertaining**
  75:19 76:20
**pertains** 180:12
**phone** 8:10
  118:18,20
  119:4,7,11,21
  120:4,11,14,17
  120:19,21,23
  121:10,18,19
  121:25 122:2
  124:5,10,12,16
  144:8,11,13,16
  144:17 145:10
  145:12,15,16
  145:17,19

**[phone - profile]**                                                    Page 26

146:2,8,8
147:2,4,4,7,10
147:11,16,18
148:11,12,13
148:15,16,19
148:21,21,22
148:24 149:1
149:12,16
150:9,9,12,12
150:16,17,18
150:22,22,23
150:25 151:2,5
151:10
**phones**   9:10
  147:3
**phonetic**   27:1
  56:2
**photocopy**   6:11
  6:19
**pick**   9:8 98:7
  100:19 118:16
**picked**   98:10
**picking**   120:2
**picture**   6:19
  81:9,11 88:22
  88:25 89:3,6,7
  89:12,14,18,22
  89:23 154:14
  173:15,20,21
**pieces**   61:8,10
**pierce**   4:17
  10:16,16 90:15
  94:11,15 174:9
**place**   9:12
  57:11 63:13,23

66:21 113:15
  145:12 180:5
**places**   145:13
**plaintiff**   1:7 2:7
  167:12
**plaintiffs**   4:3
**plane**   79:7
**plano**   4:13
**played**   125:16
**playing**   35:18
**please**   9:7,10
  10:8 11:9,16
  11:20 14:14,15
  14:16 15:21
  16:24 17:4,6
  17:11,14,18
  18:4,13 21:15
  34:18 35:11
  37:6,18 41:7
  45:8 46:17
  50:18 61:2
  76:25 79:5
  105:8 156:8
  157:14,23
  162:14 167:25
  168:16 171:19
  178:15
**pllc**   4:11 11:14
**point**   137:15
  148:23
**posed**   17:3
**position**   13:12
  156:12
**possess**   91:19

**possession**
  83:20 114:15
  167:13
**possible**   68:3
  103:16 122:18
  122:19,20
  144:14 155:9
**possibly**   28:9
  42:22 47:15,15
  49:6 54:3,3
  55:18 58:10
  62:6 68:3
  105:1 107:12
  110:1 116:13
**pot**   95:12
**practicing**
  174:19
**prefer**   23:22
**prejudice**   15:3
**prepare**   42:14
  162:8
**prepared**   42:13
**prescription**
  132:9,11
**present**   5:17
  10:9
**presume**   17:1
**previous**   138:2
**previously**
  105:25
**primary**   64:24
**print**   85:7
  113:11
**printout**
  170:23

**prior**   180:7
**privacy**   53:17
**private**   9:8
**probably**   34:10
  35:25 57:10
  61:19 63:20
  114:23 116:9
  117:1 118:11
  119:18 123:3
  125:6,8 129:23
  129:24 130:2,8
  132:15,15,17
  132:17 139:24
  156:6,21
  157:10
**proceed**   11:17
  12:2,8 13:15
  13:19 15:20
**proceeding**
  10:7
**proceedings**
  14:17 180:4,6
  180:8,14
**process**   16:20
  83:17 85:19
  143:17 155:23
  156:3 170:20
**produced**   82:4
  82:13,15 84:22
**producing**
  84:14
**products**
  105:17
**profile**   89:23

| | | | |
|---|---|---|---|
| **properly** 13:18 13:21 | **q** | 171:18 175:19 176:19 178:12 | **raleigh** 56:2 |
| **properties** 31:17 32:8 | **qian** 157:21,24 **question** 14:15 | **questions** 14:13 16:21 17:6 | **range** 79:5 107:10 |
| **property** 31:6 31:10 45:15 63:1 100:8 167:13 169:1 | 15:23 16:23,24 17:1,3,5,15,19 18:11,12 20:4 20:5,7 21:16 21:22 22:16 23:5,7,9 24:21 24:25 25:1,4,5 25:6,17,20 29:4,23 32:5 32:14 37:20 43:12 45:25 46:11,17 47:19 50:3,8,18 53:18 61:2 63:8,10,22 73:1 75:6,18 79:11 82:17 84:19 96:10 98:22 102:1 108:1,6 112:8 120:6 121:4 126:9 127:8 128:2,4 134:23 135:23 137:2 138:2 139:16 141:13,18,24 142:3,5 143:2 143:4,12,18 144:9 147:14 148:17 152:12 159:4 162:3 164:8 166:16 | 18:1 20:10,16 20:19 21:5,10 21:18 24:20 53:11 72:25,25 74:15,18 76:20 77:5 101:15 102:5,12 113:4 130:16 142:10 142:19,21 155:1,16 164:17 170:16 172:11,12,16 174:15 178:8 | **rather** 13:7 |
| **protect** 87:6 | | **quick** 172:17 | **ravi** 56:5 |
| **protection** 46:16 | | **quite** 28:6 31:4 33:17 34:25 39:16 43:11 48:24 49:5 63:8,9 66:14 95:18 108:24 113:4 116:9,13 128:10 130:9 132:15 138:2 141:24 | **ravi's** 56:10 |
| **prove** 174:2 | | | **raymond** 4:6 11:11 12:6 181:1 |
| **provide** 8:9 16:22 20:9,9 81:25 82:1 85:21 86:6,18 107:8 111:15 121:9,17,19 148:1 161:1 | | | **read** 12:18,19 21:12 67:2 121:2,3 163:4 167:2 181:9 182:3 183:2 |
| **provided** 162:9 163:10 | | **quote** 156:23 | **real** 26:5 27:20 43:18 54:8 57:10,13,14 60:20,22,25 61:4,6,9,10,13 61:15,17,20,21 61:23 62:21 65:18,25 66:4 66:8 73:2 83:2 83:14,15 84:25 98:17,20 111:20 135:21 175:25 176:10 177:6 |
| **provides** 170:24 | | **r** | |
| **purchase** 83:24 83:25 | | **r** 18:24,25 27:11 56:5,7,8 74:24 78:1,2 101:21 132:5 166:3 | |
| **purpose** 31:5 | | | |
| **pursuant** 13:1 15:16,18 20:12 | | | **really** 33:22 37:11 42:18 47:15 78:25 89:24 103:23 103:23 124:11 129:2 133:18 141:10 147:23 |
| **put** 12:8 72:14 81:22 82:3,6 88:22,25 89:4 89:17 100:20 114:22 143:6 145:11,12 173:5 174:10 | | | |

**[really - remember]**                                      Page 28

147:25 148:3,6
151:9
**reason** 17:14
25:18 30:16
32:14,16
130:12 152:23
181:11
**reasons** 27:22
**recall** 33:19
35:22 41:1,2
42:24 45:2,22
47:16 48:24
49:5 58:1
66:14 72:2
78:25 81:12
89:2,3,10,12
91:7,17 95:3
103:24 108:24
109:6 116:9,14
119:20 128:10
128:22 130:9
132:16 136:5
141:8,10
147:23 148:3
175:1,4,24
176:4
**receipt** 181:18
**receive** 36:12
36:15,16,18
64:12 76:12
**received** 36:10
41:12,15,20,23
92:6,12,13,21
**receiving** 149:7

**recent** 102:18
**recently** 93:7
**recess** 58:17
94:20 101:9
123:24
**recognizable**
89:24
**recognize**
90:20 124:4
154:13 162:6
171:7,10
**recollection**
55:20
**recommend**
38:10
**record** 9:5,13
10:11 12:9,19
14:12 15:20
16:9 18:5,14
18:19 21:21
22:8,14,22,25
23:10 25:19
28:19 37:3
58:16,20 76:22
77:8,10,12
80:20,23 82:19
94:17,19,23
101:6,7,12
121:3 123:16
123:21,22
124:2 127:12
132:4 143:6
155:12 161:22
166:2,24
170:23 173:12

173:18 178:18
178:24 180:8
180:11 182:5
**recorded** 9:14
**recording** 9:11
**records** 109:7
**recruit** 38:9,10
**redact** 91:11,12
**redaction**
81:15
**redactions** 86:7
**refer** 38:10
161:7,11,17
**referenced**
181:6
**referral** 38:11
**referred** 163:21
**referring**
112:19
**reflects** 113:8
**refusal** 21:25
**refuse** 20:7
22:1,2 76:4
77:20 82:17
121:17 127:2,7
127:14
**refused** 22:9
23:7
**refuses** 77:4
**refusing** 21:21
22:16 53:18
166:13
**regarding**
13:13 74:11
77:13 128:2

142:11 143:4
**regardless** 89:4
**region** 6:16
**reiterate** 75:1
77:11 127:9
**related** 1:11
9:18,21 10:4
10:23 11:1
48:17,19 65:5
115:25 127:15
136:2 171:23
**relation** 40:2
40:24 41:9
48:20 135:16
**relationship**
49:11,15 53:3
54:1 78:16
127:20 135:5
135:12
**relationships**
49:10
**relative** 180:17
**relatives**
160:21 161:8
161:12
**relevant** 21:23
139:10,19
142:17
**remained** 139:2
**remember**
17:21 28:6,9
28:12,16,18
29:1,15,16
30:2,3,5,6,15
30:22,25 31:1

31:4,9,12,19,22
32:9,13,15,16
32:20,23 33:17
33:22,23 34:1
34:3,5,10
35:25 38:15
39:9,16 41:10
42:9,11,16,17
42:18 43:5
44:12,15 45:20
47:5,9,10,11,12
50:9 54:3
55:25 56:11
57:5,9 59:2,3,7
59:10,11,12,14
60:9,19 61:12
61:18 62:6,8
62:11,18 63:19
63:25 64:1,4,5
64:11 66:15
67:11,25 68:4
68:5,6,7 73:16
73:22 78:23
88:24,25 89:5
89:5,15 90:7
92:5 95:12,19
101:3 103:8,15
103:20,20,23
104:1,15 107:5
110:1,6 114:22
116:7 117:1
119:9,12
122:11 123:3
124:6,11,14,15
124:18,25

125:3,7,16,20
125:21 126:2
128:17 129:6
129:11,12,13
129:14,15
130:5 132:6,19
133:1,3,5,12,18
136:5,15,17,18
137:13,19
138:14 141:1,3
141:24 145:23
146:19,23
147:21,25
148:6 149:21
150:19 151:21
151:22 152:6,8
152:25 156:6
156:21 157:15
157:18 158:1,2
158:3,9 165:10
165:12 170:12
174:25 175:11
175:12,14,15
175:21,23
176:20,23
177:8,11,14
178:1,6,13
**remembered**
132:20
**remotely** 5:11
10:10
**removing**
80:25
**rent** 57:18 58:2
58:4 64:19

68:17 69:1
70:15 93:16
**rental** 56:15,15
**rented** 31:17
32:7 56:18
63:1
**renter** 100:9
**renting** 56:17
57:20 58:6,24
59:5 70:7
**rents** 100:7
**repeat** 18:11
50:3,17 65:14
71:23 96:10
108:1 112:8
137:1 171:18
**rephrase** 16:25
18:20 48:18
61:2 84:18
141:6 144:1
**report** 87:2
**reported** 1:21
**reporter** 3:8
10:2 11:10,16
11:19 12:19
17:13,16 76:25
80:13,19 88:3
90:11 93:2
121:3 123:16
154:11 162:2
167:7 171:2
180:2
**represent**
10:23 16:16
155:14 172:20

174:21
**representing**
9:25
**republic** 6:12
24:2,5 88:14
**request** 16:5
**requested**
180:15
**require** 21:18
**required**
128:11,12
**requiring**
40:24
**reservation**
143:5 172:10
172:14 178:19
**reserve** 53:21
74:16
**residence** 64:24
**resident** 74:6
**respect** 23:13
**respectful**
23:22
**responding**
15:13
**response** 13:16
111:13 120:9
163:5 164:1
169:7
**responses** 7:6
161:24
**restart** 71:12
**restate** 25:13
**restaurant**
95:10,11

restroom 155:7
result 157:10
retained 179:2
return 181:13
181:17
reveal 176:10
reverse 74:23
review 180:14
181:7
rhora 4:9 181:2
ride 121:7
right 8:8 20:12
21:6,14 25:12
27:25 29:6
30:7,20,24
31:11 32:22
35:4 36:16
38:24 40:11,14
41:4,13 44:17
46:3,23 48:10
50:21 51:13
53:5,22 57:1,4
57:21 62:12
66:6,22 67:1,6
67:18,22 68:6
69:13,22 73:19
75:10 76:5
79:18 83:4,18
83:20 84:2,3
84:11 87:5,10
87:17 88:15
91:18 96:9,17
98:24 99:5,20
100:2,25
101:23 102:1

107:2,20,21
108:14,17
109:19 113:2,6
113:9,13,16,24
114:1,10,12
116:3 117:11
118:1,13 120:8
120:24 121:19
121:25 122:3
125:24 126:13
126:16,19
130:20 131:2,9
133:6 134:9
138:20 139:11
139:19 140:9
140:15 142:22
144:4 145:10
148:19 149:2
149:13,23
150:6,11,18,22
153:23 154:7
154:22,25
158:19 168:18
169:15 174:22
177:15,25
178:7
rights 53:22
74:16 143:6
rmr 1:21
180:24
road 5:12
robbie 56:4
rode 78:7
role 35:14,18
93:18 105:18

105:22,22,25
125:16,18,21
156:19,23
157:2 158:10
166:21
roles 158:12
romanization
27:15
romantic 54:1
rong 6:12,16
18:15,15 26:5
26:20 47:1,17
60:6,12,15,18
74:21,23 79:9
79:12,12,18,25
85:3,15 88:15
98:15 100:24
101:20 113:12
132:12 135:25
136:4 160:5,10
163:11,16
165:25 166:6
166:11,17
175:9 177:17
177:19
rongs 87:25
rongy996
124:22
room 48:2
153:2
roscomare 5:12
rules 16:19
run 176:25
running 123:17
155:17

ryan 1:21 3:7
10:2 180:24

s

s 7:5 11:10
sac 4:5 11:6,11
sacattorneys....
4:9,10 181:2
sale 109:22
110:5
san 4:8 95:15
sanctions 22:15
23:1,2,13
53:23 74:19
76:24 77:3
santa 1:2 2:2
9:20 11:3
167:1
saw 21:17
saying 17:11
88:13 131:20
169:21
says 25:16,18
45:12 85:16,17
91:8 132:7
162:22 163:4
167:12 168:4
169:11
scan 85:8
scanned 85:20
91:20
scope 21:25
36:23 37:17
43:2,9,21 44:3
44:10 50:1,15
70:10 81:16

[scope - sitting]                                                    Page 31

102:8 103:5,12
105:19 108:21
109:9,15,23
112:3 114:16
114:25 116:23
121:12 126:5
126:23 127:23
133:10,16
135:7 136:10
136:24 137:11
137:23 142:24
143:3 151:12
**screen** 172:24
172:25
**se** 4:18
**second** 7:6 27:7
54:24 78:2
141:24 142:3
143:2 145:24
145:25 161:24
163:6 173:13
**secretary**
169:12
**security** 71:17
73:4
**sedan** 97:12
**see** 53:2 81:20
91:9,10 95:4
103:1 115:3
149:9,11,18
162:12,15,22
163:7,7,10,13
163:18 167:15
168:3,8,10,19
168:22 169:8

169:11,13
172:22 173:2,4
174:12
**seek** 20:16,19
22:17 23:1,13
53:23 74:19
172:10
**seeking** 76:24
76:24 77:3
167:13
**seem** 178:6
**seen** 55:1 81:4
82:2 162:7
167:9 169:3,6
169:22 171:6
**selen** 140:7
**selena** 140:1,8
140:14 169:25
170:4
**selling** 105:17
141:12,15
143:8
**send** 44:20
84:13,21
145:10,17,19
146:1 149:17
**sending** 146:8
**sensitive** 9:8
28:2 30:19
**sent** 44:15
149:11,20
181:14
**sentence** 127:3
**separately**
15:17

**september**
19:25
**serious** 111:17
**seriously**
175:17
**served** 13:21,21
15:16
**service** 14:3
119:8
**services** 36:13
**set** 7:8 161:25
170:15 180:5
**seven** 97:20
**several** 75:12
113:3 160:5
**shakes** 26:8
62:10
**shaking** 17:12
**share** 80:15
**shared** 144:8
**shawna** 5:20
9:25
**sheet** 181:11
**shop** 83:13
**shorthand** 3:7
28:21 180:1,9
**showing** 109:7
112:24 114:4
**sic** 7:7 56:4
64:7,15 67:18
90:19
**side** 71:21
168:1
**sign** 38:6 40:1
40:17 41:8

59:4 110:19,25
111:2,25
112:10,13
113:1,16,16,20
113:22 114:3
114:11,12
165:9,11 170:5
181:12
**signature** 40:24
46:2,23 47:4
47:13 112:19
162:17 169:11
180:24
**signatures**
168:15
**signed** 7:21
40:20,21,22
45:18,22 46:1
46:5,7,18,19
47:3,13 110:4
110:6,23
112:16 113:2
114:8,12
168:20,21,25
169:8,17
181:20 182:22
**signing** 46:22
**simple** 21:14
164:8
**simply** 147:15
**single** 54:4
110:23
**sir** 81:21
**sitting** 42:16
55:19 178:11

**[six - stopped]**

| | | | |
|---|---|---|---|
| **six**  164:13,14 | **speaker**  173:7 | **spells**  65:3 | **states**  62:22 |
| **size**  85:2 | **speaking**  16:7 | **spoke**  48:3 | 63:2,5 73:10 |
| **sleep**  153:2 | 16:12 17:17 | 118:9 | 73:11,18,25 |
| **social**  71:17 | 38:17 39:3,6 | **sponsored**  75:9 | 74:3 76:16,18 |
| 73:4 | 57:16 | 76:3 77:18 | 76:19 78:20 |
| **sold**  142:1,6 | **special**  6:15 | **sponsoring** | 79:24 83:18 |
| **solutions**  10:1 | **specific**  27:22 | 7:24,25 74:10 | 84:2,9 88:12 |
| 10:3 179:3 | 31:16 55:20 | 74:13 | 92:7,12 104:19 |
| 181:23 | 59:3 73:16,20 | **stamped**  80:21 | 116:17 |
| **somebody** | 73:22 115:6 | 90:19 | **status**  74:11 |
| 114:8 168:10 | 144:12 | **standing**  22:22 | 75:19 76:21 |
| **soon**  155:9 | **specifically** | **start**  7:21 | **stay**  64:18,21 |
| **sophisticated** | 12:14,20 23:12 | 17:15 28:7,11 | 66:6 69:2 |
| 174:16 | 28:9 29:1 | 34:8,15 46:8 | 73:10 99:4 |
| **sorry**  14:7 | 33:22 39:9 | 101:18 130:6 | 100:11 151:19 |
| 24:15 32:4 | 42:24 43:5 | 155:3 | **stayed**  55:5 |
| 43:11 46:4 | 44:13,15 45:2 | **started**  30:6 | 77:21 123:12 |
| 50:17,24 51:7 | 47:6 55:25 | 38:20,24 | 152:4 |
| 51:15,25 65:13 | 57:9 60:10 | **state**  1:1 2:1 | **staying**  68:20 |
| 81:18 86:17 | 61:18 62:7 | 9:20 10:8,10 | 68:25 76:19 |
| 94:15 98:18 | 63:20 67:12 | 11:19 15:19 | 95:20 96:8,12 |
| 111:5 112:6 | 81:12 93:13 | 18:4,13 24:17 | 96:15,16,19 |
| 122:9 126:8 | 95:19 103:9 | 76:4 80:23 | 97:1 100:6 |
| 127:4 128:22 | 105:13 133:13 | 162:24 180:2 | 118:12 151:23 |
| 129:2 137:1 | 158:2,9 176:5 | 183:8 | 154:5 |
| 141:17 169:3 | **speculation** | **stated**  13:12 | **step**  148:10 |
| 170:7 | 88:17 114:5 | 19:7 23:12 | **stepchildren** |
| **sound**  174:8 | 165:14 171:16 | 82:19 159:16 | 53:4,7 |
| **south**  3:4 5:6 | 172:5 | 159:25 | **steps**  77:13 |
| 9:23 | **speculative** | **statement** | **stop**  29:18 |
| **southern**  99:16 | 88:2,5 | 117:11 | 35:23 58:14 |
| **space**  169:2 | **spell**  18:18,21 | **statements** | 102:2 116:12 |
| **speak**  14:16,24 | 26:25 27:7 | 76:23 77:2 | 178:15 |
| 76:25 178:10 | 132:4 156:8 | 82:18 | **stopped**  29:16 |
| | 157:23 166:2 | | 29:24 30:7 |

**[stopped - temporarily]**                                      Page 33

131:6
**store** 95:13
**stories** 151:17
**story** 151:9
**straightforward**
  75:5
**street** 64:5,6,7
  64:15 66:11,15
  67:10,18,21
  77:22,22 92:25
  93:1 94:4
  167:14,18
**strike** 17:9
  19:14 20:13,21
  24:14 29:17,21
  32:10,15 34:4
  39:1,4 41:17
  44:8,19 45:4
  49:20 52:11
  53:13 54:18
  57:24 59:15
  63:11 65:7
  69:9 71:2 76:8
  76:16 78:4
  89:21 90:25
  93:10,17 95:5
  110:8,11 114:1
  115:24 119:3
  122:24 130:17
  131:2,12
  132:22 140:7
  140:17,18
  147:6,9 149:5
  150:3 154:7
  176:14

**style** 85:2
**subscribed**
  180:21
**sudden** 72:2
**sue** 137:9,22
  138:15 142:13
  155:20,25
  156:4,16 158:4
  177:18,25
  178:2
**sued** 15:14
  136:8,22 137:4
  151:8 177:15
**suing** 138:20
**suite** 4:7,12,18
  5:12 93:1,2
  167:14,18
**summer** 73:17
  73:19,23 74:1
  102:20,23
**superior** 1:1
  2:1 9:19 11:3
  167:1
**supervisory**
  158:12,15
**supplemental**
  7:6 161:24
  163:5
**supposed**
  113:15,19
**sure** 15:2 25:19
  41:22 54:16
  60:16 61:3
  62:24 67:3
  84:20 105:3

131:25 135:11
  144:13 176:7
**surname** 75:2
  79:13,21
  111:11 122:21
  157:24
**suv** 97:12
**suzuki** 97:6
**swear** 11:16
**sweetheart**
  161:14 163:25
**sweetie** 164:6
**switch** 173:6
**sworn** 11:18

**t**

**t** 132:5
**take** 9:12 14:22
  17:19 77:13
  85:2 87:1
  94:10,16 101:5
  101:6 123:18
  127:9,13
  130:10 139:9
  147:1 148:10
  149:1 155:2
**taken** 3:2 9:15
  81:11 131:9
  180:4
**talk** 14:20,21
  14:23 15:7
  16:3,4,4,6,10
  21:3 61:8
  172:23
**talking** 50:7
  56:21 98:24

145:24
**tao** 2:15,22
  177:13
**tasks** 107:24
  108:7,10
**team** 170:25
**tech** 105:16
  159:8
**technology** 4:7
**telegram** 8:8
  118:23 119:1,4
  119:8 120:8,10
  120:16,17
**tell** 16:24 39:9
  39:11 54:5
  56:12 60:17
  66:8 69:10
  93:11,13,15
  94:3 95:2,6
  99:19 103:4
  117:9 135:21
  135:24 136:3
  145:19 148:14
  149:4,6 151:4
  152:4,7,10,15
  153:15 154:2
  154:22 176:25
  177:9,12
**telling** 55:20
  136:5 150:16
  150:21 168:24
  175:15,24
**tells** 121:18
**temporarily**
  96:19 97:1

temu 93:17
temujin 1:5,5
  2:5,5 4:3,3
  9:17 10:23
  35:2,4,6 36:21
  37:12,22 38:19
  38:23 40:2,11
  40:24 41:13,23
  42:4,5 43:1
  44:17,21 56:24
  57:1,21 58:4,7
  58:11,24 92:20
  93:6,18 94:1,3
  95:1 105:18,25
  115:3,6 126:4
  126:19,22
  127:22 128:6,7
  135:6,13 136:3
  136:22 137:4,9
  137:22 138:4
  142:13 156:13
  156:15,17,20
  156:23 157:2
  158:11,12,15
  158:19,23
  159:2,6,8,10,16
  159:25 165:3,5
  165:9,12
  166:10,19
  167:3,18 168:6
  168:11,19,25
  169:12,16
  170:6,8,11,17
  171:14,22,24
  175:2 177:16

177:22 181:4
temujin's 92:21
  169:1
ten 49:4,6,6
  54:24 104:10
  164:21
term 134:3
terminating
  23:2 77:3
test 174:3
testified 11:25
  30:18 58:23
  60:15 74:2
  98:23 101:16
  105:10 148:18
  155:18 156:22
  157:1 158:23
  160:4,9,12,15
  160:18 164:24
  167:17 169:25
testify 42:15
  158:20 171:13
  171:22 172:2
testifying 15:18
  130:20 169:15
  180:7
testimony 20:9
  103:25 106:16
  111:15 117:17
  130:17,23,25
  131:13 139:10
  150:3 178:25
  180:11 181:9
  181:18 182:4,5
  183:5

texas 4:13
text 118:16
  119:8 144:14
  144:16 149:1
  149:17,19,25
texted 149:9
texts 145:10,17
  146:8 149:7,11
  149:15
thank 12:18
  13:14 19:12
  28:23 45:14
  53:10 80:14
  123:20 174:5
  178:8,23
thanks 90:9
thing 126:4
  135:4 178:18
things 105:7,8
  105:11,12
  128:16 178:6
think 23:5,8,8
  25:9 32:24
  38:15 39:8,18
  39:22,25 41:1
  42:7,20 43:23
  44:22 45:17,20
  47:5 53:12
  57:22 58:5
  60:7,16 62:23
  64:13 66:16,18
  67:25 69:6
  70:6,12,21
  73:17,23,24
  74:1,9 79:6

83:9 85:18
  92:8 93:4 97:9
  101:24 103:3
  104:17,20,23
  107:8 109:4,12
  110:8,9,12
  113:22 114:2
  118:17 122:12
  122:15 123:11
  123:14 130:14
  137:16 138:15
  139:5,15
  140:21 142:10
  144:7,18 150:2
  151:3,6 152:20
  154:23 161:18
  162:7,19,20
  164:19 166:14
  170:19 173:22
  174:9 176:6,8
  178:10
thinking 63:25
  139:21
third 54:24
thought 51:2,8
  152:23 174:17
  177:21
three 54:21
  90:12 95:18
  96:8,13 98:9
  119:17 141:7
  154:20 171:21
  172:1
thursday 1:17
  3:6 9:1

**[tickets - type]**                                                          Page 35

**tickets** 79:8
   108:12,13
**tiffany** 2:14,21
   7:5 15:14 26:6
   28:7,14,17,20
   28:21,24,25
   29:2,7,10,12,18
   29:25 30:7,23
   31:7,10,13,18
   31:21 32:8,12
   32:21 33:7,11
   33:14,21 34:6
   44:25 47:4,7,7
   60:1 113:12
   122:23 140:1,9
   140:15 144:5
   150:6 160:6,16
   163:11 175:13
**time** 9:10 10:8
   15:4 20:22
   22:4 24:19,19
   31:4 34:3,5
   48:24 51:13
   58:20 61:20,21
   62:4 94:23
   101:8,12
   102:15 118:9
   123:8,16,18,23
   124:2 141:21
   146:22 153:11
   155:1,17
   176:24 178:9
   179:4 180:5
   181:19

**timeframe**
   181:8
**times** 14:1 22:8
   78:22 79:6
   95:4 124:12
   148:9 176:22
**title** 93:20,22
   157:7,9
**tj** 8:8 118:19,22
   120:3,4,8
**today** 15:17
   17:2 42:12
   102:15 111:16
   126:18 178:9
**today's** 178:25
**together** 54:11
   70:20 103:2
   118:12 140:22
   141:7,15 142:1
   142:7 143:9
**tokens** 109:22
   110:5
**told** 33:13,20
   55:16 56:1
   57:3 65:22
   69:15 85:10,12
   93:9,14 94:5
   94:25 100:10
   104:3 122:5,16
   132:19 137:7,8
   139:18 145:6
   151:6 152:6
   153:1,19 154:4
   175:18 176:1,8
   176:9,16,22

**tom** 115:16,19
   115:24
**took** 83:11
**top** 82:24 168:3
**total** 90:12
   179:1
**transact** 33:12
**transacted**
   33:10
**transcribe**
   17:16
**transcribed**
   180:9
**transcript**
   17:13 180:13
   180:15 181:6
   181:20 182:3
   183:3
**translate** 14:11
   14:15 15:6
   17:4 24:24
   25:14 72:5
**translated** 32:2
   40:6 134:13
**translates**
   48:19
**translating**
   174:6
**translation**
   15:10 131:16
**translator** 14:8
   14:15 15:5,7
   50:22 65:14
   71:24

**transmit** 42:25
**travel** 63:6
   117:6
**travels** 116:19
**trip** 95:17
**trips** 102:18
**true** 32:23
   87:23 117:17
   162:24 180:10
   182:4 183:6
**truly** 132:19
   147:25
**truth** 129:4
**truthfully**
   17:22
**try** 14:16 58:8
   84:14 146:25
**trying** 63:25
**turing** 174:3
**turn** 167:21
**two** 17:16
   41:10 62:6,9
   63:6 66:18,25
   66:25 67:5,5,7
   67:22 70:21
   74:23 75:12,14
   76:13 95:18
   96:8,13 98:9
   111:8,9 119:19
   123:18 148:15
   156:16 164:15
   168:24 169:17
**type** 33:18 74:8
   82:23 85:3
   97:14 105:6,14

**[type - using]**

108:10 109:21
**types** 70:17

**u**

**unclearness**
85:18
**under** 17:21
20:17 55:19
62:16 86:14,15
86:16 103:18
103:21 104:2
132:11 142:15
162:23,23
169:15 172:9
180:10 182:22
183:1
**undersigned**
180:1
**understand**
13:24 16:23
17:1,3,24
18:12 24:23
26:12,21 27:16
41:22 43:12
46:13,15,22
51:9 63:8,9,10
75:6 77:23
79:17 81:18
82:20 98:22
99:1,6 102:4
102:17 103:19
103:22 120:6
126:9 127:11
129:3 134:5,15
134:23 135:22
138:6,10

141:13,17,19
141:23 142:2,5
142:8 143:2,11
143:18 144:9
148:17 160:3
**understanding**
127:5
**understood**
75:3
**unemployed**
76:4,6
**unfortunately**
20:3 46:12
142:12
**unit** 9:14
**united** 62:22
63:2,4 73:9,10
73:18,25 74:3
76:15,18,19
78:20 79:23
83:18 84:2,9
88:12 92:7,11
104:18 116:17
**university**
167:3 168:6
**unlawful** 7:12
166:25
**unquote** 156:23
**urgent** 14:14
**use** 23:22 27:23
27:25 29:2
30:9,18 31:2
38:14,17 39:1
39:6 47:17
65:10 70:25

79:15,15 99:7
99:11 107:13
111:19 115:10
115:12,17
119:4 120:4,10
120:11,14
124:19 125:9
134:20 135:19
136:7 139:22
140:14 143:8
143:23 144:10
144:15 145:9
145:14,16,19
146:15,16,21
147:1,8,10
149:1 150:11
155:7 160:10
175:9 176:23
**used** 26:2,4,19
27:17,19 28:3
28:16,24 30:22
31:5,10,13
33:7 34:4,5
39:8 43:25
47:1 50:20
53:4 61:6 71:1
79:7 98:23
99:3 113:13
118:19 119:25
120:3,17 125:1
125:4,25
131:11 132:13
134:17 140:8
140:11 144:2
144:22 146:16

148:13 150:5,8
150:13,22,23
150:24 151:5
160:5,12,15,18
160:20,23,25
161:3,7,8,11,12
161:17,17
163:20 164:4
164:24 165:18
165:19,25
166:4 170:1
175:4 179:1
181:20
**user** 72:11
**uses** 115:22
**using** 28:7,11
29:17,18,25
30:7 31:6,21
31:24 32:12,17
32:21 33:10
34:8,15 44:21
45:18 46:1
47:4 79:24
118:18 119:7
124:23 128:19
128:20 134:25
135:17 146:24
148:11,15
149:16 150:17
159:7 175:12
175:21 176:25
180:8

**v**

**v** 5:20 56:5,7,8
  181:4
**vacation** 76:10
  76:11
**valid** 20:18
  22:9 80:6
  81:13,14 83:19
  90:2,3 91:8
**validly** 15:15
**van** 97:19
**various** 32:17
  117:24
**vehicle** 31:20
  32:12 78:7
  97:13,14,15,20
**venture** 132:22
**ventures**
  132:23
**verification** 7:9
  162:11
**verify** 181:9
**veritext** 5:20
  10:1,3 179:2
  181:14,23
**veritext.com.**
  181:15
**versus** 9:18
  10:24 160:23
  167:3
**video** 9:11,14
  174:10
**videographer**
  5:20 9:4 10:1
  11:4,15 58:15

58:18 94:18,21
  101:7,10
  123:15,17,22
  123:25 153:10
  153:12 161:21
  164:14 173:1
  173:11,17
  178:22,24
**videotaped**
  1:15 3:1
**view** 173:7,14
**visa** 71:3,5,6,11
  71:13 74:4,8
  74:20 75:9,21
  76:2,17 77:18
  83:19 84:3,7
  84:10,13 85:12
**visit** 102:21
  123:12 148:7
  152:18
**visited** 102:21
  102:22,23
  123:4,7
**visiting** 102:19
  153:3
**volume** 1:18
  3:1 6:3 183:11
**vs** 1:8 2:8,13,20

**w**

**w** 65:3 76:12,13
  101:21 166:3
**wait** 14:14
  145:20
**wallet** 43:20
  44:1

**wang** 5:19 65:2
  65:7,8,10 69:5
  69:6 165:18,19
  165:21 166:1,3
  166:6,11,17
  168:20 169:8
**wang's** 169:11
**want** 14:21,24
  20:2,11 21:10
  23:5 25:10
  30:10 41:21
  49:9 54:5
  56:14 61:8
  74:12 82:11
  86:21 87:22
  99:17,18,25
  100:2 101:5
  102:2,6,17
  127:2 129:3,4
  142:10,16
  172:23
**wanted** 12:3
  21:8 58:8
  72:16,17 83:13
  152:20 173:20
**wanting** 20:3
**wants** 15:19
  74:25 155:8,9
  173:21
**watch** 31:3
  60:12 142:21
**watches** 49:24
  50:5 141:12,16
  141:20,25
  142:6 143:9

**water** 174:4
**way** 23:11
  72:24 87:14
  173:6 176:5
**we've** 82:19
**web** 170:24
  171:4
**website** 88:23
  89:1,4,18
**week** 93:12
  94:7,13,25
  95:2,5 131:7,8
**weeks** 95:18
  96:9,13 98:9
**wei** 101:20
**went** 57:18
  64:17 70:1
  73:12,13,21
  98:7 143:10
**whatsoever**
  41:3 148:2
**whereof** 180:20
**whispering** 9:8
**wife** 151:23
  152:17 153:21
  154:1
**wish** 74:14
  75:18 100:5
**witness** 3:3 4:4
  6:2 11:17 12:4
  13:23 14:9,18
  14:24 15:9,17
  15:22 16:2,7
  16:12 21:21
  22:8 23:4,14

**[witness - year]**                                                   Page 38

25:24 26:15
30:15 32:4
34:1,19 35:1
35:12 37:7,19
40:8,12,15
41:8,19 43:4
43:11,23 44:5
44:12 45:9
47:20 48:16
50:3,17 51:7
51:24 52:4
58:13 62:10,13
65:21 68:23
70:12 72:21
74:25 77:2
79:12,14 81:18
83:23 84:18
87:20 88:7,19
93:4 99:23
102:11 103:8
103:15 104:6,7
105:22 107:17
108:23 109:12
109:18 110:1
110:19 112:6
112:16 113:19
114:8,17 115:2
117:1,14,20
118:5 121:6,14
121:23 122:11
126:8 127:1,5
127:6 128:1
129:2,20 132:6
133:12,18
135:10 136:12

137:1,13 138:1
138:14 139:15
143:1,15
147:15 151:16
152:2 159:21
162:3 165:16
169:21 171:18
172:7 173:2,15
174:8,11,15
177:4 178:12
178:21 180:20
181:8,10,12,19
**witnesses** 180:6
**woman** 111:23
**word** 28:20
48:19 51:14
71:24 79:16
97:8 111:8
133:6 134:9,12
134:12,14
143:20,23
**words** 27:15
111:8,9 133:4
176:23
**work** 38:13
40:16 76:7
105:4 107:14
129:22 133:20
133:21 135:15
138:8 175:1
**worked** 89:11
106:20 129:7,9
129:14,15,23
129:24

**working** 30:10
30:23 75:11,13
126:11 128:23
**works** 72:24
**worried** 89:17
89:20 152:19
**worry** 87:1
**worth** 44:16
**writing** 85:1
**written** 12:11
19:5 31:14,15
46:2
**wrong** 177:20

**x**

**x** 180:15
**xerox** 85:20
**xeroxed** 85:20

**y**

**y** 18:22,23 27:2
27:3,4,5 140:4
156:9,9
**yang** 6:12,16
18:15,16 26:5
26:19 47:1,17
60:6,12,15,18
74:21,23 79:9
79:12,24 85:3
85:15 87:25
88:15 98:15
100:24 113:12
132:12 135:25
136:4 156:6,7
156:10,10,12
156:19 157:13

157:13 158:6,7
158:7 160:5,10
163:11,16
175:9 177:17
177:17,19,19
177:21,22,23
177:23,24,24
**yang's** 156:12
**yangyang** 27:1
**yanyan** 26:11
26:22 27:6
59:24 160:6,8
160:19 163:19
**ye** 4:11,11
11:13,13,13
15:7 16:3,8
24:15 25:8,12
72:4 97:9
109:9 131:19
155:8 173:20
173:22 174:2
**yeah** 12:3 51:9
52:8 56:6
80:13 81:2
94:12 96:1
128:4 155:6
173:3 176:13
178:17
**year** 20:1,6,25
21:2,6,15,19,22
21:23 22:4
23:16 29:5
30:4 36:1
57:23,25 61:18
66:18 69:21

73:12,13,22
83:9 104:2
116:13 148:5,5
**years**   29:12
48:25 49:2,4,6
62:9 66:19,25
67:5,22 78:20
104:10 116:8
119:13,15,17
119:19 124:13
128:21 174:19
**young**   174:13
**younger**   54:25
55:3
**yuting**   2:14,21
7:5 8:10 13:20
14:10 15:14
78:13,16 96:23
96:24,25 97:3
97:5,22 99:7
100:10,14,17
104:4,9,16,18
104:21,24
105:4 106:16
107:13,24
108:4,7,10,13
115:25 116:22
117:2,9 120:1
120:19 121:9
121:17 122:6
129:22,24
139:4,10,18,22
139:23 140:8
140:20,23
141:14,21

145:3 146:11
147:8,10,15
148:11,12,19
148:22,25
149:4,8 150:5
150:8,10,20
151:5,9,10
154:17 164:25
165:2,8 167:4
168:7,20 169:8
170:1,5
**yuting's**   78:14

**z**

**z**   132:5
**zip**   64:10
**zoom**   174:10