# EXHIBIT F

Page 1

1          SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                   COUNTY OF SANTA CLARA

3

4    ─────────────────────────────────
                                      )
5    TEMUJIN LABS INC., a Delaware    )
     corporation and TEMUJIN LABS INC.,)
6    a Cayman Islands corporation,    )
                                      )
7              Plaintiff,             )
                                      )
8    vs.                              ) No. 20CV372622
                                      ) [Abittan Case]
9    ARIEL ABITTAN, et al.,           )
                                      )
10             Defendants.            )
     ─────────────────────────────────)
11                                    ) Coordinated with
     AND RELATED CROSS-ACTIONS.       ) No. 21CV375422
12   ─────────────────────────────────) [Fu Case]

13

14

15        VIDEOTAPED DEPOSITION OF ARIEL ABITTAN

16                 Palo Alto, California

17               Thursday, March 30, 2023

18                      Volume I

19

20

21   Reported by:
     CATHERINE A. RYAN, RMR, CRR, B.S.
22   CSR No. 8239
23   Job No. 5841440
24
25   PAGES 1 - 136

Page 2

1          SUPERIOR COURT OF THE STATE OF CALIFORNIA
2                   COUNTY OF SANTA CLARA
3
4     _____
                                      )
5     TEMUJIN LABS INC., a Delaware   )
      corporation and TEMUJIN LABS INC.,)
6     a Cayman Islands corporation,   )
                                      )
7              Plaintiff,             )
                                      )
8     vs.                             ) No. 20CV372622
                                      ) [Abittan Case]
9     ARIEL ABITTAN, et al.,          )
                                      )
10             Defendants.            ) Coordinated with
      _____) No. 21CV375422
11                                    ) [Fu Case]
      ARIEL ABITTAN,                  )
12                                    )
               Cross-Complainant,     )
13                                    )
      vs.                             )
14                                    )
      YUTING CHEN (A/K/A TIFFANY CHEN, )
15    A/K/A LILY CHAO), TAO DING (A/K/A )
      DAMIEN DING A/K/A DAMIEN LEUNG), )
16    et al.,                         )
                                      )
17             Cross-Defendants.      )
      _____)
18                                    )
      BENJAMIN FISCH and CHARLES LU,  )
19                                    )
               Cross-Complainant,     )
20                                    )
      vs.                             )
21                                    )
      YUTING CHEN (A/K/A TIFFANY CHEN, )
22    A/K/A LILY CHAO), TAO DING (A/K/A )
      DAMIEN DING A/K/A DAMIEN LEUNG), )
23    et al.,                         )
                                      )
24             Cross-Defendants.      )
      _____)
25

Page 3

1           Videotaped deposition of ARIEL ABITTAN,

2      Volume I, taken on behalf of Plaintiffs and

3      Cross-Defendant, with the Witness appearing at PAUL

4      HASTINGS, LLP, 1117 South California Avenue,

5      Palo Alto, California, beginning at 8:09 p.m. and

6      ending at 10:56 p.m., on Thursday, March 30, 2023,

7      before CATHERINE A. RYAN, Certified Shorthand

8      Reporter No. 8239.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    APPEARANCES:
 2
 3    For Plaintiffs and Cross-Defendants TEMUJIN LABS
      INC., a Delaware corporation and TEMUJIN LABS INC.,
 4    a Cayman Islands corporation, and DAMIEN DING:
 5        SAC ATTORNEYS LLP
          BY:  RAYMOND G. HORA
 6             JACKSON D. MORGUS
          Attorneys at Law
 7        1754 Technology Drive, Suite 122
          San Jose, California  95110
 8        (408) 436-0789
          (408) 436-0758 Fax
 9        rhora@sacattorneys.com
          jmorgus@sacattorneys.com
10
          YE & ASSOCIATES, PLLC
11        BY:  JINGJING YE
          Attorney at Law
12        3400 North Central Expressway, Suite 500
          Plano, Texas  75080
13
14
15    For Defendant, Cross-Complainant and Witness ARIEL
      ABITTAN:
16
          FREEDMAN NORMAND FRIEDLAND LLP
17        BY:  CONSTANTINE P. ECONOMIDES
               BRIANNA K. PIERCE
18        Attorneys at Law
          1 SE 3rd Avenue, Suite 1240
19        Miami, Florida  33131
          (305) 851-5997
20        ceconomides@fnf.law
          bpierce@fnf.law
21
22
23
24
25    //
```

```
                                              Page 5
 1     APPEARANCES (Continued):
 2
 3     For Cross-Complainants BENJAMIN FISCH and CHARLES
       LU:
 4
            PAUL HASTINGS, LLP
 5          BY:  EDWARD HAN
            Attorney at Law
 6          1117 South California Avenue
            Palo Alto, California  94304
 7          (650) 320-1813
            (659) 320-1900 Fax
 8          edwardhan@paulhastings.com
 9
10     For Defendant and Cross-Complainant FRANK FU:
11          THE DURRANT LAW FIRM, APC
            BY:  JOHN DURRANT (appearing remotely)
12          Attorney at Law
            2337 Roscomare Road, Suite 2-180
13          Los Angeles, California  90077
            (424) 273-1962
14          john@durrantlawfirm.com
15
16
17     ALSO PRESENT:
18     SHAWNA V. HINES, Videographer, Veritext
19
20
21
22
23
24
25
```

Page 6

1                          INDEX

2      WITNESS                                    EXAMINATION

3      ARIEL ABITTAN

       Volume I

4                          BY MR. HORA                    9

5                          BY MR. ECONOMIDES             129

6

7

8                          EXHIBITS

9      NUMBER               DESCRIPTION                 PAGES

10     Exhibit A   Color photocopies of photographs; 35    24

11                 pages

12

13     Exhibit B   Email entitled "Fw: WARNING - FINDORA,  121

14                 findora concerns"; 1 page

15

16     Exhibit C   Email dated 06 Nov 2021, "findora       121

17                 concerns"; 1 page

18

19                          ---o0o---

20

21

22

23

24

25

                                                      Page 7

1           Palo Alto, California; Thursday, March 30, 2023

2                              8:09 p.m.

3

4                  THE VIDEOGRAPHER:  Good evening.  We are

5        going on the record at 8:09 p.m. on March 30th,

6        2023.

7                  Please note that the microphones are

8        sensitive and may pick up whispering and private

9        conversations.

10                  Audio and video recording will continue to

11        take place, unless all parties agree to go off the

12        record.

13                  This is Media Unit 1 of the video-recorded

14        deposition of Ariel Abittan, in the matter of

15        Temujin Labs Inc., et al., versus Ariel Abittan,

16        et al., and related cross-actions, filed in the

17        Superior Court of the State of California, County of

18        Santa Clara, Case No. 20CV372622 and related case

19        numbers.

20                  The location of the deposition is

21        1117 South California Ave, Palo Alto, California

22        94304.

23                  My name is Shawna Hynes, representing

24        Veritext Legal Solutions, and I am the videographer.

25                  The court reporter is Catherine Ryan, from

                                                    Page 8

1     the firm Veritext Legal Solutions.

2               I am not related to any party in this

3     action, nor am I financially interested in the

4     outcome.

5               If there are any objections to proceeding,

6     please state them at the time of your appearance.

7               Counsel and all present, including

8     remotely, will now state their appearances and

9     affiliations for the record, beginning with the

10    noticing attorney.

11              MR. HORA:  Good evening.  Raymond Hora

12    with SAC Attorneys on behalf of Lily Chao and

13    Damien Ding.

14              MR. MORGUS:  Jackson Morgus, also of SAC

15    Attorneys, on behalf of Lily Chao and Damien Ding.

16              MS. YE:  Jingjing Ye with Ye & Associates,

17    PLLC for Lily Chao and Damien Ding.

18              MR. ECONOMIDES:  Constantine -- excuse me.

19    Constantine Economides with Freedman Normand

20    Friedland LLP on behalf of Ariel Abittan.

21              MS. PIERCE:  Brianna Pierce, also from

22    Freedman Normand Friedland, on behalf of

23    Ariel Abittan.

24              MR. HAN:  Edward Han from Paul Hastings on

25    behalf of Charles Lu and Benjamin Fisch.

Page 9

1                  MR. DURRANT:  John Durrant, representing

2      Frank Fu in the related action Temujin Labs Inc.

3      versus Franklin Fu, Case No. 21CV375422, pending in

4      the Superior Court of Santa Clara.

5                  THE VIDEOGRAPHER:  Thank you.

6                  Will the court reporter please swear in

7      the witness.

8                          ARIEL ABITTAN,

9      having been administered an oath, was examined and

10     testified as follows:

11                         EXAMINATION

12     BY MR. HORA:

13         Q    Hello, Mr. Abittan.  My name is

14     Raymond Hora.  I'm an attorney representing

15     Ms. Lily Chao and Mr. Ding.

16                  This is a deposition in which I'll ask you

17     questions, and you must answer them truthfully,

18     unless your attorney tells you clearly and directly

19     not to answer.

20                  Although no judge is present, this is a

21     formal legal proceeding, just like testifying in

22     court, and you are under the same legal obligation

23     to tell the truth, the whole truth, and nothing but

24     the truth.

25                  If you don't understand any of my

1    questions, feel -- please feel free to say so.  I'll

2    rephrase it.

3              Before the deposition can be used in

4    court, you will have the opportunity to read it over

5    and correct any mistakes.

6              Do you understand this?

7        A    Yes.

8        Q    You understand that you are under oath,

9    correct?

10       A    Yes.

11       Q    And that being under oath means you are

12   sworn to tell the truth?

13       A    Yes.

14       Q    Have you ever taken your deposition

15   before?

16       A    No.

17       Q    You understand that your responses here

18   have the same force as in a courtroom with a judge

19   and jury?

20       A    Yes.

21       Q    Are you prepared to answer my questions

22   today?

23       A    Yes.

24       Q    Is there anything that will prevent you

25   from providing me with your full attention today?

```
                                      Page 11
 1        A    No.
 2        Q    Are you taking any medications that will
 3   prevent your answering my questions?
 4        A    No.
 5        Q    Have you consumed any alcohol that will
 6   prevent you answering my questions?
 7        A    No.
 8        Q    You will let me know if you don't
 9   understand one of my questions, right?
10        A    Yes.
11        Q    If you need to take a break, let me know,
12   and we can take a break.
13             Is that okay with you?
14        A    Yes.
15        Q    Now, what is your government name?
16        A    Ariel M. Abittan.
17        Q    What does the "M" stand for?
18        A    Just the middle initial.
19        Q    Is it just an initial, or does it stand
20   for anything?
21        A    So on my -- it's really just a middle
22   initial.  On some -- some documents it says
23   "Michael," but I use it just as a middle initial.
24        Q    It doesn't say -- it doesn't mean Mark?
25        A    No.
```

```
                                        Page 12
 1          Q     And can you please spell it out for the
 2     record.
 3          A     A-r-i-e-l, M, A-b-i-t-t-a-n.
 4          Q     Okay.  Mr. Abittan, what is your primary
 5     residential address?
 6          A     Residential address:  81 Sealy Drive,
 7     Lawrence, New York 11559.
 8          Q     What is your occupation?
 9          A     I am a watch wholesaler.
10          Q     Is that your current occupation?
11          A     Yes.
12          Q     Do you have any other occupations?
13          A     No.
14          Q     Where do you currently work?
15          A     In New York City.
16          Q     What is the name of the business that you
17     work for?
18          A     AR Trading LLC.
19          Q     What is the full name of AR Trading LLC?
20          A     AR Trading LLC.
21          Q     And where in New York is AL Trading LLC?
22          A     Fifteen West 47th Street, New York,
23     New York 10036.
24          Q     Okay.  What's your job title at
25     AR Trading?
```

```
                                                    Page 13
 1          A     Partner.
 2          Q     Okay.  How long have you been a partner at
 3     AR Trading?
 4          A     I don't remember when it was incorporated.
 5     Approximately 2019.
 6          Q     Okay.  And have you been constantly --
 7     have you been steadily a partner since 2019?
 8          A     Yes.
 9          Q     Up until today?
10          A     Correct.
11          Q     Mr. Abittan, what is the highest level of
12     education you have accomplished?
13          A     College, undergrad.
14          Q     Where did you go to college?
15          A     Yeshiva University.
16          Q     Where is Yeshiva University?
17          A     New York, New York.
18          Q     And how long were you at Yeshiva
19     University?
20          A     I finished in a little under three years.
21          Q     What were those years?
22          A     2010 to 2013, approximately.
23          Q     And what degree did you get at Yeshiva
24     University?
25          A     Major in finance.
```

1          Q     Mr. Abittan, what is your home phone

2     number?

3          A     (516) 239-0153.

4          Q     Is that a landline or a cell phone number?

5          A     That's a landline --

6          Q     What is --

7          A     -- my home phone number.

8          Q     What is your cell phone number?

9          A     (516) 732-1253.

10         Q     Do you use any other cell phone numbers?

11         A     No.

12         Q     What is your primary email address?

13         A     Aabittan@gmail.com.

14         Q     What email address do you use at

15    AR Trading LLC?

16         A     Ariel@artradingllc.com.

17         Q     Do you maintain any other email addresses?

18         A     There are a couple of "sales" or "info"

19    emails associated with the company --

20         Q     Do you recall --

21         A     -- that I have access to, all @artrading.

22    One would be "sales."  There may be an "info."

23         Q     And what purpose would you use the Ariel

24    trading -- ariel@artrading.com versus

25    sales@artrading.com?

```
                                              Page 15
 1              MR. ECONOMIDES:  Objection to form.
 2              THE WITNESS:  "Sales" is what we use to
 3      field inquiries related to sales.  And "Ariel" is
 4      related to anything that I would want to send an
 5      email.
 6              MR. ECONOMIDES:  Oh, one moment.  I --
 7      sorry.  I said it very softly.  I object to the
 8      form.
 9      BY MR. HORA:
10         Q    Mr. Abittan, what other names have you
11      used in the past?
12         A    I have never used any other name aside
13      from Mark Graber.
14         Q    Can you please repeat that last sentence.
15         A    I have never used any other name aside
16      from Ariel Abittan, aside from Mark Graber.
17         Q    So have -- you have used the name
18      Mark Graber?
19         A    Yes.
20         Q    Is Mark Graber an alias?
21         A    Yes.
22         Q    Okay.  When did you start using the name
23      Mark Graber?
24         A    I don't remember the timeline, but when I
25      began -- when I founded the company with Lily Chao.
```

Page 16

```
1        Q    Do you recall if that was in 2010?

2        A    No.

3        Q    2015?

4        A    No.

5        Q    2023?

6        A    No.

7        Q    2017?

8        A    Roughly.

9        Q    Why would you use the name -- strike that.

10            How did you choose the name Mark Graber?

11            MR. ECONOMIDES:  Objection.  Form.

12            THE WITNESS:  I used it because I was

13   asked to make an alias, from Lily Chao.

14   BY MR. HORA:

15       Q    Okay.  How did you come up with the name

16   Mark Graber?

17       A    Gra- -- I didn't feel comfortable with the

18   whole alias thing.  So when I asked Lily what to do,

19   she said to just use my wife's maiden name.  Graber

20   is my wife's maiden name.

21       Q    Okay.  Where did you come up with the name

22   Mark?

23       A    (No audible response.)

24       Q    When was the last time you used the name

25   Mark Graber?
```

```
                                              Page 17
 1             MR. ECONOMIDES:   One second.
 2             Mr. Abittan, make sure -- they can't pick
 3     up nonverbal signals.
 4             THE WITNESS:   Okay.  So I'll go back.
 5             When you said, "Where did you come up with
 6     the name Mark?" it was just a random name
 7     representing -- I wanted it to somewhat resemble my
 8     identity, because I'm not -- I don't use aliases.
 9     It's not something I -- I do.  So representing the
10     "M," I just came up with Mark, and Graber was my
11     wife's maiden name, which I was advised by Lily.
12     BY MR. HORA:
13         Q    When was the last time you used the name
14     Mark Graber?
15         A    I don't remember the date.
16         Q    Was it last year?
17         A    No.
18         Q    2021?
19         A    No.
20         Q    2000- --
21         A    Earlier.
22         Q    2020?
23         A    Several months after we started the
24     company --
25         Q    Okay.  So that would --
```

```
                                              Page 18
 1          A      -- Eian.

 2                 THE REPORTER:  I'm sorry?

 3                 THE WITNESS:  Eian.

 4      BY MR. HORA:

 5          Q      Okay.  What instances would you use your

 6      alias Mark Graber for?

 7          A      It was --

 8                 MR. ECONOMIDES:  Objection.  Form.

 9                 THE WITNESS:  It was used for people in

10      the company early on.

11      BY MR. HORA:

12          Q      What do you mean used by people in the

13      company?

14          A      When they were -- when they were talking

15      to me or I was, you know, dealing with them, I would

16      use that name.

17          Q      So did you introduce yourself as

18      Mark Graber at Eian Labs while you were at

19      Eian Labs?

20          A      If somebody asked me my name, I was

21      advised to use Mark Graber.

22          Q      Okay.  Mr. Abittan, are you married?

23          A      Yes.

24          Q      What is your wife's full name?

25          A      Eliana J. Graber.  That's her maiden name.
```

Page 19

1    Sorry.  Abittan.

2         Q    Now, why did you stop using the name

3    Mark Graber?

4         A    Because I was never comfortable with it.

5         Q    Did you ever use the name Mark Graber in

6    your LinkedIn profile?

7         A    Yes.

8         Q    When did you use that?

9         A    Same time period that we just discussed of

10   when I used the name Mark Graber.

11        Q    So you had a separate LinkedIn profile --

12        A    No.

13        Q    -- with the name Mark Graber?

14        A    No.  I didn't want to make a separate

15   profile; so I just changed my name to Mark Graber of

16   my current profile.

17             MR. ECONOMIDES:  Mr. Abittan, make sure,

18   so it's an accurate transcript, to let the question

19   fully finish before -- before you answer.  Thanks.

20   BY MR. HORA:

21        Q    In your LinkedIn profile, you mentioned

22   you used the name Mark Graber, correct?

23        A    Correct.

24        Q    Did you keep the same public pic- --

25   picture?

```
                                              Page 20
 1          A     Yes.
 2          Q     Mr. Graber, do you practice any organized
 3     religion?
 4                MR. ECONOMIDES:  Objection --
 5                THE WITNESS:  I'm not Mr. Graber.
 6     BY MR. HORA:
 7          Q     Mr. Abittan, do you practice any organized
 8     religion?
 9          A     Yes.
10          Q     What is it?
11          A     Judaism.
12          Q     Where -- where is the name of the church
13     where you practice Judaism?
14          A     I don't go to church.
15          Q     Okay.  Mr. Abittan, where did you work
16     prior to AR Trading?
17          A     I was self-employed.
18          Q     Can you please describe your
19     self-employment business.
20          A     Sure.  I worked as a watch dealer on my
21     own, a self-employed business.
22          Q     Did you trade under your name,
23     Ariel Abittan, or a business name?
24          A     A business name.
25          Q     What is that name?
```

```
                                        Page 21
 1          A     RealTime NY.
 2          Q     How long has RealTime NY been in
 3     existence?
 4          A     I don't know the exact date of
 5     incorporation.
 6          Q     Is it older than ten years?
 7          A     No.
 8          Q     Older than five years?
 9          A     Yes.
10          Q     So is it between five to ten years?
11          A     Yes.
12          Q     And where did you work at prior to your
13     self-employment business?
14          A     I worked at Bank of America Merrill Lynch.
15          Q     What was your job title at Bank of
16     America?
17          A     Wealth management advisory.
18          Q     What was -- the job duty entail?
19          A     Servicing existing high-net-worth
20     individuals and, at some point, bringing in new
21     high-net-worth clients.
22          Q     And how long were you there?
23          A     Just shy of three years.
24          Q     Where did you work for prior to Bank of
25     America?
```

```
                                          Page 22
 1          A     I didn't.  I was in school.
 2          Q     Did you do any internship programs while
 3     you were in school?
 4          A     Yes, Bank of America.
 5          Q     Anything else?
 6          A     Credit Suisse.
 7          Q     Going back to your religion, do you go to
 8     temple?
 9          A     Yes.
10          Q     Where is your temple located?
11          A     A couple blocks away from my house.
12          Q     Do you know the name of that temple?
13          A     Yeah.  It's called Firethorn.
14          Q     Would you be able to identify any
15     individuals who have seen you inside Firethorn?
16          A     Yes.
17                MR. ECONOMIDES:  Objection.  Ambiguous.
18                THE WITNESS:  Yes.
19     BY MR. HORA:
20          Q     Can you identify the names of those
21     individuals who can identify you inside Firethorn?
22                MR. ECONOMIDES:  Objection.  Ambiguous.
23     Calls for speculation.
24                THE WITNESS:  Yes.
25     //
```

```
                                                    Page 23
 1     BY MR. HORA:
 2          Q    What are their names?
 3          A    You -- you want me to just list random
 4     people who go to the same temple as me?
 5          Q    Can you please give me five people who can
 6     verify your attendance at Firethorn?
 7          A    Sure.  I can try.
 8               Ben Portal.
 9          Q    How do you spell that?
10          A    P-o-r-t-a-l.
11          Q    Thank you.
12          A    Eric Rosenstock.
13          Q    Can you spell that?
14          A    R-o-s-e-n-s-t-o-c-k.
15          Q    Third person?
16          A    Isaac Moskowitz.
17          Q    Fourth person?
18          A    Eli Ghoori, G-h-o-o-r-i.
19          Q    And the fifth person?
20          A    Moshe Glenn, G-l-e-n-n.
21          Q    Are all these people residing in Lawrence,
22     New York?
23               MR. ECONOMIDES:  Objection.  Compound.
24               THE WITNESS:  Yes.
25               MR. HORA:  Mr. Abittan, I'm handing you a
```

1    document that has been premarked as composite A.

2              Counsel.

3              (Exhibit A was marked for identification

4              by the court reporter.)

5    BY MR. HORA:

6         Q    Now, Mr. Abittan, I am going to show you

7    some pictures that you have previously produced

8    during discovery, and I need you to identify who you

9    believe the individuals are in these photos.

10        A    Sure.

11        Q    Have you seen these documents before?

12        A    I didn't get a chance to review all of

13   them.

14        Q    I'll give you a minute.

15        A    From -- at first glance, it looks like --

16             MR. ECONOMIDES:  Mr. Abittan, yeah,

17   please, for any exhibit, take your time to review

18   everything so that you can give full, fair, honest

19   answers.

20             (Pause.)

21             THE WITNESS:  Yes, I've seen all these.

22   BY MR. HORA:

23        Q    Okay.  Where have you seen it?

24        A    My phone.

25        Q    Did you take these photos?

Page 25

1           MR. ECONOMIDES:  Objection.  Compound.

2           THE WITNESS:  Yes.

3    BY MR. HORA:

4        Q    Okay.  What was the purpose of you taking

5    these photos?

6        A    Various different reasons.

7        Q    Okay.

8           MR. HAN:  Counsel, this isn't supposed to

9    be all the -- the whole Bates range, right?  Because

10   I have missing numbers in here.  I just want to make

11   sure I'm not missing something.

12          MR. HORA:  Yeah, it's specific.

13          MR. ECONOMIDES:  Mr. Hora, would you mind

14   just specifying, then, what's supposed to be in the

15   composite?

16          MR. HORA:  Yeah.  It's -- he's going to --

17          MR. ECONOMIDES:  Okay.

18          MR. HORA:  -- authenticate.

19          MR. ECONOMIDES:  Okay.

20   BY MR. HORA:

21       Q    Mr. Abittan, did you -- did you obtain the

22   consent of these peop- -- did you obtain consent of

23   the people in these photographs before you took the

24   photos of them?

25          MR. ECONOMIDES:  Objection.  Compound.

```
                                              Page 26

 1              THE WITNESS:  Are you asking me a blanket

 2      question on behalf of all of these photos?

 3              MR. HORA:  Yes.

 4              THE WITNESS:  No, I didn't get consent on

 5      all of these.

 6      BY MR. HORA:

 7         Q    Okay.  So for the first page, can you

 8      please read the bottom right-hand corner of the

 9      page?

10         A    ABITTAN000314.

11         Q    Who do you believe the person is in this

12      photo?

13         A    Damien.

14         Q    Okay.  Do you recall when you took this

15      photo?

16         A    Yes.  This was the first time I came to

17      San Francisco to meet them --

18         Q    Okay.

19         A    -- Damien and Lily.

20         Q    Do you recall when?

21         A    2016.

22         Q    Can you please turn to the next page.

23              Can you please read the bottom right-hand

24      corner.

25         A    ABITTAN000315.
```

1          Q     Who do you believe the person is -- the
2     people are in these photos?
3          A     That's Ravi Chirovolou on the left.
4     That's Paul Sherer in the middle.  And that's
5     Damien Ding on the right.
6          Q     Do you recall when you took this photo?
7          A     Yeah, that was one of my trips when we
8     were in the early phases of -- of the business.  I
9     think this is in the phase Project Revolution.
10         Q     Project Revolution.
11               Which business is that?
12         A     All associated with the same business.
13         Q     What is the name of that same business
14    that you say?
15         A     Eian, Findora, Temujin.
16         Q     Do you recall what date this photo was?
17         A     I do not.
18         Q     Was it in 2016?
19         A     Probably 2017, if I had to estimate.
20         Q     Please turn to the next page.
21               Can you please read the bottom right-hand
22    corner.
23         A     ABITTAN000316.
24         Q     Mr. Abittan, who are the persons in
25    these -- in this photo?

                                            Page 28

1        A    Damien Ding on the left, Paul Sherer on

2    the right.

3        Q    Do you recall when you took this photo?

4        A    This is at 69 Isabella Avenue, Lily and

5    Damien's home.

6        Q    Do you recall what year you took this

7    photo?

8        A    That was the same day as the previous

9    photo.  So my estimate was 2017.

10       Q    Mr. Abittan, please turn to the next page.

11            Can you please read the bottom right-hand

12   corner.

13       A    ABITTAN000317.

14       Q    And who are the persons in this photo?

15       A    Lily Chao on the left, Damien Ding on the

16   right.

17       Q    Do you recall when you took this photo?

18       A    Approximate same time period.

19       Q    Would you say 2017?

20       A    Or 2018.

21       Q    Okay.  Do you recall where this photo was

22   taken?

23       A    133 Burns Avenue in Atherton.

24       Q    And why was Lily, Damien, and you there?

25       A    We were having --

```
                                              Page 29
 1              MR. ECONOMIDES:  Objection.  Form.
 2              THE WITNESS:  We were having a meeting
 3      with someone.
 4      BY MR. HORA:
 5          Q    Who were you having a meeting with?
 6          A    I don't remember what his name was.
 7          Q    What was the purpose of the meeting?
 8          A    They were trying to raise money from
 9      somebody.
10          Q    What were you trying to raise the money
11      for?
12          A    Eian, Findora, Temujin.
13          Q    Please turn to the next page.
14               Can you please read the bottom right-hand
15      corner.
16          A    ABITTAN000318.
17          Q    Who do you believe the persons are in this
18      photo?
19          A    Damien Ding to the left.  I don't know who
20      that person is to the right.  I don't remember his
21      name.
22          Q    And do you recall when you took this
23      photo?
24          A    Same time period.
25          Q    Would you say it's 2017?
```

```
                                               Page 30
 1          A     Or 2018.
 2          Q     Okay.  And can you please describe what
 3     was going on in this photo.
 4          A     We were having a meeting.
 5          Q     What was the basis of that meeting?
 6          A     I don't remember.
 7          Q     And where was this photo taken?
 8          A     133 Burns Avenue in Atherton.
 9          Q     Please turn to the next page.
10                Can you please read the bottom right-hand
11     corner of this document.
12          A     ABITTAN000319.
13          Q     Okay.  Who do you believe the person is in
14     this photo?
15          A     Damien Ding.
16          Q     Do you recall when you took this photo?
17          A     2017 or 2018.
18          Q     Where was this photo taken?
19          A     69 Isabella Avenue in Atherton.
20          Q     Okay.  Mr. Abittan, please turn the page.
21                Can you please read the bottom right-hand
22     corner of this document.
23          A     ABITTAN000320.
24          Q     Who do you believe the pho- -- the person
25     is in this photo?
```

```
                                            Page 31
 1        A     That's me and Damien Ding.

 2        Q     When was this photo taken?

 3        A     I don't recall.

 4        Q     Would you say it's in 2017?

 5        A     Possibly.

 6        Q     And how was this photo -- photo taken?

 7        A     With my phone.

 8        Q     Was this taken via FaceTime?

 9        A     Looks like it.

10        Q     And do you recall the conversation during

11   this call?

12        A     No.

13              MR. ECONOMIDES:  Mr. Hora, I'm going to

14   object to the entire line of questioning as outside

15   the scope.  I'm going to ask:  What is the -- the --

16   the connection to identity?  The witnesses aren't

17   similarly situated here.

18              MR. HORA:  Counsel, speaking objections

19   are not allowed -- speaking objections are not

20   allowed in California.  You have to state the

21   specific objection on the record.

22              MR. ECONOMIDES:  Okay.  I object as

23   outside the scope.  And I suppose you can continue.

24              MR. HORA:  Yes.

25        Q     Mr. Abittan, can you please read the
```

Page 32

1    bottom right-hand corner of that document.

2         A     ABITTAN000321.

3         Q     Okay.  Who do you believe the person is in

4    this photo?

5         A     Damien Ding.

6         Q     Do you recall when you took this photo?

7         A     I -- I know when it was, but not -- not

8    the date, but it was one of my trips when I actually

9    flew in with my parents.

10        Q     Do you recall what year that was?

11        A     No.

12        Q     Where was this photo taken?

13        A     At a hotel.

14        Q     Do you remember which hotel?

15        A     No.

16        Q     Do you remember which city this was taken?

17        A     Near the airport.

18        Q     Okay.  Mr. Abittan, please read the bottom

19    right-hand corner of this document.

20        A     ABITTAN000322.

21        Q     Who do you believe the persons are in this

22    photo?

23        A     On the left, that's Lily Chao.

24              MR. ECONOMIDES:  Objection.  Compound.

25              Go ahead.

```
                                              Page 33
 1              THE WITNESS:  On the left, that's
 2     Lily Chao.  In the center, that's my daughter
 3     Gabrielle.
 4     BY MR. HORA:
 5          Q    Do you see -- do you see a figure --
 6     another figure in that photo?
 7          A    Yeah, I do.  That's my wife, Eliana.
 8          Q    Did you take this photo?
 9          A    Yes.
10          Q    Do you recall when you took this photo?
11          A    I don't recall the date offhand right now.
12          Q    Okay.  Was this photo taken in California?
13          A    No.
14          Q    Where is this photo?
15          A    New York.
16          Q    Whose house is this picture -- where is
17     this picture taken?
18          A    My apartment.
19          Q    Is that where you currently reside?
20          A    No.
21          Q    Okay.  Mr. Abittan, please flip the page
22     and read the bottom right-hand corner of the
23     document.
24          A    ABITTAN000323.
25          Q    Who do you believe the persons are in this
```

```
                                        Page 34
 1    photo?
 2         A    The left is Tiffany -- or Lily Chao.  On
 3    the right, it's my wife, Eliana Abittan.
 4         Q    Do you recall when you took this photo?
 5         A    Same day as the previous one.
 6         Q    Do you remember what year?
 7         A    No.
 8         Q    So Lily visited you in your apartment,
 9    correct?
10         A    Correct.
11         Q    Okay.  And is this at your apartment?
12         A    Yes.
13         Q    Go ahead and flip the next page.
14              And can you please read the bottom
15    right-hand corner.
16         A    ABITTAN000324.
17         Q    Okay.  Who do you believe the persons are
18    in this photo?
19         A    On the left is Lily Chao.  On the right is
20    Eliana Abittan.
21         Q    Do you recall when you took this photo?
22         A    Same as the previous.
23         Q    And this photo is taken at your apartment,
24    correct?
25         A    Correct.
```

```
                                            Page 35
 1        Q     Please flip the page and read the bottom

 2   right-hand corner.

 3        A     ABITTAN000325.

 4        Q     Who do you believe the persons are in this

 5   photo?

 6        A     On the left, it's Paul Sherer.  Second to

 7   the left is Damien Ding.  Third to the left is

 8   Lily Chao, followed by Ben Fisch, and all the way on

 9   the right is Charles Lu.

10        Q     Do you recall when you took this photo?

11        A     Not the date.

12        Q     Do you recall what was happening in this

13   photo?

14        A     We were having a meeting.

15        Q     What was the meeting about?

16        A     I can't tell you.

17        Q     And where do you believe the people are in

18   this photo?

19        A     This was in the garage to our office.

20        Q     What office is that?

21        A     I don't remember which office this was --

22   what the address was.

23        Q     The office to what?

24        A     Eian, Findora, Temujin.

25        Q     So the office is in a residential
```

```
                                        Page 36
 1     property, correct?
 2          A     Correct.
 3          Q     Do you recall what that address was?
 4          A     No.
 5          Q     Do you recall what city that Eian was
 6     located at?
 7          A     I don't recall which city this specific
 8     office was in.
 9          Q     Please turn the page.
10                Can you please read the bottom right-hand
11     corner of this document?
12          A     ABITTAN000326.
13          Q     Who believe -- who do you believe the
14     persons are in this photo?
15          A     Starting from the left, Paul Sherer,
16     Damien Ding, Lily Chao, and to the right is
17     Benjamin Fisch.
18          Q     Do you recall when you took this photo?
19          A     No.
20          Q     Do you recall what was going on in this
21     photo?
22          A     We were having a meeting.
23          Q     Do you recall what the basis of that
24     meeting was?
25          A     No.
```

```
                                               Page 37

  1          Q    Do you recall where the persons are

  2     located in this photo?

  3          A    In the garage of --

  4               MR. ECONOMIDES:  Objection.  Vague.

  5               THE WITNESS:  In the garage of the office

  6     at that time.

  7     BY MR. HORA:

  8          Q    Was this at Eian Labs?

  9          A    Yes.

 10          Q    Okay.  Mr. Abittan, please flip the page

 11     and read the bottom right-hand corner of the

 12     document.

 13          A    ABITTAN000328.

 14          Q    Who do you believe the persons are in this

 15     photo?

 16          A    Lily Chao and Gabrielle Abittan.

 17          Q    Did you take this photo?

 18          A    Yes.

 19          Q    And do you recall what was going on in

 20     this photo?

 21          A    She was FaceTiming with my daughter.

 22          Q    Do you recall when you took this photo?

 23          A    No.

 24          Q    Do you recall the basis of the

 25     conversation in this photo?
```

```
                                            Page 38
 1          A     Friendly.
 2          Q     Can you please turn the page and read the
 3     bottom right-hand corner.
 4          A     ABITTAN000329.
 5          Q     Mr. Abittan, can you please describe who
 6     you believe the persons are in this photo?
 7          A     Lily Chao and Eliana Abittan.
 8          Q     And did you take this photo?
 9          A     I believe so.
10          Q     Do you recall when?
11          A     No.
12          Q     Do you recall the basis of -- do you
13     recall what was going on in this photo?
14          A     Just a friendly conversation.
15          Q     Please turn the page and read the bottom
16     right-hand corner.
17          A     ABITTAN000330.
18          Q     Okay.  Mr. Abittan, can you please
19     identify who you believe the persons are in this
20     photo?
21          A     Lily Chao and Ariel Abittan.
22          Q     Do you recall when you took this photo?
23          A     No.
24          Q     Can you please describe what was going on
25     in this photo?
```

```
                                            Page 39
 1          A    We were talking.
 2          Q    Do you recall the basis of that
 3    conversation?
 4          A    No.
 5          Q    Please turn the page and read the bottom
 6    right-hand corner of this document.
 7          A    ABITTAN000331.
 8          Q    Did you take this photo?
 9          A    Yes.
10          Q    Do you recall when?
11          A    No.
12          Q    Okay.  Who are the persons that you
13    believe are in this photo?
14          A    Ricky Fiel, Lily Chao, and my knee.
15          Q    Do you recall what was going on in this
16    photo?
17          A    We were having a meeting.
18          Q    Do you recall the basis of that meeting?
19          A    No.
20          Q    Do you --
21               MR. ECONOMIDES:  I'm sorry.  Objection.
22    Ambiguous.  For the last question.
23    BY MR. HORA:
24          Q    Answer?
25          A    So could you repeat the question?
```

```
                                           Page 40
```

1    What ...?

2         Q    Do you recall what the basis of the

3    meeting was?

4              MR. ECONOMIDES:  Objection.  Ambiguous.

5              You can answer.

6              THE WITNESS:  No.

7    BY MR. HORA:

8         Q    Do you recall when you took this photo?

9         A    I don't recall the date.

10        Q    Okay.  Please flip the page and read the

11   bottom right-hand -- actually, go back, please.

12             Is ABITTAN000331 in front of you?

13        A    Yes.

14        Q    Where was this photo taken?

15        A    That was taken at our office.

16        Q    And which office was that for?

17        A    That was the office on Sand Hill Road.

18        Q    Sand Hill Road?

19        A    I believe that's the name.  Sand Hill.

20        Q    Okay.  Do you recall the specific address

21   for this office?

22        A    No.  I remember the number.

23        Q    Do you remember the town?

24        A    No.

25        Q    Was it here in the Bay Area?

                                                    Page 41

1           A      Yes.

2           Q      Okay.  And which business is this office

3     for?

4           A      Eian, Findora, Temujin.

5           Q      When you mention "Eian, Findora, Temujin,"

6     are you saying this is the office for all three

7     companies?

8           A      Yeah, Eian, Findora, and Temujin.  So,

9     like, just for sake of clarity, when I say them,

10    they're all correlated.  So they're for all of them.

11          Q      Okay.  Your understanding is that they're

12    co-related, correct?

13          A      They are correlated, correct.

14          Q      Okay.  Please flip to the next document

15    and read the bottom right-hand corner.

16          A      ABITTAN000332.

17          Q      Okay.  Who do you believe the person is in

18    this photo?

19          A      Lily Chao.

20          Q      Where was this photo taken?

21          A      Our office.

22          Q      Which address is this office located?

23          A      I believe this was the Sand Hill office.

24          Q      And do you recall what town that is?

25          A      No.

```
                                        Page 42
 1          Q    And can you please describe what was
 2     happening in this photo.
 3          A    I was talking to Lily.
 4          Q    Do you recall the basis of that
 5     conversation?
 6          A    No.
 7          Q    Do you recall when this photo was taken?
 8          A    No.
 9          Q    Okay.  Please flip the page and read the
10     bottom right-hand corner.
11          A    ABITTAN000333.
12          Q    Who do you believe the persons are in this
13     photo?
14          A    On the right is Lily Chao.  I don't know
15     that person's name on the left.
16          Q    And do you recall when you took this
17     photo?
18          A    No.
19          Q    Where was this photo taken?
20          A    That's 133 Burns Avenue.
21          Q    And do you recall what city Burns Avenue
22     is located?
23          A    Atherton.
24          Q    And do you recall what is --
25               MR. MORGUS:  Are we good?  Are we -- we
```

```
                                                    Page 43
 1     lost --
 2               THE VIDEOGRAPHER:  It's actually -- John,
 3     are you still there?  It was just the iPad.
 4               MR. MORGUS:  Excuse me.
 5     BY MR. HORA:
 6          Q    Okay.  Do you recall what was happening in
 7     this photo?
 8          A    We were having a meeting.
 9          Q    Do you recall the basis of that meeting?
10          A    No.
11          Q    Please turn to the next page and read the
12     bottom right-hand corner.
13          A    ABITTAN000334.
14          Q    Okay.  Who do you believe the persons are
15     in this photo?
16          A    Lily Chao on the left.  Damien Ding on the
17     right.
18          Q    And do you recall when you took this
19     photo?
20          A    No.
21          Q    Where was this photo taken?
22          A    133 Burns Avenue.
23          Q    This is in Atherton, correct?
24          A    Correct.
25          Q    Do you recall what was happening in this
```

Page 44

1    photo?

2         A    We were having a meeting.

3         Q    What's the basis of that meeting?

4         A    I don't know.

5         Q    Please turn to the next page and read the

6    bottom right-hand corner.

7         A    ABITTAN000336.

8         Q    Who do you believe the person is in this

9    photo?

10        A    Jianrong Wong.

11        Q    How do you spell that?

12        A    I believe it's J-i-a-n-r-o-n-g.  Last name

13   W-o-n-g or W-a-n-g.

14        Q    And do you recall when you took this

15   photo?

16        A    No.

17        Q    Do you recall why you took this photo?

18        A    No.

19        Q    Where was this photo taken?

20        A    133 Burns Avenue.

21        Q    Okay.  When was the first time you met

22   Mr. Wong?

23        A    The first time I came to Atherton to meet

24   Lily and Damien.

25        Q    Do you recall when?

```
                                        Page 45
 1          A     2016.
 2          Q     Okay.  Do you recall when you took this
 3     photo?
 4          A     I don't recall.
 5          Q     Was it in 2017?
 6          A     I think it was in 2018, but I'm not a
 7     hundred percent sure.
 8          Q     Okay.  What is your relationship with
 9     Mr. Wong?
10          A     What do you mean by what is my
11     relationship?
12          Q     Okay.  Is Mr. Wong a colleague?
13          A     No.
14          Q     Is Mr. Wong a friend?
15          A     No.
16          Q     Is Mr. Wong a coworker?
17          A     No.
18          Q     Is Mr. Wong a supervisor?
19          A     No.
20          Q     Okay.  Let me backtrack.
21                Was he a colleague?
22          A     No.
23                MR. ECONOMIDES:  Objection.  Ambiguous.
24     BY MR. HORA:
25          Q     Was he a friend of yours?
```

```
                                              Page 46
 1          A     No.

 2                MR. ECONOMIDES:  Object- -- objection.

 3     Ambiguous.

 4                Give me a moment.

 5     BY MR. HORA:

 6          Q     Was he a coworker of yours?

 7                MR. ECONOMIDES:  Objection.  Ambiguous.

 8                THE WITNESS:  No.

 9     BY MR. HORA:

10          Q     Was he a supervisor of yours?

11                MR. ECONOMIDES:  Objection.  Ambiguous.

12                THE WITNESS:  No.

13     BY MR. HORA:

14          Q     How did you came about knowing Mr. Wong?

15          A     When I would come to the Bay Area, I would

16     often sleep in 69 Isabella Avenue, which was where

17     Lily and Damien would put me up in their home, and

18     Mr. Wong was the home caretaker and driver.

19          Q     When you say "home caretaker," which home

20     does he caretake for?

21          A     Primarily 69 Isabella.

22          Q     You also mentioned he was a driver,

23     correct?

24          A     Yes.

25          Q     Did he drive you around Atherton?
```

```
                                      Page 47
 1        A    Yes, from time to time.
 2        Q    Did you have business dealings with
 3   Mr. Wong?
 4        A    No.
 5        Q    Okay.  Why did you produce this picture to
 6   us?
 7             MR. ECONOMIDES:  Objection.
 8             I instruct you not to answer to the extent
 9   it would involve attorney-client communications.  If
10   you have an answer that does not involve
11   attorney-client communications, then you can answer.
12             THE WITNESS:  Can you repeat the question?
13   BY MR. HORA:
14        Q    Why did you produce this picture to us?
15        A    I produced every picture I have to my
16   attorneys.
17        Q    Okay.  Did you have any allegations
18   against Mr. Wong?
19             MR. ECONOMIDES:  Objection.  Ambiguous.
20   Vague.
21             THE WITNESS:  Can you clarify the
22   question?
23   BY MR. HORA:
24        Q    Are you filing any lawsuit against
25   Mr. Wong?
```

```
                                            Page 48
 1          A    No.
 2          Q    Okay.  Do you believe Mr. Wong has any
 3     relationship with Lily Chao?
 4          A    Yes.
 5          Q    What is that relationship?
 6          A    He is the caretaker and driver for her
 7     home and herself.
 8          Q    Do you believe Damien Ding has a
 9     relationship with Mr. Wong?
10          A    Yes.
11          Q    What is that?
12          A    He's the caretaker and driver for his home
13     and for himself.
14          Q    Okay.  Please turn to the next page.
15               Please read the bottom right-hand corner
16     of this document.
17          A    ABITTAN000337.
18          Q    Who do you -- who do you believe the
19     person is in this photo?
20          A    Lily Chao.
21          Q    Do you recall when you took this photo?
22          A    No.
23          Q    What was happening in this photo?
24          A    We were in the car.
25          Q    Where were you driving to?
```

```
                                              Page 49
 1          A     I don't recall.
 2          Q     Were you driving?
 3          A     It appears that way.
 4          Q     And you don't recall where you were
 5    driving to?
 6          A     No.
 7          Q     Do you recall where you were driving from?
 8          A     I actually think we were coming from a
 9    party store.  She was -- this was before a party
10    that she was making either for one of her children
11    or Halloween.  I don't remember which one that she
12    was making at her home.
13          Q     Did you say "before her children"?
14          A     One of her children's birthdays or
15    Halloween.  I don't remember which one of them.
16          Q     So did Lily Chao mention to you that she
17    has children?
18          A     Yes.
19          Q     Did she say how many?
20          A     Yes.
21          Q     How many was that?
22          A     Three.
23          Q     Did she tell you what those -- the name of
24    her children were?
25          A     Yes.
```

```
                                              Page 50
 1          Q     What are their names?
 2          A     Peter, Chris, and Ian.
 3          Q     Did you ever meet Peter?
 4          A     Yes.
 5          Q     Did you ever talk to Peter?
 6          A     Yes.
 7          Q     Did you ever meet Chris?
 8          A     Yes.
 9          Q     Did you ever talk to Chris?
10          A     Yes.
11          Q     Did you ever meet Ian?
12          A     Yes.
13          Q     Did you ever talk to Ian?
14          A     Yes.
15          Q     Did you ever ask Peter who his mother is?
16          A     Yes.
17          Q     What was Peter's response?
18          A     I never explicitly asked him who his
19    mother was, but he's made comments about his mother,
20    talking about Lily.
21          Q     When you mentioned making comments about
22    his mother, do you recall what he said?
23                MR. ECONOMIDES:  Objection.  Vague.
24    Ambiguous.
25                THE WITNESS:  I remember the first time
```

```
                                           Page 51

 1      when I met him and I introduced myself as Ariel, he

 2      said he always hears his mom talking about Ariel.

 3      BY MR. HORA:

 4           Q     Did Peter ever say his mom's name is Lily?

 5           A     No.

 6           Q     Did Peter ever say his mom's name is

 7      Yuting?

 8           A     No.

 9           Q     Did Peter ever say his mom's first name?

10           A     No.

11           Q     You mentioned you met Chris before, right?

12           A     Yes.

13           Q     Did you ever ask him about who his mother

14      was?

15           A     He never explicitly said who his mother

16      is, but it was obvious.

17           Q     What do you mean, "obvious"?

18           A     The context and situation made it obvious.

19           Q     Okay.  Do you recall an instance where --

20      when that happened?

21           A     Several.

22           Q     Can you please describe one.

23           A     Picking them up from school or dropping

24      them off.

25           Q     Did Chris ever mention the name of his
```

```
                                        Page 52
 1    mother?
 2         A    No.
 3         Q    Did you ever ask Chris what the name of
 4    his mother is?
 5         A    No.
 6         Q    Did Chris ever say his mother's name is
 7    Lily?
 8         A    No.
 9         Q    Did Chris ever say his mother's name's
10    Yuting?
11         A    No.
12         Q    You mentioned earlier that you met Ian,
13    right?
14         A    Yes.
15         Q    Did you ever ask Ian what his mother's
16    name is?
17         A    No.
18         Q    Did Ian ever say his mother's name's Lily?
19         A    Not explicitly, no.
20         Q    What do you mean, "not explicitly"?
21         A    Again, she -- he insinuated that his
22    mother was Lily.
23         Q    Would he point to Lily and say that's his
24    mother?
25         A    I've heard him call "Mom" to -- to Lily.
```

```
                                        Page 53
 1          Q     When -- when you said Ian called Lily
 2     "Mom," was that in English or Chinese?
 3          A     It was in English.
 4          Q     Okay.  Did -- do you recall Ian ever
 5     saying his mom's name's Lily?
 6          A     No.
 7          Q     Do you ever recall Ian saying his mom's
 8     name's Yuting?
 9          A     No.
10          Q     Do you recall Peter saying his dad's
11     name's Damien?
12          A     No.
13          Q     Do you recall Chris saying his dad's
14     name's Damien?
15          A     No.
16          Q     Do you recall Ian saying his dad's name is
17     Damien?
18          A     No.
19          Q     Let's go ahead and flip to the next page,
20     and please read the bottom right-hand corner of the
21     document.
22          A     ABITTAN000345.
23          Q     Who do you believe this person is?
24          A     Lily Chao and Damien Ding on the right.
25          Q     Where was this photo taken?
```

```
                                      Page 54
 1          A    One of the offices.

 2          Q    Do you recall which one?

 3          A    I believe this is the Middlefield office.

 4          Q    Do you recall the street number of this

 5     Middlefield office?

 6          A    I do not.

 7          Q    Do you recall which town?

 8               MR. ECONOMIDES:  Objection.  Vague.

 9               THE WITNESS:  Possibly Atherton.  I'm not

10     a hundred percent sure.

11     BY MR. HORA:

12          Q    Okay.  And which office is this

13     Middlefield address for?

14          A    Eian, Findora, Temujin.

15          Q    And do you recall when you took this

16     photo?

17          A    No.

18          Q    And do you recall what was happening in

19     this photo?

20          A    No.

21          Q    Do you recall why you took this photo?

22          A    No.

23          Q    Okay.  Please turn to the next page and

24     read the bottom right-hand corner.

25          A    ABITTAN000346.
```

```
                                              Page 55
 1          Q     Who do you believe the persons are in this
 2    photo?
 3          A     Ricky Fiel on the left, Lily Chao on the
 4    right.
 5          Q     Who is Ricky Fiel?
 6          A     Ricky, at one point, came on as a
 7    HR/recruiting.
 8          Q     For which company?
 9          A     Eian, Findora, Temujin.
10          Q     So did Ricky Fiel work for all three
11    companies simultaneously?
12          A     Well, at different points in time, we --
13    they were -- the company was called a different
14    name, but they were all -- they were all connected.
15          Q     So Ricky Fiel started from which company?
16          A     I don't recall.
17          Q     Did Ricky Fiel start at Findora?
18          A     I don't recall.
19          Q     Did Ricky Fiel start at Eian Labs?
20          A     I don't recall.
21          Q     Okay.  Go and turn the next page.
22                Can you please read the bottom right-hand
23    corner.
24          A     ABITTAN000347.
25          Q     And who do you believe that person is?
```

```
                                              Page 56
```

1          A     Ariel Abittan.

2          Q     Who took this photo?

3          A     I don't recall.  Either Damien or Ravi.  I

4     don't recall.

5          Q     Do you remember when this photo was?

6          A     No.

7          Q     Do you recall what was going on in this

8     photo?

9          A     We were discussing ideas.

10         Q     What ideas were those?

11         A     It looks like we were discussing money

12    markets.

13         Q     Money markets as it's -- as it relates to

14    which company?

15         A     It was a proof of concept for our -- our

16    company.

17         Q     For which company?

18         A     Eian, Findora, Temujin, and, at that time,

19    Powerscale.

20         Q     Was this proof of concept for Powerscale?

21         A     Yes.

22         Q     Was this proof of concept for Eian?

23         A     Powerscale was the proof of concept for

24    Eian.

25         Q     Was this proof of concept for Findora?

```
                                            Page 57
```

 1          A     Yes.

 2          Q     Okay.  In this photo, can you show me

 3     where the proof of concept is as it relates to

 4     Findora?

 5          A     I don't recall what's going on --

 6          Q     Okay.

 7          A     -- at this time.

 8          Q     Okay.  Please turn to the next page and

 9     read the next -- the bottom right-hand corner.

10          A     ABITTAN000350.

11          Q     Who do you believe the persons are in this

12     photo?

13          A     Lily Chao and Damien Ding.

14          Q     Do you recall when this photo was taken?

15          A     No.

16          Q     Do you recall why you took this photo?

17          A     Probably sent it to my wife.

18          Q     What's going on in this photo?

19          A     We were furniture shopping for the -- one

20     of our new offices.

21          Q     Which office is that?

22          A     I don't recall.

23          Q     When you say one of your new offices, how

24     many offices were new?

25          A     Lily kind of changed offices frequently.

```
                                          Page 58
 1     I don't remember which office this -- this was for.
 2          Q    Do you recall which company this office
 3     shopping was for?
 4          A    Some of the companies we would have been
 5     discussing.
 6          Q    Please turn to the next page and read the
 7     bottom right-hand corner of this document.
 8          A    ABITTAN000352.
 9          Q    And please describe who you believe the
10     persons are in this photo.
11          A    That's my wife, Eliana, and two of my
12     daughters.
13          Q    Where was this photo taken?
14          A    That's outside 133 Burns Avenue.
15          Q    Do you recall when you took this photo?
16          A    Yeah, one of our trips when my wife and
17     kids came down.
18          Q    Do you recall what year?
19          A    I don't.
20          Q    Was it 2016?
21          A    No.
22          Q    2017?
23          A    Probably more like '18, '19.
24          Q    Whose car is this?
25          A    That's Lily and Damien's.
```

```
                                                    Page 59
 1          Q     Do you recall what kind of car that is?
 2          A     That's a Tesla Model X.
 3          Q     Okay.  Do you recall what was going on in
 4     this photo?
 5          A     It looks like my wife was getting the kids
 6     in the car.
 7          Q     And do you recall where you were going
 8     that day?
 9          A     No.
10          Q     Turn to the next page and please read the
11     bottom right-hand corner of this document.
12          A     ABITTAN000353.
13          Q     Who do you believe the persons are in this
14     photo?
15          A     To the left is Rebecca Abittan.  The girl
16     holding a baby is Eliana Abittan, holding
17     Gabrielle Abittan, and to the right is Damien Ding.
18          Q     Where was this photo taken?
19          A     133 Burns Avenue.
20          Q     Did you ever spend the night at 133 Burns
21     Avenue?
22          A     Yes.
23          Q     To the best of your knowledge, how many
24     times did you spend -- how many nights did you spend
25     there?
```

```
                                              Page 60

 1          A     How many nights total?  I can't recall.

 2          Q     Was it more than one month?

 3          A     You mean more than 30 consecutive days

 4     total; is that what you're asking?

 5          Q     Cumulative.

 6          A     Cumulative?  I don't -- I don't recall.

 7          Q     Was it less than a week?

 8          A     No.

 9          Q     More than a week?

10          A     Yes.

11          Q     More than two weeks?

12          A     Yes.

13          Q     Okay.  And did you normally stay at the

14     Burns Avenue address when you come to California?

15          A     Sometimes.  I wouldn't say normally.

16          Q     Okay.  Which other addresses would you

17     stay at?

18          A     69 Isabella Avenue.  133 Burns --

19          Q     Would --

20          A     -- and --

21          Q     -- there be a situation where you stayed

22     at Burns Avenue versus Isabella Avenue?

23                MR. ECONOMIDES:  Objection.  Ambiguous.

24                THE WITNESS:  No.  It was -- when I

25     landed, Lily told me where I was going to be staying
```

Page 61

1    that time.

2    BY MR. HORA:

3         Q    Okay.  Please turn the page and read the

4    bottom right-hand corner of this document.

5         A    ABITTAN000358.

6         Q    Did you take this photo?

7         A    Yes.

8         Q    Do you recall when you took this photo?

9         A    No.

10        Q    Who do you believe the persons are in this

11   photo?

12        A    To the right is Damien Ding.  To the left

13   is Jianrong Wong.

14        Q    Why did you take this photo?

15        A    I don't remember.

16        Q    Do you have any pho- -- other photos of

17   Mr. Wong?

18        A    I think we went over one of them prior.

19        Q    Okay.  Are these the only two photos you

20   have of Mr. Wong?

21        A    I'm not sure.

22        Q    Do you have any photos of Mr. Wong's face?

23             MR. ECONOMIDES:  Objection.  Asked and

24   answered.

25             THE WITNESS:  I'm not sure.

```
                                        Page 62
 1     BY MR. HORA:
 2          Q     Where was this photo taken?
 3          A     That's at 69 Isabella Avenue.
 4          Q     Do you recall when the photo was taken?
 5          A     No.
 6          Q     Please flip to the next page and read the
 7     bottom right-hand corner of this document.
 8          A     ABITTAN000359.
 9          Q     Who do you believe the persons are in this
10     photo?
11          A     To the right is Damien Ding.  Middle is
12     Jianrong Wong.  To the left is Selina Chen.
13          Q     How do you spell "Selina"?
14          A     I'm not exactly sure on the spelling.
15     It's either S-e-l-e-n-a or S-e-l-i-n-a.
16          Q     Okay.  Where was this photo taken?
17          A     133 Burns Avenue -- I'm sorry.
18     69 Isabella Avenue.
19          Q     Do you recall when you took this photo?
20          A     No.
21          Q     Do you recall why you took this photo?
22          A     No.
23          Q     Do you see that car on the right?
24          A     Yes.
25          Q     Do you happen to know whose car that is?
```

```
                                            Page 63
 1          A     Lily and Damien's.
 2          Q     What about that Tesla; whose car is that?
 3          A     Lily and Damien's.
 4          Q     Please turn to the next page and read the
 5     bottom right-hand corner of this document.
 6          A     ABITTAN000360.
 7          Q     Who do you -- who do you believe the
 8     persons are in this photo?
 9          A     Damien Ding.
10          Q     Where was this photo taken?
11          A     69 Isabella Avenue.
12          Q     Do you recall when you took this photo?
13          A     No.
14          Q     Was it in 2017?
15                MR. ECONOMIDES:  Go ahead.  Sorry.
16                THE WITNESS:  I'm not sure.
17     BY MR. HORA:
18          Q     What about 2018?
19          A     Possibly.
20          Q     2019?
21          A     Possibly.
22          Q     Okay.  Please turn to the next page and
23     read the bottom right-hand corner of this document.
24          A     ABITTAN000364.
25          Q     Okay.  Who do you believe the persons are
```

```
                                              Page 64
 1     in this photo?
 2         A    Starting on the left, it's Selina Chen.
 3     The child on the left, I believe, is Chris.  The
 4     child on the top right is -- I believe is Ian.  The
 5     child on the bottom right is Rebecca Abittan.
 6         Q    Do you recall when you took this photo?
 7         A    One of my family's trips to San Francisco.
 8         Q    Was it in 2016?
 9         A    No.
10         Q    2017?
11         A    I don't recall the exact date.  Probably
12     more like 2018.
13         Q    Okay.  Do you recall where you took this
14     photo?
15         A    69 Isabella Avenue.
16         Q    And can you please describe where in the
17     property this picture was taken?
18         A    Sure.  Do you want me to describe it to
19     you?
20         Q    Please describe.
21              MR. ECONOMIDES:  Objection.  Vague.
22     Ambiguous.
23              THE WITNESS:  So if you come up to
24     69 Isabella Avenue, go through the gate, you make a
25     left -- into the driveway, you make a left, and you
```

Page 65

1    can either go right or to the left of the little

2    roundabout with some trees in the middle, and then

3    if you go and you bear right around the house,

4    that's where this was taken.  There's a tennis court

5    with a fence going through it.

6    BY MR. HORA:

7         Q    So is it fair to say this is on the side

8    of the house?

9         A    Yes.

10        Q    Was this on the back of the house?

11        A    On the side.

12        Q    On the side.

13             Okay.  And please turn to the next page.

14             Have you seen this document before?

15        A    Yes.

16        Q    Okay.  And please read the bottom

17    right-hand corner.

18        A    ABITTAN000365.

19        Q    Who do you believe this person is?

20        A    Lily Chao.

21        Q    Is this the same person that you witnessed

22    take her deposition earlier today?

23        A    Yes.

24        Q    And do you know any other names for

25    Lily Chao?

```
                                              Page 66

 1          A     Yes.

 2          Q     What are those?

 3          A     The names that she -- her alias names.

 4          Q     Okay.  Can you repeat what names you knew

 5     Lily Chao prior to today?

 6          A     Sure.  Tiffany Shen, Tiffany Chen,

 7     Yuting Chen.

 8          Q     Okay.  Is that all?

 9          A     That's all that I've used with her.

10          Q     Okay.  So prior to today, the only names

11     you knew Lily Chao was Tiffany Chen or Yuting Chen,

12     correct?

13          A     Lily Chao --

14          Q     Okay.

15          A     -- Tiffany Shen, Tiffany Chen,

16     Yuting Chen.

17          Q     I'm sorry.  Say -- say that second ...

18          A     Lily Chao.

19          Q     Okay.

20          A     Tiffany Shen.

21          Q     Shen.  How do you spell that?

22          A     S-h-e-n.

23                Tiffany Chen, C-h-e-n.

24          Q     Okay.  And then what was the fourth one?

25          A     I never called her Yuting Chen, but she
```

```
                                          Page 67
 1     used that name.
 2          Q     Okay.  When you said "she," are you
 3     talking about the person in the photos?
 4          A     Yes, sir.
 5          Q     Okay.  Do you recall when she used the
 6     name Yuting Chen?
 7          A     She used that name when she would purchase
 8     watches.
 9          Q     Okay.  And is that part of your watch
10     business?
11          A     Yes.
12          Q     Is that part of RealTime?
13          A     Yes.
14          Q     Do you recall any other times that this
15     person, this -- that the person in this photograph
16     used the name Lil- -- Yuting Chen?
17          A     Yes.  She used it -- she used it at other
18     times.
19          Q     Do you recall what those times were?
20          A     No.  She would use it on some documents
21     from time to time.
22          Q     Do you recall what those documents are?
23          A     No.
24          Q     How do you know they were documents?
25          A     She also used it when she asked me to
```

Page 68

1      add -- authorize users for a credit card.  She asked

2      me to use Yuting Chen -- get a credit card under

3      "Yuting Chen".

4           Q    So let me get this straight.  This per- --

5      the person in this photo is asking you to add

6      Yuting Chen as an authorized user for a credit card;

7      is that your testimony?

8                MR. ECONOMIDES:  Objection.  Misstates the

9      testimony.

10               THE WITNESS:  The person in this picture

11     asked me to get a credit card for Yuting Chen.

12     BY MR. HORA:

13          Q    For Yuting Chen?

14          A    Yes.  She sent me information for

15     Yuting Chen and said, "Please order a credit card."

16          Q    When you mention "order a credit card,"

17     whose name would the credit card be under?

18          A    The -- when we opened the company, myself,

19     Lily, and Damien were the first three people,

20     founders.  So when we opened the company, I opened

21     it -- the company card under my name.  So I was the

22     one adding the authorized users under her direction.

23          Q    So you're the primary card holder?

24          A    Correct.

25          Q    And the authorized user is Yuting Chen?

```
                                          Page 69
 1          A     She was one of them.
 2          Q     How many other people were in -- how many
 3     other authorized users were in your credit card?
 4          A     I don't recall.  Several.
 5          Q     Is it less than five?
 6          A     No.
 7          Q     More than five?
 8          A     Yes.
 9          Q     Less than ten?
10          A     Probably around ten.  I don't remember
11     exactly.
12          Q     Do you recall who else was an authorized
13     user in your credit card?
14          A     Selina Chen, Charles Lu, Ravi Chirovolou,
15     Fiona Zhang, Xu Fe.  Her name might Xi.  I don't
16     know if it's Xu or Xi.  There may be a few others
17     that I can't think of right now.
18          Q     Do you have any family members that also
19     was an authorized user?
20          A     Eliana Abittan.
21          Q     Any other family members?
22          A     No.
23          Q     So just your wife?
24          A     Yes.
25          Q     Okay.  And is this a company card?
```

```
                                          Page 70
 1          A     Yes.
 2          Q     What was the name on this company card?
 3          A     There was a Juniper Ventures Incorporated
 4    card.  There was a Project Revolution card.  I think
 5    that's it.
 6          Q     Okay.  Were you the primary card holder
 7    for both Juniper Ventures and Project Revolution
 8    card?
 9          A     Yes.
10          Q     Were you primarily liable for the charges
11    on these two cards?
12          A     Yes.
13          Q     What type of card is it?
14          A     The Juniper Ventures was a Visa.
15          Q     What about the Project Revolution?
16          A     Was an AmEx.
17          Q     Okay.  The prior authorized users that you
18    listed, were they also an authorized user for the
19    Project Revolution card?
20          A     I don't remember which ones were which.
21          Q     Okay.  Why were these authorized users on
22    this -- on these credit cards?
23          A     Because that's what Lily told me I should
24    do.
25          Q     Were there any other credit cards that
```

```
                                                  Page 71
 1      Lily told you to use?
 2          A     There was a Visa, the -- the Juniper Visa.
 3      There was the Project Revolution AmEx.  And there
 4      were times when she was using my RealTime card to
 5      make charges -- to do charges.
 6          Q     Was she an authorized user in your
 7      RealTime --
 8          A     No.
 9          Q     -- credit card?
10                How did she make those charges on your
11      RealTime credit card?
12          A     She asked me if she could use my credit
13      card to make charges and she would reimburse me.
14          Q     So you provided consent on those specific
15      instances?
16          A     On the RealTime?  Yes.
17          Q     Okay.  Please turn to the next page --
18          A     Mm-hmm.
19          Q     -- and read the bottom right-hand corner
20      of this document.
21          A     ABITTAN000366.
22          Q     And who do you believe the persons are in
23      this photo?
24          A     Lily Chao.
25          Q     And do you recall when you took this
```

```
                                          Page 72
 1    photo?
 2         A     No.
 3         Q     Where was this photo taken?
 4         A     133 Burns Avenue.
 5         Q     And do you recall what was happening in
 6    this photo?
 7         A     It looks like she was eating.
 8         Q     And why would you take the photo -- why
 9    did you take this photo?
10         A     I don't remember.  Probably send it to my
11    wife.
12         Q     Okay.  Please turn to the next page.
13               Who do you believe the persons -- the
14    person is in this photo?
15         A     Damien Ding.
16         Q     Where was this photo taken?
17         A     69 Isabella Avenue.
18         Q     Do you remember when you took this photo?
19         A     Yes.
20         Q     When was that?
21         A     One of the earlier photos -- meetings
22    early on.
23         Q     When you say early meetings, when do you
24    recall that meeting?
25         A     Probably around 2017.
```

```
                                          Page 73
 1          Q     And what was the meeting about?

 2          A     We were writing our initial white paper.

 3          Q     For which company?

 4          A     At the time, it was called Project

 5     Revolution, which then became Eian.

 6          Q     Okay.

 7                MR. ECONOMIDES:  And I'm just going to

 8     reiterate my objection to the entire line of

 9     questioning on composite Exhibit A as outside the

10     scope of the identity topic.

11                MR. HORA:  Mr. Abittan, do you need to

12     take a break?

13                THE WITNESS:  No, I'm good.  Thank you.

14     BY MR. HORA:

15          Q     So, to confirm, have you ever physically

16     met a person by the name of Lily Chao?

17          A     Yes.

18          Q     When was the first time that you met

19     Ms. Chao?

20          A     2016.

21          Q     How did you meet Ms. Chao?

22          A     Can you explain the question?

23          Q     What's the circumstances that you met

24     Ms. Chao for the first time?

25          A     Physically meeting?
```

```
                                         Page 74
 1          Q    Yes.
 2          A    In the Bay Area.  I came to San Francisco
 3     to meet her and Damien.
 4          Q    Why did you come to the Bay Area?
 5          A    To discuss business dealings.
 6          Q    Did you ever communicate to Ms. Chao prior
 7     to coming to the Bay Area?
 8          A    Yeah.
 9          Q    What were those business dealings about?
10          A    Watches.
11          Q    The first time you met Ms. Chao, what did
12     she look like?
13               MR. ECONOMIDES:  Objection.  Vague.
14     Ambiguous.
15               THE WITNESS:  Similar to what she looked
16     like today.
17     BY MR. HORA:
18          Q    Do you recall what was her hair color the
19     first time you met her?
20          A    Same hair color it was today.
21          Q    Do you recall what her height was the
22     first time you met her?
23          A    Same height she was today.
24          Q    Okay.  Do you recall what age she was when
25     you met her?
```

```
                                            Page 75
 1          A     No.
 2          Q     What name did you use to introduce
 3     yourself to Ms. Chao when you first physically met
 4     her?
 5          A     Ariel Abittan.
 6          Q     Now, did you know anything about Ms. Chao
 7     prior to physically meeting her?
 8          A     Yes.
 9          Q     How often did you communicate with
10     Ms. Chao prior to physically meeting her?
11          A     Not often.
12          Q     Okay.  How did you communicate to Ms. Chao
13     prior to physically meeting her?
14          A     Via text message.
15          Q     Do you recall what phone number you texted
16     her prior to meeting her?
17               MR. ECONOMIDES:  Objection.  Ambiguous.
18               THE WITNESS:  Not, like, offhand, but yes.
19     BY MR. HORA:
20          Q     So the prior method of you contacting
21     Ms. Chao prior to meeting her was via text, correct?
22          A     Correct.
23          Q     And how long have you known Ms. Chao?
24          A     I began talking to her either end of 2015
25     or early '16.
```

```
                                                    Page 76
 1          Q    And how did you go about first texting
 2     Ms. Chao?
 3          A    Via Damien.  He put us in touch.
 4          Q    What was the basis of that conversation?
 5               MR. ECONOMIDES:  Objection.  Vague.
 6     Ambiguous.
 7               THE WITNESS:  Watches and travel to meet
 8     her.
 9     BY MR. HORA:
10          Q    Okay.  What did Damien say to you to
11     introduce Ms. Chao?
12          A    I don't recall the exact conversation, but
13     he put us in touch so that we can coordinate the
14     trip and the timing.
15          Q    Okay.  So the first time you met Ms. Chao
16     was in 2016, correct?
17          A    Yes.
18          Q    When was the next time you met Ms. --
19     Ms. Chao, physically?
20          A    I don't recall.
21          Q    Now, did you keep in constant
22     communications with Ms. Chao after you visited the
23     Bay Area?
24          A    Yes.
25          Q    What was the purpose of those
```

Page 77

1    communications?

2          A      Watches, primarily.

3          Q      And when did you and Ms. Chao begin to

4    talk other business dealings?

5          A      Several months after that.

6          Q      Do you recall when?

7          A      The end of that year, December.

8          Q      Would you say it's --

9          A      I -- I -- it -- it -- it could have been

10   the next year.  I don't recall the exact years.

11         Q      Is it fair to say end of 2016, early 2017?

12         A      I don't recall the exact year.

13         Q      Okay.  Do you recall discussing nonwatch

14   business with Lily in 2017?

15         A      Again, I don't know the exact years.

16         Q      Okay.

17         A      I can look it up, but I don't know the

18   years.

19         Q      Now, after you left the Bay Area, how

20   often did you -- I'm sorry.  Strike that.

21                After you left the Bay Area in 2016, how

22   often a week did you interact with Ms. Chao?

23         A      Daily.

24         Q      Was it for the watch business?

25         A      It was for the watch business up until the

```
                                            Page 78
 1      point when we started discussing new business
 2      venture --
 3            Q     Okay.
 4            A     -- and then it was both.
 5            Q     And do you recall when that was?
 6            A     We just went over this.  I don't recall
 7      the exact date.
 8            Q     Okay.  Was it in 2018?
 9            A     I don't recall the exact date.
10            Q     Was it in 2019?
11            A     Before 2019.
12            Q     Okay.  Was it in 2017?
13            A     I believe it was end of 2017 or end of
14      2018.
15            Q     Now, in 2017, how often did you interact
16      with Ms. Chao in person?
17            A     When I came to the Bay Area.
18            Q     In 2017, how often did you come to the Bay
19      Area?
20            A     I don't remember exactly.
21            Q     More than five times?
22            A     I don't think so.
23            Q     Okay.  Now, why did you visit Lily Chao in
24      the Bay Area in 2017?
25            A     Watch related.
```

1      Q    Was it primarily watch-related business

2    that you visited Ms. Chao in 2017?

3      A    Yes.

4      Q    Did you talk any other business that is

5    not related to watches in 2017?

6      A    I don't recall the exact dates.

7      Q    What about in 2018; how often did you

8    interact with Ms. Chao in person?

9      A    I don't recall exactly.

10     Q    Was it more than five times?

11     A    I don't recall.

12     Q    Was it more than ten times?

13     A    No.

14     Q    Okay.  Now, in 2018, what was the reason

15   why you -- why you primarily visited Ms. Chao in the

16   Bay Area?

17     A    Well, again, that would piggyback off the

18   dates that I'm unsure of.  So from the -- from the

19   point in which we started discussing our new

20   business venture, I visited her for watches and for

21   the new project, Eian, Findora, Temujin.

22     Q    Okay.  When did you and Ms. Chao primarily

23   started talking about other nonwatch businesses?

24     A    I don't recall the exact date.

25          MR. ECONOMIDES:  Objection.  Vague.

```
                                            Page 80
 1      Ambiguous.

 2      BY MR. HORA:

 3           Q     Okay.  How did you primarily interact with

 4      Ms. Chao?

 5           A     Via text message.

 6           Q     How often did you text Ms. Chao?

 7           A     Daily.

 8           Q     Did you text Ms. Chao daily in 2016?

 9           A     No.

10           Q     What about in 2017?

11           A     I believe so, or often.

12           Q     Okay.  What about 2018?

13           A     Yes.

14           Q     2019?

15           A     Yes.

16           Q     2020?

17           A     A good part of 2020, yeah.

18           Q     What about phone calls; did you interact

19      with Ms. Chao via phone call?

20           A     Yeah.

21           Q     How often, would you say?

22           A     Pretty often.  Possibly, in those years,

23      daily.

24           Q     Okay.  Would you say it's daily in 2016?

25           A     No.
```

```
                                            Page 81
 1          Q     2017?

 2          A     Yes.

 3          Q     '18?

 4          A     Yes.

 5          Q     '19?

 6          A     Yes.

 7          Q     '20?

 8          A     Part of it.

 9          Q     What about emails; how often did you

10     interact with Ms. Chao via email?

11          A     Not often.

12          Q     What email address did you use to

13     communicate with Ms. Chao?

14          A     I either used -- I don't have that many

15     emails.  So I either used my personal email or my

16     business email, Findora or Eian.  I'm sorry.  Just

17     Eian.

18          Q     What was your Eian email address?

19          A     Ariel@eian.io.

20          Q     Did you have any other business address in

21     2017?

22          A     Can you explain the question?

23          Q     Did you have any other business address in

24     2017?

25          A     When you say "address" ...?
```

Page 82

1       Q     Strike that.

2             Did you have any other email address in

3    2017?

4             MR. ECONOMIDES:  Objection.  Asked and

5    answered.

6             MR. HORA:  Actually, strike that.

7       Q     Did you have any other business email

8    address in 2017?

9             MR. ECONOMIDES:  Objection.  Asked and

10    answered.

11            THE WITNESS:  I don't remember.  Possibly

12    ariel@junipervc.com.

13    BY MR. HORA:

14       Q     Okay.  So in 2017, the only email address

15    you had was your Gmail account, your Eian account,

16    and your Juniper VC account; is that correct?

17       A     I also had my RealTime emails.

18       Q     Okay.  What about in 2018?

19       A     So I don't remember the exact time

20    periods, but as the companies evolved, emails were

21    made for those companies.

22       Q     Okay.  In 2018, do you recall having any

23    other business email address?

24       A     Again, depending on the time that the

25    companies evolved and were created, that's when we

```
                                             Page 83
 1    made the company email for those companies.
 2        Q    What about 2019; did you have any other
 3    business email address?
 4        A    The same ones I had pertaining to the
 5    companies we had at that time.
 6        Q    Did you ever have a Findora email address?
 7        A    No.
 8        Q    Why not?
 9        A    Lily instructed somebody not to create the
10    email.  Damien.
11        Q    So you never had any email address at
12    Findora, correct?
13        A    Correct.
14        Q    Okay.  Now, what email address did you use
15    for Ms. Chao when you emailed her?
16        A    I didn't email -- email her much.  She
17    used two emails:  Lily@eian.io and Lily Chao -- I
18    believe it's lilychao86@gmail.  Or 886.  I don't
19    remember.
20        Q    Okay.  Was there a preferred method of
21    interaction with Ms. Chao, depending on the
22    situation?
23        A    Usually --
24             MR. ECONOMIDES:  Objection.  Vague.
25    Ambiguous.
```

```
                                                    Page 84

 1              THE WITNESS:  Usually text message.

 2      BY MR. HORA:

 3          Q     And during business situations, did she

 4      prefer text messages or email messages?

 5          A     Text message.

 6          Q     What about personal situations?

 7          A     Text message.

 8          Q     What about the watch business?

 9          A     Text message.

10          Q     What about Findora?

11          A     Text message.

12          Q     No emails with you through Findora?

13          A     I didn't say that.

14          Q     Now, going back to you visiting Ms. Chao,

15      was there any ever instance where you brought anyone

16      else, other than you, to California when you visited

17      Ms. Chao?

18          A     Yes.

19          Q     Who else was with you when you visited

20      Ms. Chao?

21          A     My family.

22          Q     Who were they?

23          A     My wife, Eliana, and my children -- at

24      that time, I believe Rebecca and Gabrielle -- and a

25      babysitter named Tessa.
```

```
                                      Page 85
 1        Q    Did you stay anywhere else other than the
 2   Burnside [sic] address and the Isabella address when
 3   you came to California?
 4        A    I never stayed at an address "Burnside."
 5        Q    What was that other address that you
 6   mentioned?
 7        A    Burns.
 8        Q    Burns.  Thank you.
 9             Other than the Burns address and the
10   Isabella address, did you stay at -- anywhere else
11   in California when you visited?
12        A    Yes.
13        Q    Where at?
14        A    I stayed at hotels, and I stayed at one of
15   Lily's apartments.
16        Q    Which apartment was that?
17        A    I don't remember the exact address.  I
18   have it somewhere.
19        Q    Do you recall which city that was?
20        A    Palo Alto, or it could have been Redwood
21   City.  I'm not exactly sure.
22        Q    Okay.  How would you describe your
23   relationship with Ms. Chao in 2016?
24        A    We were doing watch business.
25        Q    How would you describe your relationship
```

```
                                             Page 86
 1    with Ms. Chao in 2018 -- I'm sorry.  Strike that.
 2              How would you describe your relationship
 3    with Ms. Chao in 2017?
 4        A    Closer than it was in 2016.  Doing more
 5    business.
 6        Q    When you mean "more business," can you
 7    describe what other types of business other than the
 8    watch business?
 9        A    The watch business primarily.
10        Q    What else?
11        A    In 2017, I believe that we were doing
12    watch business.
13        Q    Okay.  How would you describe your
14    relationship with Ms. Chao in 2018?
15        A    Closer --
16        Q    Okay.
17        A    -- than the previous year.
18        Q    How would you describe -- when you mean --
19    what do you mean, "closer"?
20        A    Speaking more often.
21        Q    Did you have any business relationship
22    with Ms. Chao other than the watch business?
23        A    In general?
24        Q    Yeah.
25        A    Yes.
```

```
                                        Page 87
 1          Q    What types of business relationship were
 2    those?
 3          A    We were starting the -- the Eian company.
 4          Q    So 2018 is when you and Lily started --
 5          A    I don't recall the exact date.
 6          Q    Okay.  Around 2018 --
 7          A    Yeah.
 8          Q    -- is when you and Lily started the Eian
 9    business?
10          A    Around.  Again, I don't really recall the
11    dates.
12          Q    Did you put any capital contributions on
13    the Eian Labs?
14          A    Yes.
15          Q    How much?
16          A    So Juniper Ventures, which owned all of
17    the companies that we're discussing -- the initial
18    capital contribution was made $50,000 for each of
19    us.
20          Q    What about Eian Labs; did you put any
21    capital contributions specifically to Eian Labs?
22               MR. ECONOMIDES:  Objection.  Outside the
23    scope.
24               THE WITNESS:  Yeah, Juniper Ventures was
25    the umbrella company to Eian.
```

Page 88

1    BY MR. HORA:

2         Q    And that was the 50,000, correct?

3         A    Correct.

4         Q    Okay.  What about 2019; how would you

5    describe your relationship with Ms. Chao?

6         A    Closer than it was in 2018.

7         Q    Did you have any other business

8    relationship with Ms. Chao, other than Eian, Juniper

9    Ventures, and the watch business?

10        A    When you say "Eian" and "Juniper

11   Ventures," I just want to make it clear that I don't

12   recall what the name of the company was at that

13   time.  Again, she changed the company several times.

14   So it could have been anywhere from Juniper Ventures

15   to Porepsus Labs to Project Revolution to Eian to

16   Temujin, and there may be others that I missed.

17        Q    Okay.  Now, speaking about those other

18   business companies, did you maintain an email

19   address for each of those business companies --

20        A    Not all of them.

21        Q    Do you recall which ones?

22        A    Juniper.  Project Revolution, I believe.

23   Eian.  I think that's it.

24        Q    Okay.  What was your -- what was your

25   title at Juniper Ventures?

```
                                        Page 89
 1          A     At Juniper Ventures, I was president and
 2      owner.
 3          Q     Did your email address state that you were
 4      the president/owner at Juniper Ventures?
 5          A     I don't recall.
 6          Q     At Eian Labs, what was your title at
 7      Eian Labs?
 8          A     President and owner -- or cofounder.
 9          Q     Did your email address state that you were
10      the founder and president of Eian Labs on your
11      email?
12          A     I don't recall.
13          Q     While you and Ms. Chao were starting the
14      Eian/Juniper Ventures, did you and Ms. Chao take any
15      business meetings while you were here in California?
16          A     Yes.
17          Q     Do you recall when that was?
18          A     I don't recall the dates.
19          Q     Okay.  During those business meetings, who
20      else was present with you and Ms. Chao?
21          A     Damien.
22          Q     Was it mostly just you three for those
23      business meetings?
24          A     In the beginning, before we brought other
25      people on, it was only us three.
```

```
                                            Page 90
 1          Q     Okay.  When you started bringing more
 2     people in, do you recall who those people were?
 3          A     Yes.
 4          Q     What were their names?
 5          A     Ravi Chirovolou.
 6          Q     Okay.
 7          A     Paul Sherer, John Powers.
 8          Q     Okay.  So when you first met Ravi, was
 9     Ms. Chao with you?
10          A     Yes.
11          Q     What did -- what do you recall Ms. Chao
12     used for her [sic] name when she introduced you to
13     Ravi?
14          A     Mark.
15          Q     So she introduced you to Ravi as "Mark"?
16          A     Yes.
17          Q     "This is Mark Graber," correct?
18          A     Yes.
19          Q     The first time you met Paul Sherer, was
20     Lily with you?
21          A     I don't recall.
22          Q     Okay.  The first time you met Paul Sherer,
23     was Damien with you?
24          A     Yes.
25          Q     The first time you met John Powers, was
```

```
                                            Page 91
 1    Lily with you?

 2         A     Yes.

 3         Q     What did she introduce you as to

 4    John Power -- strike that.

 5               How did you introduce yourself to

 6    John Power [sic] when you first met him?

 7         A     "Ariel."

 8         Q     Did you introduce yourself to John Powers

 9    for the first time, or did Lily introduce you?

10         A     I don't recall.

11         Q     Why did you use the name Mark Graber when

12    you first -- when you were first introduced to Ravi?

13         A     I was told --

14               MR. ECONOMIDES:  Asked and answered.

15               THE WITNESS:  I was told to.

16    BY MR. HORA:

17         Q     By who?

18         A     Lily Chao.

19         Q     Okay.  And the first time that you met

20    Ravi, how did Ms. Chao introduce herself to Ravi?

21         A     "Lily."

22         Q     First time you met John Powers, what did

23    Ms. Chao introduce -- what name did Ms. Chao use to

24    introduce herself to John Powers?

25         A     Lily.
```

```
                                           Page 92
 1          Q    Now, did you and Ms. Chao go to any
 2     networking events while you visited California?
 3          A    What do you mean by "networking events"?
 4          Q    Investor meetings.
 5          A    Yes.
 6          Q    Do you recall who was present with you
 7     during these investor meetings?
 8          A    Various different people for various
 9     different meetings.
10          Q    Okay.  When you go to these meetings, who
11     do you normally go with?
12          A    Damien and/or Lily and other people,
13     depending on what the meeting is for.
14          Q    Okay.  In 2017, did you go to any
15     networking events in California?
16          A    I don't --
17          Q    Strike that.
18          A    -- recall.
19          Q    In 2017, did you go to any investor
20     meetings when you visit California?
21          A    I don't recall.
22          Q    In 2018, do you recall going to any
23     investor meetings?
24          A    I don't know the exact date in which we
25     started going to investor meetings.
```

1      Q     What about in 2018; do you recall going to
2      investor meetings in California?
3      A     Again, I don't know the exact date.
4      Q     Okay.  Now, when you go into these
5      investor meetings, how did you normally -- what name
6      did you normally introduce yourself to investors?
7      A     Again, in the early days of the company, I
8      would introduce myself as "Mark" until I started
9      using my real name.
10     Q     Do you recall when you started using your
11     real name at these investor meetings?
12     A     A couple of months into the company.
13     Q     Okay.  When was the last time you had
14     direct communication with Ms. Chao?
15     A     About two hours ago, three hours ago.
16     Q     To confirm your prior testimony, have you
17     ever physically met a person by the name of
18     Damien Ding?
19     A     Yes.
20     Q     When was the first time you met Mr. Ding?
21     A     2016.  In person.  I assume that's what
22     you were asking.  In person?
23     Q     Yes.
24           Now, did you ever communicate to Mr. Ding
25     prior to communicating with him in person?

```
                                          Page 94

 1          A    Yes.

 2          Q    When was that?

 3          A    2015.

 4          Q    All right.  And how were you first

 5     introduced to Mr. Ding?

 6          A    I found him online.

 7          Q    For what?

 8          A    Watch related.

 9          Q    Is this via forums or --

10          A    Yes.  He had a listing on a forum.

11          Q    So did you reach out to him for a listing?

12          A    Yes.

13          Q    Were you trying to purchase a watch from

14     him?

15          A    Yes.

16          Q    Did you purchase the watch from him?

17          A    Yes.

18          Q    Okay.  How long did you -- how did your

19     relationship with Mr. Ding develop from purchasing a

20     watch from him to meeting him in person?

21               MR. ECONOMIDES:  Objection.  Ambiguous.

22               THE WITNESS:  We -- we met in -- in 2015.

23     We started doing some watch business, and after the

24     first couple of deals, we worked well together, and

25     at some point he ended up putting me in touch with
```

Page 95

```
1      his wife, Lily, and I came down to meet them to
2      discuss doing more business together.
3      BY MR. HORA:
4           Q    So in 2016, the first time you came to
5      California, Damien Ding introduced you to his wife,
6      correct?
7           A    Yes.
8           Q    And what was his wife's name?
9           A    Lily -- sorry.  At that time, Tiffany.
10          Q    Oh, his wife's name was Tiffany?
11          A    Yes.  She -- her name was Tiffany.
12          Q    Okay.  Was that the same person in 2016
13     that you met for the first time, the same person
14     sitting across from you today?
15          A    Yes.
16          Q    So the first time you met Ms. Chao
17     earlier, her name was Tiffany, correct?
18          A    Could you rephrase that question?
19          Q    So correct me if I'm wrong.
20               What was Damien Ding's wife name the first
21     time that he introduced you to her in 2016?
22          A    Tiffany.
23               MR. ECONOMIDES:  Objection.  Asked and
24     answered.
25     //
```

Page 96

```
 1    BY MR. HORA:
 2        Q    All right.  And that's the same person
 3    that was in front of you today?
 4        A    Yes.
 5            MR. HORA:  Do you guys want to go on break
 6    or just keep going?
 7            MR. ECONOMIDES:  I'm fine to keep going,
 8    but every- -- everyone else is their own person.
 9            MR. HORA:  Yeah, why don't we take a
10    little break.  Just five minutes?
11            THE WITNESS:  Sure.  I'm okay, but
12    whatever you guys want.
13            THE VIDEOGRAPHER:  This marks the end of
14    Media No. 1.  Off the record.  The time is 9:57.
15            (Recess.)
16            THE VIDEOGRAPHER:  This marks the
17    beginning of Media No. 2 in the deposition of
18    Ariel Abittan.  Back on the record.  The time is
19    10:00 -- I'm sorry -- yeah, 10:04.
20            MR. HORA:  Okay.  We're back on the
21    record.
22        Q    Mr. Abittan, is it your prior testimony
23    that the person that was sitting across from you
24    today was Damien Ding's wife the first time you met
25    Damien?
```

Page 97

```
 1        A    Yes.
 2             MR. ECONOMIDES:  Objection.  Asked and
 3   answered.
 4   BY MR. HORA:
 5        Q    You mentioned her name was Tiffany back
 6   then, correct?
 7        A    Yes.
 8        Q    Do you recall when she started using the
 9   name Lily?
10        A    Yes.
11        Q    When was that?
12        A    Prior to our first meeting when we were on
13   our way to meet Ravi for the first time.
14        Q    Okay.  Okay.  Mr. Abittan, can you please
15   grab the stack of documents that's been premarked as
16   composite A.
17        A    Sure.
18        Q    And turn to ABITTAN000364.
19             MR. ECONOMIDES:  I didn't know we were
20   going back to these.  I thought you were done.
21             MS. PIERCE:  What number was it?
22             MR. HORA:  000364.
23             MR. ECONOMIDES:  I'm an idiot.
24        Q    Mr. Abittan, you recall the woman on the
25   left, correct?
```

```
                                          Page 98

 1          A     Yes.

 2          Q     What was her name again?

 3          A     Selina Chen.

 4          Q     Do you know what the relationship is of

 5     Selina Chen to Damien Ding?

 6          A     The relationship I was told?

 7          Q     No.

 8                Have you -- okay.  Let me backtrack.

 9                What relationship were you told of

10     Selina Chen and Damien Ding?

11          A     Sister-in-law.

12          Q     Who told you that?

13          A     Both Lily and Damien.

14          Q     Have you ever interacted with Selina Chen?

15          A     Yes.

16          Q     What was the nature of those interactions?

17          A     Very surface level and basic.

18          Q     Did you ever socialize with Selina Chen?

19          A     What was that?

20          Q     Did you ever socialize with Selina Chen?

21          A     What do you mean by "socialize"?

22          Q     Did you ever talk to Selina Chen via

23     phone?

24          A     I never spoke to her via, like, on the

25     phone, only via text.
```

```
                                         Page 99
 1          Q    So you spoke to -- so you texted
 2    Selina Chen, correct?
 3          A    Yes.
 4          Q    Do you recall what that phone number was?
 5          A    Not without looking at my phone.
 6          Q    Okay.  Do you recall what, primarily, the
 7    basis of those text messages were?
 8          A    Yes.
 9          Q    What were they?
10          A    Trying to meet up with Lily in the later
11    days of the company when she became less accessible.
12          Q    Did you hear Selina Chen use any
13    nicknames?
14          A    What do you mean by "use"?
15          Q    Strike that.
16               Did you ever hear Selina Chen use any
17    aliases?
18          A    No.
19          Q    Did you hear anyone ever identify Selina
20    as a different name?
21          A    Yes.
22          Q    What name was that?
23          A    I don't recall because it was Chinese.
24          Q    And how did you know it was a different
25    name?
```

```
                                        Page 100
 1          A     Because I heard.

 2          Q     In Chinese?

 3          A     Yeah.  It didn't sound like Selina.

 4          Q     Do you recall when that was?

 5          A     Every time I was with her and she was with

 6     somebody else from the family.

 7          Q     Okay.  So every time you communicated with

 8     her, did you address her as "Selina"?

 9          A     Yes.

10          Q     And every time a Chinese person spoke to

11     her, they addressed her under a different name,

12     correct?

13               MR. ECONOMIDES:  Objection.  Vague.

14     Ambiguous.  Calls for speculation.  Lack of

15     foundation.

16               THE WITNESS:  I didn't say that, no.

17               MR. HORA:  Okay.  Can you repeat your

18     statement regarding -- actually, backtrack.

19               Madam Court Reporter, can you repeat

20     Mr. Abittan's response to two questions ago.

21               (Record read by the reporter as follows:

22                   "QUESTION:  Okay.  So every time you

23                communicated with her, did you address her

24                as 'Selina'?

25                   "ANSWER:  Yes.")
```

1          MR. HORA:  What was the next one?

2          THE REPORTER:  After that?  Before that?

3          MR. HORA:  Before that.

4          (Record read by the reporter as follows:

5               "QUESTION:  Do you recall when that

6          was?

7               "ANSWER:  Every time I was with her

8          and she was with somebody else from the

9          family.")

10         THE REPORTER:  Before ...

11         (Record read by the reporter as follows:

12              "QUESTION:  How did you know it was a

13         different name?

14              "ANSWER:  Because I heard.

15              "QUESTION:  In Chinese?

16              "ANSWER:  It didn't sound like

17         Selina.

18              "QUESTION:  Do you recall when that

19         was?

20              "ANSWER:  Every time I was with her

21         and she was with somebody else from the

22         family.")

23         MR. HORA:  Thank you.

24    Q    Mr. Abittan, do you recall who addressed

25    Selina under a different Chinese name?

```
                                            Page 102
 1        A    Yeah, like I said, the people that lived
 2   with her.
 3        Q    Do you recall who those people were?
 4        A    Yes.
 5        Q    Who were they?
 6        A    Damien, Lily, Chris, and Ian, and
 7   Jianrong Wong.
 8        Q    So Jianrong Wong lived at which address?
 9        A    They -- Jianrong Wong lived on the
10   premises 69 Isabella Avenue.
11        Q    And you mentioned Selina Chen was a
12   sister-in-law, correct?
13        A    Yes.
14        Q    Of who?  Damien or Lily?
15        A    Selina Chen was introduced to me as Lily's
16   sister.
17        Q    Lily's sister or sister-in-law?
18        A    No.  I believe I said sister-in-law when
19   you asked me the relationship to Damien.
20        Q    Okay.  So you mentioned that, just to be
21   clear, the person -- the female in this photograph
22   is Lily Chao's sister?
23        A    That's how I was introduced.
24        Q    And who introduced you to that?
25        A    Lily and Damien and Selina.
```

1      Q     Okay.  Is that still your current

2  understanding?

3      A     Yes.

4      Q     Did you ever discuss any business dealings

5  with this Selina person?

6      A     No.

7      Q     So you never discussed any watch business

8  with her?

9      A     No.

10     Q     Did you ever hear anyone call her by the

11 name of Yuting?

12     A     No.

13     Q     Other than today, did you hear anyone call

14 her Yuting at the Isabel [sic] address?

15     A     No.

16     Q     Okay.  In 2016, how would you describe

17 your relationship with Mr. Ding?

18     A     Business relationship?

19     Q     Yeah.

20     A     What do you mean by how would you describe

21 it?

22     Q     What type of business relationship did you

23 have with Mr. Ding in 2016?

24     A     Watch related.

25     Q     What about in 2017; what type of business

1    relationship did you have with him?

2        A    Primarily watches.

3        Q    And then did it turn over to -- did it

4    transition to other businesses?

5        A    Again, I don't recall the exact date and

6    year, but whenever that transition happened, then

7    the transition of our relationship evolved into

8    watches and the new business.

9        Q    Okay.  Is it fair to say this is between

10   2017 and '18?

11       A    Yes.

12       Q    Okay.  What was -- how often did you

13   interact with Mr. Ding in 2016?

14       A    I don't remember exactly in 2016.

15       Q    Okay.  Do you recall what the primary

16   method is of interacting with Mr. Ding in -- in that

17   year?

18       A    Text message -- email in the beginning and

19   text message -- evolved into text message.

20       Q    Do you recall what email he used?

21       A    Yes.

22       Q    What was that?

23       A    Oneplustwowatch@gmail.com, I believe.

24       Q    Okay.  And what about 2017; how often did

25   you interact with Mr. Ding?

```
                                       Page 105
 1          A     Much more frequently.
 2          Q     What was the primary method of contacting
 3     Mr. Ding?
 4          A     Text message.
 5          Q     Do you recall what that text number is?
 6          A     I -- I -- I would know it if I looked at
 7     my phone.
 8          Q     What about email; did you communicate with
 9     Mr. Ding via email?
10          A     Only for certain email-related matters,
11     such as sending things that needed to be sent via
12     email.
13          Q     Do you recall what email he used?
14          A     Oneplustwowatch and possibly another
15     email.  I don't recall what it is.
16          Q     Okay.  What about 2018; how often did you
17     interact with Mr. Ding?
18          A     More frequently than 2017.
19          Q     Did you talk to Mr. Ding via text more
20     often or via email?
21          A     Definitely more often via text.
22          Q     Okay.  Do you recall what emails Mr. Ding
23     used in 2018?
24          A     No.
25          Q     What about 2019; how often did you
```

```
                                        Page 106
1     interact with Mr. Ding?
2          A     Often.
3          Q     Was it primarily via text or email?
4          A     Text.
5          Q     Do you recall what email Mr. Ding used?
6          A     Whatever we were up to in the company.  He
7     had company email pertaining to the name of that
8     company at that time.
9          Q     Did you ever visit Mr. Ding in California?
10         A     Yes.
11         Q     How often did you visit Mr. Ding?
12         A     What time period are you talking about?
13         Q     How often did you visit Mr. Ding in 2017?
14         A     I don't remember.
15         Q     What about 2018?
16         A     I don't remember by date.  I can tell you
17    by time period within the companies.
18         Q     Okay.  Can you be more elaborate with the
19    time period you recall?
20         A     Sure.
21         Q     Please explain.
22         A     When it was starting the company, I was
23    coming a lot more frequently.  When we were building
24    it from ground up, bringing people on and
25    recruiting, once, twice a month in the beginning of
```

1    the company.

2         Q    Okay.  Now, did you go to any investor

3    meetings with Mr. Ding in 2017?

4         A    I don't recall by date.

5         Q    Okay.  Do you recall going to investor

6    meetings with Mr. Ding in 2018?

7         A    I don't recall by date.

8         Q    What about 2019?

9         A    I don't recall by date.

10        Q    When do you recall going to investor

11   meetings with Mr. Ding?

12        A    Again, I don't recall by date, but I

13   remember certain situations.

14        Q    Okay.  Can you describe one of those

15   certain situations?

16        A    Sure.

17             We met at a restaurant.  I believe it was

18   in San Francisco, in the City, and we met with

19   somebody by the name of Karthik who we were trying

20   to bring on, onto the team at that time.

21        Q    Okay.  Now, during that meeting, what

22   was -- which company were you trying to bring on --

23   Mr. Karthik; is that correct?

24        A    His first name is Karthik.

25        Q    Karthik.

```
                                          Page 108
```

 1            What -- which business were you trying to

 2     bring in Mr. Kar- -- Karthik?

 3        A    It was either Eian or Findora at that

 4     time.

 5        Q    Okay.  And what was your job title at Eian

 6     at that time?

 7        A    It was president and founder.

 8        Q    What about your title at Findora?

 9        A    The same.

10        Q    Founder; is that correct?

11        A    Yeah, I was -- I never changed, so ...

12        Q    Okay.  Did you ever -- during that

13     meeting, did you represent yourself as founder of

14     Findora to Karthik?

15        A    Yes.

16        Q    Did you represent yourself as the CEO of

17     Findora to Karthik?

18        A    No.

19        Q    Did you represent yourself as founder at

20     Eian Labs to Karthik at that meeting?

21        A    I don't recall specifically if I said I'm

22     the founder, but that's what I was; so it's

23     possible.

24        Q    Okay.  Now, Mr. Abittan, have you ever

25     physically met a person by the name of Yuting Chen?

Page 109

```
 1         A    I don't know.
 2         Q    So you don't know if you've ever met a
 3    person by the name of Yuting Chen?
 4         A    That's correct.
 5         Q    Okay.  To the best of your recollection --
 6    recollection, is there any person by the name of
 7    Yuting Chen that you have communicated with?
 8              MR. ECONOMIDES:  Objection.  Asked and
 9    answered.
10              THE WITNESS:  Yes.
11    BY MR. HORA:
12         Q    Okay.  When was the first time you
13    communicated with a Yuting Chen?
14         A    I'm going to answer this question with the
15    understanding that this is just what I think --
16         Q    Yes.
17         A    -- based off of hearing previous testimony
18    of what I heard earlier today of Lily Chao.
19         Q    No.  Prior -- okay.  Let me rephrase that.
20              Prior to today --
21         A    Prior to today.
22         Q    Prior to today, when was the first time
23    you communicated with a Yuting Chen?
24         A    So, again, I'm going to use the deposition
25    from earlier today to answer that question --
```

1      Q    Okay.

2      A    -- because my understanding as to who

3  Yuting Chen is -- I now have an understanding based

4  off today's deposition.

5      Q    Okay.  Please describe.

6      A    So what was the question?  When was the

7  last time?

8      Q    When was the first time --

9      A    The first time.

10     Q    -- you communicated with a Yuting Chen?

11     A    The first or the second time I came to

12  San Francisco.  Probably the first time I went to

13  their home at 69 Isabella.

14     Q    Was that the same person that was sitting

15  across -- across from you today?

16     A    No.

17     Q    Can you describe what that person looked

18  like?  I'm sorry.

19          Can you describe what Yuting Chen looked

20  like the first time you met her?

21          MR. ECONOMIDES:  Objection.  Vague.

22  Ambiguous.

23          THE WITNESS:  So, again, from my learnings

24  today in the earlier deposition --

25          MR. HORA:  Mm-hmm.

```
                                              Page 111
 1              THE WITNESS:  -- with Lily Chao, my
 2    understanding is that this person in this picture
 3    who I introduced to you today as Selina Chen is
 4    Yuting Chen.
 5    BY MR. HORA:
 6         Q    That's Yuting Chen?
 7         A    That's what I believe.  I was never
 8    introduced to her as Yuting Chen, but my
 9    understanding now is that this is Yuting Chen.
10         Q    Okay.  Just to be clear, your
11    understanding now is that is Yuting Chen, correct?
12         A    That's what I believe.
13         Q    Okay.  Prior to today, your understanding
14    is that was Selina Chen, correct?
15         A    That's what I was told.
16         Q    Okay.  Thank you.  So -- okay.  Thank you.
17    That clarifies a lot of things.
18              Did you ever do any watch business with --
19    actually, strike that.
20              When you were doing a watch business with
21    a female, who do you believe that person to be?
22         A    It was Lily Chao.
23              MR. ECONOMIDES:  Objection.  Vague.
24    Ambiguous.
25              Sorry.  Go ahead.
```

                                            Page 112

1              THE WITNESS:  It was Lily Chao.

2              MR. HORA:  Lily Chao?

3        Q    Was that the same person that was across

4    from you today?

5        A    Yes.

6        Q    So since 2016, up until today, you believe

7    that you were conducting a watch business with

8    Lily Chao --

9        A    And --

10       Q    -- is that correct?

11       A    And Damien Ding.

12       Q    And Damien Ding.

13       A    Yes.

14       Q    Just to be clear, you were only conducting

15   watch business with one female; is that correct?

16       A    Yes.

17       Q    Okay.  Is that female the person that is

18   in front of you today?

19       A    There's no one in front of me.

20             MR. ECONOMIDES:  Objection -- objection.

21   Form.

22             MR. HORA:  I'm sorry.  Let me rephrase.

23       Q    Is the person you believe you were

24   conducting a watch business with the same person as

25   you see in front of you that's been marked as

1    ABITTAN000364?

2         A    No.

3         Q    Okay.  So you don't believe you did a

4    watch business with that person?

5         A    No.

6         Q    Okay.  Okay.  On what basis can you

7    differentiate Yuting Chen from -- strike that.

8              On what basis can you differentiate

9    Selina Chen from Lily Chao?

10             MR. ECONOMIDES:  Objection --

11             MR. HORA:  Strike that.

12        Q    On what basis can you differentiate

13   Yuting Chen from Selina Chen?

14             MR. ECONOMIDES:  Objection.  Vague.

15   Ambiguous.

16             THE WITNESS:  Can you explain the

17   question?

18             MR. HORA:  Okay.  We're moving on.

19        Q    Now, going back to your history, you

20   mentioned that you're a founder at Findora, correct?

21        A    I said I was a founder at Eian.

22        Q    Did you ever represent to anyone that you

23   were a founder at Findora?

24        A    Well, I mean, the -- the company's name

25   just evolved.  So I don't recall if I ever

1     represented myself as a founder of Findora

2     specifically.

3          Q    Okay.  So is it your understanding that,

4     as the company evolved, you were the founder of this

5     prior companies as it evolved?  Is that a fair

6     assessment?

7               MR. ECONOMIDES:  Objection.  Ambiguous.

8               THE WITNESS:  Can you repeat the question?

9     BY MR. HORA:

10         Q    Is it your testimony that, as the founder

11    at Juniper Ventures --

12         A    Mm-hmm.

13         Q    -- you're also the successive founder of

14    Eian and Findora?

15         A    Yes.

16         Q    And why do you believe that?

17         A    Because that's what it is and what the --

18    the business arrangement that I made with my

19    partners at that time.

20         Q    Okay.  Were these business arrangement

21    memorialized in a written document?

22         A    Yes.

23         Q    Okay.  And do you recall which documents

24    those were?

25               MR. ECONOMIDES:  Sorry.  One second.

```
                                            Page 115
 1              Objection.  Form.

 2              You can answer.

 3              THE WITNESS:  I don't recall the specific

 4     titles of the documents.

 5     BY MR. HORA:

 6         Q    Okay.  So going back to the founding of

 7     Juniper Ventures --

 8         A    Mm-hmm.

 9         Q    -- who do you believe was -- who do you

10     believe you were partners with?

11         A    Damien and Lily.

12         Q    And was it an equal split between three

13     parties?

14         A    No.

15         Q    What was the split on the profits?

16         A    50/50.

17         Q    So 50 percent to you and Lily and Damien;

18     correct?

19         A    50 percent to me; 50 percent to them.

20         Q    Okay.  Perfect.

21              Now, do you -- is it your understanding

22     that that business arrangement transitioned to

23     Eian Labs?

24         A    Yes.

25         Q    Is it your understanding that business
```

Page 116

1     arrangement transferred from Eian Labs to Findora?

2          A     Yes.

3               MR. ECONOMIDES:  One moment.

4               I'm just objecting to the whole line

5     again.  It is way outside the scope.

6               You can answer.

7               THE WITNESS:  Yes.

8               MR. HORA:  Yes.  Okay.

9          Q     So because of that business arrangement,

10    did you believe that you're a founder of Findora?

11         A     Yes.

12         Q     Did you portray yourself in any social

13    media as the founder of Findora?

14         A     Yes.

15         Q     Which social media sites did you portray

16    yourself as a Findora foun- -- founder?

17         A     LinkedIn.

18               MR. ECONOMIDES:  Sorry.  Objection.  Vague

19    on the last one.

20    BY MR. HORA:

21         Q     Do you currently portray yourself as a

22    founder of Findora in your LinkedIn profile?

23         A     No.

24         Q     Okay.  On your LinkedIn profile, do you

25    portray yourself as a founder of any doc- -- any

Page 117

1     companies?

2          A     Possibly Juniper Ventures.  I haven't

3     looked at my LinkedIn profile in some time.  I

4     believe.

5          Q     Any other companies?

6          A     I don't recall.  I don't think so.

7          Q     Okay.  Did you ever represent yourself as

8     a founder of Findora to any investors?

9          A     Specifically Findora?

10         Q     (Nods head.)

11         A     No.

12         Q     What about Temujin; did you represent

13    yourself as a founder of Temujin to any investors?

14         A     I don't recall if it was Temujin.  What --

15    I don't recall at what point in the company the

16    names changed with, you know, my meetings, so ...

17         Q     Sure.  That's fair.

18               What about Eian Labs; did you ever

19    represent yourself as a -- as a founder to any

20    investors?

21         A     Yes.

22         Q     Okay.  What about the employees of

23    Eian Labs; did you represent yourself as a founder

24    to any Eian Lab employees?

25         A     Yes.

Page 118

1        Q     What about Temujin employees?

2        A     The same employees.

3        Q     What about Findora employees?

4        A     They were the same employees.

5        Q     Okay.  While at Juniper Ventures, do you

6   recall what title Ms. Chao portrayed herself as to

7   investors?

8        A     Chairman.

9        Q     Chairman?

10       A     Or chairwoman.  However.  I don't know.

11       Q     What about at Eian Labs; do you recall

12   what title Ms. Chao portrayed herself as to

13   investors at Eian Labs?

14       A     Same:  Chair.

15       Q     Do you recall what title Ms. Chao

16   portrayed herself as at Findora?

17       A     I believe it was the same.

18       Q     Did she represent the same title to

19   investors through those three companies?

20       A     Yes.  And founder, in addition to chair.

21       Q     What about Mr. Ding; do you recall how --

22   what title he portrayed himself as at Juniper

23   Ventures?

24       A     I don't remember specifically for Juniper

25   Ventures.

Page 119

1        Q    That's fine.

2             What about Eian Labs?

3        A    Chief operating officer.

4        Q    At Findora?

5        A    Chief operating officer.

6        Q    What about -- what about Temujin?

7        A    Again, I can't tell you specifically to

8   Temujin, again, because of timing of the -- of the

9   companies, but I would assume it would have been the

10  same:  Operating officer.

11       Q    Okay.  Did you and Ms. Chao ever attend

12  any business meetings together at -- under the

13  Findora umbrella?

14       A    I don't recall the timing of the company.

15       Q    Did you and Ms. Chao ever attend any

16  business meetings together under the Temujin

17  business?

18            MR. ECONOMIDES:  Sorry.  One second.

19            Objection.  Ambiguous.

20            THE WITNESS:  Can you repeat the question?

21  BY MR. HORA:

22       Q    Did you and Ms. Chao ever attend any

23  business meetings together at Temujin?

24       A    I don't think I ever went on a meeting

25  with her where we introduced ourselves as being from

Page 120

1    Temujin.

2         Q    What about Mr. Ding; did you ever attend

3    any business meetings with investors -- strike that.

4              Did you ever -- did you ever attend any

5    business meetings with Mr. Ding with investors at

6    Findora?

7         A    I don't recall.

8         Q    Did you attend any business meetings with

9    Mr. Ding and investors at Temujin?

10        A    I don't recall the names at that time of

11   the company.

12        Q    Going back to your LinkedIn profile, do

13   you maintain that you're still the current founder

14   of Eian Labs as of today?

15        A    In relation to -- are you asking me if I

16   have that on my profile?

17        Q    Yeah.

18        A    I don't think I do, no.

19        Q    Do you maintain you're still the current

20   president of Juniper -- I'm sorry.

21             Do you maintain you're still the current

22   CEO of Juniper Ventures in your LinkedIn profile?

23        A    I believe so, yes.

24             MR. HORA:  Madam clerk.

25             Counsel.

```
                                              Page 121

1                THE VIDEOGRAPHER:  B?

2                MR. HORA:  That's Exhibit B.

3                THE VIDEOGRAPHER:  Exhibit B.

4                (Exhibit B was marked for identification

5                by the court reporter.)

6                MR. HORA:  Do you want one more?  This is

7        Exhibit C.

8                (Exhibit C was marked for identification

9                by the court reporter.)

10               MR. HORA:  Counsel.

11               MS. PIERCE:  Is this going to be one

12       exhibit?

13               MR. HORA:  Two.

14               Exhibit A?  B?  Or B, C.  B, C.

15               MR. ECONOMIDES:  This is B (indicating)?

16               MS. PIERCE:  Mm-hmm.

17               MR. ECONOMIDES:  Okay.

18       BY MR. HORA:

19          Q    Okay.  Mr. Abittan, I'm presenting you

20       with what's been premarked as Lily Chao's Exhibit B.

21               Have you ever used the proton email

22       address before?

23          A    I don't know what that is.

24               MR. ECONOMIDES:  Just, objection.  Lack of

25       foundation or authentication.
```

```
                                            Page 122
 1              THE WITNESS:  No, I've never heard of
 2     "proton mail."
 3     BY MR. HORA:
 4          Q    Okay.  Are you familiar with the
 5     findoraconcerns@protonmail.com email address?
 6          A    No.
 7          Q    Have you ever used the
 8     findoraconcerns@protonmail.com email address?
 9          A    No.
10          Q    Okay.  Did you send this email?
11          A    No.
12          Q    Can you please turn to Exhibit C.
13          A    I'm here.
14          Q    Did you send that email?
15          A    No.
16              MR. HORA:  Okay.  Thank you, Mr. Abittan.
17              MR. HAN:  Counsel, there's no Bates stamps
18     on these two exhibits.  Can you let us know where
19     you collected these emails from?
20              MR. HORA:  My client just forwarded that
21     to me this week.
22              MR. HAN:  Which client?
23              MR. HORA:  Damien Ding.
24              MR. HAN:  Damien Ding forwarded this to
25     you?
```

Page 123

```
 1              MR. HORA:  Yeah.
 2              MR. HAN:  And was it from his Temujin
 3     email or his Findora email or something else?
 4              MR. HORA:  I can't answer that question.
 5     I don't know.
 6              MR. HAN:  So you're using, as exhibits,
 7     two unauthenticated emails that haven't been
 8     produced in this litigation yet.
 9              MR. HORA:  Yes.  We just produced it now.
10              MR. ECONOMIDES:  Well, objection.  This is
11     not a production.  This is not Bates-stamped, not
12     sourced, no metadata.  We don't know anything about
13     this.  I understand you're making your
14     representation on the record, but beyond that, we
15     don't know anything about it.  So I don't think it's
16     been produced.  So I would call for a full
17     production with proper metadata and proper
18     Bates-stamping.
19              MR. HORA:  Okay.  Well, we're almost done.
20     Can we take, like, a five-minute just to try to wrap
21     things up?
22              THE WITNESS:  Whatever you guys need.
23              THE VIDEOGRAPHER:  Off the record.  The
24     time is 10:40.
25              (Recess.)
```

Page 124

```
 1              THE VIDEOGRAPHER:  We're back on the
 2     record.  The time is 10:45.
 3     BY MR. HORA:
 4          Q    Okay, Mr. Abittan, did you know Ms. Chao
 5     was using an alias?
 6          A    When?
 7          Q    Did you know Ms. Chao was using an alias
 8     in 2016?
 9          A    I don't remember by date.  I knew she
10     started using an alias when she started using the
11     name Lily.
12          Q    And prior to that, you knew her as
13     Tiffany, correct?
14          A    Correct.
15          Q    And the first time you met her was in
16     2016, correct?
17          A    Correct.
18          Q    And just to recall your memory, you
19     mentioned that Lily started using the name Lily
20     first time you met Ravi, correct?
21          A    It was on the way in the car.  She told me
22     she was going to go by the name Lily.
23          Q    And what did you think when she said that
24     she was going to go by the name of Lily?
25          A    I asked her why.
```

Page 125

```
 1          Q     What was her response?
 2          A     "I don't want him to know my real name."
 3          Q     Lily didn't -- Ms. Chao didn't want Ravi
 4     to know his real name -- her real name?
 5          A     Yes.
 6          Q     Did you ask her what her real name was?
 7          A     I just assumed it was the -- the name of
 8     the person she introduced me by.
 9          Q     Let me rephrase that.
10          Did you ask what Lily's real name was at
11     the time?
12          A     No.
13          Q     So you just went with Lily?
14          A     Well, I knew her as Tiffany.
15          Q     Mm-hmm.
16          A     So the first time I met her she introduced
17     herself as Tiffany, and I assumed that was her name.
18     Typically when I meet somebody, they tell me their
19     name, I don't second-guess it.  And then, at that
20     time, when we were on our way to meet Ravi for the
21     first time, she told me, "I'm going to use an alias.
22     I'm going to go by the name Lily."
23          Q     Okay.  So this whole time you thought that
24     her real government name was Tiffany?
25          A     I didn't say that.
```

Page 126

1      Q    Okay.  So, at that time, you thought her
2   real name was Tiffany instead of Lily, correct?
3      A    Correct.
4      Q    Okay.  And did you ever ask Ms. Chao what
5   her government name was?
6      A    No.
7      Q    So from that car ride, did you address
8   Ms. Chao as Lily going forward?
9      A    I did after we started bringing people on
10   in the company, per her request.
11      Q    And at no time did you ever second-guess
12   Lily's real name?
13      A    You mean the name Tiffany?
14      Q    Yes.
15      A    No.
16      Q    When did you stop believing Ms. Chao's
17   real name was Tiffany?
18      A    I don't think I ever stopped believing.  I
19   think I realized that it was probably an American
20   name that she chose at some point because she didn't
21   want to use her Chinese name.
22      Q    And did you ever thought about asking her
23   what her Chinese name is?
24      A    No.
25      Q    Why not?

Page 127

```
 1          A     Why --
 2                MR. ECONOMIDES:  Objection.  Calls for
 3     speculation.
 4                You can answer.
 5                THE WITNESS:  Don't see why -- I don't
 6     know.
 7     BY MR. HORA:
 8          Q     Did you ever think that Tiffany Chao was
 9     her Chinese government name?
10          A     I never really thought about her Chinese
11     government name.
12          Q     Okay.  Last question:  Did you ever think
13     Yuting Chen was Lily's Chinese government name?
14          A     Yes.
15          Q     When did you think that?
16          A     I don't recall exact time.
17          Q     Do you recall what period?
18          A     Yeah.  At some point after we were doing a
19     lot of watch business, I made the assumption that it
20     was her Chinese name because of all the -- a lot of
21     watch paperwork of pieces that she would pick up
22     would have that name --
23                MR. HORA:  Okay.
24                THE WITNESS:  -- on the certificate.
25                MR. HORA:  Thank you, Mr. Abittan.  I
```

Page 128

1      really appreciate your time.

2                  THE WITNESS:  Thank you.

3                  MR. HAN:  No questions.

4                  MR. ECONOMIDES:  I'm going to do --

5                  MR. HORA:  Redirect?

6                  MR. ECONOMIDES:  -- five minutes of

7      redirect.

8                  MR. HAN:  Do you want to see if John has

9      questions before you --

10                 MR. ECONOMIDES:  I'm sorry.  John, go

11     ahead.

12                 MR. DURRANT:  I don't -- I'm not going to

13     have any questions.  Go ahead, Counsel.

14                 MR. ECONOMIDES:  All right.

15                 Mr. Abittan and everyone, I'm -- I'm going

16     to show him a copy of the counterclaims -- excuse

17     me, the cross-complaint -- his cross-complaint.

18     It's a hundred pages, and we're not printing all of

19     it, but it's here on my iPad.

20                 So I am representing to everyone this is a

21     copy of the cross-complaint in the state litigation.

22     I'm not admitting it as an exhibit, but I'd like you

23     to take a look at a couple of paragraphs.

24                 Let's look at paragraph 163.

25                 THE WITNESS:  163, yeah.  Okay.

```
                                                 Page 129

 1                       EXAMINATION

 2    BY MR. ECONOMIDES:

 3        Q    Okay.  And so you can -- I don't know how

 4    to do this.

 5              Okay.  I'm just going to read this to you.

 6                  [As read]:  Despite using straw

 7                  persons, including, but not limited to,

 8                  Guangua Liang (phonetic), Yangyang

 9                  (phonetic), Jianrong Wang (phonetic),

10                  Jaili Wang (phonetic), Selina Chen

11                  (phonetic), Eechung Yang (phonetic), and

12                  Alex Wang (phonetic), who then even

13                  admitted to Abittan was not a real person,

14                  all the common enterprise agents to

15                  effectuate their fraud, Ding and Chen

16                  controlled the common enterprise entities.

17                  Do you see that?

18        A    Yes.

19        Q    And do you see the mention -- it says

20    Jianrong Wang?

21        A    Yes.

22        Q    Okay.  And do you see how he's part of

23    what's defined as the "common enterprise agents"?

24        A    Yes.

25        Q    Okay.  I'm going to look at 168.
```

```
                                        Page 130

 1          A     Okay.

 2          Q     The allegation is:

 3                [As read]:  Chen and Ding caused the

 4                common enterprise agents to form the

 5                common enterprise entities for the

 6                purpose -- express purpose of defrauding

 7                Abittan and others.  And all material --

 8                excuse me.  At all times material to this

 9                cause of action, the common enterprise

10                agents were a principal agent and/or

11                employee of Chen and Ding and were, at

12                such times, acting within the full scope

13                -- excuse me -- the full course, scope,

14                and authority of their positions with Chen

15                and Ding, therefore imputing liability for

16                their negligent and wrongful acts and

17                resulting damages as outlined herein under

18                inter alia, the principles of respondeat

19                superior, the law of agency, and/or the

20                law of California.

21                Do you see that?

22          A     Yes.

23          Q     And do you see, again, that the common

24     enterprise agents includes the name Jianrong Wang?

25          A     Yes.
```

1          Q     Okay.  And then if you just look at the

2     caption, meaning the very first page --

3          A     Okay.

4          Q     -- do you see the -- it says:

5     Ariel Abittan versus --

6          A     Mm-hmm.

7          Q     -- and then lists various people and

8     entities?

9          A     Yes.

10          Q     And do you see Jian -- Jianrong Wang

11     there?

12          A     Yes.

13          Q     Okay.  Now having looked at that, does

14     that reflesh -- refresh your recollection about

15     whether or not you've raised allegations and claims

16     against that individual in this case?

17          A     Yes.

18          Q     Okay.  Do you recall earlier being asked

19     whether or not you have sued him or intended to sue

20     him and you answered no?

21          A     Yes.

22          Q     Now, that you have seen this, does it

23     refresh your recollection of having sued him?

24          A     Yes.

25          Q     And does it refresh your recollection as

Page 132

1    to the basis for having sued him?

2        A    Yes.

3        Q    Okay.  And do you still maintain that

4    factual basis, sitting here today?

5        A    I -- I maintain the fact that I am suing

6    him.

7            MR. ECONOMIDES:  Okay.  No further

8    questions.  Off record.

9            MR. HORA:  We're good?

10            THE VIDEOGRAPHER:  We are off the record

11    at 10:56 p.m., and this concludes today's testimony

12    given by Ariel Abittan.  The total number of media

13    used was two and will be retained by Veritext Legal

14    Solutions.

15            (TIME NOTED:  10:56 p.m.)

16

17

18

19

20

21

22

23

24

25

Page 133

1     I, the undersigned, a Certified Shorthand

2     Reporter of the State of California, do hereby

3     certify:

4          That the foregoing proceedings were taken

5     before me at the time and place herein set forth;

6     that any witnesses in the foregoing proceedings,

7     prior to testifying, were administered an oath; that

8     a record of the proceedings was made by me using

9     machine shorthand which was thereafter transcribed

10    under my direction; that the foregoing is a true

11    record of the testimony given.

12          Further, that if the foregoing pertains to the

13    original transcript of a deposition in a Federal

14    Case, before completion of the proceedings, review

15    of the transcript [ X ] was [  ] was not requested.

16          I further certify that I am neither

17    financially interested in the action nor a relative

18    or employee of any attorney or any party to this

19    action.

20          IN WITNESS WHEREOF, I have this date

21    subscribed my name.

22    Dated:   04/17/2023

23


24
          Catherine A. Ryan, RMR, CRR, B.S.

25          CSR No. 8239

Page 134

1    CONSTANTINE P. ECONOMIDES

2    ceconomides@fnf.law

3                    April 17, 2023

4    RE:    Temujin Labs Inc. v. Abittan, Ariel, Et Al.

5        3/30/2023, Ariel Abittan (#5841440)

6        The above-referenced transcript is available for

7    review.

8        Within the applicable timeframe, the witness should

9    read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-ny@veritext.com.

16

17    Return completed errata within 30 days from

18   receipt of testimony.

19     If the witness fails to do so within the time

20   allotted, the transcript may be used as if signed.

21

22                    Yours,

23                    Veritext Legal Solutions

24

25

Page 135

1              ACKNOWLEDGMENT OF DEPONENT

2           I, ARIEL ABITTAN, do hereby certify

3       that I have read the foregoing transcript of my

4       testimony, and further certify that it is a true

5       and accurate record of my testimony (with the

6       exception of the corrections listed below):

7       Page    Line                 Correction

8       ____|_____|_____|_____

9       ____|_____|_____|_____

10      ____|_____|_____|_____

11      ____|_____|_____|_____

12      ____|_____|_____|_____

13      ____|_____|_____|_____

14      ____|_____|_____|_____

15      ____|_____|_____|_____

16      ____|_____|_____|_____

17      ____|_____|_____|_____

18      ____|_____|_____|_____

19      ____|_____|_____|_____

20      ____|_____|_____|_____

21

22      Signed under the pains and penalties of perjury

23      this _____ day of _____, 20___.

24

                              _____

25

Page 136

1           I, ARIEL ABITTAN, do hereby declare under

2    penalty of perjury that I have read the foregoing

3    transcript; that I have made any corrections as

4    appear noted, in ink, initialed by me, or attached

5    hereto; that my testimony as contained herein, as

6    corrected, is true and correct.

7           EXECUTED this _____ day of _____,

8    2023, at _____, _____.
                    (City)              (State)

9

10                          _____

                                 ARIEL ABITTAN

11                                VOLUME I

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**[& - 5841440]**                                                    Page 1

**&**

**&**   4:10 8:16

**0**

**000364**   97:22
**04/17/2023**
   133:22
**06**   6:16

**1**

**1**   1:25 4:18
   6:14,17 7:13
   96:14
**10036**   12:23
**10:00**   96:19
**10:04**   96:19
**10:40**   123:24
**10:45**   124:2
**10:56**   3:6
   132:11,15
**1117**   3:4 5:6
   7:21
**11559**   12:7
**121**   6:13,16
**122**   4:7
**1240**   4:18
**129**   6:5
**133**   28:23 30:8
   42:20 43:22
   44:20 58:14
   59:19,20 60:18
   62:17 72:4
**136**   1:25
**16**   75:25
**163**   128:24,25

**168**   129:25
**17**   134:3
**1754**   4:7
**18**   58:23 81:3
   104:10
**19**   58:23 81:5

**2**

**2**   96:17
**2-180**   5:12
**20**   81:7 135:23
**2000**   17:20
**2010**   13:22
   16:1
**2013**   13:22
**2015**   16:3
   75:24 94:3,22
**2016**   26:21
   27:18 45:1
   58:20 64:8
   73:20 76:16
   77:11,21 80:8
   80:24 85:23
   86:4 93:21
   95:4,12,21
   103:16,23
   104:13,14
   112:6 124:8,16
**2017**   16:7
   27:19 28:9,19
   29:25 30:17
   31:4 45:5
   58:22 63:14
   64:10 72:25
   77:11,14 78:12
   78:13,15,18,24

79:2,5 80:10
81:1,21,24
82:3,8,14 86:3
86:11 92:14,19
103:25 104:10
104:24 105:18
106:13 107:3
**2018**   28:20
   30:1,17 45:6
   63:18 64:12
   78:8,14 79:7
   79:14 80:12
   82:18,22 86:1
   86:14 87:4,6
   88:6 92:22
   93:1 105:16,23
   106:15 107:6
**2019**   13:5,7
   63:20 78:10,11
   80:14 83:2
   88:4 105:25
   107:8
**2020**   17:22
   80:16,17
**2021**   6:16
   17:18
**2023**   1:17 3:6
   7:1,6 16:5
   134:3 136:8
**20cv372622**   1:8
   2:8 7:18
**21cv375422**
   1:11 2:10 9:3
**2337**   5:12

**239-0153**   14:3
**24**   6:10
**273-1962**   5:13

**3**

**3/30/2023**
   134:5
**30**   1:17 3:6 7:1
   60:3 134:17
**305**   4:19
**30th**   7:5
**320-1813**   5:7
**320-1900**   5:7
**33131**   4:19
**3400**   4:12
**35**   6:10
**3rd**   4:18

**4**

**408**   4:8,8
**424**   5:13
**436-0758**   4:8
**436-0789**   4:8
**47th**   12:22

**5**

**50**   115:17,19,19
**50,000**   87:18
   88:2
**50/50**   115:16
**500**   4:12
**516**   14:3,9
**5841440**   1:23
   134:5

**[650 - account]**                                          Page 2

| | | | |
|---|---|---|---|
| **6** | 13:11 14:1 | **abittan000319** | **abittan000345** |
| **650**  5:7 | 15:10,16 17:2 | 30:12 | 53:22 |
| **659**  5:7 | 18:22 19:1,17 | **abittan000320** | **abittan000346** |
| **69**  28:4 30:19 | 20:7,15,23 | 30:23 | 54:25 |
| 46:16,21 60:18 | 23:25 24:6,16 | **abittan000321** | **abittan000347** |
| 62:3,18 63:11 | 25:21 27:24 | 32:2 | 55:24 |
| 64:15,24 72:17 | 28:10 30:20 | **abittan000322** | **abittan000350** |
| 102:10 110:13 | 31:25 32:18 | 32:20 | 57:10 |

| **7** | 33:21 34:3,20 | **abittan000323** | **abittan000352** |
|---|---|---|---|
| **732-1253**  14:9 | 37:10,16 38:5 | 33:24 | 58:8 |
| **7484**  133:23 | 38:7,18,21 | **abittan000324** | **abittan000353** |
| **75080**  4:12 | 56:1 59:15,16 | 34:16 | 59:12 |
| | 59:17 64:5 | **abittan000325** | **abittan000358** |

| **8** | 69:20 73:11 | 35:3 | 61:5 |
|---|---|---|---|
| **81**  12:6 | 75:5 96:18,22 | **abittan000326** | **abittan000359** |
| **8239**  1:22 3:8 | 97:14,24 | 36:12 | 62:8 |
| 133:25 | 101:24 108:24 | **abittan000328** | **abittan000360** |
| **851-5997**  4:19 | 121:19 122:16 | 37:13 | 63:6 |
| **886**  83:18 | 124:4 127:25 | **abittan000329** | **abittan000364** |
| **8:09**  3:5 7:2,5 | 128:15 129:13 | 38:4 | 63:24 97:18 |
| | 130:7 131:5 | **abittan000330** | 113:1 |

| **9** | 132:12 134:4,5 | 38:17 | **abittan000365** |
|---|---|---|---|
| **9**  6:4 | 135:2 136:1,10 | **abittan000331** | 65:18 |
| **90077**  5:13 | **abittan's** | 39:7 40:12 | **abittan000366** |
| **94304**  5:6 7:22 | 100:20 | **abittan000332** | 71:21 |
| **95110**  4:7 | **abittan000314** | 41:16 | **able**  22:14 |
| **9:57**  96:14 | 26:10 | **abittan000333** | **above**  134:6 |
| | **abittan000315** | 42:11 | **access**  14:21 |

| **a** | 26:25 | **abittan000334** | **accessible** |
|---|---|---|---|
| **aabittan**  14:13 | **abittan000316** | 43:13 | 99:11 |
| **abittan**  1:8,9 | 27:23 | **abittan000336** | **accomplished** |
| 1:15 2:8,9,11 | **abittan000317** | 44:7 | 13:12 |
| 3:1 4:15 6:3 | 28:13 | **abittan000337** | **account**  82:15 |
| 7:14,15 8:20 | **abittan000318** | 48:17 | 82:15,16 |
| 8:23 9:8,13 | 29:16 | | |
| 11:16 12:4 | | | |

accuracy   134:9
accurate   19:18
  135:5
acknowledg...
  134:12 135:1
acting   130:12
action   8:3 9:2
  130:9 133:17
  133:19
actions   1:11
  7:16
acts   130:16
actually   32:8
  40:11 43:2
  49:8 82:6
  100:18 111:19
add   68:1,5
adding   68:22
addition
  118:20
address   12:5,6
  14:12,14 35:22
  36:3 40:20
  41:22 54:13
  60:14 81:12,18
  81:20,23,25
  82:2,8,14,23
  83:3,6,11,14
  85:2,2,4,5,9,10
  85:17 88:19
  89:3,9 100:8
  100:23 102:8
  103:14 121:22
  122:5,8 126:7

addressed
  100:11 101:24
addresses
  14:17 60:16
administered
  9:9 133:7
admitted
  129:13
admitting
  128:22
advised   17:11
  18:21
advisory   21:17
affiliations   8:9
age   74:24
agency   130:19
agent   130:10
agents   129:14
  129:23 130:4
  130:10,24
ago   93:15,15
  100:20
agree   7:11
ahead   32:25
  34:13 53:19
  63:15 111:25
  128:11,13
airport   32:17
al   1:9 2:9,16,23
  7:15,16 12:21
  134:4
alcohol   11:5
alex   129:12
alia   130:18

alias   15:20
  16:13,18 18:6
  66:3 124:5,7
  124:10 125:21
aliases   17:8
  99:17
allegation
  130:2
allegations
  47:17 131:15
allotted   134:20
allowed   31:19
  31:20
alto   1:16 3:5
  5:6 7:1,21
  85:20
ambiguous
  22:17,22 39:22
  40:4 45:23
  46:3,7,11
  47:19 50:24
  60:23 64:22
  74:14 75:17
  76:6 80:1
  83:25 94:21
  100:14 110:22
  111:24 113:15
  114:7 119:19
america   21:14
  21:16,25 22:4
american
  126:19
amex   70:16
  71:3

angeles   5:13
answer   9:17,19
  10:21 19:19
  39:24 40:5
  47:8,10,11
  100:25 101:7
  101:14,16,20
  109:14,25
  115:2 116:6
  123:4 127:4
answered
  61:24 82:5,10
  91:14 95:24
  97:3 109:9
  131:20
answering   11:3
  11:6
answers   24:19
apartment
  33:18 34:8,11
  34:23 85:16
apartments
  85:15
apc   5:11
appear   136:4
appearance   8:6
appearances
  4:1 5:1 8:8
appearing   3:3
  5:11
appears   49:3
applicable
  134:8
appreciate
  128:1

approximate
  28:18
approximately
  13:5,22
april 134:3
ar 12:18,19,20
  12:25 13:3
  14:15 20:16
area 40:25
  46:15 74:2,4,7
  76:23 77:19,21
  78:17,19,24
  79:16
ariel 1:9,15 2:9
  2:11 3:1 4:15
  6:3 7:14,15
  8:20,23 9:8
  11:16 14:16,23
  14:24 15:3,16
  20:23 38:21
  51:1,2 56:1
  75:5 81:19
  82:12 91:7
  96:18 131:5
  132:12 134:4,5
  135:2 136:1,10
arrangement
  114:18,20
  115:22 116:1,9
artrading
  14:21
artrading.com
  14:24,25
artradingllc.c...
  14:16

aside 15:12,15
  15:16
asked 16:13,18
  18:20 50:18
  61:23 67:25
  68:1,11 71:12
  82:4,9 91:14
  95:23 97:2
  102:19 109:8
  124:25 131:18
asking 26:1
  60:4 68:5
  93:22 120:15
  126:22
assessment
  114:6
associated
  14:19 27:12
associates 4:10
  8:16
assume 93:21
  119:9
assumed 125:7
  125:17
assumption
  127:19
atherton 28:23
  30:8,19 42:23
  43:23 44:23
  46:25 54:9
attached
  134:11 136:4
attend 119:11
  119:15,22
  120:2,4,8

attendance
  23:6
attention 10:25
attorney 4:11
  5:5,12 8:10
  9:14,18 47:9
  47:11 133:18
  134:13
attorneys 4:5,6
  4:18 8:12,15
  47:16
audible 16:23
audio 7:10
authenticate
  25:18
authentication
  121:25
authority
  130:14
authorize 68:1
authorized
  68:6,22,25
  69:3,12,19
  70:17,18,21
  71:6
available 134:6
ave 7:21
avenue 3:4 4:18
  5:6 28:4,23
  30:8,19 42:20
  42:21 43:22
  44:20 46:16
  58:14 59:19,21
  60:14,18,22,22
  62:3,17,18

63:11 64:15,24
  72:4,17 102:10

**b**

b 6:13 12:3
  121:1,2,3,4,14
  121:14,14,15
  121:20
b.s. 1:21 133:24
baby 59:16
babysitter
  84:25
back 17:4 22:7
  40:11 65:10
  84:14 96:18,20
  97:5,20 113:19
  115:6 120:12
  124:1
backtrack
  45:20 98:8
  100:18
bank 21:14,15
  21:24 22:4
based 109:17
  110:3
basic 98:17
basis 30:5
  36:23 37:24
  38:12 39:2,18
  40:2 42:4 43:9
  44:3 76:4 99:7
  113:6,8,12
  132:1,4
bates 25:9
  122:17 123:11
  123:18

**bay** 40:25
46:15 74:2,4,7
76:23 77:19,21
78:17,18,24
79:16
**bear** 65:3
**began** 15:25
75:24
**beginning** 3:5
8:9 89:24
96:17 104:18
106:25
**behalf** 3:2 8:12
8:15,20,22,25
26:2
**believe** 24:9
26:11 27:1
29:17 30:13,24
32:3,21 33:25
34:17 35:4,17
36:13,13 37:14
38:6,9,19
39:13 40:19
41:17,23 42:12
43:14 44:8,12
48:2,8,18
53:23 54:3
55:1,25 57:11
58:9 59:13
61:10 62:9
63:7,25 64:3,4
65:19 71:22
72:13 78:13
80:11 83:18
84:24 86:11

88:22 102:18
104:23 107:17
111:7,12,21
112:6,23 113:3
114:16 115:9
115:10 116:10
117:4 118:17
120:23
**believing**
126:16,18
**ben** 23:8 35:8
**benjamin** 2:18
5:3 8:25 36:17
**best** 59:23
109:5
**beyond** 123:14
**birthdays**
49:14
**blanket** 26:1
**blocks** 22:11
**bottom** 26:8,23
27:21 28:11
29:14 30:10,21
32:1,18 33:22
34:14 35:1
36:10 37:11
38:3,15 39:5
40:11 41:15
42:10 43:12
44:6 48:15
53:20 54:24
55:22 57:9
58:7 59:11
61:4 62:7 63:5
63:23 64:5

65:16 71:19
**bpierce** 4:20
**break** 11:11,12
73:12 96:5,10
**brianna** 4:17
8:21
**bring** 107:20
107:22 108:2
**bringing** 21:20
90:1 106:24
126:9
**brought** 84:15
89:24
**building**
106:23
**burns** 28:23
30:8 42:20,21
43:22 44:20
58:14 59:19,20
60:14,18,22
62:17 72:4
85:7,8,9
**burnside** 85:2,4
**business** 12:16
20:19,21,23,24
21:13 27:8,11
27:12,13 41:2
47:2 67:10
74:5,9 77:4,14
77:24,25 78:1
79:1,4,20
81:16,20,23
82:7,23 83:3
84:3,8 85:24
86:5,6,7,8,9,12

86:21,22 87:1
87:9 88:7,9,18
88:19 89:15,19
89:23 94:23
95:2 103:4,7
103:18,22,25
104:8 108:1
111:18,20
112:7,15,24
113:4 114:18
114:20 115:22
115:25 116:9
119:12,16,17
119:23 120:3,5
120:8 127:19
**businesses**
79:23 104:4

**c**

**c** 6:16 23:14
66:23 121:7,8
121:14,14
122:12
**california** 1:1
1:16 2:1 3:4,5
4:7 5:6,6,13
7:1,17,21,21
31:20 33:12
60:14 84:16
85:3,11 89:15
92:2,15,20
93:2 95:5
106:9 130:20
133:2
**call** 31:11
52:25 80:19

103:10,13
123:16
**called** 22:13
53:1 55:13
66:25 73:4
**calls** 22:23
80:18 100:14
127:2
**capital** 87:12
87:18,21
**caption** 131:2
**car** 48:24 58:24
59:1,6 62:23
62:25 63:2
124:21 126:7
**card** 68:1,2,6
68:11,15,16,17
68:21,23 69:3
69:13,25 70:2
70:4,4,6,8,13
70:19 71:4,9
71:11,13
**cards** 70:11,22
70:25
**caretake** 46:20
**caretaker**
46:18,19 48:6
48:12
**case** 1:8,12 2:8
2:11 7:18,18
9:3 131:16
133:14
**catherine** 1:21
3:7 7:25
133:24

**cause** 130:9
**caused** 130:3
**cayman** 1:6 2:6
4:4
**ceconomides**
4:20 134:2
**cell** 14:4,8,10
**center** 33:2
**central** 4:12
**ceo** 108:16
120:22
**certain** 105:10
107:13,15
**certificate**
127:24
**certified** 3:7
133:1
**certify** 133:3,16
135:2,4
**chair** 118:14,20
**chairman**
118:8,9
**chairwoman**
118:10
**chance** 24:12
**changed** 19:15
57:25 88:13
108:11 117:16
**changes** 134:10
**chao** 2:15,22
8:12,15,17
9:15 15:25
16:13 28:15
32:23 33:2
34:2,19 35:8

36:16 37:16
38:7,21 39:14
41:19 42:14
43:16 48:3,20
49:16 53:24
55:3 57:13
65:20,25 66:5
66:11,13,18
71:24 73:16,19
73:21,24 74:6
74:11 75:3,6
75:10,12,21,23
76:2,11,15,19
76:22 77:3,22
78:16,23 79:2
79:8,15,22
80:4,6,8,19
81:10,13 83:15
83:17,21 84:14
84:17,20 85:23
86:1,3,14,22
88:5,8 89:13
89:14,20 90:9
90:11 91:18,20
91:23,23 92:1
93:14 95:16
109:18 111:1
111:22 112:1,2
112:8 113:9
118:6,12,15
119:11,15,22
124:4,7 125:3
126:4,8 127:8
**chao's** 102:22
121:20 126:16

**charges** 70:10
71:5,5,10,13
**charles** 2:18
5:3 8:25 35:9
69:14
**chen** 2:14,14,21
2:21 62:12
64:2 66:6,7,11
66:11,15,16,23
66:25 67:6,16
68:2,3,6,11,13
68:15,25 69:14
98:3,5,10,14,18
98:20,22 99:2
99:12,16
102:11,15
108:25 109:3,7
109:13,23
110:3,10,19
111:3,4,6,8,9
111:11,14
113:7,9,13,13
127:13 129:10
129:15 130:3
130:11,14
**chief** 119:3,5
**child** 64:3,4,5
**children** 49:10
49:13,17,24
84:23
**children's**
49:14
**chinese** 53:2
99:23 100:2,10
101:15,25

126:21,23
127:9,10,13,20
**chirovolou**
27:3 69:14
90:5
**choose** 16:10
**chose** 126:20
**chris** 50:2,7,9
51:11,25 52:3
52:6,9 53:13
64:3 102:6
**church** 20:12
20:14
**circumstances**
73:23
**city** 12:15
32:16 36:5,7
42:21 85:19,21
107:18 136:8
**claims** 131:15
**clara** 1:2 2:2
7:18 9:4
**clarifies** 111:17
**clarify** 47:21
**clarity** 41:9
**clear** 88:11
102:21 111:10
112:14
**clearly** 9:18
**clerk** 120:24
**client** 47:9,11
122:20,22
**clients** 21:21
**closer** 86:4,15
86:19 88:6

**cofounder** 89:8
**colleague** 45:12
45:21
**collected**
122:19
**college** 13:13
13:14
**color** 6:10
74:18,20
**come** 16:15,21
17:5 46:15
60:14 64:23
74:4 78:18
**comfortable**
16:17 19:4
**coming** 49:8
74:7 106:23
**comments**
50:19,21
**common**
129:14,16,23
130:4,5,9,23
**communicate**
74:6 75:9,12
81:13 93:24
105:8
**communicated**
100:7,23 109:7
109:13,23
110:10
**communicating**
93:25
**communication**
93:14

**communicati...**
47:9,11 76:22
77:1
**companies** 41:7
55:11 58:4
82:20,21,25
83:1,5 87:17
88:18,19
106:17 114:5
117:1,5 118:19
119:9
**company** 14:19
15:25 17:24
18:10,13 55:8
55:13,15 56:14
56:16,17 58:2
68:18,20,21
69:25 70:2
73:3 83:1 87:3
87:25 88:12,13
93:7,12 99:11
106:6,7,8,22
107:1,22 114:4
117:15 119:14
120:11 126:10
**company's**
113:24
**complainant**
2:12,19 4:15
5:10
**complainants**
5:3
**complaint**
128:17,17,21

**completed**
134:17
**completion**
133:14
**composite** 24:1
25:15 73:9
97:16
**compound**
23:23 25:1,25
32:24
**concept** 56:15
56:20,22,23,25
57:3
**concerns** 6:14
6:17
**concludes**
132:11
**conducting**
112:7,14,24
**confirm** 73:15
93:16
**connected**
55:14
**connection**
31:16
**consecutive**
60:3
**consent** 25:22
25:22 26:4
71:14
**constant** 76:21
**constantine**
4:17 8:18,19
134:1

| | | | |
|---|---|---|---|
| **constantly** 13:6 | 41:15 42:10 | **corrections** | 4:3,15 5:3,10 |
| **consumed** 11:5 | 43:12 44:6 | 135:6 136:3 | 7:16 128:17,17 |
| **contacting** | 48:15 53:20 | **correlated** | 128:21 |
| 75:20 105:2 | 54:24 55:23 | 41:10,13 | **crr** 1:21 133:24 |
| **contained** | 57:9 58:7 | **counsel** 8:7 | **cs** 134:15 |
| 136:5 | 59:11 61:4 | 24:2 25:8 | **csr** 1:22 133:25 |
| **context** 51:18 | 62:7 63:5,23 | 31:18 120:25 | **cumulative** |
| **continue** 7:10 | 65:17 71:19 | 121:10 122:17 | 60:5,6 |
| 31:23 | **corporation** | 128:13 134:14 | **current** 12:10 |
| **continued** 5:1 | 1:5,6 2:5,6 4:3 | **counterclaims** | 19:16 103:1 |
| **contribution** | 4:4 | 128:16 | 120:13,19,21 |
| 87:18 | **correct** 10:5,9 | **county** 1:2 2:2 | **currently** 12:14 |
| **contributions** | 13:10 19:22,23 | 7:17 | 33:19 116:21 |
| 87:12,21 | 34:9,10,24,25 | **couple** 14:18 | |
| **controlled** | 36:1,2 41:12 | 22:11 93:12 | **d** |
| 129:16 | 41:13 43:23,24 | 94:24 128:23 | **d** 4:6 |
| **conversation** | 46:23 66:12 | **course** 130:13 | **dad's** 53:10,13 |
| 31:10 37:25 | 68:24 75:21,22 | **court** 1:1 2:1 | 53:16 |
| 38:14 39:3 | 76:16 82:16 | 7:17,25 9:4,6 | **daily** 77:23 |
| 42:5 76:4,12 | 83:12,13 88:2 | 9:22 10:4 24:4 | 80:7,8,23,24 |
| **conversations** | 88:3 90:17 | 65:4 100:19 | **damages** |
| 7:9 | 95:6,17,19 | 121:5,9 | 130:17 |
| **coordinate** | 97:6,25 99:2 | **courtroom** | **damien** 2:15,15 |
| 76:13 | 100:12 102:12 | 10:18 | 2:22,22 4:4 |
| **coordinated** | 107:23 108:10 | **coworker** | 8:13,15,17 |
| 1:11 2:10 | 109:4 111:11 | 45:16 46:6 | 26:13,19 27:5 |
| **copies** 134:14 | 111:14 112:10 | **create** 83:9 | 28:1,15,24 |
| **copy** 128:16,21 | 112:15 113:20 | **created** 82:25 | 29:19 30:15 |
| **corner** 26:8,24 | 115:18 124:13 | **credit** 22:6 68:1 | 31:1 32:5 35:7 |
| 27:22 28:12 | 124:14,16,17 | 68:2,6,11,15,16 | 36:16 43:16 |
| 29:15 30:11,22 | 124:20 126:2,3 | 68:17 69:3,13 | 44:24 46:17 |
| 32:1,19 33:22 | 136:6 | 70:22,25 71:9 | 48:8 53:11,14 |
| 34:15 35:2 | **corrected** 136:6 | 71:11,12 | 53:17,24 56:3 |
| 36:11 37:11 | **correction** | **cross** 1:11 2:12 | 57:13 59:17 |
| 38:3,16 39:6 | 135:7 | 2:17,19,24 3:3 | 61:12 62:11 |
| | | | 63:9 68:19 |

72:15 74:3
76:3,10 83:10
89:21 90:23
92:12 93:18
95:5,20 96:24
96:25 98:5,10
98:13 102:6,14
102:19,25
112:11,12
115:11,17
122:23,24
**damien's** 28:5
58:25 63:1,3
**date** 17:15 21:4
27:16 32:8
33:11 35:11
40:9 64:11
78:7,9 79:24
87:5 92:24
93:3 104:5
106:16 107:4,7
107:9,12 124:9
133:20
**dated** 6:16
133:22
**dates** 79:6,18
87:11 89:18
**daughter** 33:2
37:21
**daughters**
58:12
**day** 28:8 34:5
59:8 135:23
136:7

**days** 60:3 93:7
99:11 134:17
**dealer** 20:20
**dealing** 18:15
**dealings** 47:2
74:5,9 77:4
103:4
**deals** 94:24
**december** 77:7
**declare** 136:1
**defendant** 3:3
4:15 5:10
**defendants**
1:10 2:10,17
2:24 4:3
**defined** 129:23
**definitely**
105:21
**defrauding**
130:6
**degree** 13:23
**delaware** 1:5
2:5 4:3
**depending**
82:24 83:21
92:13
**deponent**
134:13 135:1
**deposing**
134:13
**deposition** 1:15
3:1 7:14,20
9:16 10:3,14
65:22 96:17
109:24 110:4

110:24 133:13
**describe** 20:18
30:2 38:5,24
42:1 51:22
58:9 64:16,18
64:20 85:22,25
86:2,7,13,18
88:5 103:16,20
107:14 110:5
110:17,19
**description** 6:9
**despite** 129:6
**develop** 94:19
**different** 25:6
55:12,13 92:8
92:9 99:20,24
100:11 101:13
101:25
**differentiate**
113:7,8,12
**ding** 2:15,15,22
2:22 4:4 8:13
8:15,17 9:15
27:5 28:1,15
29:19 30:15
31:1 32:5 35:7
36:16 43:16
48:8 53:24
57:13 59:17
61:12 62:11
63:9 72:15
93:18,20,24
94:5,19 95:5
98:5,10 103:17
103:23 104:13

104:16,25
105:3,9,17,19
105:22 106:1,5
106:9,11,13
107:3,6,11
112:11,12
118:21 120:2,5
120:9 122:23
122:24 129:15
130:3,11,15
**ding's** 95:20
96:24
**direct** 93:14
**direction** 68:22
133:10
**directly** 9:18
**discovery** 24:8
**discuss** 74:5
95:2 103:4
**discussed** 19:9
103:7
**discussing** 56:9
56:11 58:5
77:13 78:1
79:19 87:17
**doc** 116:25
**document** 24:1
30:11,22 32:1
32:19 33:23
36:11 37:12
39:6 41:14
48:16 53:21
58:7 59:11
61:4 62:7 63:5
63:23 65:14

71:20 114:21

**documents**
11:22 24:11
67:20,22,24
97:15 114:23
115:4

**doing** 85:24
86:4,11 94:23
95:2 111:20
127:18

**drive** 4:7 12:6
46:25

**driver** 46:18,22
48:6,12

**driveway** 64:25

**driving** 48:25
49:2,5,7

**dropping** 51:23

**durrant** 5:11
5:11 9:1,1
128:12

**durrantlawfir...**
5:14

**duty** 21:18

**e**

**e** 12:3 23:14,20
62:15,15,15
66:22,23

**earlier** 17:21
52:12 65:22
72:21 95:17
109:18,25
110:24 131:18

**early** 18:10
27:8 72:22,23

75:25 77:11
93:7

**eating** 72:7

**economides**
4:17 6:5 8:18
8:19 15:1,6
16:11 17:1
18:8 19:17
20:4 22:17,22
23:23 24:16
25:1,13,17,19
25:25 29:1
31:13,22 32:24
37:4 39:21
40:4 45:23
46:2,7,11 47:7
47:19 50:23
54:8 60:23
61:23 63:15
64:21 68:8
73:7 74:13
75:17 76:5
79:25 82:4,9
83:24 87:22
91:14 94:21
95:23 96:7
97:2,19,23
100:13 109:8
110:21 111:23
112:20 113:10
113:14 114:7
114:25 116:3
116:18 119:18
121:15,17,24
123:10 127:2

128:4,6,10,14
129:2 132:7
134:1

**education**
13:12

**edward** 5:5
8:24

**edwardhan** 5:8

**eechung** 129:11

**effectuate**
129:15

**eian** 18:1,3,18
18:19 27:15
29:12 35:24
36:5 37:8 41:4
41:5,8 54:14
55:9,19 56:18
56:22,24 73:5
79:21 81:16,17
81:18 82:15
87:3,8,13,20,21
87:25 88:8,10
88:15,23 89:6
89:7,10,14
108:3,5,20
113:21 114:14
115:23 116:1
117:18,23,24
118:11,13
119:2 120:14

**eian.io** 83:17

**eian.io.** 81:19

**either** 49:10
56:3 62:15
65:1 75:24

81:14,15 108:3

**elaborate**
106:18

**eli** 23:18

**eliana** 18:25
33:7 34:3,20
38:7 58:11
59:16 69:20
84:23

**email** 6:13,16
14:12,14,17
15:5 81:10,12
81:15,16,18
82:2,7,14,23
83:1,3,6,10,11
83:14,16,16
84:4 88:18
89:3,9,11
104:18,20
105:8,9,10,12
105:13,15,20
106:3,5,7
121:21 122:5,8
122:10,14
123:3,3

**emailed** 83:15

**emails** 14:19
81:9,15 82:17
82:20 83:17
84:12 105:22
122:19 123:7

**employed**
20:17,21

**employee**
130:11 133:18

employees
117:22,24
118:1,2,3,4
employment
20:19 21:13
ended 94:25
english 53:2,3
entail 21:18
enterprise
129:14,16,23
130:4,5,9,24
entire 31:14
73:8
entities 129:16
130:5 131:8
entitled 6:13
equal 115:12
eric 23:12
errata 134:11
134:13,17
estimate 27:19
28:9
et 1:9 2:9,16,23
7:15,16 134:4
evening 7:4
8:11
events 92:2,3
92:15
evolved 82:20
82:25 104:7,19
113:25 114:4,5
exact 21:4
64:11 76:12
77:10,12,15
78:7,9 79:6,24

82:19 85:17
87:5 92:24
93:3 104:5
127:16
exactly 62:14
69:11 78:20
79:9 85:21
104:14
examination
6:2 9:11 129:1
examined 9:9
exception
135:6
excuse 8:18
43:4 128:16
130:8,13
executed 136:7
exhibit 6:10,13
6:16 24:3,17
73:9 121:2,3,4
121:7,8,12,14
121:20 122:12
128:22
exhibits 6:8
122:18 123:6
existence 21:3
existing 21:19
explain 73:22
81:22 106:21
113:16
explicitly 50:18
51:15 52:19,20
express 130:6
expressway
4:12

extent 47:8

**f**

face 61:22
facetime 31:8
facetiming
37:21
fact 132:5
factual 132:4
fails 134:19
fair 24:18 65:7
77:11 104:9
114:5 117:17
familiar 122:4
family 69:18,21
84:21 100:6
101:9,22
family's 64:7
fax 4:8 5:7
fe 69:15
federal 133:13
feel 10:1,1
16:17
female 102:21
111:21 112:15
112:17
fence 65:5
fiel 39:14 55:3
55:5,10,15,17
55:19
field 15:3
fifteen 12:22
fifth 23:19
figure 33:5,6
filed 7:16

filing 47:24
finance 13:25
financially 8:3
133:17
findora 6:13,14
6:16 27:15
29:12 35:24
41:4,5,8 54:14
55:9,17 56:18
56:25 57:4
79:21 81:16
83:6,12 84:10
84:12 108:3,8
108:14,17
113:20,23
114:1,14 116:1
116:10,13,16
116:22 117:8,9
118:3,16 119:4
119:13 120:6
123:3
findoraconce...
122:5,8
fine 96:7 119:1
finish 19:19
finished 13:20
fiona 69:15
firethorn 22:13
22:15,21 23:6
firm 5:11 8:1
first 24:15 26:7
26:16 44:21,23
50:25 51:9
68:19 73:18,24
74:11,19,22

75:3 76:1,15
90:8,19,22,25
91:6,9,12,12,19
91:22 93:20
94:4,24 95:4
95:13,16,20
96:24 97:12,13
107:24 109:12
109:22 110:8,9
110:11,12,20
124:15,20
125:16,21
131:2
**fisch** 2:18 5:3
8:25 35:8
36:17
**five** 21:8,10
23:5 69:5,7
78:21 79:10
96:10 123:20
128:6
**flew** 32:9
**flip** 33:21 34:13
35:1 37:10
40:10 41:14
42:9 53:19
62:6
**florida** 4:19
**fnf.law** 4:20,20
134:2
**followed** 35:8
**follows** 9:10
100:21 101:4
101:11

**force** 10:18
**foregoing** 133:4,6,10,12
135:3 136:2
**form** 15:1,8
16:11 18:8
29:1 112:21
115:1 130:4
**formal** 9:21
**forth** 133:5
**forum** 94:10
**forums** 94:9
**forward** 126:8
**forwarded** 122:20,24
**foun** 116:16
**found** 94:6
**foundation** 100:15 121:25
**founded** 15:25
**founder** 89:10
108:7,10,13,19
108:22 113:20
113:21,23
114:1,4,10,13
116:10,13,16
116:22,25
117:8,13,19,23
118:20 120:13
**founders** 68:20
**founding** 115:6
**fourth** 23:17
66:24
**francisco** 26:17
64:7 74:2

107:18 110:12
**frank** 5:10 9:2
**franklin** 9:3
**fraud** 129:15
**free** 10:1
**freedman** 4:16
8:19,22
**frequently** 57:25 105:1,18
106:23
**friedland** 4:16
8:20,22
**friend** 45:14,25
**friendly** 38:1
38:14
**front** 40:12
96:3 112:18,19
112:25
**fu** 1:12 2:11
5:10 9:2,3
**full** 10:25 12:19
18:24 24:18
123:16 130:12
130:13
**fully** 19:19
**furniture** 57:19
**further** 132:7
133:12,16
135:4
**fw** 6:13

**g**

**g** 4:5 23:18,20
44:12,13,13
**gabrielle** 33:3
37:16 59:17

84:24
**garage** 35:19
37:3,5
**gate** 64:24
**general** 86:23
**getting** 59:5
**ghoori** 23:18
**girl** 59:15
**give** 23:5 24:14
24:18 46:4
**given** 132:12
133:11
**glance** 24:15
**glenn** 23:20
**gmail** 82:15
83:18
**gmail.com** 104:23
**gmail.com.** 14:13
**go** 7:11 13:14
17:4 20:14
22:7 23:4
32:25 34:13
40:11 53:19
55:21 63:15
64:24 65:1,3
76:1 92:1,10
92:11,14,19
93:4 96:5
107:2 111:25
124:22,24
125:22 128:10
128:13

**going** 7:5 22:7
  24:6 25:16
  30:3 31:13,15
  36:20 37:19
  38:13,24 39:15
  56:7 57:5,18
  59:3,7 60:25
  65:5 73:7
  84:14 92:22,25
  93:1 96:6,7
  97:20 107:5,10
  109:14,24
  113:19 115:6
  120:12 121:11
  124:22,24
  125:21,22
  126:8 128:4,12
  128:15 129:5
  129:25
**good** 7:4 8:11
  42:25 73:13
  80:17 132:9
**government**
  11:15 125:24
  126:5 127:9,11
  127:13
**gra** 16:17
**grab** 97:15
**graber** 15:13
  15:16,18,20,23
  16:10,16,19,25
  17:10,14 18:6
  18:18,21,25
  19:3,5,10,13,15
  19:22 20:2,5

90:17 91:11
**ground** 106:24
**guangua** 129:8
**guess** 125:19
  126:11
**guys** 96:5,12
  123:22

**h**

**h** 23:18 66:22
  66:23
**hair** 74:18,20
**halloween**
  49:11,15
**han** 5:5 8:24,24
  25:8 122:17,22
  122:24 123:2,6
  128:3,8
**hand** 26:8,23
  27:21 28:11
  29:14 30:10,21
  32:1,19 33:22
  34:15 35:2
  36:10 37:11
  38:3,16 39:6
  40:11 41:15
  42:10 43:12
  44:6 48:15
  53:20 54:24
  55:22 57:9
  58:7 59:11
  61:4 62:7 63:5
  63:23 65:17
  71:19
**handing** 23:25

**happen** 62:25
**happened**
  51:20 104:6
**happening**
  35:12 42:2
  43:6,25 48:23
  54:18 72:5
**hastings** 3:4
  5:4 8:24
**head** 117:10
**hear** 99:12,16
  99:19 103:10
  103:13
**heard** 52:25
  100:1 101:14
  109:18 122:1
**hearing** 109:17
**hears** 51:2
**height** 74:21,23
**hello** 9:13
**hereto** 136:5
**high** 21:19,21
**highest** 13:11
**hill** 40:17,18,19
  41:23
**hines** 5:18
**history** 113:19
**hmm** 71:18
  110:25 114:12
  115:8 121:16
  125:15 131:6
**holder** 68:23
  70:6
**holding** 59:16
  59:16

**home** 14:1,7
  28:5 46:17,18
  46:19,19 48:7
  48:12 49:12
  110:13
**honest** 24:18
**hora** 4:5 6:4
  8:11,11 9:12
  9:14 15:9
  16:14 17:12
  18:4,11 19:20
  20:6 22:19
  23:1,25 24:5
  24:22 25:3,12
  25:13,16,18,20
  26:3,6 29:4
  31:13,18,24
  33:4 37:7
  39:23 40:7
  43:5 45:24
  46:5,9,13
  47:13,23 51:3
  54:11 61:2
  62:1 63:17
  65:6 68:12
  73:11,14 74:17
  75:19 76:9
  80:2 82:6,13
  84:2 88:1
  91:16 95:3
  96:1,5,9,20
  97:4,22 100:17
  101:1,3,23
  109:11 110:25
  111:5 112:2,22

113:11,18
114:9 115:5
116:8,20
119:21 120:24
121:2,6,10,13
121:18 122:3
122:16,20,23
123:1,4,9,19
124:3 127:7,23
127:25 128:5
132:9
**hotel** 32:13,14
**hotels** 85:14
**hours** 93:15,15
**house** 22:11
33:16 65:3,8
65:10
**hr** 55:7
**hundred** 45:7
54:10 128:18
**hynes** 7:23

**i**

**ian** 50:2,11,13
52:12,15,18
53:1,4,7,16
64:4 102:6
**ideas** 56:9,10
**identification**
24:3 121:4,8
**identify** 22:14
22:20,21 24:8
38:19 99:19
**identity** 17:8
31:16 73:10

**idiot** 97:23
**imputing**
130:15
**includes** 130:24
**including** 8:7
129:7
**incorporated**
13:4 70:3
**incorporation**
21:5
**index** 6:1
**indicating**
121:15
**individual**
131:16
**individuals**
21:20 22:15,21
24:9
**info** 14:18,22
**information**
68:14
**initial** 11:18,19
11:22,23 73:2
87:17
**initialed** 136:4
**ink** 136:4
**inquiries** 15:3
**inside** 22:15,21
**insinuated**
52:21
**instance** 51:19
84:15
**instances** 18:5
71:15

**instruct** 47:8
**instructed** 83:9
**intended**
131:19
**inter** 130:18
**interact** 77:22
78:15 79:8
80:3,18 81:10
104:13,25
105:17 106:1
**interacted**
98:14
**interacting**
104:16
**interaction**
83:21
**interactions**
98:16
**interested** 8:3
133:17
**internship** 22:2
**introduce**
18:17 75:2
76:11 91:3,5,8
91:9,20,23,24
93:6,8
**introduced**
51:1 90:12,15
91:12 94:5
95:5,21 102:15
102:23,24
111:3,8 119:25
125:8,16
**investor** 92:4,7
92:19,23,25

93:2,5,11
107:2,5,10
**investors** 93:6
117:8,13,20
118:7,13,19
120:3,5,9
**involve** 47:9,10
**ipad** 43:3
128:19
**isaac** 23:16
**isabel** 103:14
**isabella** 28:4
30:19 46:16,21
60:18,22 62:3
62:18 63:11
64:15,24 72:17
85:2,10 102:10
110:13
**islands** 1:6 2:6
4:4

**j**

**j** 18:25 44:12
**jackson** 4:6
8:14
**jaili** 129:10
**jian** 131:10
**jianrong** 44:10
61:13 62:12
102:7,8,9
129:9,20
130:24 131:10
**jingjing** 4:11
8:16
**jmorgus** 4:9

**job**  1:23 12:24
21:15,18 108:5
**john**  5:11,14
9:1 43:2 90:7
90:25 91:4,6,8
91:22,24 128:8
128:10
**jose**  4:7
**judaism**  20:11
20:13
**judge**  9:20
10:18
**juniper**  70:3,7
70:14 71:2
82:16 87:16,24
88:8,10,14,22
88:25 89:1,4
89:14 114:11
115:7 117:2
118:5,22,24
120:20,22
**junipervc.com.**
82:12
**jury**  10:19

**k**

**k**  2:14,15,15,15
2:21,22,22,22
4:17 23:14
**kar**  108:2
**karthik**  107:19
107:23,24,25
108:2,14,17,20
**keep**  19:24
76:21 96:6,7

**kids**  58:17 59:5
**kind**  57:25 59:1
**knee**  39:14
**knew**  66:4,11
124:9,12
125:14
**know**  11:8,11
18:15 21:4
22:12 29:19
32:7 42:14
44:4 62:25
65:24 67:24
69:16 75:6
77:15,17 92:24
93:3 97:19
98:4 99:24
101:12 105:6
109:1,2 117:16
118:10 121:23
122:18 123:5
123:12,15
124:4,7 125:2
125:4 127:6
129:3
**knowing**  46:14
**knowledge**
59:23
**known**  75:23

**l**

**l**  12:3 23:10,20
62:15,15
**lab**  117:24
**labs**  1:5,5 2:5,5
4:3,3 7:15 9:2
18:18,19 37:8

55:19 87:13,20
87:21 88:15
89:6,7,10
108:20 115:23
116:1 117:18
117:23 118:11
118:13 119:2
120:14 134:4
**lack**  100:14
121:24
**landed**  60:25
**landline**  14:4,5
**law**  4:6,11,18
5:5,11,12
98:11 102:12
102:17,18
130:19,20
**lawrence**  12:7
23:21
**lawsuit**  47:24
**learnings**
110:23
**left**  27:3 28:1
28:15 29:19
32:23 33:1
34:2,19 35:6,7
35:7 36:15
42:15 43:16
55:3 59:15
61:12 62:12
64:2,3,25,25
65:1 77:19,21
97:25
**legal**  7:24 8:1
9:21,22 132:13

134:23
**leung**  2:15,22
**level**  13:11
98:17
**liability**  130:15
**liable**  70:10
**liang**  129:8
**lil**  67:16
**lily**  2:15,22
8:12,15,17
9:15 15:25
16:13,18 17:11
26:19 28:4,15
28:24 32:23
33:2 34:2,8,19
35:8 36:16
37:16 38:7,21
39:14 41:19
42:3,14 43:16
44:24 46:17
48:3,20 49:16
50:20 51:4
52:7,18,22,23
52:25 53:1,5
53:24 55:3
57:13,25 58:25
60:25 63:1,3
65:20,25 66:5
66:11,13,18
68:19 70:23
71:1,24 73:16
77:14 78:23
83:9,17,17
87:4,8 90:20
91:1,9,18,21,25

92:12 95:1,9
97:9 98:13
99:10 102:6,14
102:22,25
109:18 111:1
111:22 112:1,2
112:8 113:9
115:11,17
121:20 124:11
124:19,19,22
124:24 125:3
125:13,22
126:2,8
**lily's** 85:15
102:15,17
125:10 126:12
127:13
**lilychao86**
83:18
**limited** 129:7
**line** 31:14 73:8
116:4 135:7
**linkedin** 19:6
19:11,21
116:17,22,24
117:3 120:12
120:22
**list** 23:3
**listed** 70:18
135:6
**listing** 94:10,11
**lists** 131:7
**litigation** 123:8
128:21

**little** 13:20 65:1
96:10
**lived** 102:1,8,9
**llc** 12:18,19,20
12:21 14:15
**llp** 3:4 4:5,16
5:4 8:20
**located** 22:10
36:6 37:2
41:22 42:22
**location** 7:20
**long** 13:2,18
21:2,22 75:23
94:18
**look** 74:12
77:17 128:23
128:24 129:25
131:1
**looked** 74:15
105:6 110:17
110:19 117:3
131:13
**looking** 99:5
**looks** 24:15
31:9 56:11
59:5 72:7
**los** 5:13
**lost** 43:1
**lot** 106:23
111:17 127:19
127:20
**lu** 2:18 5:3 8:25
35:9 69:14
**lynch** 21:14

**m**

**m** 11:16,17
12:3 17:10
**machine** 133:9
**madam** 100:19
120:24
**made** 50:19
51:18 82:21
83:1 87:18
114:18 127:19
133:8 136:3
**maiden** 16:19
16:20 17:11
18:25
**mail** 122:2
**maintain** 14:17
88:18 120:13
120:19,21
132:3,5
**major** 13:25
**make** 16:13
17:2 19:14,17
25:10 64:24,25
71:5,10,13
88:11
**making** 49:10
49:12 50:21
123:13
**management**
21:17
**march** 1:17 3:6
7:1,5
**mark** 11:24
15:13,16,18,20
15:23 16:10,16

16:22,25 17:6
17:10,14 18:6
18:18,21 19:3
19:5,10,13,15
19:22 90:14,15
90:17 91:11
93:8
**marked** 24:3
112:25 121:4,8
**markets** 56:12
56:13
**marks** 96:13,16
**married** 18:22
**material** 130:7
130:8
**matter** 7:14
**matters** 105:10
**mean** 11:24
18:12 45:10
51:17 52:20
60:3 86:6,18
86:19 92:3
98:21 99:14
103:20 113:24
126:13
**meaning** 131:2
**means** 10:11
**media** 7:13
96:14,17
116:13,15
132:12
**medications**
11:2
**meet** 26:17
44:23 50:3,7

**[meet - name]**                                                       Page 17

50:11 73:21
74:3 76:7 95:1
97:13 99:10
125:18,20
**meeting** 29:2,5
29:7 30:4,5
35:14,15 36:22
36:24 39:17,18
40:3 43:8,9
44:2,3 72:24
73:1,25 75:7
75:10,13,16,21
92:13 94:20
97:12 107:21
108:13,20
119:24
**meetings** 72:21
72:23 89:15,19
89:23 92:4,7,9
92:10,20,23,25
93:2,5,11
107:3,6,11
117:16 119:12
119:16,23
120:3,5,8
**members** 69:18
69:21
**memorialized**
114:21
**memory** 124:18
**mention** 41:5
49:16 51:25
68:16 129:19
**mentioned**
19:21 46:22

50:21 51:11
52:12 85:6
97:5 102:11,20
113:20 124:19
**merrill** 21:14
**message** 75:14
80:5 84:1,5,7,9
84:11 104:18
104:19,19
105:4
**messages** 84:4
84:4 99:7
**met** 44:21 51:1
51:11 52:12
73:16,18,23
74:11,19,22,25
75:3 76:15,18
90:8,19,22,25
91:6,19,22
93:17,20 94:22
95:13,16 96:24
107:17,18
108:25 109:2
110:20 124:15
124:20 125:16
**metadata**
123:12,17
**method** 75:20
83:20 104:16
105:2
**miami** 4:19
**michael** 11:23
**microphones**
7:7

**middle** 11:18
11:21,23 27:4
62:11 65:2
**middlefield**
54:3,5,13
**mind** 25:13
**minute** 24:14
123:20
**minutes** 96:10
128:6
**missed** 88:16
**missing** 25:10
25:11
**misstates** 68:8
**mistakes** 10:5
**mm** 71:18
110:25 114:12
115:8 121:16
125:15 131:6
**model** 59:2
**mom** 51:2
52:25 53:2
**mom's** 51:4,6,9
53:5,7
**moment** 15:6
46:4 116:3
**money** 29:8,10
56:11,13
**month** 60:2
106:25
**months** 17:23
77:5 93:12
**morgus** 4:6
8:14,14 42:25
43:4

**moshe** 23:20
**moskowitz**
23:16
**mother** 50:15
50:19,19,22
51:13,15 52:1
52:4,22,24
**mother's** 52:6,9
52:15,18
**moving** 113:18

**n**

**n** 12:3 23:14,20
23:20 44:12,12
44:13,13 62:15
62:15 66:22,23
**name** 7:23 9:13
11:15 12:16,19
15:12,15,17,22
16:9,10,15,19
16:20,21,24
17:6,6,11,13
18:16,20,24,25
19:2,5,10,13,15
19:22 20:12,22
20:23,24,25
22:12 27:13
29:6,21 40:19
42:15 44:12
49:23 51:4,6,9
51:25 52:3,6
52:16 53:16
55:14 67:1,6,7
67:16 68:17,21
69:15 70:2
73:16 75:2

88:12 90:12
91:11,23 93:5
93:9,11,17
95:8,10,11,17
95:20 97:5,9
98:2 99:20,22
99:25 100:11
101:13,25
103:11 106:7
107:19,24
108:25 109:3,6
113:24 124:11
124:19,22,24
125:2,4,4,6,7
125:10,17,19
125:22,24
126:2,5,12,13
126:17,20,21
126:23 127:9
127:11,13,20
127:22 130:24
133:21
**name's** 52:9,18
53:5,8,11,14
**named** 84:25
**names** 15:10
22:20 23:2
50:1 65:24
66:3,3,4,10
90:4 117:16
120:10
**nature** 98:16
**near** 32:17
**need** 11:11 24:8
73:11 123:22

**needed** 105:11
**negligent**
130:16
**neither** 133:16
**net** 21:19,21
**networking**
92:2,3,15
**never** 15:12,15
19:4 50:18
51:15 66:25
83:11 85:4
98:24 103:7
108:11 111:7
122:1 127:10
**new** 12:7,15,21
12:22,23 13:17
13:17 21:20
23:22 33:15
57:20,23,24
78:1 79:19,21
104:8
**nicknames**
99:13
**night** 59:20
**nights** 59:24
60:1
**nods** 117:10
**nonverbal** 17:3
**nonwatch**
77:13 79:23
**normally** 60:13
60:15 92:11
93:5,6
**normand** 4:16
8:19,22

**north** 4:12
**note** 7:7 134:10
**noted** 132:15
136:4
**noticing** 8:10
**nov** 6:16
**number** 6:9
14:2,4,7,8
40:22 54:4
75:15 97:21
99:4 105:5
132:12
**numbers** 7:19
14:10 25:10
**ny** 21:1,2
134:15

| **o** |
| --- |

**o** 23:10,14,14
23:18,18 44:12
44:13
**o0o** 6:19
**oath** 9:9 10:8
10:11 133:7
**object** 15:7
31:14,22 46:2
**objecting** 116:4
**objection** 15:1
16:11 18:8
20:4 22:17,22
23:23 25:1,25
29:1 31:21
32:24 37:4
39:21 40:4
45:23 46:2,7
46:11 47:7,19

50:23 54:8
60:23 61:23
64:21 68:8
73:8 74:13
75:17 76:5
79:25 82:4,9
83:24 87:22
94:21 95:23
97:2 100:13
109:8 110:21
111:23 112:20
112:20 113:10
113:14 114:7
115:1 116:18
119:19 121:24
123:10 127:2
**objections** 8:5
31:18,19
**obligation** 9:22
**obtain** 25:21,22
**obvious** 51:16
51:17,18
**occupation**
12:8,10
**occupations**
12:12
**offhand** 33:11
75:18
**office** 35:19,20
35:21,23,25
36:8 37:5
40:15,16,17,21
41:2,6,21,22,23
54:3,5,12
57:21 58:1,2

**[officer - paragraph]** Page 19

**officer** 119:3,5
119:10
**offices** 54:1
57:20,23,24,25
**oh** 15:6 95:10
**okay** 11:13
12:4,24 13:2,6
15:22 16:15,21
17:4,25 18:5
18:22 20:15
24:23 25:4,7
25:17,19 26:7
26:14,18 28:21
30:2,13,20
31:22 32:3,18
33:12,21 34:11
34:17 37:10
38:18 39:12
40:10,20 41:2
41:11,14,17
42:9 43:6,14
44:21 45:2,8
45:12,20 47:5
47:17 48:2,14
51:19 53:4
54:12,23 55:21
57:2,6,8 59:3
60:13,16 61:3
61:19 62:16
63:22,25 64:13
65:13,16 66:4
66:8,10,14,19
66:24 67:2,5,9
69:25 70:6,17
70:21 71:17

72:12 73:6
74:24 75:12
76:10,15 77:13
77:16 78:3,8
78:12,23 79:14
79:22 80:3,12
80:24 82:14,18
82:22 83:14,20
85:22 86:13,16
87:6 88:4,17
88:24 89:19
90:1,6,8,22
91:19 92:10,14
93:4,13 94:18
95:12 96:11,20
97:14,14 98:8
99:6 100:7,17
100:22 102:20
103:1,16 104:9
104:12,15,24
105:16,22
106:18 107:2,5
107:14,21
108:5,12,24
109:5,12,19
110:1,5 111:10
111:13,16,16
112:17 113:3,6
113:6,18 114:3
114:20,23
115:6,20 116:8
116:24 117:7
117:22 118:5
119:11 121:17
121:19 122:4

122:10,16
123:19 124:4
125:23 126:1,4
127:12,23
128:25 129:3,5
129:22,25
130:1 131:1,3
131:13,18
132:3,7
**older** 21:6,8
**once** 106:25
**oneplustwow...**
104:23 105:14
**ones** 70:20 83:4
88:21
**online** 94:6
**opened** 68:18
68:20,20
**operating**
119:3,5,10
**opportunity**
10:4
**order** 68:15,16
**organized** 20:2
20:7
**original** 133:13
**outcome** 8:4
**outlined** 130:17
**outside** 31:14
31:23 58:14
73:9 87:22
116:5
**own** 20:21 96:8
**owned** 87:16

**owner** 89:2,4,8

**p**

**p** 4:17 23:10
134:1
**p.m.** 3:5,6 7:2,5
132:11,15
**page** 6:14,17
26:7,9,22
27:20 28:10
29:13 30:9,20
33:21 34:13
35:1 36:9
37:10 38:2,15
39:5 40:10
42:9 43:11
44:5 48:14
53:19 54:23
55:21 57:8
58:6 59:10
61:3 62:6 63:4
63:22 65:13
71:17 72:12
131:2 135:7
**pages** 1:25 6:9
6:11 128:18
**pains** 135:22
**palo** 1:16 3:5
5:6 7:1,21
85:20
**paper** 73:2
**paperwork**
127:21
**paragraph**
128:24

| | | | |
|---|---|---|---|
| **paragraphs** 128:23 | **percent** 45:7 54:10 115:17 115:19,19 | **persons** 27:24 28:14 29:17 32:21 33:25 | 28:21 29:18,23 30:3,7,14,16,18 30:25 31:2,6,6 |
| **parents** 32:9 | | | |
| **part** 67:9,12 80:17 81:8 129:22 | **perfect** 115:20 **period** 19:9 28:18 29:24 | 34:17 35:4 36:14 37:1,14 38:6,19 39:12 | 32:4,6,12,22 33:6,8,10,12,14 34:1,4,18,21,23 |
| **parties** 7:11 115:13 | 106:12,17,19 127:17 | 42:12 43:14 55:1 57:11 | 35:5,10,13,18 36:14,18,21 |
| **partner** 13:1,2 13:7 | **periods** 82:20 **perjury** 135:22 | 58:10 59:13 61:10 62:9 | 37:2,15,17,20 37:22,25 38:6 |
| **partners** 114:19 115:10 | 136:2 **person** 23:15 | 63:8,25 71:22 72:13 129:7 | 38:8,13,20,22 38:25 39:8,13 |
| **party** 8:2 49:9 49:9 133:18 | 23:17,19 26:11 27:1 29:20 | **pertaining** 83:4 106:7 | 39:16 40:8,14 41:18,20 42:2 |
| **past** 15:11 | 30:13,24 32:3 41:17 44:8 | **pertains** 133:12 **peter** 50:2,3,5 | 42:7,13,17,19 43:7,15,19,21 |
| **paul** 3:3 5:4 8:24 27:4 28:1 35:6 36:15 90:7,19,22 | 48:19 53:23 55:25 65:19,21 67:3,15,15 68:5,10 72:14 | 50:15 51:4,6,9 53:10 **peter's** 50:17 **phase** 27:9 | 44:1,9,15,17,19 45:3 48:19,21 48:23 53:25 54:16,19,21 |
| **paulhastings....** 5:8 | 73:16 78:16 79:8 93:17,21 | **phases** 27:8 **pho** 30:24 | 55:2 56:2,5,8 57:2,12,14,16 |
| **pause** 24:20 **penalties** 135:22 | 93:22,25 94:20 95:12,13 96:2 96:8,23 100:10 | 61:16 **phone** 14:1,4,7 14:8,10 24:24 | 57:18 58:10,13 58:15 59:4,14 59:18 61:6,8 |
| **penalty** 136:2 **pending** 9:3 | 102:21 103:5 108:25 109:3,6 110:14,17 | 31:7 75:15 80:18,19 98:23 98:25 99:4,5 | 61:11,14 62:2 62:4,10,16,19 62:21 63:8,10 |
| **peop** 25:22 **people** 18:9,12 23:4,5,21 | 111:2,21 112:3 112:17,23,24 113:4 125:8 | 105:7 **phonetic** 129:8 129:9,9,10,11 | 63:12 64:1,6 64:14 68:5 71:23 72:1,3,6 |
| 25:23 27:2 35:17 68:19 69:2 89:25 | 129:13 **person's** 42:15 **personal** 81:15 | 129:11,12 **photo** 26:12,15 27:6,16,25 | 72:8,9,14,16,18 **photocopies** 6:10 |
| 90:2,2 92:8,12 102:1,3 106:24 126:9 131:7 | 84:6 | 28:3,7,9,14,17 | |

**[photograph - prior]**

| | | | |
|---|---|---|---|
| **photograph**<br>67:15 102:21<br>**photographs**<br>6:10 25:23<br>**photos** 24:9,25<br>25:5,24 26:2<br>27:2 61:16,19<br>61:22 67:3<br>72:21<br>**physically**<br>73:15,25 75:3<br>75:7,10,13<br>76:19 93:17<br>108:25<br>**pic** 19:24<br>**pick** 7:8 17:2<br>127:21<br>**picking** 51:23<br>**picture** 19:25<br>33:16,17 47:5<br>47:14,15 64:17<br>68:10 111:2<br>**pictures** 24:7<br>**pieces** 127:21<br>**pierce** 4:17<br>8:21,21 97:21<br>121:11,16<br>**piggyback**<br>79:17<br>**place** 7:11<br>133:5<br>**plaintiff** 1:7 2:7<br>**plaintiffs** 3:2<br>4:3 | **plano** 4:12<br>**please** 7:7 8:6<br>9:6 10:1 12:1<br>15:14 20:18<br>23:5 24:17<br>26:8,22,23<br>27:20,21 28:10<br>28:11 29:13,14<br>30:2,9,10,20,21<br>31:25 32:18<br>33:21 34:14<br>35:1 36:9,10<br>37:10 38:2,5<br>38:15,18,24<br>39:5 40:10,11<br>41:14 42:1,9<br>43:11 44:5<br>48:14,15 51:22<br>53:20 54:23<br>55:22 57:8<br>58:6,9 59:10<br>61:3 62:6 63:4<br>63:22 64:16,20<br>65:13,16 68:15<br>71:17 72:12<br>97:14 106:21<br>110:5 122:12<br>**pllc** 4:10 8:17<br>**point** 21:20<br>52:23 55:6<br>78:1 79:19<br>94:25 117:15<br>126:20 127:18<br>**points** 55:12 | **porepsus** 88:15<br>**portal** 23:8<br>**portray** 116:12<br>116:15,21,25<br>**portrayed**<br>118:6,12,16,22<br>**positions**<br>130:14<br>**possible** 108:23<br>**possibly** 31:5<br>54:9 63:19,21<br>80:22 82:11<br>105:14 117:2<br>**power** 91:4,6<br>**powers** 90:7,25<br>91:8,22,24<br>**powerscale**<br>56:19,20,23<br>**practice** 20:2,7<br>20:13<br>**prefer** 84:4<br>**preferred**<br>83:20<br>**premarked**<br>24:1 97:15<br>121:20<br>**premises**<br>102:10<br>**prepared** 10:21<br>**present** 5:17<br>8:7 9:20 89:20<br>92:6<br>**presenting**<br>121:19 | **president** 89:1<br>89:4,8,10<br>108:7 120:20<br>**pretty** 80:22<br>**prevent** 10:24<br>11:3,6<br>**previous** 28:8<br>34:5,22 86:17<br>109:17<br>**previously** 24:7<br>**primarily**<br>46:21 70:10<br>77:2 79:1,15<br>79:22 80:3<br>86:9 99:6<br>104:2 106:3<br>**primary** 12:4<br>14:12 68:23<br>70:6 104:15<br>105:2<br>**principal**<br>130:10<br>**principles**<br>130:18<br>**printing** 128:18<br>**prior** 20:16<br>21:12,24 61:18<br>66:5,10 70:17<br>74:6 75:7,10<br>75:13,16,20,21<br>93:16,25 96:22<br>97:12 109:19<br>109:20,21,22<br>111:13 114:5<br>124:12 133:7 |

**private** 7:8
**probably** 27:19
57:17 58:23
64:11 69:10
72:10,25
110:12 126:19
**proceeding** 8:5
9:21
**proceedings**
133:4,6,8,14
**produce** 47:5
47:14
**produced** 24:7
47:15 123:8,9
123:16
**production**
123:11,17
**profile** 19:6,11
19:15,16,21
116:22,24
117:3 120:12
120:16,22
**profits** 115:15
**programs** 22:2
**project** 27:9,10
70:4,7,15,19
71:3 73:4
79:21 88:15,22
**proof** 56:15,20
56:22,23,25
57:3
**proper** 123:17
123:17
**property** 36:1
64:17

**proton** 121:21
122:2
**protonmail.c...**
122:5,8
**provided** 71:14
**providing**
10:25
**public** 19:24
**purchase** 67:7
94:13,16
**purchasing**
94:19
**purpose** 14:23
25:4 29:7
76:25 130:6,6
**put** 46:17 76:3
76:13 87:12,20
**putting** 94:25

**q**

**question** 19:18
26:2 39:22,25
47:12,22 73:22
81:22 95:18
100:22 101:5
101:12,15,18
109:14,25
110:6 113:17
114:8 119:20
123:4 127:12
**questioning**
31:14 73:9
**questions** 9:17
10:1,21 11:3,6
11:9 100:20
128:3,9,13

132:8

**r**

**r** 12:3 23:10,14
23:18 44:12
**raise** 29:8,10
**raised** 131:15
**random** 17:6
23:3
**range** 25:9
**ravi** 27:3 56:3
69:14 90:5,8
90:13,15 91:12
91:20,20 97:13
124:20 125:3
125:20
**raymond** 4:5
8:11 9:14
**reach** 94:11
**read** 10:4 26:8
26:23 27:21
28:11 29:14
30:10,21 31:25
32:18 33:22
34:14 35:1
36:10 37:11
38:2,15 39:5
40:10 41:15
42:9 43:11
44:5 48:15
53:20 54:24
55:22 57:9
58:6 59:10
61:3 62:6 63:4
63:23 65:16
71:19 100:21

101:4,11 129:5
129:6 130:3
134:9 135:3
136:2
**real** 93:9,11
125:2,4,4,6,10
125:24 126:2
126:12,17
129:13
**realized** 126:19
**really** 11:21
87:10 127:10
128:1
**realtime** 21:1,2
67:12 71:4,7
71:11,16 82:17
**reason** 79:14
134:11
**reasons** 25:6
**rebecca** 59:15
64:5 84:24
**recall** 14:20
16:1 26:14,20
27:6,16 28:3,6
28:17,21 29:22
30:16 31:3,10
32:6,10 33:10
33:11 34:4,21
35:10,12 36:3
36:5,7,18,20,23
37:1,19,22,24
38:10,12,13,22
39:2,10,15,18
40:2,8,9,20
41:24 42:4,7

42:16,21,24
43:6,9,18,25
44:14,17,25
45:2,4 48:21
49:1,4,7 50:22
51:19 53:4,7
53:10,13,16
54:2,4,7,15,18
54:21 55:16,18
55:20 56:3,4,7
57:5,14,16,22
58:2,15,18
59:1,3,7 60:1,6
61:8 62:4,19
62:21 63:12
64:6,11,13
67:5,14,19,22
69:4,12 71:25
72:5,24 74:18
74:21,24 75:15
76:12,20 77:6
77:10,12,13
78:5,6,9 79:6,9
79:11,24 82:22
85:19 87:5,10
88:12,21 89:5
89:12,17,18
90:2,11,21
91:10 92:6,18
92:21,22 93:1
93:10 97:8,24
99:4,6,23
100:4 101:5,18
101:24 102:3
104:5,15,20

105:5,13,15,22
106:5,19 107:4
107:5,7,9,10,12
108:21 113:25
114:23 115:3
117:6,14,15
118:6,11,15,21
119:14 120:7
120:10 124:18
127:16,17
131:18
**receipt**   134:18
**recess**   96:15
123:25
**recollection**
109:5,6 131:14
131:23,25
**record**   7:5,12
8:9 12:2 31:21
96:14,18,21
100:21 101:4
101:11 123:14
123:23 124:2
132:8,10 133:8
133:11 135:5
**recorded**   7:13
**recording**   7:10
**recruiting**   55:7
106:25
**redirect**   128:5
128:7
**redwood**   85:20
**referenced**
134:6

**reflesh**   131:14
**refresh**   131:14
131:23,25
**regarding**
100:18
**reimburse**
71:13
**reiterate**   73:8
**related**   1:11
7:16,18 8:2 9:2
15:3,4 41:12
78:25 79:1,5
94:8 103:24
105:10
**relates**   56:13
57:3
**relation**   120:15
**relationship**
45:8,11 48:3,5
48:9 85:23,25
86:2,14,21
87:1 88:5,8
94:19 98:4,6,9
102:19 103:17
103:18,22
104:1,7
**relative**   133:17
**religion**   20:3,8
22:7
**remember**   13:4
15:24 17:15
29:6,20 30:6
32:14,16 34:6
35:21 40:22,23
49:11,15 50:25

56:5 58:1
61:15 69:10
70:20 72:10,18
78:20 82:11,19
83:19 85:17
104:14 106:14
106:16 107:13
118:24 124:9
**remotely**   5:11
8:8
**repeat**   15:14
39:25 47:12
66:4 100:17,19
114:8 119:20
**rephrase**   10:2
95:18 109:19
112:22 125:9
**reported**   1:21
**reporter**   3:8
7:25 9:6 18:2
24:4 100:19,21
101:2,4,10,11
121:5,9 133:2
**represent**
108:13,16,19
113:22 117:7
117:12,19,23
118:18
**representation**
123:14
**represented**
114:1
**representing**
7:23 9:1,14
17:7,9 128:20

request  126:10
requested
  133:15
resemble  17:7
reside  33:19
residential  12:5
  12:6 35:25
residing  23:21
respondeat
  130:18
response  16:23
  50:17 100:20
  125:1
responses
  10:17
restaurant
  107:17
resulting
  130:17
retained
  132:13
return  134:13
  134:17
review  24:12
  24:17 133:14
  134:7
revolution  27:9
  27:10 70:4,7
  70:15,19 71:3
  73:5 88:15,22
rhora  4:9
ricky  39:14
  55:3,5,6,10,15
  55:17,19

ride  126:7
right  11:9 25:9
  26:8,23 27:5
  27:21 28:2,11
  28:16 29:14,20
  30:10,21 32:1
  32:19 33:11,22
  34:3,15,19
  35:2,9 36:10
  36:16 37:11
  38:3,16 39:6
  40:11 41:15
  42:10,14 43:12
  43:17 44:6
  48:15 51:11
  52:13 53:20,24
  54:24 55:4,22
  57:9 58:7
  59:11,17 61:4
  61:12 62:7,11
  62:23 63:5,23
  64:4,5 65:1,3
  65:17 69:17
  71:19 94:4
  96:2 128:14
rmr  1:21
  133:24
road  5:12
  40:17,18
roscomare  5:12
rosenstock
  23:12
roughly  16:8
roundabout
  65:2

ryan  1:21 3:7
  7:25 133:24

**s**

s  23:14,14
  62:15,15 66:22
sac  4:5 8:12,14
sacattorneys....
  4:9,9
sake  41:9
sales  14:18,22
  14:25 15:2,3
san  4:7 26:17
  64:7 74:2
  107:18 110:12
sand  40:17,18
  40:19 41:23
santa  1:2 2:2
  7:18 9:4
saying  41:6
  53:5,7,10,13,16
says  11:22
  129:19 131:4
school  22:1,3
  51:23
scope  31:15,23
  73:10 87:23
  116:5 130:12
  130:13
se  4:18
sealy  12:6
second  17:1
  35:6 66:17
  110:11 114:25
  119:18 125:19
  126:11

see  33:5,5
  62:23 112:25
  127:5 128:8
  129:17,19,22
  130:21,23
  131:4,10
seen  22:15
  24:11,21,23
  65:14 131:22
self  20:17,19,21
  21:13
selina  62:12,13
  64:2 69:14
  98:3,5,10,14,18
  98:20,22 99:2
  99:12,16,19
  100:3,8,24
  101:17,25
  102:11,15,25
  103:5 111:3,14
  113:9,13
  129:10
send  15:4 72:10
  122:10,14
sending  105:11
sensitive  7:8
sent  57:17
  68:14 105:11
  134:14
sentence  15:14
separate  19:11
  19:14
servicing  21:19
set  133:5

several  17:23
  51:21 69:4
  77:5 88:13
shawna  5:18
  7:23
sheet  134:11
shen  66:6,15,20
  66:21
sherer  27:4
  28:1 35:6
  36:15 90:7,19
  90:22
shopping  57:19
  58:3
shorthand  3:7
  133:1,9
show  24:6 57:2
  128:16
shy  21:23
sic  85:2 90:12
  91:6 103:14
side  65:7,11,12
sign  134:12
signals  17:3
signature
  133:23
signed  134:20
  135:22
similar  74:15
similarly  31:17
simultaneously
  55:11
sir  67:4
sister  98:11
  102:12,16,17

102:17,18,22
sites  116:15
sitting  95:14
  96:23 110:14
  132:4
situated  31:17
situation  51:18
  60:21 83:22
situations  84:3
  84:6 107:13,15
sleep  46:16
social  116:12
  116:15
socialize  98:18
  98:20,21
softly  15:7
solutions  7:24
  8:1 132:14
  134:23
somebody
  18:20 29:9
  83:9 100:6
  101:8,21
  107:19 125:18
somewhat  17:7
sorry  15:7 18:2
  19:1 39:21
  62:17 63:15
  66:17 77:20
  81:16 86:1
  95:9 96:19
  110:18 111:25
  112:22 114:25
  116:18 119:18
  120:20 128:10

sound  100:3
  101:16
sourced  123:12
south  3:4 5:6
  7:21
speaking  31:18
  31:19 86:20
  88:17
specific  25:12
  31:21 36:7
  40:20 71:14
  115:3
specifically
  87:21 108:21
  114:2 117:9
  118:24 119:7
specifying
  25:14
speculation
  22:23 100:14
  127:3
spell  12:1 23:9
  23:13 44:11
  62:13 66:21
spelling  62:14
spend  59:20,24
  59:24
split  115:12,15
spoke  98:24
  99:1 100:10
stack  97:15
stamped
  123:11
stamping
  123:18

stamps  122:17
stand  11:17,19
start  15:22
  55:17,19
started  17:23
  55:15 78:1
  79:19,23 87:4
  87:8 90:1
  92:25 93:8,10
  94:23 97:8
  124:10,10,19
  126:9
starting  36:15
  64:2 87:3
  89:13 106:22
state  1:1 2:1
  7:17 8:6,8
  31:20 89:3,9
  128:21 133:2
  136:8
statement
  100:18
stay  60:13,17
  85:1,10
stayed  60:21
  85:4,14,14
staying  60:25
steadily  13:7
stop  19:2
  126:16
stopped  126:18
store  49:9
straight  68:4
straw  129:6

**street** 12:22
54:4
**strike** 16:9
77:20 82:1,6
86:1 91:4
92:17 99:15
111:19 113:7
113:11 120:3
**subscribed**
133:21
**successive**
114:13
**sue** 131:19
**sued** 131:19,23
132:1
**suing** 132:5
**suisse** 22:6
**suite** 4:7,12,18
5:12
**superior** 1:1
2:1 7:17 9:4
130:19
**supervisor**
45:18 46:10
**suppose** 31:23
**supposed** 25:8
25:14
**sure** 17:2 19:17
20:20 23:7
24:10 25:11
45:7 54:10
61:21,25 62:14
63:16 64:18
66:6 85:21
96:11 97:17

106:20 107:16
117:17
**surface** 98:17
**swear** 9:6
**sworn** 10:12

**t**

**t** 12:3,3 23:10
23:14
**take** 7:11 11:11
11:12 24:17,25
33:8 37:17
38:8 39:8 61:6
61:14 65:22
72:8,9 73:12
89:14 96:9
123:20 128:23
**taken** 3:2 10:14
28:22 30:7,18
31:2,6,8 32:12
32:16 33:12,17
34:23 40:14,15
41:20 42:7,19
43:21 44:19
53:25 57:14
58:13 59:18
62:2,4,16
63:10 64:17
65:4 72:3,16
133:4
**talk** 50:5,9,13
77:4 79:4
98:22 105:19
**talking** 18:14
39:1 42:3
50:20 51:2

67:3 75:24
79:23 106:12
**tao** 2:15,22
**team** 107:20
**technology** 4:7
**tell** 9:23 10:12
35:16 49:23
106:16 119:7
125:18
**tells** 9:18
**temple** 22:8,10
22:12 23:4
**temujin** 1:5,5
2:5,5 4:3,3
7:15 9:2 27:15
29:12 35:24
41:4,5,8 54:14
55:9 56:18
79:21 88:16
117:12,13,14
118:1 119:6,8
119:16,23
120:1,9 123:2
134:4
**ten** 21:6,10
69:9,10 79:12
**tennis** 65:4
**tesla** 59:2 63:2
**tessa** 84:25
**testified** 9:10
**testifying** 9:21
133:7
**testimony** 68:7
68:9 93:16
96:22 109:17

114:10 132:11
133:11 134:9
134:18 135:4,5
136:5
**texas** 4:12
**text** 75:14,21
80:5,6,8 84:1,4
84:5,7,9,11
98:25 99:7
104:18,19,19
105:4,5,19,21
106:3,4
**texted** 75:15
99:1
**texting** 76:1
**thank** 9:5 23:11
73:13 85:8
101:23 111:16
111:16 122:16
127:25 128:2
**thanks** 19:19
**thing** 16:18
**things** 105:11
111:17 123:21
**think** 27:9 45:6
49:8 61:18
69:17 70:4
78:22 88:23
109:15 117:6
119:24 120:18
123:15 124:23
126:18,19
127:8,12,15
**third** 23:15
35:7

**thought** 97:20
125:23 126:1
126:22 127:10
**three** 13:20
21:23 41:6
49:22 55:10
68:19 89:22,25
93:15 115:12
118:19
**thursday** 1:17
3:6 7:1
**tiffany** 2:14,21
34:2 66:6,6,11
66:15,15,20,23
95:9,10,11,17
95:22 97:5
124:13 125:14
125:17,24
126:2,13,17
127:8
**time** 8:6 16:24
17:13 19:9
24:17 26:16
28:18 29:24
37:6 44:21,23
47:1,1 50:25
55:12 56:18
57:7 61:1
67:21,21 73:4
73:18,24 74:11
74:19,22 76:15
76:18 82:19,24
83:5 84:24
88:13 90:19,22
90:25 91:9,19

91:22 93:13,20
95:4,9,13,16,21
96:14,18,24
97:13 100:5,7
100:10,22
101:7,20 106:8
106:12,17,19
107:20 108:4,6
109:12,22
110:7,8,9,11,12
110:20 114:19
117:3 120:10
123:24 124:2
124:15,20
125:11,16,20
125:21,23
126:1,11
127:16 128:1
132:15 133:5
134:19
**timeframe**
134:8
**timeline** 15:24
**times** 59:24
67:14,18,19
71:4 78:21
79:10,12 88:13
130:8,12
**timing** 76:14
119:8,14
**title** 12:24
21:15 88:25
89:6 108:5,8
118:6,12,15,18
118:22

**titles** 115:4
**today** 10:22,25
13:9 65:22
66:5,10 74:16
74:20,23 95:14
96:3,24 103:13
109:18,20,21
109:22,25
110:15,24
111:3,13 112:4
112:6,18
120:14 132:4
**today's** 110:4
132:11
**together** 94:24
95:2 119:12,16
119:23
**told** 60:25
70:23 71:1
91:13,15 98:6
98:9,12 111:15
124:21 125:21
**took** 25:23
26:14 27:6
28:3,6,17
29:22 30:16
32:6 33:10
34:4,21 35:10
36:18 37:22
38:22 40:8
42:16 43:18
44:14,17 45:2
48:21 54:15,21
56:2 57:16
58:15 61:8

62:19,21 63:12
64:6,13 71:25
72:18
**top** 64:4
**topic** 73:10
**total** 60:1,4
132:12
**touch** 76:3,13
94:25
**town** 40:23
41:24 54:7
**trade** 20:22
**trading** 12:18
12:19,20,21,25
13:3 14:15,24
20:16
**transcribed**
133:9
**transcript**
19:18 133:13
133:15 134:6
134:20 135:3
136:3
**transferred**
116:1
**transition**
104:4,6,7
**transitioned**
115:22
**travel** 76:7
**trees** 65:2
**trip** 76:14
**trips** 27:7 32:8
58:16 64:7

| | **u** | | **v** |
|---|---|---|---|

**true** 133:10
135:4 136:6
**truth** 9:23,23
9:24 10:12
**truthfully** 9:17
**try** 23:7 123:20
**trying** 29:8,10
94:13 99:10
107:19,22
108:1
**turn** 26:22
27:20 28:10
29:13 30:9,20
36:9 38:2,15
39:5 43:11
44:5 48:14
54:23 55:21
57:8 58:6
59:10 61:3
63:4,22 65:13
71:17 72:12
97:18 104:3
122:12
**twice** 106:25
**two** 58:11
60:11 61:19
70:11 83:17
93:15 100:20
121:13 122:18
123:7 132:13
**type** 70:13
103:22,25
**types** 86:7 87:1
**typically**
125:18

**umbrella** 87:25
119:13
**unauthenticat...**
123:7
**under** 9:22
10:8,11 13:20
20:22 68:2,17
68:21,22
100:11 101:25
119:12,16
130:17 133:10
135:22 136:1
**undergrad**
13:13
**undersigned**
133:1
**understand**
9:25 10:6,8,17
11:9 123:13
**understanding**
41:11 103:2
109:15 110:2,3
111:2,9,11,13
114:3 115:21
115:25
**unit** 7:13
**university**
13:15,16,19,24
**unsure** 79:18
**use** 11:23 14:10
14:14,23 15:2
16:9,19 17:8
18:5,16,21
19:5,8 67:20

68:2 71:1,12
75:2 81:12
83:14 91:11,23
99:12,14,16
109:24 125:21
126:21
**used** 10:3 15:11
15:12,15,17
16:12,24 17:13
18:9,12 19:10
19:22 66:9
67:1,5,7,16,17
67:17,25 81:14
81:15 83:17
90:12 104:20
105:13,23
106:5 121:21
122:7 132:13
134:20
**user** 68:6,25
69:13,19 70:18
71:6
**users** 68:1,22
69:3 70:17,21
**using** 15:22
19:2 71:4 93:9
93:10 97:8
123:6 124:5,7
124:10,10,19
129:6 133:8
**usually** 83:23
84:1

**v** 5:18 134:4
**vague** 37:4
47:20 50:23
54:8 64:21
74:13 76:5
79:25 83:24
100:13 110:21
111:23 113:14
116:18
**various** 25:6
92:8,8 131:7
**vc** 82:16
**venture** 78:2
79:20
**ventures** 70:3,7
70:14 87:16,24
88:9,11,14,25
89:1,4,14
114:11 115:7
117:2 118:5,23
118:25 120:22
**verify** 23:6
134:9
**veritext** 5:18
7:24 8:1
132:13 134:14
134:23
**veritext.com.**
134:15
**versus** 7:15 9:3
14:24 60:22
131:5
**video** 7:10,13

**videographer**
5:18 7:4,24 9:5
43:2 96:13,16
121:1,3 123:23
124:1 132:10
**videotaped**
1:15 3:1
**visa** 70:14 71:2
71:2
**visit** 78:23
92:20 106:9,11
106:13
**visited** 34:8
76:22 79:2,15
79:20 84:16,19
85:11 92:2
**visiting** 84:14
**volume** 1:18
3:2 6:3 136:11
**vs** 1:8 2:8,13,20

**w**

**w** 44:13,13
**wang** 129:9,10
129:12,20
130:24 131:10
**want** 15:4
19:14 23:3
25:10 64:18
88:11 96:5,12
121:6 125:2,3
126:21 128:8
**wanted** 17:7
**warning** 6:13
**watch** 12:9
20:20 67:9

77:24,25 78:25
79:1 84:8
85:24 86:8,9
86:12,22 88:9
94:8,13,16,20
94:23 103:7,24
111:18,20
112:7,15,24
113:4 127:19
127:21
**watches** 67:8
74:10 76:7
77:2 79:5,20
104:2,8
**way** 35:8 49:3
97:13 116:5
124:21 125:20
**wealth** 21:17
**week** 60:7,9
77:22 122:21
**weeks** 60:11
**went** 61:18
78:6 110:12
119:24 125:13
**west** 12:22
**whereof** 133:20
**whispering** 7:8
**white** 73:2
**wholesaler**
12:9
**wife** 33:7 34:3
57:17 58:11,16
59:5 69:23
72:11 84:23
95:1,5,20

96:24
**wife's** 16:19,20
17:11 18:24
95:8,10
**witness** 3:3
4:15 6:2 9:7
15:2 16:12
17:4 18:3,9
20:5 22:18,24
23:24 24:21
25:2 26:1,4
29:2 33:1 37:5
40:6 46:8,12
47:12,21 50:25
54:9 60:24
61:25 63:16
64:23 68:10
73:13 74:15
75:18 76:7
82:11 84:1
87:24 91:15
94:22 96:11
100:16 109:10
110:23 111:1
112:1 113:16
114:8 115:3
116:7 119:20
122:1 123:22
127:5,24 128:2
128:25 133:20
134:8,10,12,19
**witnessed**
65:21
**witnesses** 31:16
133:6

**woman** 97:24
**wong** 44:10,22
45:9,12,14,16
45:18 46:14,18
47:3,18,25
48:2,9 61:13
61:17,20 62:12
102:7,8,9
**wong's** 61:22
**work** 12:14,17
20:15 21:12,24
55:10
**worked** 20:20
21:14 94:24
**worth** 21:19,21
**wrap** 123:20
**writing** 73:2
**written** 114:21
**wrong** 95:19
**wrongful**
130:16

**x**

**x** 59:2 133:15
**xi** 69:15,16
**xu** 69:15,16

**y**

**yang** 129:11
**yangyang**
129:8
**ye** 4:10,11 8:16
8:16,16
**yeah** 22:13
24:16 25:12,16
27:7 33:7 41:8

| | |
|---|---|
| 58:16 74:8 | 127:13 |
| 80:17,20 86:24 | **z** |
| 87:7,24 96:9 | **zhang**   69:15 |
| 96:19 100:3 | |
| 102:1 103:19 | |
| 108:11 120:17 | |
| 123:1 127:18 | |
| 128:25 | |
| **year**   17:16 28:6 | |
| 32:10 34:6 | |
| 58:18 77:7,10 | |
| 77:12 86:17 | |
| 104:6,17 | |
| **years**   13:20,21 | |
| 21:6,8,10,23 | |
| 77:10,15,18 | |
| 80:22 | |
| **yeshiva**   13:15 | |
| 13:16,18,23 | |
| **york**   12:7,15,21 | |
| 12:22,23 13:17 | |
| 13:17 23:22 | |
| 33:15 | |
| **yuting**   2:14,21 | |
| 51:7 52:10 | |
| 53:8 66:7,11 | |
| 66:16,25 67:6 | |
| 67:16 68:2,3,6 | |
| 68:11,13,15,25 | |
| 103:11,14 | |
| 108:25 109:3,7 | |
| 109:13,23 | |
| 110:3,10,19 | |
| 111:4,6,8,9,11 | |
| 113:7,13 | |