Constantine P. Economides (*pro hac vice*)
(Florida Bar No. 118177)
Brianna K. Pierce
(CA Bar No. 336906)
FREEDMAN NORMAND
FRIEDLAND LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Tel: (305) 971-5943
Email: ceconomides@fnf.law
        bpierce@fnf.law

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUTING CHEN,<br><br>         Plaintiff,<br><br>    v.<br><br>ARIEL ABITTAN, ABRAHAM ABITTAN, RACHEL ABITTAN, BRIAN ABITTAN, JACOB ABITTAN, ALYSSA ABITTAN, ELIANA ABITTAN, ROY GRABER, TOVA GRABER, REALTIME NY LLC, a New York Limited Liability Company, and DOES 1-20, inclusive<br><br>         Defendants. | Case No. 21-cv-09393-NC<br><br>**NOTICE REGARDING SERVICE OF DEFENDANTS' MOTION FOR SANCTIONS, FEES, AND COSTS ON PLAINTIFF'S FORMER COUNSEL** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Defendants Ariel Abittan, Abraham Abittan, Rachel Abittan, Brian Abittan, Jacob Abittan, Alyssa Abittan, Eliana Abittan, Roy Graber, Tova Graber, and Realtime NY LLC (collectively, "Defendants") hereby give notice that, on May 17, 2023, Defendants served, via email, a copy of the following documents:

(1) Order Dismissing Case with Conditions [ECF No 92];

(2) Defendants' Motion for Extension of Time to File Motion for Sanctions, Fees, and Costs [ECF No 98, 98-1, 98-2];

(3) Order Granting, in part, and Denying, in part, Defendants' Motion for Extension of Time [ECF No. 99]; and

(4) Defendants' Motion for Sanctions, Fees, and Costs and all accompanying documents [ECF Nos. 101, 101-1, 102, 102-1, 102-2, 102-3, 102-4, 102-5, 102-6, 102-7, 102-8, 102-9, 102-10, 102-11, 102-12, 102-13, 102-14, 102-15, 102-16, 102-17, 102-18, 102-19, 102-20],

on Plaintiff Yuting Chen's former counsel, Hansen Law Firm, P.C. and specific attorneys, at the following email addresses:

**Hansen Law Firm, P.C.**
hlf_temujin@hansenlawfirm.net

**Craig A. Hansen**
craig@hansenlawfirm.net

**Stephen C. Holmes**
steve@hansenlawfirm.net

**Philip E. Yeager**
phil@hansenlawfirm.net

**Collin D. Greene**
collin@hansenlawfirm.net

Dated: May 17, 2023     Respectfully submitted,

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Brianna K. Pierce*
Brianna K. Pierce (CBN 336906)
Constantine P. Economides (*pro hac vice*)
1 SE 3rd Avenue, Suite 1240
Miami, Florida 33131
Tel: (305) 851-5997
Email: bpierce@fnf.law
           ceconomides@fnf.law

*Counsel for Defendants*