1   Constantine P. Economides (*pro hac vice*)
    (Florida Bar No. 118177)
2   Brianna K. Pierce
    (CA Bar No. 336906)
3   FREEDMAN NORMAND
    FRIEDLAND LLP
4   1 SE 3rd Avenue, Suite 1240
    Miami, FL 33131
5   Tel: (305) 971-5943
    Email: ceconomides@fnf.law
6           bpierce@fnf.law

7   *Counsel for Defendants*

8
                    **UNITED STATES DISTRICT COURT**
9                **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN JOSE DIVISION**
10

11  YUTING CHEN,                          Case No. 21-CV-09393-NC

12              Plaintiff,
                                          **OPPOSITION TO MOTION**
13       v.                               **TO WITHDRAW**

14  ARIEL ABITTAN, ABRAHAM ABITTAN,       Date:   May 31, 2023
    RACHEL ABITTAN, BRIAN ABITTAN,        Time:   11:00 a.m.
15  JACOB ABITTAN, ALYSSA ABITTAN,        Judge:  Hon. Nathanael Cousins
    ELIANA ABITTAN, ROY GRABER, TOVA      Place:  Courtroom 5, 4th Floor
16  GRABER, REALTIME NY LLC, a New York
    Limited Liability Company, and DOES 1-20,
17  inclusive.

18              Defendants.

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

## ARGUMENT

As SAC Attorneys LLP ("SAC")[1] concedes, when ruling on a motion to withdraw, "a court considers the reasons why withdrawal is sought, the prejudice withdrawal may cause to other litigants, the harm withdrawal might cause to the administration of justice, and the degree to which withdrawal will delay the resolution of the case." *Petersen-Palma v. Lynch,* No. 3:15-CV-1313-H, 2015 WL 12699873, at *1 (S.D. Cal. Aug. 10, 2015) (citing *Garrett v. Ruiz*, No. 11-CV-2540-IEG WVG, 2013 WL 163420, at *2 (S.D. Cal. Jan. 14, 2013)).

Despite reciting the correct standard, SAC fails to adequately address the foregoing factors. SAC does not explain the reason for their withdrawal. Instead, SAC states only that there has been a "deterioration of the attorney-client relationship." Motion 3. Without more, Defendants cannot assess or respond to SAC's purported reason for withdrawal.

Further, SAC claims that their withdrawal will not work an injustice because Yuting Chen has purportedly consented, and the action has been "dismissed" and "resolved." Motion 5. But SAC fails to address the potential for harm to other litigants—namely the Defendants frivolously sued in this action. Based on SAC's scant briefing on this issue, it is unclear whether SAC intends for their withdrawal to have any practical effect on Defendants' pending Motion for Sanctions, Fees, and Costs (ECF No. 101). As SAC points out, this case has been dismissed with prejudice. *See* [ECF No. 92]. Given the procedural posture, therefore, SAC's motion serves little (if any) utility. Indeed, if the Court rules on Defendants' Motion for Sanctions, Fees, and Costs first, then SAC's motion is effectively moot. Counsel need not withdraw from a closed case with no pending motions or outstanding issues.

In sum, SAC has not adequately explained their need to withdraw from this case. Nor has SAC demonstrated a lack of prejudice to Defendants. Accordingly, Defendants request that SAC's motion be denied, or in the alternative, that Defendants' Motion for Sanctions, Fees, and Costs be decided prior to SAC's motion to withdraw.

---

[1] On May 2, 2023, Ye & Associates, PLLC ("Ye") filed a "Notice of Withdrawal as Counsel" (ECF No. 95) without any accompanying motion or memorandum of points and authorities. However, all arguments made as to SAC's motion to withdraw are equally applicable to Ye's attempt to withdraw as counsel in this matter.

1

## **CONCLUSION**

2

Based on the foregoing, Defendants respectfully request that SAC's motion (and Ye's

3 notice) be denied, or in the alternative, that Defendants' Motion for Sanctions, Fees, and Costs be

4 decided prior to SAC's motion to withdraw.

5 Dated: May 24, 2023                                        Respectfully Submitted,

6                                                                   */s/ Brianna K. Pierce*
                                                                   Brianna K. Pierce (CBN 336906)
7                                                                   Constantine P. Economides (*pro hac vice*)
                                                                   FREEDMAN NORMAND
8                                                                   FRIEDLAND LLP
                                                                   1 SE Third Avenue, Suite 250
9                                                                   Miami, Florida 33131
                                                                   Tel: (305) 971-5943
10                                                                  Email: ceconomides@fnf.law
                                                                            bpierce@fnf.law
11
                                                                   *Counsel for Defendants*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28