| | |
|---|---|
| Constantine P. Economides (*pro hac vice*) <br> Brianna K. Pierce (CBN 336906) <br> FREEDMAN NORMAND <br> FRIEDLAND LLP <br> 1 SE 3rd Avenue, Suite 1240 <br> Miami, FL 33131 <br> Tel: (305) 971-5943 <br> Email: ceconomides@fnf.law <br>        bpierce@fnf.law <br><br> *Attorneys for Defendants* | James Cai (SBN: 200189) <br> jcai@sacattorneys.com <br> Brian A. Barnhorst (SBN: 130292) <br> bbarnhorst@sacattorneys.com <br> Patrick O'Shaughnessy <br> POShaughnessy @sacattorneys.com <br> Woody Wu (SBN: 309317) <br> wwu@sacattorneys.com <br> SAC ATTORNEYS LLP <br> 1754 Technology Drive, Suite 122 <br> San Jose, CA  95110 <br> Telephone: (408) 436-0789 <br><br> *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| YUTING CHEN, <br><br> Plaintiff, <br><br> v. <br><br> ARIEL ABITTAN, et. al., <br><br> Defendants. | Case No. 21-CV-09393-NC <br><br> **JOINT STATUS UPDATE REGARDING BILL OF COSTS** |

Pursuant to this Court's June 21, 2023 paperless Order [ECF No. 113], the parties submit this joint status update regarding bill of costs. The parties have met and conferred as to the bill of costs associated with this action. The parties are still negotiating over the costs, but the parties are hopeful that an agreement will be reached. If not, Defendants intend to file a regular bill of costs pursuant to the Federal Rules of Civil Procedure and applicable local rules.

Respectfully submitted,

| | |
|---|---|
| **FREEDMAN NORMAND** <br> **FRIEDLAND LLP** | **SAC ATTORNEYS LLP** |
| */s/ Brianna K. Pierce* <br> Brianna K. Pierce | */s/ Patrick O'Shaughnessy* <br> Patrick O'Shaughnessy |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |